# Exhibit B



**U.S. Department of Transportation**

**Federal Transit Administration**

Administrator

1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

October 3, 2025

Ms. Nora Leerhsen
Acting President
Chicago Transit Authority
567 W Lake Street
Chicago, IL 60661
nleerhsen@transitchicago.com

Dear Ms. Leerhsen:

On September 30, 2025, the U.S. Department of Transportation (Department or DOT) issued an interim final rule (IFR), which removes race- and sex-based presumptions of social and economic disadvantage from its Disadvantaged Business Enterprise (DBE) program.

In conjunction with the issuance of the IFR, the Department is reviewing the projects it funds to ensure nondiscrimination in its financial assistance programs. This letter serves as official notification that this review applies to the Red Line Extension Project (Project).

The review is intended to ensure that disbursements for the Project are consistent with the Equal Protection principles of the U.S. Constitution, Federal nondiscrimination requirements under civil rights law, including Title VI of the Civil Rights Act, and Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, which directs Federal agencies to "terminate all discriminatory and illegal preferences, mandates, policies, programs, activities, guidance, regulations, enforcement actions, consent orders, and requirements."

Though the review will commence immediately, it will temporarily impact disbursements for the Project. Pending completion of the review, no further disbursements for the Project will be made.

Your anticipated cooperation with the review is appreciated. Additional guidance will be provided soon.

Sincerely,

Marcus J. Molinaro