# Exhibit E

Case 1:26-cv-03140 Document #: 1-5 Filed: 03/20/26 Page 2 of 2 PageID #:188



Newsroom
Press Releases
In Case You Missed It
Speeches
Testimony
Events
Press Offices
DOT Social Media
Subscribe to USDOT Press Releases

**Media Contact**

**Press Office**
US Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590
United States
**Email:** pressoffice@dot.gov
**Phone:** 1 (202) 366-4570

If you are deaf, hard of hearing, or have a speech disability, please dial 7-1-1 to access telecommunications relay services.

# U.S. Department of Transportation Statement on Review of Chicago's Discriminatory, Unconstitutional Processes

Friday, October 3, 2025

**WASHINGTON, D.C.** – The U.S. Department of Transportation issued the following statement:

*This week, USDOT issued an interim final rule (IFR) barring race- and sex-based contracting requirements from federal grants.*

*To continue implementation of this rule, USDOT today sent letters to the Chicago Transit Authority (CTA) to inform them that two projects — the CTA Red Line Extension and the CTA Red and Purple Modernization Program – are also under administrative review to determine whether any unconstitutional practices are occurring. The remaining federal funding for both projects total $2.1 billion.*

*This is in addition to reviews of New York's Second Avenue Subway and Hudson Tunnel projects.*

*Illinois, like New York, is well known to promote race- and sex-based contracting and other racial preferences as a public policy.*

> *Source: "The CTA has regularly touted its DBE goals as a key part of its equity mission. Agency staff said that through the end of September, 21% of its spending on the Red-Purple Modernization has so far gone to DBE firms — some 119 companies in total."*

*Together, these critical reviews are intended to ensure no additional federal dollars go towards discriminatory, illegal, and wasteful contracting practices.*

*The American people don't care what race or gender construction workers, pipefitters, or electricians are. They just want these massive projects finally built quickly and efficiently.*

*Secretary Duffy and USDOT are committed to conducting these reviews as fast as possible so reimbursements can move forward. Unfortunately, Chuck Schumer and Hakeem Jeffries' decision to shut down the government has negatively affected the Department's staffing resources for carrying out this important analysis.*

*We urge Democrats in Congress to stop holding the federal government's budget hostage so USDOT can get back to the important work of the American people.*

*Benefits for illegal immigrants are not worth potential impacts to important investments in our nation's transportation infrastructure.*

###