# Exhibit G

**U.S. Department of Transportation**

Office of the Secretary of Transportation

Departmental Office of Civil Rights
1200 New Jersey Avenue, S.E., W76-401
Washington, DC 20590

October 7, 2025

Ms. Nora Leerhsen
Acting President
Chicago Transit Authority
567 W Lake Street
Chicago, IL 60661
nleerhsen@transitchicago.com

Re: Administrative Review of Red Line Extension Project

Dear Ms. Leerhsen:

As stated in the September 25, 2025 letter from Federal Transit Administrator Marcus Molinaro, the U.S. Department of Transportation (Department) has initiated an administrative review of the Red Line Extension Project (Project) and the contracts entered into by the Chicago Transit Authority (CTA) in connection with the Project.

The review is intended to ensure that disbursements for the Project are consistent with the Equal Protection principles of the U.S. Constitution, Federal nondiscrimination requirements under civil rights law, including Title VI of the Civil Rights Act of 1964, and Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*.

Please provide the following information within fourteen (14) calendar days from the date of this letter:

1. The name and contact information for the project/contract managers and program executives.

2. The DBE policies for the above-named project.

3. The overall DBE goal for the project.

   3a. The entity that set the overall DBE goal and the methodology used to set the goal.

   3b. The methodology by which the overall DBE goal was determined for the above-named project. If disparity studies were used, please identify them and confirm whether they used a capacity analysis.

4. The methodology by which contracts and subcontracts associated with the above-named project were awarded. If DBE contract goals were used, please identify those contract goals.

5. The names and contact information of all minority- and women-owned contractors and subcontractors for the project.

   5a. Indicate whether each contractor or subcontractor was certified as a DBE.

   5b. For each certified DBE, whether a presumption was applied or whether the firm was certified by making an individual showing of disadvantage.

6. Whether consideration, preference, or credit was given based on race, sex, ethnicity, or national origin in awarding a contract for this project.

7. Whether consideration, preference, or credit was given based on race, sex, ethnicity, or national origin in awarding a subcontract for this project.

8. The practices and policies related to hiring and promotion, including training materials that address hiring and promotion practices and policies, that have been or are utilized by any contractor in connection with this project.

9. The practices and policies related to hiring and promotion, including training materials that address hiring and promotion practices or policies, that have been or are utilized by any subcontractor in connection with this project.

10. The practices and policies related to hiring and promotion, including training materials that address hiring and promotion practices or policies, that have been or are utilized by CTA in connection with this project.

In addition, please identify any unawarded procurements for this project and steps CTA intends to take to ensure those procurements comply with the Equal Protection principles of the U.S. Constitution, Federal nondiscrimination requirements under civil rights law, including Title VI of the Civil Rights Act of 1964, and Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*.

Thank you in advance for your cooperation and assistance with completing this administrative review. Following receipt and review of CTA's responses, I will contact you if additional information is needed. Please do not hesitate to contact me if you have any questions.

Sincerely,

Angela Williams
Acting Deputy Director
Departmental Office of Civil Rights