# Exhibit H

Nora Leerhsen
Acting President

Chicago Transit Authority

567 West Lake Street
Chicago, Illinois 60661-1465
transitchicago.com

October 21, 2025

Ms. Angela Williams
Acting Deputy Director, Departmental Office of Civil Rights
U.S. Department of Transportation
1200 New Jersey Ave, S.E.,
Washington, D.C. 20590
Angela.williams@dot.gov

Re: Administrative Review of Red and Purple Modernization Program

Dear Ms. Williams,

I am writing in response to your October 7, 2025, letter requesting information from the Chicago Transit Authority ("CTA") about its Red and Purple Modernization Program ("RPM Program"). CTA's answers and information responsive to your questions follow.

CTA's contracting and employment policies and practices are based upon federal non-discrimination and Disadvantaged Business Enterprise ("DBE") Program requirements and guidance. Similar to transit agencies and state departments of transportation throughout the nation, CTA has taken immediate steps to comply with the requirements of the new DBE Interim Final Rule, issued on October 3, 2025, Federal Rulemaking Docket No. DOT–OST–2025-0897 ("October 3rd IFR"). CTA will continue to take all necessary steps to ensure its compliance with the October 3rd IFR, any subsequent final rule, and any future guidance offered by Department of Transportation or Federal Transit Administration.

As requested, CTA provides the following information:

1. The name and contact information for the program/contract managers and program executives.

   **RESPONSE:** The names and contact information for the RPM Program managers and executives are:

- **William Mooney**, Chief Infrastructure Officer
  bmooney@transitchiago.com

- **Grace Ohs**, Vice President RPM
  GOhs@transitchicago.com

- **Katrina Denny**, General Manager, Construction, RPM
  kdenny@transitchicago.com

- **Graham Garfield**, General Manager, Operations & Customer Communication
  GGarfield@transitchicago.com

2. The DBE policies for the above-named program.

   **RESPONSE:** Pursuant to 49 C.F.R. § 26.21(a) (2024), CTA has a single, agency-wide DBE policy for all CTA projects, including the RPM Program, and it is included herein as ***Exhibit 1 (RPM)***. This policy aligns with 49 CFR Part 26 and all other federal laws and regulations in effect at the time the current contracts were procured and when the Full Funding Grant Agreement ("FFGA") was executed. As stated above, CTA will continue to take all necessary steps to ensure its compliance with the October 3rd IFR.

3. The overall DBE goal for the program.

   3a. The entity that set the overall DBE goal and the methodology used to set the goal.

   3b. The methodology by which the overall DBE goal was determined for the above-named program. If disparity studies were used, please identify them and confirm whether they used a capacity analysis.

   **RESPONSE:** The CTA set an overall DBE goal of 20%.

   3a. The CTA, in accordance with 49 CFR Part 26.45, established a project goal for RPM. The methodology and project goal was submitted to the FTA Region 5 Civil Rights Office via email on February 11, 2019 [see ***Exhibit 2 (RPM)***]. Since then, the CTA has submitted Uniform Reports semi-annually, as required by the DBE Regulations, which document CTA's ongoing compliance with this goal.

3b. The methodology CTA used to set the RPM goal is described in ***Exhibit 2 (RPM)***. A disparity study which reviewed aspects of capacity was used consistent with 49 C.F.R. § 26.45 (c) and (d) (2024) [see ***Exhibit 2 (RPM)***].

4. The methodology by which contracts and subcontracts associated with the above-named program were awarded. If DBE contract goals were used, please identify those contract goals.

   **RESPONSE:** CTA awarded all RPM Program-related contracts in accordance with the appropriate methodology in its Procurement Policy and Procedures [see ***Exhibit 3 (RPM)***]. This policy reflects the requirements of, and was developed in accordance with, the Federal Transit Administration ("FTA"), the U.S. Department of Transportation, and the State of Illinois' procurement statutes. The overall DBE contract goals for RPM Program-related contracts are reflected in ***Exhibit 4 (RPM)***. CTA determined whether an RPM Program-related contract would include a specific DBE goal according to the process outlined in Chapter 5 of this policy [***see Exhibit 3 (RPM)].*** Furthermore, CTA utilized the methodologies outlined in Chapter 4 of its Procurement Policy and Procedures for two-step procurements, Chapter 7 for competitively sealed bids, Chapter 8 for competitively negotiated proposals, and Chapter 9 for sole source procurements [***see Exhibit 3 (RPM)***].

   CTA contracts contain explicit terms requiring all contractors to comply with all applicable federal, state, and local laws and regulations in awarding subcontracts, as well as all other federal requirements incorporated by reference in CTA's federally assisted contracts. CTA has requested this information from its Contractors in response to this request[1]. Documentation that has been provided at the time of this response are attached hereto [***see Exhibit 5 (RPM)***].

   Per ***Exhibit 5 (RPM)***, prime contractors have indicated that they typically make awards based off methodologies that incorporate a mix of business-related factors like a subcontractor's cost and pricing schedule, the type and extent of their experience, the overall project goals, and the timing and availability of specific resources.

[1] Neither the Uniform Guidance nor the FTA's third-party contracting requirements impose any obligation on CTA to maintain records of independent contractor's or subcontractor's procurement procedures and methods. Those records remain within the control of the private entities that create and maintain them.

5. The names and contact information of all minority- and women-owned contractors and subcontractors for the program.

   5a. Indicate whether each contractor or subcontractor was certified as a DBE.

   5b. For each certified DBE, whether a presumption was applied or whether the firm was certified by making an individual showing of disadvantage.

   **RESPONSE:** The names and contact information of all minority- and women-owned contractors and subcontractors on RPM Program-related contracts are listed in ***Exhibit 6 (RPM)***.

   5a. The certification status for each of the above-referenced contractors and subcontracts is listed in ***Exhibit 6 (RPM)***.

   5b. Whether a presumption of disadvantage was applied, is listed in ***Exhibit 6 (RPM)***.

6. Whether consideration, preference, or credit was given based on race, sex, ethnicity, or national origin in awarding a contract for this program.

   **RESPONSE:** CTA did not give consideration, preference, or credit based on race, sex, ethnicity, or national origin in awarding a contract for this program.

   CTA's Procurement Policy and Procedures formalize the manner and sequence in which procurement proposals are reviewed, evaluated, and eventually awarded as contracts. Independent evaluation committees are convened for each solicitation. Those evaluation committees are provided specific prescribed evaluation criteria to use when scoring the proposals that they are charged with evaluating. The evaluation criteria does not incorporate the race, sex, ethnicity, or national origin of the proposers who are being evaluated. Those factors are not given consideration, preference, or credit in the contract awarding process.

   Consistent with the FTA Master Agreement and applicable federal nondiscrimination statutes, all RPM Program-related contracts include CTA's standard Non-Discrimination Clause, which expressly prohibits discrimination.

7. Whether consideration, preference, or credit was given based on race, sex, ethnicity, or national origin in awarding a subcontract for this program.

   **RESPONSE:** All subcontracts awarded for this program are required to be awarded in accordance with applicable federal procurement standards.

   CTA has requested supporting information from its Contractors in response to this request. Documentation that has been provided at the time of this response are attached hereto [*see* ***Exhibit 5 (RPM)***][2].

8. The practices and policies related to hiring and promotion, including training materials that address hiring and promotion practices and policies, that have been or are utilized by any contractor in connection with this program.

   **RESPONSE:** CTA has requested this information from its Contractors in response to this request. Documentation that has been provided at the time of this response are attached hereto [see ***Exhibit 5 (RPM)***][3].

9. The practices and policies related to hiring and promotion, including training materials that address hiring and promotion practices or policies, that have been or are utilized by any subcontractor in connection with this program.

   **RESPONSE:** CTA has requested its subcontractor's policies related to hiring and promotion from CTA's Contractors in response to this request. Documentation that has been provided at the time of this response are attached hereto. [see ***Exhibit 5 (RPM)***][4].

[2] Neither the Uniform Guidance nor the FTA's third-party contracting requirements impose any obligation on CTA to maintain records of independent contractor's or subcontractor's procurement procedures and methods. Those records remain within the control of the private entities that create and maintain them.

[3] Neither the Uniform Guidance nor the FTA's third-party contracting requirements impose any obligation on CTA to maintain records of independent contractor's hiring or promotion policies or training materials. Those records remain within the control of the private entities that create and maintain them.

[4] Neither the Uniform Guidance nor the FTA's third-party contracting requirements impose any obligation on CTA to maintain records of subcontractor's hiring and promotion policies or training materials. Those records remain within the control of the private entities that create and maintain them.

10. The practices and policies related to hiring and promotion, including training materials that address hiring and promotion practices or policies, that have been or are utilized by CTA in connection with this program.

    **RESPONSE:** CTA's Administrative Procedure 151, Hiring/Promotion and Vacancy Filing Policy/Procedures govern all CTA employment actions, including those related to the RPM Program [see ***Exhibit 7 (RPM)***].

    In addition, CTA is a party to multiple collective bargaining agreements ("CBAs") with unions representing various employee groups.

***

The CTA's unawarded procurements related to the RPM include six property dispositions and five potential projects for additional track renewals, track curve replacements, and track structure painting. CTA presented these projects to the FTA in September 2025.

These contracts will be awarded pursuant to the requirements of all applicable federal and state laws and regulations. CTA will continue to follow federal law and guidance and work closely with the FTA to expressly prohibit illegal discrimination in contracting and employment.

CTA remains committed to ensuring that the RPM Project aligns consistently with the federal DBE Program, U.S. Constitution, and federal nondiscrimination requirements. Upon receiving notice of the October 3rd IFR changes to the DBE Program, CTA immediately began notifying its contractors and subcontractors of the new requirements and revising its internal policies to reflect those requirements.

If you require any additional information, please do not hesitate to contact me directly.

Sincerely,

Nora Leerhsen

Nora Leerhsen
Acting President
Chicago Transit Authority

cc: Marcus J. Molinaro, Administrator, Federal Transit Administration

# EXHIBIT 1 (RPM)

---

## CTA DBE Program Plan

# CHICAGO TRANSIT AUTHORITY

## DISADVANTAGED BUSINESS ENTERPRISE PROGRAM PLAN






**NORA LEERHSEN**
**ACTING PRESIDENT**

**LESTER L. BARCLAY**
**CHAIRMAN**

cta

cta DIVERSITY PROGRAMS

# Contents

SUBPART A – GENERAL REQUIREMENTS ..... 5
Section 26.1 Objectives ..... 5
Section 26.3 Applicability ..... 5
Section 26.5 Definitions ..... 5
Section 26.7 Non-discrimination Requirements ..... 5
Section 26.11 Record Keeping Requirements ..... 5
Uniform Report of DBE Awards or Commitments and Payments 26.11 (a) ..... 5
Reporting to USDOT 26.11 (b) ..... 5
Bidders List 26.11 (c) ..... 5
Section 26.13 Assurances ..... 6
SUBPART B – ADMINISTRATIVE REQUIREMENTS ..... 7
Section 26.21 DBE Program Updates ..... 7
Section 26.23 Policy Statement ..... 7
Section 26.25 DBE Liaison Officer (DBELO) ..... 7
Section 26.27 DBE Financial Institutions ..... 11
Section 26.29 Prompt Payment Mechanisms ..... 13
Section 26.31 Directory ..... 15
Section 26.33 Overconcentration ..... 16
Section 26.35 Business Development Programs ..... 16
Section 26.37 Monitoring and Enforcement Mechanisms ..... 17
Section 26.39 Small Business Enterprise (SBE) Program ..... 18
SUBPART C – GOALS, GOOD FAITH EFFORTS, AND COUNTING ..... 19
Section 26.43 Set-asides or Quotas ..... 19
Section 26.45 Overall Goals ..... 19
Section 26.47 Goal Setting and Accountability ..... 21
Section 26.49 Transit Vehicle Manufacturers Goals ..... 21
Section 26.51 Meeting Overall Goals/Contract Goals ..... 21
Race-Neutral Measures (26.51) (a-c) ..... 21
Contract Goals 26.51(d-g) ..... 22
Section 26.53 Good Faith Efforts Procedures ..... 23
Information to be Submitted: 26.53 (b) ..... 23

**Reconsideration 26.53 (d)** ....... 24

**Good Faith Efforts when a DBE is Terminated/Substituted on a Contract 26.53 (f)** ....... 25

**Section 26.55 Counting DBE Participation** ....... 26

**Commercially Useful Function** ....... 26

**SUBPART D – CERTIFICATION STANDARDS** ....... 28

**Section 26.61 – 26.73 Certification Process** ....... 28

**Section 26.68 Personal Net Worth** ....... 29

**Rules Affecting Certification** ....... 29

**SUBPART E – CERTIFICATION PROCEDURES** ....... 30

**Section 26.81 Unified Certification Programs** ....... 30

**Section 26.83 Declarations of Eligibility** ....... 30

**Initial Certifications** ....... 30

**Declarations of Eligibility and Notices of Change** ....... 31

**Certification Review Procedures** ....... 32

**Section 26.85 Interstate Certification** ....... 33

**Section 26.86 Decision Letters** ....... 34

**Section 26.87 Decertification** ....... 35

**Section 26.88 Summary Suspension of Certification** ....... 36

**Section 26.89 Appeals to the Department** ....... 37

**SUBPART F – COMPLIANCE AND ENFORCEMENT** ....... 37

**Section 26.109 Information, Confidentiality, Cooperation and Intimidation or Retaliation** ....... 37

**US DOT OFFICIAL DBE PROGRAM REGULATIONS QUESTIONS & ANSWERS** ....... 38

**AMENDMENT** ....... 38

# Introduction

The Chicago Transit Authority (CTA) operates one of the nation's largest public transportation systems. On an average weekday, 765,566 rides are taken on CTA. The CTA is a regional transit system that serves 35 suburbs, in addition to the City of Chicago, and provides 81 percent of the public transit trips in the six-county Chicago metropolitan area either with direct service or connecting service to Metra and Pace.

The CTA, which was created by state legislation, began operating on October 1, 1947, after acquiring the properties of the Chicago Rapid Transit Company and the Chicago Surface Lines. On October 1, 1952, the CTA became the sole operator of transit services in Chicago when it purchased the Chicago Motor Coach System. The governing arm of the CTA is the Chicago Transit Board, consisting of seven members. Four members are appointed by the Mayor of Chicago, subject to approval by the City Council and the Governor of Illinois. Three members are appointed by the Governor, subject to approval by the State Senate and the Mayor of Chicago.

As a recipient of United States Department of Transportation (DOT) grant funds, CTA is subject to regulations governing such funds including the Code of Federal Regulations, Title 49 Part 26, which detail disadvantaged business enterprise (DBE) requirements.

As a recipient of DOT grant funds, CTA must adopt a DBE Program. The DBE Program in the pages that follow sets forth and formalizes CTA's actions with respect to upholding its commitment to create a level playing field on which small and disadvantaged businesses can compete fairly for DOT assisted projects.

# SUBPART A – GENERAL REQUIREMENTS

## Section 26.1 Objectives

CTA adopts the objectives provided in 49 CFR 26.1 for its DBE Program.

## Section 26.3 Applicability

This CTA DBE Program (Program) will apply to contracts that are funded by United States Department of Transportation (DOT) grant funds.

## Section 26.5 Definitions

The CTA adopts the definitions contained in Section 26.5 for its Program. See Attachment 1.

## Section 26.7 Non-discrimination Requirements

CTA will not exclude any person from participation in, deny any person the benefits of, or otherwise discriminate against anyone in connection with the award and performance of any contract covered by 49 CFR Part 26 on the basis of race, color, sex, or national origin.

In administering its DBE program, CTA will not, directly or through contractual or other arrangements, use criteria or methods of administration that have the effect of defeating or substantially impairing accomplishment of the objectives of the DBE program with respect to individuals of a particular race, color, sex, or national origin.

## Section 26.11 Record Keeping Requirements

### Uniform Report of DBE Awards or Commitments and Payments 26.11 (a)

CTA will report DBE participation to the concerned Operating Administration containing all the information described in the Uniform Report to this part. This report must be submitted at the intervals required by, and in the format acceptable to, concerned Operating Administration.

### Reporting to USDOT 26.11 (b)

CTA will continue to provide data about the DBE Program to the Department as directed by DOT Operating Administrations at the intervals required by, and in the format acceptable to, the concerned Operating Administration.

### Bidders List 26.11 (c)

The CTA will create a bidders list, consisting of information about all DBE and non-DBE firms that bid or quote on DOT-assisted contracts. The bidders list must include the following : name, address, DBE/non-DBE status, race and gender for the majority owner, NAICS code

applicable to each scope of work the firm sought to perform in its bid, firm age, and annual gross receipts of firm(s).

The CTA will obtain the above information by requiring all prime contractors bidding on DOT-assisted contracts to return, at the time of submittal of its bid/proposal, a bidder's/proposer's information form included in the solicitation document. The form must be completed by the prime contractor and all subcontractors who submitted a bid to the prime for the contract.

The above information will be used for statistical purposes and CTA's compliance with the reporting requirements of 49 CFR 26.11. While CTA will review that the information has be submitted in order for the bid/proposal to be considered complete, CTA will not otherwise evaluate or consider the contents of the information in the decision-making process of awarding the contract.

## Section 26.13 Assurances

CTA shall not discriminate on the basis of race, color, national origin, or sex in the award and performance of any DOT-assisted contract or in the administration of its DBE Program or the requirements of 49 C FR Part 26. CTA shall take all reasonable steps under 49 CFR Part 26 to ensure nondiscrimination in the award and administration of DOT-assisted contracts.

CTA will include the following assurances in all DOT assisted contract:

**Non-Discrimination**:

"The Contractor or Subcontractor shall not discriminate on the basis of race, color, national origin, or sex in the performance of this contract. The Contractor shall carry out applicable requirements of 49 CFR Part 26 in the award and administration of DOT-assisted contracts. Failure by the contractor to carry out these requirements is a material breach of this contract, which may result in the termination of this contract or such other remedy as the Authority deems appropriate, which may include, but is not limited to:

- Termination of contract;
- Assessing sanctions;
- Withholding monthly progress payments;
- Liquidated damages; and/or
- Disqualifying the contractor from future bidding as non-responsible.

**The Contractor agrees to include this assurance in all subcontracts and require its Subcontractors to include these assurances in their subcontracts."**

**Prompt Payment**:

"The Contractor is required to pay each first tier Subcontractor for all Work that the Subcontractor has performed to the satisfaction of the CTA no later than fourteen (14) days after the Contractor has received payment from the CTA for that Work, and each tier of Subcontractors must likewise pay the next lower tier of Subcontractors within fourteen (14) calendar days after receiving payment.

**The Contractor agrees to include these assurances in all subcontracts and require its Subcontractors to include these assurances in their subcontracts."**

**Retainage**:

"If this Contract provides for retainage, the CTA will make partial payments of retainage amounts for distinct portions of the Work that have been satisfactorily completed; the Contractor must then remit to each first-tier Subcontractor its share of any retainage within fourteen (14) days after receipt of such retainage from CTA, and each tier of Subcontractors must likewise remit retainage to the next lower tier of Subcontractors within fourteen (14) calendar days after receiving payment. If this Contract does not provide for retainage, then neither Contractor nor any Subcontractor may withhold retainage from a Subcontractor. Retainage must be reported in B2GNow.

**The Contractor agrees to include these assurances in all subcontracts and require its Subcontractors to include these assurances in their subcontracts."**

## SUBPART B – ADMINISTRATIVE REQUIREMENTS

### Section 26.21 DBE Program Updates

The CTA will continue to carry out this Program until all funds from DOT financial assistance have been expended. CTA will provide to DOT updates representing significant changes in the Program.

### Section 26.23 Policy Statement

The CTA has issued the policy statement attached as Attachment 2. The policy statement has been circulated throughout CTA as well as to DBE and non-DBE business communities that perform work on DOT-assisted contracts. The policy statement is also available on the CTA website.

### Section 26.25 DBE Liaison Officer (DBELO)

CTA has designated the individual whose name is shown in Attachment 3 as the DBE Liaison Officer:

In this capacity, DBE Liaison Officer is responsible for implementing all aspects of the CTA's DBE Program and ensuring that the CTA complies with all provisions of 49 CFR Part 26. The

DBE Liaison Officer has direct, independent access to the CTA President. (An organizational chart is provided in Attachment 4 of this Program.) It is the responsibility of the DBELO to carry out the day-to-day operations of the CTA's DBE Program. Specifically, the duties of the DBELO and Department Staff include, but are not limited to:

1. Develop, monitor and provide the implementation and continuing evaluation of the DBE Program;

2. Work with all CTA departments to set the CTA's overall annual DBE participation goal;

3. Circulate the DBE Policy Statement to CTA personnel and the CTA's contracting community;

4. Identify contracts and procurements to ensure that general and/or contract- specific DBE goals are included in solicitations and monitor the results;

5. Review third-party contracts and purchase requisitions for compliance with this program;

6. Ensure that bid notices and requests for proposals are available to DBEs in a timely manner;

7. Provide DBEs with information and assistance in preparing bids, and obtaining bonding and insurance;

8. Analyze the CTA's progress towards goal attainment and identify methods for improvement;

9. Consult with legal counsel, project managers and CTA's Purchasing Department to determine contractor compliance with good-faith efforts;

10. Certify DBEs according to the criteria set by the DOT and act as liaison to the Illinois Unified Certification Program Committee;

11. Maintain and update a Directory of bona fide DBEs qualified to participate in the DBE Program;

12. Provide management and technical assistance for the expansion and overall business development of DBEs;

13. Publicize CTA business opportunities to DBEs;

14. Attend pre-bid, pre-award and pre-construction meetings to explain DBE Program requirements;

15. Monitor contractors' and subcontractors' compliance with their DBE participation commitments through the life of the contracts;

16. Plan and participate in training sessions for the purpose of informing potential bidders about the DBE Program and about business opportunities with CTA;

17. Ensure timely submission of DBE Program reports that are required by FTA;

18. Maintain accurate and up-to-date records demonstrating DBE efforts and progress within CTA;

19. Review the Affirmative Action Programs of contractors to determine their compliance with DBE Program requirements; advise contractors (if required) of the steps necessary to bring them into compliance regarding DBE utilization; and conduct compliance reviews as needed to ensure effective program implementation;

20. Investigate complaints and protests filed against the DBE Program;

21. Ensure that each contract and each subcontract executed by the prime contractor contains the assurances listed in Section 26.13;

22. Consult with CTA's Chief Financial Officer to increase investment of funds with minority and female financial institutions;

23. Establish contract-specific DBE goals where applicable;

24. Survey the DBE community and other relevant sources as part of the DBE participation goal-setting process;

25. Conduct outreach in order to increase business opportunities for DBEs at CTA;

26. Advise the CTA's President and Board on DBE matters and achievement;

27. Evaluate all change orders that affect the original contract value for potential DBE participation opportunities; and

28. Ensure that safeguards are instituted to mitigate any potential conflicts of interest including reporting relationships.

**Support Staff**: The DBELO has a support staff from within the Diversity Programs Department. (A support staff organizational chart is provided in Attachment 4 of this Program.)

The President, with input from the DBELO, will evaluate the DBE compliance performance of all department heads and staff with specific DBE responsibility.

The following officials from other departments assist the DBELO with implementing the DBE Program:

1. General Counsel

2. Chief Financial Officer
3. Vice President, Purchasing & Warehousing
4. Chief Infrastructure Officer

The assistance includes, but is not limited to:

1. The General Counsel & Staff shall:

    a. Provide legal advice with respect to interpreting and implementing the DBE regulations;

    b. Advise the President and DBELO regarding matters dealing with imposition of administrative sanctions against contractors who violate any part of the DBE program requirements; and

    c. Represent CTA in all legal actions involving DBE issues.

2. **The Chief Financial Officer & Staff** shall:

    a. Consult with the DBELO to maximize investments of CTA funds with minority financial institutions, and periodically report progress to the CTA Board;

    b. Assist in assuring adherence to the prompt payment provision in CTA contracts; and

    c. Assist the DBELO in providing information on applications for federal grants.

3. **The Vice President of Purchasing & Warehousing & Staff** shall:

    a. Provide the scope of work for Invitation for Bids (IFBs), Request for Proposals (RFPs) and Request for Qualifications (RFQ) to the DBELO on a timely basis to enable goal-setting, outreach and, where applicable, development of appropriate DBE language;

    b. Ensure that the DBELO has adequate time to review "good faith efforts" on all procurements with DBE contract goals when the goal is not met through participation;

    c. Provide information to the DBELO on the projected contracts that the CTA plans to award during the upcoming federal fiscal year in a timely manner;

    d. Ensure that the DBELO is kept abreast of all procurement policies and procedures, and changes thereto;

    e. Offer instruction on bid/proposal specifications, procurement policies and procedures, and general bidding requirements to DBEs and prime contractors, when requested;

f. Assist the DBELO in giving instructions to DBEs on job performance, subcontracting, and bonding requirements;

g. Support the DBELO with workshops, seminars, written material and specialized assistance to individual firms in order to facilitate DBE knowledge about procurement activities and business opportunities at CTA;

h. Ensure that the DBE community is notified of upcoming procurements, through announcements in the local and community newspapers and through providing the availability of plans and specifications to technical assistance agencies;

i. Ensure that a reasonable number of DBEs are listed on all bidders' lists;

j. Permit DBE to review and evaluate successful bid and proposal documents, subject to applicable law and confidentially requirements;

k. Support and assist the DBELO with debriefing sessions to explain to DBEs as to why certain proposals were successful;

l. Hold and attend pre-bid conferences and pre-contract award meetings to assist the DBELO in giving instructions and explanation of DBE and procurement requirements in the solicitation;

m. Ensure that all procurement bid lead-times are reasonable and in accordance with normal industry practice;

n. Review with the DBELO certain types of procurements to determine whether the contracts may be broken down to be of a more advantageous size for DBE participation; and

o. Provide the DBELO with access to CTA procurement data on a monthly basis for completion of FTA-required reports.

4. **The Chief Infrastructure Officer & Staff** shall:

a. Provide advance notification of all construction projects that have subcontracting opportunities;

b. Participate in public and community meetings to inform the DBE community of upcoming construction projects; and

c. Assist the DBELO in the interpretation of contract specifications for clarification regarding payment and work-related disputes.

## Section 26.27 DBE Financial Institutions

It is the policy of the CTA to investigate the full extent of services offered by Minority Depository Institutions (MDI) owned and controlled by socially and economically

disadvantaged individuals in the community and to make reasonable efforts to use these institutions and encourage prime contractors on DOT-assisted contracts to make use of these institutions. The following clause is contained in the DBE Special Conditions section of contract documents:

> “Minority Depository Institutions - The Bidder is encouraged to utilize financial institutions owned and controlled by socially and economically disadvantaged individuals and community banks. Information about such institutions is available on-line at the Federal Deposit Insurance Corporation (FDIC) websites.”

Investments may be made only in financial institutions which are insured by the Federal Deposit Insurance Corporation (FDIC). CTA may invest any public funds in short term discount obligations of the Federal National Mortgage Association or in shares or other forms of securities legally issuable by savings banks or savings and loan associations incorporated under the laws of this State or any other state or under the laws of the United States. Investments may be made only in those savings banks or savings and loan associations the shares, or investment certificates of which are insured by the FDIC. Any such securities may be purchased at the offering or market price thereof at the time of such purchase. All such securities so purchased shall mature or be redeemable on a date or dates prior to the time when, in the judgment of such governing authority, the public funds so invested will be required for expenditure by such public agency or its governing authority. The expressed judgment of any such governing authority as to the time when any public funds will be required for expenditure or be redeemable is final and conclusive. CTA may invest any public funds in dividend bearing share accounts, share certificate accounts or class of share accounts of a credit union chartered under the laws of this State or the laws of the United States; provided, however, the principal office of any such credit union must be located within the State of Illinois. Investments may be made only in those credit unions the accounts of which are insured by applicable law.

Whenever funds of the Authority are to be deposited in a financial institution in an amount which causes the total amount of the Authority's funds deposited with such Institution to exceed the amount which is protected by the FDIC, the Treasurer shall require that all of the Authority's deposits which exceed the amount insured by the FDIC shall be collateralized, at the rate of 102% of such deposit, by: bonds, notes, certificates of indebtedness, Treasury bills or other securities which are guaranteed by the full faith and credit of the United States of America as to principal and interest or, at the rate of 110% of such deposit, by: bonds, notes, debentures or other similar obligations of Agencies of the United States of America (as defined in the Authorized Investments section of this Investment Policy).

If the financial institution can guarantee all funds exceeding FDIC limits are collateralized, CTA will consider depositing funds with the MFI based on their product offering. A typical security should have a duration of six months to one year.

CTA will require a monthly report showing balances held and securities pledged to collateralized deposited funds from the MPI to monitor compliance.

Since the Public Funds Investment Act requires each agency to investment in institutions with a minimum of $15,000,000 in capital, a capital to asset ratio of at least 6% and a 125%

collateral deposit match, the CTA does not currently have any funds in MDIs. In order to determine whether CTA can consider depositing funds in an MDI, Diversity Programs will, on an annual basis, reach out to local MDI financial institutions with a questionnaire, developed with the Chief Financial Officer's staff.

CTA has also made a commitment in the CTA Investment Policy to utilize approved minority and female owned financial institutions, money managers and financial advisors in the investment of public funds.

## Section 26.29 Prompt Payment Mechanisms

1. CTA will include the following clause in each DOT assisted contract as well as require that prime contractors on DOT-assisted contracts include this provision in each of their subcontracts:

   a. The Contractor is required to pay each first tier Subcontractor for all Work that the Subcontractor has performed to the satisfaction of the CTA no later than fourteen (14) days after the Contractor has received payment from the CTA for that Work, and each tier of Subcontractors must likewise pay the next lower tier of Subcontractors within fourteen (14) calendar days after receiving payment.

      **The Contractor agrees to include these assurances in all subcontracts, and require its Subcontractors to include these assurances in their subcontracts.**

   b. If this Contract provides for retainage, the CTA will make partial payments of retainage amounts for distinct portions of the Work that have been satisfactorily completed; the Contractor must then remit to each first-tier Subcontractor its share of any retainage within fourteen (14) days after receipt of such retainage from CTA, and each tier of Subcontractors must likewise remit retainage to the next lower tier of Subcontractors within fourteen (14) calendar days after receiving payment. If this Contract does not provide for retainage, then neither Contractor nor any Subcontractor may withhold retainage from a Subcontractor. Retainage must be reported in B2GNow.

      **The Contractor agrees to include these assurances in all subcontracts, and require its Subcontractors to include these assurances in their subcontracts.**

2. A delay in or postponement of payment to the Subcontractor requires good cause and prior written approval of the Director, Purchasing.

<u>Reporting Requirements:</u>

1. The Bidder shall, within seven (7) calendar days of contract award, or prior to any work being performed by any Subcontractor of any tier, execute written subcontracts or purchase orders with the Subcontractors included in the Bid. In the event the Bidder cannot complete the agreement with one or more Subcontractors within this seven (7)

day period, the Bidder must provide a written explanation for the delay and an estimated date by which the written agreement will be completed to the Director of Diversity. These written agreements shall be made available to the Director of Diversity upon request.

**All contracts between the Bidder and its Subcontractors must contain the following clauses as set forth in section IX and XI herein: prompt payment clause, retainage clause, and non-discrimination clause.**

2. The Contractor must utilize the Authority's Diversity Management System ("B2GNow"), https://cta.dbesystem.com/, which provides the Contractor an easy-to-use, web-based service for reporting payments rendered to **all Subcontractors**.

   The Contractor will receive an electronic alert for every payment received from the Authority and must report all Subcontractor payments in B2GNow no later than seven (7) calendar days after paying the Subcontractor(s). **Failure to follow these directions may delay payment.**

CTA shall require prime contractors to maintain records and documents of payments to DBEs for three years following the performance of the contract. These records will be made available for inspection upon request by any authorized representative of the FTA or DOT. This reporting requirement also extends to any certified DBE subcontractor.

The Contractor will be expected to respond to desk audits performed at the contract's quarterly milestones. Requests for information will include, but are not limited to, subcontractor invoices and proof of payment (i.e. cancelled check or electronic fund transfer ("EFT") statement). The audit will review payments to DBE subcontractors to ensure that the actual amount paid to DBE subcontractors equals or exceeds the dollar amounts stated in the schedule of DBE participation.

Enforcements

**1.** Failure to comply with the DBE requirements of the contract or with the DBE substitution procedures or failure to use DBEs as stated in the Bid constitutes a material breach of contract. The DBELO shall have the discretion to recommend to the Authority's Purchasing Agent that the Authority apply suitable sanctions to the Contractor if the Contractor is found to be in non-compliance with the DBE requirements. Such sanctions include, but are not limited to, withholding payment to the Contractor until corrective action is taken; suspension and/or termination of the contract, in whole or in part; declaring the Contractor non-responsible; and debarring or suspending the Contractor from entering into future contracts with the Authority.

**2.** The failure by the Contractor to use a DBE Subcontractor to the extent the Contractor committed to use said DBE gives the underutilized DBE specific contract remedies, including the right to damages, the right to resolve the dispute by binding arbitration before an independent arbitrator and the right to recover its reasonable expenses, including attorneys' fees, if the DBE is the prevailing party, as follows:

A. Damages. In the event the Contractor has not complied with the contractual DBE percentage and the change to the contractual DBE usage has not been approved by the Authority, an affected DBE may recover from the Contractor damages suffered by said DBE as a result of being underutilized. This provision is intended for the benefit of any DBE affected by underutilization and grants such entity third party beneficiary rights under the contract. Any rights conferred by this provision are non-waivable and take precedence over any conflicting provisions in the agreement between the Contractor and the DBE.

B. Arbitration procedures. If requested by the DBE, the DBE shall have the right to initiate binding arbitration of any dispute concerning damages suffered as a result of being underutilized. A DBE desiring to arbitrate must notify the Contractor in writing to initiate the arbitration process. Unless the affected parties agree to a different schedule in writing, within ten (10) days of receipt by the Contractor of the intent to arbitrate from the DBE, the above-described disputes must be arbitrated in accordance with the Commercial Arbitration Rules of the American Arbitration Association ("AAA"), a not-for-profit agency, with an office at 225 North Michigan Avenue, Suite 2527, Chicago, Illinois 60601-7601. All such arbitrations must be initiated by the DBE filing a demand for arbitration with the AAA; must be conducted by the AAA; and must be held in Chicago, Illinois.

C. Fees. All fees of the arbitrator are the initial responsibility of the DBE; provided, however, that the arbitrator is authorized to award reasonable expenses, including attorneys' and arbitrator fees, as damages to a prevailing DBE.

D. Entry of judgment. Judgment upon the award rendered by the arbitrator may be entered in any court of competent jurisdiction.

## Section 26.31 Directory

CTA utilizes the Illinois Unified Certification Program (ILUCP) DBE directory, a directory maintained by all the ILUCP Participants:

- Chicago Transit Authority
- Illinois Department of Transportation
- City of Chicago
- Metra
- Pace

The IL UCP DBE directory is updated on a regular basis per the ILUCP Procedures (Attachment 5). An online directory is available at the Illinois Unified Certification Program Website: (https://webapps.dot.illinois.gov/UCP/ExternalSearch)

## Section 26.33 Overconcentration

During the CTA's review for the triennial goal methodology, the DBELO will review all contracts and NAICS codes used for overconcentration against available census data, bidders list data, and internal contract data. Specifically, the DBELO will review the percentage of total contract dollars that go to DBE firms in each NAICS code. If the DBELO determines that the DBE participation is overconcentrated in certain NAICS codes that it unduly burdens the participation of non-DBEs in that type of work, the DBELO will develop appropriate measures to address the overconcentration. Once approved, those measures will be added to the Program.

Measures to address DBE overconcentration in a specific NAICS code may include, but is not limited to, the following:

1. Developing ways to assist DBEs to move into nontraditional areas of work;
2. Varying the use of contract specific DBE goals;
3. Working with our Prime contractors and DBE community to find and use DBEs in other industry areas;

## Section 26.35 Business Development Programs

CTA has elected not to administer a Business Development Program (BDP) as part of its overall DBE activities. However, the CTA is committed to the growth and development of the DBE Community and its ability to compete in the general marketplace. In this interest, the CTA has developed the following programs:

- Mentor-Protégé Program
  Intended to increase the capacity and capabilities of DBE firms and thereby increase the opportunities for DBE participation on CTA contracts. The full details of CTA's Mentor-Protégé Program are provided in Attachment 6.

- DBE Advisory Committee
  Established to discuss strategies and initiatives pertaining to CTA's DBE Program. The Committee is comprised of DBE-certified firm, prime non-certified firms, and technical assistance agencies.

- Small Business Educational Series
  Key industry leaders teach participants how to procure business opportunities, manage projects, protect against risk, run payroll correctly, create accurate estimates, and close our projects. Upon successful completion of the program, participants will have the option to receive OSHA 30 Training and to receive their First Aid/CPR certification.

  All trainings will be hosted and provided free of charge by CTA.
  .

- Building Small Businesses
  Developed to provide capital-sourcing, technical and procurement assistance, and back-office support to small businesses. Participants receive a confidential one-on-one

session to discuss growth strategies.

The program is provided free of charge by CTA.

## Section 26.37 Monitoring and Enforcement Mechanisms

CTA will engage in the following monitoring and enforcement mechanism to ensure compliance with 49 CFR Part 26:

1. CTA will bring to the attention of the Department of Transportation (DOT) any false, fraudulent, or dishonest conduct in connection with the Program, so that the DOT can take the steps (e.g., referral to the Department of Justice for criminal prosecution, referral to the DOT Inspector General, action under suspension and debarment or Program Fraud and Civil Penalties rules) provided in Section 26.109.

2. The CTA will monitor and enforce mechanisms to ensure compliance with 49 CFR Part 26. Failure to comply with the DBE requirements of the contract or failure to use DBEs as stated in the bid/proposal constitutes a material breach of contract. The DBELO shall have the discretion to recommend to CTA's Purchasing Agent that the Purchasing Agent apply suitable sanctions to the Contractor if the Contractor is found to be in non-compliance with the DBE requirements. Such sanctions include, but are not limited to, withholding payment to the Contractor until corrective action is taken; suspension and/or termination of the contract, in whole or in part; and debarring or suspending the Contractor from entering into future contracts with the CTA. Individual citizens aware of these violations by any company may report to CTA such incidence directly to the Diversity Programs Department at (312) 681-2600.

3. CTA will also provide a monitoring and enforcement mechanism to verify that work committed to DBEs at contract award or subsequently is actually performed by the DBEs to which the work was committed. This will be accomplished by the following:

   Executed Subcontract Agreements
   When a contract award is made by the CTA, the prime contractor is sent a copy of the fully executed contract. Once a subcontract is executed CTA will inform the DBE subcontractors in writing that they have been named as subcontractor on the contract. Upon notification to the prime contractor of contract award, the prime contractor is required to execute subcontractor agreements or purchase orders with DBEs listed on their utilization plan within seven (7) calendars days prior to start of work with the DBE subcontractors identified in its bid/proposal. These subcontractor agreements will be reviewed by the Diversity Programs Department to ensure that proper non-discrimination, prompt payment, and retainage clauses are outlined in these agreements.

   Kick-off Meeting
   Diversity Programs staff shall attend a kickoff meeting to inform the contractor of the DBE Requirements and other matters, prior to or immediately after Notice to Proceed is issued. If a kickoff meeting is not scheduled, the prime contractor will be notified in writing of DBE requirements. The Contractor shall be responsible

for informing the Subcontractors of all DBE Requirements as specified by CTA herein.

Commercially Useful Function Monitoring
During the course of the contract, CTA will conduct onsite monitoring to ensure that the scope of work committed to the DBEs are actually being performed by the DBEs. This monitoring effort is fully incorporated by CTA's compliance site visit process. The observed work will be reconciled with the DBE subcontractor agreements and the certified payroll submitted if applicable.

Contract Enforcement
At regular intervals the CTA will run a comparison of certified firms and their attainment, with regards to the progress of work including payments. To determine which contracts are on track to meet their goals and which contracts we have a projected shortfall. We shall discuss next steps for contracts that are not meeting the goal per §26.53 (g).

## Section 26.39 Small Business Enterprise (SBE) Program

CTA will establish a race-neutral small business program (SBE Program) to foster small business participation and facilitate competition by small businesses on CTA contracts.

Certification Standards

CTA will not accept self-certification and will apply the following certification standards for SBE applicants.

1. Small Business Administration's (SBA) size standards for small businesses based on the applicants NAICS codes.
2. Apply 49 CFR 26.65 (b) to establish a gross receipt cap. Applicants must meet both the SBA size standards and the cap in 26.65 (b).
3. Apply 49 CFR 26.67 to establish the economic threshold of at least 51% of the ownership of the firm in order to be considered economically disadvantaged.
4. The economically disadvantaged owner(s) must have real and substantial ownership and long-term and day-to-day control of the applicant firm.

Firms interested in SBE certification may apply online at cta.dbesystem.com. Applicants will be required to submit documentation supporting its certification as a SBE when requested by CTA. CTA will conduct site visits to applicant firms and assign NAICS codes and specialties, to approved firms, based on the work they have demonstrated they can perform. Stand-alone SBE firms will be required to submit an annual Declaration of Elgibility to maintain their SBE certification.

CTA will accept certifications by the entities that use the same SBE certification standards, which are listed on Attachment 7 to the DBE Program as revised from time to time by the DBELO. In January 2023, as part of the Equity in Infrastructure Project (EIP), CTA and Southeastern Pennsylvania Transportation Authority (SEPTA)

developed a memorandum of understanding (MOU) to grant reciprocity for SBE certification (Attachment 8). CTA will accept SBE certifications from entities that sign the SBE MOU and add them to the DBE Program Plan.

Since CTA uses the same DBE certification standards, except for reviewing the race and/or gender of the owner(s) of the applicant firms, for SBE, all DBE-certified firms in the IL UCP DBE Directory will be grandfathered into the CTA's SBE Program.

Contracting Opportunities

Two types of contracts may be included in the SBE Program:

1. Select blanket contracts with independent cost estimates (ICE) up to $ 5,000,000 per year, where a competitive pool of SBE-certified firms exists, and select definite-quantity contracts with ICEs up to $5,000,000 per contract, where a competitive pool of SBE-certified firms exists, will be identified to allow and encourage, through SBE set-aside contracts, small businesses to bid as prime contractors.

2. Certain larger construction contracts will require that prime contractors identify portions of the work to subcontract to only small businesses.

Contracts estimated over $40,000 will be reviewed by the DBELO before advertisement to determine if the contract will be included in the SBE Program.

At the time of submitting its bid on a larger construction contract included in the SBE Program, prime contractor bidders will be required to identify those specific portions of the work to be subcontracted only to small businesses. Compliance with this requirement will be an element of responsiveness to the bid.

## SUBPART C – GOALS, GOOD FAITH EFFORTS, AND COUNTING

### Section 26.43 Set-asides or Quotas

The CTA's DBE Program is a goal-oriented program. The CTA will not use quotas in any way in the administration of the DBE Program.

### Section 26.45 Overall Goals

CTA will follow the requirements of 49 CFR Part 26 when setting its overall agency DBE goal for its DOT-assisted contracts. To the extent possible, the goal will be met using means that are race neutral such as outreach, technical assistance and procurement modification. Where race neutral means are insufficient, contract-specific goals will be set by the CTA to assist it in achieving its overall agency DBE goal. The means used to achieve the goal will avoid imposing undue burden on on-DBEs.

Contract-specific goals will be reviewed regularly. The information gathered from such

review will be used, along with other data, to adjust the use of contract-specific goals accordingly. The overall agency DBE goal will be reviewed on a tri-annual basis and revised as necessary.

Periodically, the CTA will utilize the services of a consultant to analyze available data, including census data, survey data and data on past CTA contracting with federal dollars to perform a disparity study. This consultant will perform a detailed statistical analysis to assess the current availability data and a detailed statistical analyses that assesses the current availability of DBEs in relevant market and that assesses whether past or current discrimination has limited the current availability of DBEs in that market.

CTA will establish its overall DBE goal every three (3) years and establish project-specific DBE goals when appropriate. In accordance with the methodology set forth in the regulations (49CFR Part 26.45), the CTA will then establish its overall and project-specific DBE goal as follows:

**Step 1**: The current bidders list that CTA compiles will be used to determine the number of ready, willing, and able DBE firms and the number of all ready, willing, and able firms. Each firm will be required to provide NAICS code(s) in which it would like to compete for CTA contracts in. CTA will then receive forecasted DOT-assisted contracts from all departments and identify subcontracting opportunities by NAICS code for each contract and assign estimated dollars based on the departments' estimates. Finally, CTA will divide the number of DBE firms by the number of all firms in each NAICS code to derive the base figure.

**Step 2**: In addition to measuring the relative availability of DBEs, the CTA will gather historical data on the forecasted contracts to analyze whether the forecasted dollars are similar to the previous three years of DOT-assisted spending. If they are similar, CTA will use the median attainment from the past three years to adjust the base figure. To adjust the base figure, CTA will average the base figure and the median attainment from the past three years. If they are not similar, CTA will review previous contracts similar in size and scope to analyze whether the base figure is consistent with previous attainments.

CTA will also confer with local experts, engage in public outreach, meet with technical assistance agencies, and examine anticipated changes in DOT-assisted contracting over the next year to buttress the consultant's recommendation.

When establishing or revising its agency DBE goal, CTA will:

1. Consult with minority, women's and general contractor groups, community organization, and other officials and organizations.

2. Publish (in general circulation and minority-focused media and trade publications) a notice announcing the overall goal and the fact that the goal and a description of the methodology used to establish it is available for inspection on CTA website and during an "Open House" event hosted at CTA Headquarters. The public will be advised that it can submit comments on goals to CTA of the FTA within thirty (30) days of the date of publication.

3. This information will be made available on the CTA website. The notice includes the address for CTA's principal offices where the program goals can be reviewed and the address to which comments could be sent.

4. Distribute the methodology to the CTA's DBE Advisory Committee for feedback.

If CTA is instructed by FTA or feels it is necessary to establish a project DBE goal, CTA will use the same methodology described above specific to the work detailed in the project.

## Section 26.47 Goal Setting and Accountability

If the awards and commitments shown on CTA's Uniform Report of Awards or Commitments and Payments at the end of any fiscal year are less than the overall applicable to the fiscal year CTA will:

1. Analyze in detail the reason for the difference between the overall goal and the actual awards/commitments;

2. Establish specific steps and milestone to correct the problems identified in the analysis; and

3. Submit the plan to the FTA within 90 days of the end of the affected fiscal year.

## Section 26.49 Transit Vehicle Manufacturers Goals

The CTA will require each TVM, as a condition of being authorized to bid or propose on DOT-assisted transit vehicle procurements, to certify that it has complied with the requirements of 49 CFR Part 26.49. In conformity with 49 CFR Part 26.49 (f), CTA may, at its discretion and with FTA approval, establish project-specific goals for DBE participation in the procurement of transit vehicles.

CTA will verify each bidder/proposer's TVM certification on DOT's website prior to the award of a contract or option on a contract. Additionally, CTA will notify DOT within 30 days of making an award of a new contract or an option on a multi-year contract including the name of the successful bidder and the total dollar value of the contract.

## Section 26.51 Meeting Overall Goals/Contract Goals

### Race-Neutral Measures (26.51) (a-c)

The CTA will meet the maximum feasible portion of its overall goal by using race-neutral means of facilitating DBE participation. The CTA will use the following race-neutral means to increase DBE participation:

1. The invitation for bids/proposals which are publicly advertised will be solicited from an adequate number of known small businesses, providing them sufficient bid-submittal time prior to the date set for opening bids/proposals. Ensure that

unreasonable requirements are not placed on firms in order for them to qualify to do business, such as unnecessary experience and excessive bonding. Also ensure establishment of delivery schedules, quantities and specifications, where the solicitation permits, that encourage participation by small and DBE businesses;

2. Unbundling large contracts to make them more accessible to small businesses;

3. Encouraging prime contractors to subcontract portions of work that they might otherwise perform with their own forces;

4. Providing assistance to DBEs in overcoming limitations such as inability to obtain bonding or financing (e.g., by such means as simplifying the bidding process, reducing bonding requirements, use of progress payments when appropriate requirements are met, eliminating the impact of surety costs from bids, and providing services to help DBEs and other small businesses obtain bonding and financing);

5. Providing technical assistance and other services;

6. Carrying out information and communications programs on contracting procedures and specific contract opportunities (e.g., ensuring the inclusion of DBEs and other small businesses on CTA's mailing lists for bidders; ensuring the dissemination to bidders on prime contracts of lists of potential subcontractors; provision of information in languages other than English, where appropriate);

7. Ensuring distribution of the DBE directory, through electronic means, to the widest feasible universe of potential prime contractors;

8. Institution of a robust small business development & outreach programming which will assist DBE and other small businesses as new start-up firms (particularly in fields where DBE participation has historically been low), develop their capability to utilize emerging technology and conduct business through electronic media, help them improve long-term development, increase opportunities to participate in a variety of kinds of work, handle increasingly significant projects, and achieve eventual self-sufficiency; and

9. Implementation of a Railroad Protective Insurance Program to permit purchase of this insurance, when required by the contract, at lower costs than on the open market.

## Contract Goals 26.51(d-g)

The CTA will use contract goals to meet any portion of its overall DBE goal it projects it will not be able to meet using race-neutral means. Contract goals will be established over the period to which the overall goal applies.

CTA will establish contract goals only on those DOT-assisted contracts that have subcontracting possibilities, and the size of the goals will be adapted to the circumstances of each such contract (e.g., type and location of work, availability of DBEs to perform the particular type of work).

## Section 26.53 Good Faith Efforts Procedures

In its Good Faith Efforts evaluation, CTA will consider the quality, quantity, and intensity of the different kinds of efforts that the bidders/proposers have made. It will be determined if the efforts employed by the bidders/proposers were those that one could reasonably expect a bidder/proposer to take if the bidder/proposer was actively and aggressively trying to obtain DBE participation sufficient to meet the DBE contract goal. Examples of good faith efforts are given in 49 CFR, Appendix A to Part 26 and in the DBE Special Conditions of the CTA contract.

Mere ***pro forma*** efforts will not be considered good faith efforts to meet the DBE contract requirements.

CTA will also take into consideration the performance of the other bidders/proposers in meeting the goal or good faith efforts on the specific contract. When other bidders/ proposers have met the goal, the CTA will analyze the reasonableness of the effort of the apparent low bidders/ successful proposers. If the apparent low bidder/ successful proposer fails to meet the goal, but meets or exceeds the average DBE participation obtained by other bidders/ proposers, this will be viewed by CTA in conjunction with the efforts listed above as evidence of the apparent low bidders/ successful proposers having made good faith efforts.

### Information to be Submitted: 26.53 (b)

Each Solicitation for which a contract goal has been established will require the bidder/ offeror, with bid proposal, to submit the following information:

1. The names and addresses of DBE's that will participate in the contract;
2. A description of work that each DBE will perform;
3. The dollar amount of each DBE's participation;
4. Written and signed documentation of commitment to use a DBE subcontractor whose participation it submits to meet a contract goal;
5. Written and signed confirmation from the DBE that it is participating on this contract as provided in the prime contractor's commitment indicating the business type.
6. If the contract goal is not met, evidence of good faith efforts must be submitted at time of bid.

### Evaluation of Good Faith Efforts: 26.53 (a) & (c)

1. For all contracts in which contract DBE goals are established, CTA will inform competitors in the solicitation that all bidders/proposers will be required to show good faith efforts

to meet the DBE goal with their bid/proposal documents. Good faith efforts will be shown by documenting enough DBE participation to meet the goal or documenting adequate good faith efforts to meet the goal or a combination of the two. Award of the contract will be conditioned upon the bid/proposers documenting good faith efforts to meet the DBE goals on the contracts.

2. On all invitations for bids, meeting the DBE goal/documenting good faith efforts will be an element of responsiveness. On all requests for proposals and letters of interest and qualifications, meeting the DBE goal/documenting good faith efforts will be an element of responsibility.

3. All bids and proposals must contain the following:

    a. The name and addresses of the DBE subcontractors that will participate in the contract;

    b. A description of the work that each DBE will perform;

    c. The dollar amount of the participation of each DBE firm;

    d. Written documentation of the bidder's/proposer's commitment to use the DBE subcontractors whose participation it submits to meet a contract goal or otherwise

    e. Written confirmation from each listed DBE and a description of the work that it is participating in the contract as provided in the prime contractor's commitment. Each DBE listed to perform work as a regular dealer or distributor must confirm its participation according to the requirements listed in the contracts special conditions.

If insufficient DBE participation is submitted to meet the DBE contract goal, bidders/proposers must document their good faith efforts to meet the goal at the time of submitting their bid or proposal. The documents of good faith efforts must include copies of each DBE and non-DBE subcontractorgood faith efforts must include copies of each DBE and non-DBE subcontractor quote submitted to the bidder when a non-DBE subcontractor was selected over a DBE for work on the contract. This submission should be submitted on company letterhead and signed by a President, Vice President, or other employee authorized by corporate resolution or bylaw to bind the company. CTA will ensure that all information is complete, accurate, and adequately documents the bidder's and or proposer's good faith efforts before CTA awards the contract.

**Reconsideration 26.53 (d)**

CTA requires that all information regarding DBE participation and/or good faith efforts must be

submitted with the bid. If it is determined that the apparent lowest bidder has failed to submit adequate good faith efforts, CTA will provide the apparent low bidder an opportunity for administrative reconsideration before awarding the contract. The DBELO will provide the second low bidder an opportunity for administrative reconsideration as well. If necessary, this procedure will be repeated for subsequent bidders. This reconsideration will include the following:

1. The opportunity to either provide written clarification to or attend a scheduled meeting with the Reconsideration Officer concerning the issue of whether the efforts taken by the bidder met the DBE contract goal or documented adequate good faith efforts to meet the goal. The reconsideration official will not have played any role in the original determination that the bidder/ offeror did not document sufficient good faith efforts;

2. A written decision will be issued promptly to the bidder explaining the basis for the finding that the bidder did or did not meet the goal through participation or made adequate good faith efforts to do so. The result of the reconsideration process is not administratively appealable.

### Design-Build 26.53 (e)

CTA may set a DBE goal that proposers must meet by submitting a DBE Open-Ended DBE Performance Plan (OEPP) with the proposal for Design-Build contracts. To be considered responsive, the OEPP must include a commitment to meet the goal and provide details of the types of subcontracting work or services (with projected dollar amounts) that the proposer will solicit DBEs to perform. The OEPP must include an estimated time frame in which actual DBE subcontracts will be executed. CTA and the Design-Builder agree to make written revisions of the OEPP throughout the life of the project. E.g., replacing the type of work items the design-builder will solicit DBEs to perform and/or adjusting the proposed schedule, as long as the design-builder continues to use good faith efforts to meet the goal.

### Good Faith Efforts when a DBE is Terminated/Substituted on a Contract 26.53 (f)

CTA requires that prime contractors not terminate a DBE subcontractor listed on a bid/contract with a DBE contract goal without CTA's prior written consent. Prior written consent will only be provided where there is "good cause" for termination of the DBE firm, as established by Section 26.53(f)(3) of the DBE regulation.

Before transmitting to CTA its request to terminate, the prime contractor must give notice in writing to the DBE of its intent to do so. A copy of this notice must be provided to CTA prior to consideration of the request to terminate. The DBE will then have five (5) days to respond and advise CTA of why it objects or agrees with the proposed termination. A copy of the DBE's response must also be provided to CTA. [Note: the five-day period may be reduced if the matter is one of public necessity. e.g., safety.]

In those instances where "good cause" exists to terminate a DBE's contract, CTA will require

the prime contractor to make good faith efforts to replace a DBE that is terminated or has otherwise failed to complete its work on a contract with another certified DBE, to the extent needed to meet the contract goal. CTA will require the prime contractor to notify the DBE Liaison officer immediately of the DBE's inability or unwillingness to perform and provide reasonable documentation.

In this situation, CTA will require the prime contractor to obtain our prior approval of the substitute DBE and to provide copies of new or amended subcontracts, or documentation of good faith efforts.

## Section 26.55 Counting DBE Participation

CTA will count DBE participation toward overall and contract goals as provided in 49 CFR 26.55.

### Commercially Useful Function

DBE primes and subcontractors, at any tier, must perform a Commercially Useful Function (CUF). A DBE performs a commercially useful function when it is responsible for execution of the work of the contract and is carrying out its responsibilities by actually performing, managing, and supervising the work involved. To perform a commercially useful function, the DBE must also be responsible, with respect to materials and supplies used on the contract, for negotiating price, determining quality and quantity, ordering the material, and installing (where applicable) and paying for the material itself. To determine whether a DBE is performing a commercially useful function, you must evaluate the amount of work subcontracted, industry practices, whether the amount the firm is to be paid under the contract is commensurate with the work it is actually performing and the DBE credit claimed for its performance of the work, and other relevant factors.

A DBE does not perform a commercially useful function if its role is limited to that of an extra participant in a transaction, contract, or project through which funds are passed in order to obtain the appearance of DBE participation. If a DBE does not perform or exercise responsibility for at least 30 percent (30%) of the total cost of its contract with its own work force, or the DBE subcontracts a greater portion of the work of a contract than would be expected on the basis of normal industry practice for the type of work involved, CTA will presume that the DBE is not performing a commercially useful function

When a DBE is presumed not to be performing a commercially useful function, the DBE may present evidence in writing to rebut this presumption. CTA may determine that the firm is performing a commercially useful function given the type of work involved and normal industry practices. CTA decisions on commercially useful function are not administratively appealable.

Counting guidelines are provided as follows:

**DBE as the Prime Contractor:** 100% DBE credit for that portion of the work performed by the DBE's own forces, including the cost of materials and supplies. Work that a DBE prime

subcontracts to a non-DBE firm does not count toward the DBE goal.

**DBE as a Joint Venture Contractor:** 100% DBE credit for that portion of the total dollar value of the contract equal to the distinct, clearly defined portion of the work performed by the DBE's own forces.

**DBE as a Subcontractor:** 100% DBE credit for the work of the subcontract performed by the DBE's own forces, including the cost of materials and supplies, excluding the purchase of materials and supplies or the lease of equipment by the DBE subcontractor from the prime contractor or its affiliates. Work that a DBE subcontractor in turn subcontracts to a non-DBE firm does not count toward the DBE.

**DBE as a Material Supplier:**
100% DBE credit for the cost of materials or supplies obtained from a DBE manufacturer.

**DBE as a Regular Dealer:** 60% DBE credit for the cost of the materials or supplies purchased from a DBE.

**DBE as a Distributor:** 40% DBE credit for the cost of the materials or supplies for transportation.

**DBE as a Broker:** 100% DBE credit for the value of reasonable fees and commissions for the procurement of materials and supplies if not a regular dealer or manufacturer

**DBE as a Trucker:** 100% DBE credit for trucking participation provided the DBE is responsible for the management and supervision of the entire trucking operation for which it is responsible. At least one truck owned, operated, licensed and insured by the DBE must be used on the contract. Credit will be given for the full value of all such DBE-owned trucks operated using DBE employed drivers. DBE credit for transportation services provided by a non-DBE firm will be limited to the value of transportation services provided by DBE-owned trucks on the contract. Any additional participation by a non-DBE firm will receive credit only for the value of the reasonable fee or commission received by the DBE.

CTA uses the following six (6) factors in determining whether to count expenditures to a DBE trucking firm, to determine if it is performing a commercially useful function:

1. The DBE must be responsible for the management and supervision of the entire trucking operation for which it is responsible on a particular contract and there cannot be a contrived arrangement for the purpose of meeting the DBE commitment.

2. The DBE must itself own and operate at least one fully licensed, insured and operational truck used on the contract.

3. The DBE receives credit for the total value of the transportation services it provides on the contract using trucks it owns, insures, and operates using drivers it employs.

4. The DBE may lease trucks from another DBE firm, including an owner- operator

who is certified as a DBE. The DBE who leases the trucks from another DBE receives credit for the total value of the transportation services the DBE lessee provides on the contract.

5. The DBE may also lease trucks from a non-DBE firm, including an owner- operator. The DBE who leases trucks from a non-DBE is entitled to credit for the total value of transportation services provided by the non-DBE leased trucks equipped with drivers not to exceed the value of transportation services on the contract provided by DBE-owned trucks or leased trucks with DBE employee drivers. Additional participation by non-DBE trucks equipped with drivers receives credit only for the fee or commission it receives as a result of the lease arrangement. CTA will obtain written consent from FTA if it chooses this approach.

6. The DBE may lease trucks without drivers from a non-DBE truck leasing company. If the DBE leases trucks from a non-DBE truck leasing company and uses its own employees as drivers, it is entitled to credit for the total value of these hauling services.

For purposes of the section above, a lease must indicate that the DBE has exclusive use of and control over the truck. This does not preclude the leased truck from working for others during the term of the lease with the consent of the DBE, so long as the lease gives the DBE absolute priority for use of the leased truck. Leased trucks must display the name and identification number of the DBE.

## SUBPART D – CERTIFICATION STANDARDS

### Section 26.61 – 26.73 Certification Process

The CTA and the other certifying members of the IL UCP will use the certification standards of 49 CFR, Subpart D of Part 26 and the certification procedures of Subpart E of Part 26 to determine the eligibility of firms to participate as DBEs in DOT-assisted contracts. To be certified as a DBE, a firm must meet all certification eligibility standards. CTA will make its certification decision based on the facts as a whole.

For information about the certification process, firms will be directed to contact the DBELO at (312) 681-2600, or directed to submit such requests in writing to:

diversity@transitchicago.com

or

Chicago Transit Authority
Diversity Programs Department
567 W. Lake St. 4th Floor
Chicago, IL, 60601

Applications are available online. (https://cta.dbesystem.com/)

## Section 26.68 Personal Net Worth

CTA will require each owner on whom the firm relies for certification to submit a DOE and a corroborating Personal Net Worth (PNW) statement, including required attachments. The owner must report PNW on the form, available at *https://www.Transportation.gov/DBEFORMS*. CTA may require an owner to provide additional information on a case-by-case basis to verify the accuracy and completeness of the provided PNW statement. CTA will acknowledge any adjustments to the Personal Net Worth Cap made by the Department and acknowledges each adjustment will become the current applicable limit.

With the exception of certification appeal proceedings under 49 CFR 26.89 and interstate certification procedures of 49 CFR 26.85, the statement of personal net worth and supporting documentation submitted pursuant to 49 CFR, Part 26.68 (e) will be kept confidential by the CTA and not released to any third party without the written consent of the SEDO who submitted it.

## Rules Affecting Certification

1. CTA does not consider commercially useful function issues with respect to DBE certification eligibility. CTA recognizes that commercially useful function pertains solely to counting DBE participation and meeting DBE goals on individual CTA contracts.

2. CTA will consider whether a firm has exhibited a pattern of conduct indicating its involvement in attempts to evade or subvert the intent or requirements of the DBE Program when rendering certification decisions.

3. CTA will evaluate the eligibility of a firm on the basis of present circumstances.

4. CTA requires all firms seeking DBE certification to cooperate fully with requests from CTA and DOT for information relevant to the certification process. Failure of refusal to provide such information is a ground for a denial or removal of certification.

5. CTA will only accept firms organized for-profit in consideration for DBE certification.

6. An eligible DBE firm must be owned by individuals who are socially and economically disadvantaged. Except as set forth below, a firm that is not owned by such individuals, but instead is owned by another firm-even another DBE firm- cannot be an eligible DBE.

7. A subsidiary of socially and economically DBE eligible parent company or holding company may be certified if it otherwise meets all the requirements for certification. In this situation, the individual owners and controllers of the parent of holding company are deemed to control the subsidiary through the parent or holding company. Where the parent or holding company has not applied for certification, CTA will require it to first demonstrate its eligibility prior to certifying the subsidiary.

a. No applicant or DBE may be more than one entity removed from its individual SEDOs.

8. CTA will certify such a subsidiary only if there is cumulatively 51 percent ownership of the subsidiary by socially and economically disadvantaged individuals.

9. Recognition of business as a separate entity for tax or corporate purpose is not necessarily sufficient to demonstrate that a firm is an individual business, owned and controlled by socially and economically disadvantaged individuals.

10. Prequalification as a condition for DBE certification is not required at this time.

11. CTA recognizes firms owned by a Native American tribe or Native Hawaiian organization as an entity, not as individuals. Such a firm must meet the size standards of CFR Part 26.65 and be controlled by socially and economically disadvantaged individuals, as provided in 49 CFR, Part 26.67.

12. CTA will comply with requirements for Alaskan-Native Corporation set forth in 49CFR, Part 26.63 (c)(2)

13. CTA will confirm, through the DOCR website, that an applicant firm has not been denied within 12 months of the submitted application to CTA by another IL UCP certifying agency.

## SUBPART E – CERTIFICATION PROCEDURES

### Section 26.81 Unified Certification Programs

CTA is a member of the Illinois Unified Certification Program (ILUCP) administered by Illinois Department of Transportation (IDOT). The ILUCP will meet all the requirements of this section. CTA will use and count for the DBE credit only those DBE firms certified by the ILUCP. The Illinois Unified Certification Program Procedures are found in Attachment 5.

### Section 26.83 Declarations of Eligibility

**Initial Certifications**

CTA will determine the eligibility of firms as DBEs consistent with the standards of the IL UCP, which are consistent with the standards of subpart D of 49 CFR Part 26.

CTA will take all the following steps in determining whether a DBE firm meets the standards of the IL UCP and subpart D of 49 CFR Part 26:

1. CTA will visit an applicant firm's principal place of business, virtually or in person, and interview the SEDO, officers, and key personnel. CTA will maintain a complete audio recording of the interview. CTA will also visit one or more active job sites (if there is

one).

2. CTA will analyze documentation related to the legal structure, ownership, and control of applicant firms. This includes, but is not limited to, Articles of Incorporation/Organization; corporate by-laws or operating agreements; organizational, annual and board/member meeting records; stock ledgers and certificates; and State-issued Certificates of Good Standing.
3. CTA will review the bonding and financial capacity of applicant firms; lease and loan agreements; bank account signature cards.
4. CTA will examine the work history of the firm, including contracts it has received, work it has completed, and payroll records.
5. CTA will request a statement from applicant firms of the type of work it prefers to perform as part of the DBE program and its preferred locations for performing the work, if any.
6. CTA will require lists of the equipment owned by or available to the firm and the licenses the firm and its key personnel possess to perform the work it seeks to do as part of the DBE program be provided by applicant firms.
7. CTA will require complete Federal income tax returns (or requests for extensions) filed by the firm and its affiliates, if any, for the last 5 years. CTA will require complete Federal income tax returns (or requests for extensions) filed by SEDOs for the last 3 years. A complete return includes all forms, schedules, and statements filed with the Internal Revenue Service.
8. CTA will require potential DBEs to virtually complete and submit an appropriate application form provided in Appendix F of 49 CFR Part 26. Applications of potential DBEs will be submitted to www.cta.dbesystem.com.
9. CTA will ensure that the SEDO(s) signs the Declaration of Eligibility (DOE), subscribing to as true under penalty of perjury that all information provided is current, accurate, and complete.
10. CTA will review all information in the application prior to issuing decisions about the eligibility of applicant firms. We will request clarification of information contained in the application at any time during application process.

## Declarations of Eligibility and Notices of Change

CTA requires every DBE to provide annually to CTA on the anniversary of their original certification date signed Declarations of Eligibility (DOE), along with the specified documentation in 49 CFR 26.65(a). The following is an excerpt of the text of this Declaration of Eligibility: *"I declare that I am socially disadvantaged because I have been subjected to racial or ethnic prejudice or cultural bias, or have suffered the effects of discrimination, because of my identity as a member of one or more of the groups identified above, without regard to my individual qualities. I further declare that my personal net worth does not exceed the DBE program's limit posted on https://www.transportation.gov/DBEPNW, and that I am economically disadvantaged because My ability to compete in the free enterprise system has been impaired due to diminished capital and credit opportunities as compared to others in the same or similar line of business who are not socially and economically disadvantaged."*

CTA also requires all certified DBE firms to notify the Authority of any material change in its circumstances affecting its ability to meet size, disadvantaged status, ownership, or control criteria of 49 CFR Part 26, or any material changes in the information provided with DBEs application for certification within 30 days of the occurrence of the change..

CTA will e-mail Declaration of Eligibility notifications to all currently certified DBE firms sixty (60) Days and thirty (30) Days before the anniversary date of certification. By signing the DOE, the DBE owners affirm that they meet all regulatory requirements of Part 26, including personal net worth. If a firm's owner knows or should know that he or she, or the firm, fails to meet a Part 26 eligibility (e.g., personal net worth), the obligation to submit a notice of change still applies. The following is an excerpt of the text of the Declaration of Eligibility: "*I agree to notify the certifying agency of a material change in circumstances that affects my firm's eligibility within 30 days of its occurrence, explain the change fully, and include a duly executed Declaration of Eligibility with the notice."*

**Certification Review Procedures**

1. Process
    a. Per 49 CFR 26.83(h)(2), CTA may conduct a certification review of a certified DBE firm at any reasonable time, including a new on-site review, if appropriate in light of changed circumstances (e.g., of the kind requiring notice under paragraph (i) of this section or relating to suspension of certification under §26.88), a complaint, or other information concerning the firm's eligibility."
    b. If the authority is presented with evidence that warrants a Certification Review, the Certification Manager will send a letter via email advising the DBE firm of the Certification Review. The letter will state that the firm must submit the documents requested and an unannounced site visit may be performed.
    c. Once the complete file has been review, the Certification Manager will make a recommendation to the DBELO to either (a) begin removal proceedings or (b) allow the firm to remain DBE certified.

2. Documents Requested
    a. During a Certification Review, the Certification staff will request the following documentation [49 CFR 26.67 (b)]:
        i. Personal Net Worth Statement
        ii. Personal tax returns of the majority owners for the previous 3 fiscal years
        iii. Other documentation as deemed necessary.

3. Reasons for a Certification Review
    a. Complaint [49 CFR 26.87(a)(1) & (2)]
        i. If the Diversity Programs Department receives a complaint about a DBE firm, the Certification Manager will review the information received to determine whether a Certification Review is needed.
    b. Compliance Site Visit [49 CFR 26.83(h)(2)]

i. While performing commercially useful function [CUF] site visit, if the Compliance staff records observations that they feel warrant a Certification Review of a DBE firm, the Compliance Staff will document their observations in a memo to the Compliance Manager. Upon review, if the Compliance Manager agrees a Certification Review is necessary, the Compliance Manager will recommend to the Certification Manager via a memo.

c. Annual Declaration of Eligibility [DOE] Review

i. While performing a DOE Review, if the Certification staff identifies reasons for a firm to undergo a Certification Review, they will document their observations in a memo to the Certification Manager.

## Section 26.85 Interstate Certification

### Firms certified outside of Illinois seeking DBE certification with CTA

The CTA requires that firms seeking Interstate Certification must submit:

1. A DBE Uniform Certification Application
2. A new Declaration of Eligibility (DOE)
3. A cover letter with its application that specifying the DBE is applying for interstate certification and identifies all UCPs in which the DBE is certified (including the UCP that originally certified it).
4. A complete copy of the firm's original application forms state and all supporting documents submitted to its home and any other information submitted to any state related to its certification. This includes No Change Affidavits and any notices of changes the firm submitted to any recipient concerning its application or status as a DBE; and

Within 10 business days of receiving the required documents for Interstate certification the CTA will confirm the certification of the DBE preferably by reference to the UCP directory of the JOC. If the applicant interstate DBE fulfills the requirements for interstate certification and CTA confirms the DBE's certification, CTA will certify the DBE immediately without undergoing further procedures and provide the DBE with a letter documenting its certification. Once CTA certifies the applicant interstate DBE, then it will treat the DBE as it treats other DBEs, for all purposes.

After CTA certifies the DBE, it may request a fully unredacted copy of all, or a portion of, the DBE's certification file from any other UCP in which the DBE is certified.

If the newly certified interstate DBE's certification file is requested, the CTA will review all submitted information to determine whether it believes the Jurisdiction of Original (JOC) Certification is erroneous or should not apply in Illinois.

Should the CTA determine the firm's JOC certification is factually erroneous and inconsistent with the requirements of 49 CFR part 26, no later than 60 days from receipt of all the required information, it will send written notification via email to other UCPs in which the firm is certified stating the reasons

for why the firm's certification, in whole or in part, should be removed. The other JOCs in which the firm is certified will be given 30 days from receipt of the notification to respond, to provide concurrence or non-concurrence with the Authority's proposed action. CTA will accept written arguments and additional evidence from other JOCs concerning whether the firm should remain certified or be removed. In accordance with 49 CFR 26.85 (h)(2), CTA will interpret a JOCs failure to provide a timely response as their concurrence with the proposed action.

After CTA receives all timely responses, it will make an independent decision whether to issue a Notice of Intent (NOI) via email to the DBE and what grounds to include. The NOI will:

1. Clearly and succinctly state each reason for the proposed action, and specifically identify the supporting evidence for each reason.
2. Notify the DBE of its right to respond in writing, at an informal hearing, or both.
3. Inform the DBE of the hearing scheduled on a date no fewer than 30 days and no more than 45 days from the date of the NOI.

CTA acknowledges that a firm has 10 days to respond the NOI. If a firm fails to do so, it loses its opportunity for a hearing. The CTA hearing officer will be thoroughly familiar with the DBE certification requirements. If a meeting is requested, the CTA will schedule a meeting to take place within 30 days of receipt of the firm's request and notify the JOCs of which the firm is certified of its determination.

The CTA bears the burden of proof based upon a preponderance of the evidence with respect to the particular issues raised by the CTA. The CTA must issue a written decision within 30 days of receipt of the written response from the firm or meeting with the CTA hearing officer, whichever is later. The firm's certification application remains in pending status awaiting the outcome of this process. The decision by the CTA may be appealed to the US DOT Department of Civil Rights under § 26.89.

**CTA certified firms seeking DBE certification outside Illinois:**

It is the policy of the CTA to cooperate fully and timely to process CTA certified firm's request for certification outside Illinois within 30 days receipt of the firm's written request.

1) Copy the firm's application and all supporting documentation and provide them to the firm or requesting JOC;
2) Provide a copy of the most recent site visit report to the requesting JOC within 7 days of receipt of the request.

NOTE: If the site visit report is more than three years old and the requesting state requires more current information, the CTA will conduct a courtesy review within 14 days after receipt of this notification from the requesting state.

## Section 26.86 Decision Letters

The CTA may deny a firm's an initial request for certification when:

- A firm fails to cooperate per 26.109(c). Applicants are given twenty (20) calendar days after receipt of the Request for Information (RFI) letter to respond. If information is not received by the 20th calendar day, a follow-up RFI letter will be sent giving the firm ten (10) additional calendar days to respond. If within the specified time period, no contact has been made by the applicant the firm, the application will be denied.

- A firm does not prove it is 51% owned and controlled by a socially and economically disadvantaged individual.

- A firm's annual gross receipt 5-year average, including any and all affiliates, exceeds the Small Business Administration's business size standards for the NAICS code(s), found in 13 CFR 121 and 49 CFR 26.71, appropriate to the type(s) of work the applicant firm seeks to perform. Per 26.65, an applicant firm is not eligible for DBE certification if it's 3-year average annual gross receipts, including any and all affiliates, exceeds the DBE Program cap of $30,720,000

The CTA will provide the applicant firm a written explanation of the reasons for the denial, specifically referencing the evidence in the record that supports each reason for denial. The CTA also establishes a time period of twelve months that must elapse before the firm may reapply for DBE certification. The firm may appeal the denial to DOT.

When CTA denies a firm's application or removes a firm's eligibility in whole or in part, it must make an entry in the Department of Transportation Office of Civil Rights' (DOCR) Ineligibility Determination Online Database. The entry shall include:

i) Firm's name;
ii) Firm's owner(s) name(s);
iii) Type and date of the action; and
iv) Reason for the action.

The CTA will check the DOCR website at least monthly to determine whether any firm that is applying for certification or has already been certified, is on the list. If such a firm is on the list, the CTA will promptly request a copy of the listed decision from the UCP that made it. The information will be considered in determining what action to take with respect to a DBE or applicant. A UCP receiving the request will provide a copy of the decision to the requesting UCP within 7 days.

The firm's information including reason for denial will be input to the DOCR website no later than 14 days after denial.

## Section 26.87 Decertification

In the event CTA proposes to remove a DBE's certification, it will follow procedures

consistent with 49 CFR 26.87. To ensure separation of functions in the removal of a firm's eligibility, the DBELO has established a reconsideration officer who will render such decisions, separate and apart from the DBE Program Office. See Attachment 9 to this Program sets forth these procedures in detail.

In the event the CTA denies a firm's initial certification or renders a decision to remove a firm, the firm may not submit another application for certification eligibility prior to 12 months from the date of our decision letter.

## Section 26.88 Summary Suspension of Certification

The CTA will immediately suspend a certified firm's DBE certification pursuant to 49 CFR 26.88 when:

- An individual owner whose ownership and control of the firm are necessary to the firm's certification dies or is incarcerated;
- There is clear and credible evidence of the DBE's or SEDO's involvement in fraud or other serious criminal activity;

The CTA will electively suspend a certified firm if it has clear and credible evidence that:

- The DBEs continued certification poses a substantial threat to the integrity of the program;
- There has been a material change in circumstances that may affect the eligibility of the DBE firm to remain certified;
- When the DBE fails to notify the department or IL UCP in writing of any material change in circumstances;
- Fails to timely file a DOE and gross receipts documentation under 49 CFR 26.83(j).

Pursuant to 49 CFR 26.88 (d)(iii), when CTA issues a Summary Suspension Notice (SSN), it will demand that the DBE show cause why it should remain certified and provide the time and date of a virtual show-cause hearing at which the firm may present information and arguments concerning why CTA should lift the suspension. The SSN will also advise that the DBE may provide written information and arguments lieu of or in addition to attending the hearing. CTA will schedule the hearing at least 15, but no more than 25 days after the date of the notice. CTA acknowledges that if a firm does not confirm its attendance within 10 days of the notice, it will have waived its rights to a hearing and will have forfeited its certification if it does not acknowledge the notice within 15 days.

Following receipt of the emailed Summary Suspension Notice (SSN), if the DBE believes it is no longer eligible, it may voluntarily withdraw from the program, in which case no further action is required. If the DBE believes that its eligibility should be reinstated, it must provide to the agency information demonstrating that they are eligible notwithstanding its changed circumstances. The DBE may provide information and arguments concerning its continuing eligibility until the 15th day following the suspension notice or the day of the hearing, if any, whichever is later. The DBE must email any written response it provides. Within 30 days of receiving this information, CTA will either lift the suspension and reinstate the firm's

certification or issue a Notice of Decision (NOD). During the proceeding, the suspension remains in effect.

The DBE firm will not be considered to meet a contract DBE goal on a new contract while suspended and any work it does on a contract while suspended will not be counted toward the CTA's overall goal.

The DBE firm will be counted to for DBE credit for contracts executed before the DBE firm received the Summary Suspension Notice as long as the DBE is performing a commercially useful function under the existing contract.

DBE suspension is not appealable to USDOT. Failure of the CTA to either lift or reinstate the firm or commence a decertification proceeding is appealable to the USDOT.

### Section 26.89 Appeals to the Department

Any firm may appeal CTA's decision in any certification or removal of eligibility matter to DOT. All appeals must be filed within 45 days of CTA's final decision. Appeals must be sent via email USDOT at **DBEAppeals@dot.gov,** including a narrative that explains fully and specifically why the firm believes CTA's decision is in error, what outcome-determinative facts the CTA did not consider, and/or what part 26 provisions CTA misapplied. If a firm does not have access to email, the address in which appeals can be sent to is:

U.S. Department of Transportation
Departmental Office of Civil Rights
Disadvantaged Business Enterprise Program Division
1200 New Jersey Ave, SE
Washington, DC 20590

Or as amended by the U.S. Department of Transportation. CTA will promptly implement any DOT certification appeal decisions affecting the eligibility of DBEs for DOT-assisted contracting (e.g., certify a firm if DOT has determined that CTA's denial of its application was erroneous). Pending DOT's decision, the CTA's decision will remain in effect.

## SUBPART F – COMPLIANCE AND ENFORCEMENT

### Section 26.109 Information, Confidentiality, Cooperation and Intimidation or Retaliation

CTA shall not disclose to third parties information that may reasonably be regarded as confidential business information, consistent with Federal, state, and local law.

Notwithstanding any contrary provisions of Federal, state or local law, CTA shall not release personal financial information submitted in response to the personal net worth requirement to a third party (other than DOT) without the written consent of the firm that submitted the

documentation.

## US DOT OFFICIAL DBE PROGRAM REGULATIONS QUESTIONS & ANSWERS

DOT's official questions and answers regarding the DBE Program Regulations can be found at: https://www.transportation.gov/sites/dot.gov/files/docs/mission/civil-rights/disadvantaged-business-enterprise/55851/official-questions-and-answers-disadvantaged-business-enterprise-program-regulation-49-cfr-26-4-25.pdf.

## AMENDMENT

This Program may be amended to comply with changes to the federal regulations, 49 CFR Part 26, or with changes to the manner in which the CTA does business by the President of the CTA; provided, however, that the DBE goal may only be set or revised by the Chicago Transit Board.

Attachments:

1. Definitions
2. CTA Policy Statement
3. DBE Liaison Officer
4. DBE Liaison Officer (DBELO) Agency Org Chart
5. ILUCP (Illinois Unified Certification Program)
6. Mentor Protégé Program
7. Small Business Verification Agencies
8. Procedures for Removal

***Please note that the Attachment 5 consist of more than twenty (20) pages and has been represented by the first page of that document. Complete forms of these documents are available upon request.***

Attachment 1

## Definitions

**Affiliation** has the same meaning the term has in the Small Business Administration (SBA) regulations, 13 CFR part 121.

Except as otherwise provided in 13 CFR part 121, concerns are affiliates of each other when, either directly or indirectly:

- One concern controls or has the power to control the other; or
- A third party or parties controls or has the power to control both; or
- An identity of interest between or among parties exists such that affiliation may be found.

In determining whether affiliation exists, it is necessary to consider all appropriate factors, including common ownership, common management, and contractual relationships. Affiliates must be considered together in determining whether a concern meets small business size criteria and the statutory cap on the participation of firms in the DBE program.

**Alaska Native** means a citizen of the United States who is a person of one-fourth degree or more Alaskan Indian (including Tsimshian Indians not enrolled in the Metlaktla Indian Community), Eskimo, or Aleut blood, or a combination of those bloodlines. The term includes, in the absence of proof of a minimum blood quantum, any citizen whom a Native village or Native group regards as an Alaska Native if their father or mother is regarded as an Alaska Native.

**Alaska Native Corporation (ANC)** means any Regional Corporation, Village Corporation, Urban Corporation, or Group Corporation organized under the laws of the State of Alaska in accordance with the Alaska Native Claims Settlement Act, as amended (43 U.S.C. 1601, et seq.).

**Assets** mean all the property of a person available for paying debts or for distribution, including one's respective share of jointly held assets. This includes, but is not limited to, cash on hand and in banks, savings accounts, IRA or other retirement accounts, accounts receivable, life insurance, stocks and bonds, real estate, and personal property.

**Business, business concern or business enterprise** means an entity organized for profit with a place of business located in the United States, and which operates primarily within the United States or which makes a significant contribution to the United States economy through payment of taxes or use of American products, materials, or labor.

**Compliance** means that a recipient has correctly implemented the requirements of this part.

**Contingent Liability** means a liability that depends on the occurrence of a future and uncertain event. This includes, but is not limited to, guaranty for debts owed by the applicant concern, legal claims and judgments, and provisions for federal income tax.

**Contract** means a legally binding relationship obligating a seller to furnish supplies or services (including, but not limited to, construction and professional services) and the buyer to pay for them. For purposes of this part, a lease is considered to be a contract.

**Contractor** means one who participates, through a contract or subcontract (at any tier), in a DOT-assisted highway, transit, or airport program.

**Days** mean calendar days. In computing any period of time described in this part, the day from which the period begins to run is not counted, and when the last day of the period is a Saturday, Sunday, or Federal holiday, the period extends to the next day that is not a Saturday, Sunday, or Federal holiday. Similarly, in circumstances where the recipient's offices are closed for all or part of the last day, the period extends to the next day on which the agency is open.

**Department or DOT** means the U.S. Department of Transportation, including the Office of the Secretary, the Federal Highway Administration (FHWA), the Federal Transit Administration (FTA), and the Federal Aviation Administration (FAA).

**Disadvantaged business enterprise or DBE** means a for-profit small business concern—

- That is at least 51 percent owned by one or more individuals who are both socially and economically disadvantaged or, in the case of a corporation, in which 51 percent of the stock is owned by one or more such individuals; and
- Whose management and daily business operations are controlled by one or more of the socially and economically disadvantaged individuals who own it.

**DOT-assisted contract** means any contract between a recipient and a contractor (at any tier) funded in whole or in part with DOT financial assistance, including letters of credit or loan guarantees, except a contract solely for the purchase of land.

**Good faith efforts** means efforts to achieve a DBE goal or other requirement of this part which, by their scope, intensity, and appropriateness to the objective, can reasonably be expected to fulfill the program requirement.

**Home state** means the state in which a DBE firm or applicant for DBE certification maintains its principal place of business.

**Immediate family member** means father, mother, husband, wife, son, daughter, brother, sister, grandfather, grandmother, father-in-law, mother-in-law, sister-in-law, brother-in-law, and domestic partner and civil unions recognized under State law.

**Native American tribe** means any Native American tribe, band, nation, or other organized group or community of Indians, including any ANC, which is recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians, or is recognized as such by the State in which the tribe, band, nation, group, or community resides. See definition of “tribally-owned concern” in this section.

**Joint venture** means an association of a DBE firm and one or more other firms to carry out a single, for-profit business enterprise, for which the parties combine their property, capital, efforts, skills and knowledge, and in which the DBE is responsible for a distinct, clearly defined portion of the work of the contract and whose share in the capital contribution, control, management, risks, and profits of the joint venture are commensurate with its ownership interest.

**Liabilities** mean financial or pecuniary obligations. This includes, but is not limited to, accounts payable, notes payable to bank or others, installment accounts, mortgages on real estate, and unpaid taxes.

**Native Hawaiian** means any individual whose ancestors were natives, prior to 1778, of the area which now comprises the State of Hawaii.

**Native Hawaiian Organization** means any community service organization serving Native Hawaiians in the State of Hawaii which is a not-for-profit organization chartered by the State of Hawaii, is controlled by Native Hawaiians, and whose business activities will principally benefit such Native Hawaiians.

**Noncompliance** means that a recipient has not correctly implemented the requirements of this part.

**Notice of decision** means determination that denies a firm's application or decertifies a DBE.

**Notice of intent or NOI** means recipients letter informing a DBE of suspension of proposed decertification

**Operating Administration or OA** means any of the following parts of DOT: the Federal Aviation Administration (FAA), Federal Highway Administration (FHWA), and Federal Transit Administration (FTA). The "Administrator" of an operating administration includes his or her designees.

**Personal net worth** means the net value of the of an individual's reportable assets and liabilities, per the calculation rules in §26.68

**Primary industry classification** means the most current North American Industry Classification System (NAICS) designation which best describes the primary business of a firm. The NAICS is described in the North American Industry Classification Manual—United States, which is available online on the U.S. Census Bureau Website: http://www.census.gov/eos/www/naics/.

**Primary recipient** means a recipient which receives DOT financial assistance and passes some or all of it on to another recipient.

**Principal place of business** means the business location where the individuals who manage the firm's day-to-day operations spend most working hours. If the offices from which

management is directed and where the business records are kept are in different locations, the recipient will determine the principal place of business.

**Program** means any undertaking on a recipient's part to use DOT financial assistance, authorized by the laws to which this part applies.

**Race-conscious** measure or program is one that is focused specifically on assisting only DBEs, including women-owned DBEs.

**Race-neutral** measure or program is one that is, or can be, used to assist all small businesses. For the purposes of this part, race-neutral includes gender-neutrality.

**Recipient** means any entity, public or private, to which DOT financial assistance is extended, whether directly or through another recipient, through the programs of the FAA, FHWA, or FTA, or that has applied for such assistance.

**Secretary** means DOT'sSecretary of Transportation or the Secretary's designee.

**Set-aside** means a contracting practice restricting eligibility for the competitive award of a contract solely to DBE firms.

**Small Business Administration or SBA** means the United States Small Business Administration.

**SBA certified firm** refers to firms that have a current, valid certification from or recognized by the SBA under the 8(a) BD or SDB programs.

**Small business concern** means, with respect to firms seeking to participate as DBEs in DOT-assisted contracts, a small business concern as defined pursuant to section 3 of the Small Business Act and Small Business Administration regulations implementing it (13 CFR part 121) that also does not exceed the cap on average annual gross receipts specified in §26.65(b).

**Socially and economically disadvantaged individual** means any individual who is a citizen (or lawfully admitted permanent resident) of the United States and who has been subjected to racial or ethnic prejudice or cultural bias within American society because of his or her identity as a members of groups and without regard to his or her individual qualities. The social disadvantage must stem from circumstances beyond the individual's control.

(1) Any individual who a recipient finds to be a socially and economically disadvantaged individual on a case-by-case basis. An individual must demonstrate that he or she has held himself or herself out, as a member of a designated group if you require it.

(2) Any individual in the following groups, members of which are reputably presumed to be socially and economically disadvantaged:

(i) “Black Americans,” which includes persons having origins in any of the Black racial groups of Africa;

(ii) “Hispanic Americans,” which includes persons of Mexican, Puerto Rican, Cuban, Dominican, Central or South American, or other Spanish or Portuguese culture or origin, regardless of race;

(iii) “Native Americans,” which includes persons who are enrolled members of a federally or State recognized Indian tribe, Alaska Natives, or Native Hawaiians;

(iv) “Asian-Pacific Americans,” which includes persons whose origins are from Japan, China, Taiwan, Korea, Burma (Myanmar), Vietnam, Laos, Cambodia (Kampuchea), Thailand, Malaysia, Indonesia, the Philippines, Brunei, Samoa, Guam, the U.S. Trust Territories of the Pacific Islands (Republic of Palau), Republic of the Northern Marianas Islands, Samoa, Macao, Fiji, Tonga, Kiribati, Tuvalu, Nauru, Federated States of Micronesia, or Hong Kong;

(v) “Subcontinent Asian Americans,” which includes persons whose origins are from India, Pakistan, Bangladesh, Bhutan, Maldives, Nepal or Sri Lanka;

(vi) Women;

(vii) Any additional groups whose members are designated as socially and economically disadvantaged by the SBA, at such time as the SBA designation becomes effective.

(3) Being born in a particular country does not, standing alone, mean that a person is necessarily a member of one of the groups listed in this definition.

**Spouse** means a married person, including a person in a domestic partnership or a civil union recognized under State law.

**Transit vehicle manufacturer** means any manufacturer whose primary business purpose is to manufacture vehicles specifically built for public mass transportation. Such vehicles include, but are not limited to: Buses, rail cars, trolleys, ferries, and vehicles manufactured specifically for paratransit purposes. Producers of vehicles that receive post-production alterations or retrofitting to be used for public transportation purposes (e.g., so-called cutaway vehicles, vans customized for service to people with disabilities) are also considered transit vehicle manufacturers. Businesses that manufacture, mass-produce, or distribute vehicles solely for personal use and for sale “off the lot” are not considered transit vehicle manufacturers.

**Tribally-owned concern** means any concern at least 51 percent owned by an Indian tribe as defined in this section.

**Unsworn declaration** means an unsworn statement, dated and in writing, subscribed as true under penalty of perjury.

Attachment 2

# POLICY STATEMENT

## DISADVANTAGED BUSINESS ENTERPRISE (DBE) PROGRAM PLAN

OBJECTIVES (49 CFR Part 26.1, 26.23) TO ALL CTA EMPLOYEES AND THE SERVICE COMMUNITY:

As a major provider of public transportation, the Chicago Transit Authority (CTA) recognizes its responsibility to the community it serves and CTA has established a Disadvantaged Business Enterprise (DBE) program in accordance with regulations of the U.S. Department of Transportation (USDOT), 49 CFR Part 26. CTA will take all necessary and reasonable steps to ensure that small business enterprises, certified and defined as DBEs pursuant to 49 CFR Part 26, shall have a fair opportunity to participate in CTA contracts. As part of its DBE policy commitment, the CTA will make every effort to achieve the following objectives of 49 CFR Part 26:

a) To ensure nondiscrimination in the award and administration of USDOT· assisted contracts;
b) To create a level playing field on which DBEs can compete fairly for USDOT-assisted contracts;
c) To ensure that the DBE Program is narrowly tailored in accordance with applicable law;
d) To ensure that only firms that fully meet 49 CFR Part 26 eligibility standards are permitted to participate as DBEs;
e) To help remove barriers to the participation of DBEs in USDOT-assisted contracts;
f) To assist the development of firms that can compete successfully in the marketplace outside of the DBE Program.

The Director of Diversity Programs has been designated as the DBE Liaison Officer and in that capacity; the Director is responsible for implementing all aspects of the DBE Program. Implementation of the DBE Program is given the same priority as compliance with all other legal obligations required by the CTA's financial assistance agreements with the USDOT.

The CTA has disseminated this policy statement to the Transit Board and all of the components of our organization. We have distributed this statement to DBE and non-DBE business communities that perform work for us on USDOT-assisted contracts.

In my role as President, I shall take all reasonable steps to ensure achievement of our program plan. The Transit Board and all CTA employees share in the responsibility for making CTA's DBE Program a success.

Date: 8/31/2015

[signature]
Dorval R. Carter Jr., President

Attachment 3

CTA names the following person as the DBE Liaison Officer (DBELO):

JuanPablo Prieto
Director, Diversity Programs
Chicago Transit Authority
567 West Lake Street
4th floor
Chicago, IL 60661
(312) 681-2600
jprieto@transitchicago.com


President
Chief Equity and Engagement Officer
Director, Diversity Programs
Project Specalist II
Data Analyst II
Senior Manager - Certification and Compliance Programs
Senior Manager - Outreach Programs
Manager, Contract Compliance
Manager, Certification Programs
Manager, Workforce Initiatives
1 Senior Compliance Specialist
5 Compliance Specialist
1 Senior Certification Specialist
2 Certification Specialist
1 Senior Small Business Development Coordinator
2 Small Business Development Coordinator
1 Senior Workforce Initiatives Coordinator
2 Workforce Initiatives Coordinator

Attachment 5

Disadvantaged Business Enterprise Program

Unified Certification Procedures

# Illinois Unified Certification Program

Attachment 6

## Mentor-Protégé Program

### 1. PURPOSE

The Chicago Transit Authority (CTA) is committed to the growth and development of the Disadvantaged Business Enterprise (DBE) Community and its ability to compete in the general marketplace. In this interest, the CTA's Diversity Programs department has developed a Mentor-Protégé program ("Program") within the guidelines provided in the federal DBE Regulations, as set forth in Appendix D to 49 CFR Part 26, to enhance the capacity and capability of DBE firms and thereby increase opportunities for DBE participation on CTA contracts. Through hands-on and classroom training experience, the Program strives to develop working relationships between DBE firms and prime contracting firms that have successfully participated in and/or completed CTA contracts.

### 2. PROGRAM OUTLINE

Participation in the Program is voluntary. Eligible prime contractor firms that wish to mentor a DBE firm under the Program must work together to achieve the agreed upon outcomes outlined in a Relationship Plan submitted by the prime contractor with its bid or proposal for a contract. The requirements and format for the Relationship Plan are attached as Exhibit A and will be used by Mentor and Protégé to identify specific areas of training for the Protégé.

In order to remain compliant with the Commercially Useful Function ("CUF") requirements of the federal DBE Regulations, each firm must have distinct, specific roles and responsibilities, but will work together to successfully deliver a completed contract. This may require a relationship that will last through the completion of the contract or a predetermined timeframe if, for example, the relationship is specific to trade that will not be required for the entire contract. In the event that a mentor proposes to include a protégé firm as part of their DBE Utilization Plan, the mentor may only claim credit for scopes that the protégé firm is certified in and is completing without any assistance from the mentor firm, or any other firm, in accordance with CUF requirements of the federal DBE Regulations. Example: Mentor firm is mentoring protégé firm in Scope 1. Protégé firm is certified and proposed to perform Scope 2. The mentor firm can only claim DBE credit for Scope 2, contingent on a Compliance and CUF review.

The Relationship Plan must be submitted for review with the prime contractor's bid or proposal in which it plans to use the Mentor/Protégé relationship.

### 3. PROGRAM BENEFITS

- Create and strengthen working relationships between established and emerging companies
- Increase opportunities for DBE firms to participate in CTA contracts
- Enhance DBE firm's capabilities
- Increase pool of qualified DBEs for various types of work on CTA projects
- Encourage DBEs to bid as prime contractors on future CTA contracts

### 4. INCENTIVES

If a contract is procured through a request for proposals ("RFP"), submission of a Relationship Plan may be evaluated as part of the Diversity Outreach Plan criteria to determine whether the proposal is most advantageous to the CTA.

Subject to CTA Diversity's review and approval, a prime contracting firm may receive credit for DBE participation for implementation of a Relationship Plan on a contract,

## 5. ELIGIBILITY REQUIREMENTS

Mentor requirement:

• Firm must have at least five (5) years of public contracting experience, preferably as a prime contractor
• Must agree to a minimum of **8** hours per month of coaching including but not limited to classroom training, one-on-one meetings, small group seminars, and/or on-the-job training with the protégé
• Must assign qualified key personnel to administer training and supervision of the program

Protégé requirement:

• Firm must be DBE certified in the Illinois Unified Certification Program (ILUCP) Directory at the time of opening of bids or proposals
• Firm must remain DBE certified and in good standing throughout the duration of the Relationship Plan
• Must agree to a minimum of **8** hours per month of coaching including but not limited to classroom training, one-on-one meetings, small group seminars, and/or on-the-job training with the mentor

## 6. RELATIONSHIP PLAN

Prime contractors wishing to participate in the Program must submit a Relationship Plan with their bid or proposal to be approved by the CTA. The Relationship Plan delineates the specific responsibilities and obligations of each party in the Mentor-Protégé relationship and must include the timeline by which stated obligations will be completed. Content and format for the Relationship Plan can be found in Exhibit A. Only participants with an approved Relationship Plan can participate in the Program. The Relationship Plan must include specific training curriculum for the Protégé in areas such as business, financial, technical, and bidding/estimating. The Relationship Plan must also include measurable benchmarks required of both parties, a training schedule, and a reporting schedule.

The Relationship Plan must be signed by both parties. Only Relationship Plans approved by CTA Diversity will be considered for scoring as part of a Diversity Outreach Plan criterion on a RFP procurement.

The Mentor/Protégé is a cooperative relationship. The Mentor cannot exercise management control over the Protégé outside of contractual requirements, or have any direct or indirect ownership interest in the Protégé, and the Protégé cannot be dependent on the Mentor. Both are independent entities who will be responsible for their own tasks and management of their own staff. The Protégé must perform a CUF and not be required to work exclusively with the Mentor.

## 7. TERMINATION OF MENTOR-PROTÉGÉ RELATIONSHIP

Once a Relationship Plan has been approved, written notice of any change in its status must be sent to the Director of Diversity Programs in a timely manner. In order to terminate a Relationship Plan, one of the parties must submit a request, in writing, to the Director of Diversity Programs explaining why the Relationship Plan should be terminated. The request should include any documentation and correspondence between the two parties to show a failure to meet the obligations of the Relationship Plan. The CTA will concur in the termination of the Relationship Plan for cause for any of the following reasons, documented to the satisfaction of the CTA: failure of the other party to submit reports and/or attend quarterly meetings; its failure to meet task deadlines; lack of cooperation; or any material breach of the Program requirements.
Termination may affect the prime contractor's ability to receive DBE participation credit on the contract.

## 8. REPORTING

Reports of activities such as completed tasks, trainings, and progress toward planned goals must be submitted to the CTA's Diversity Programs department on a quarterly basis for the duration of the Relationship Plan. The report must be signed and approved by both parties before submittal.

## 9. MONITORING

Oversight of the Program will be performed by the compliance unit of the CTA's Diversity Programs department. The Diversity Programs compliance unit will review all monthly reports and schedule quarterly meetings with both parties to discuss progress and/or any goal shortfalls. Mentor and Protégé must attend all quarterly meetings.

The Compliance unit will evaluate reports to ensure both parties are adhering to the Relationship plan. The evaluation will focus on stated objectives in the plan and the overall relationship between Mentor and Protégé. The following will be a guide to evaluate the overall vitality of the Mentor-Protégé relationship:

- Satisfactory progress toward the stated goals in the Relationship Plan
- Quality of training provided by the Mentor
- Working relationship between Mentor and Protégé
- Protégé's improved competency in specific target areas
- Decreased reliance on the Mentor by the Protégé

## 10. SITE VISIT

The CTA may conduct site visits (scheduled or unscheduled) at project sites or field locations where classes and hands-on training are conducted. The purpose of site visits is for a first-hand observation of the progress made by both parties and to verify concurrence with monthly reports.

# EXHIBIT A

### Mentor-Protégé Relationship Plan

The Relationship Plan should be designed to comply with the Program while providing the flexibility to meet specific requirements for all parties involved. The content requirements and format for the Relationship Plan are as follows:

The Plan must identify three (3) or more areas of specific training provided by the Mentor to the Protégé from the list below. Each training objective must be tailored to the specific needs of the Protégé.

- **Bidding/Estimating**
- **Business Administration**
- **Business Development**
- **Finance/Invoicing**
- **Insurance & Bonding**
- **Marketing**
- **Public-Sector Contracting Strategy**
- **Safety/Quality**
- **Technical**
- **Technology/Software**

The Relationship Plan must include the following elements:

1. Overall description of purpose for Mentor-Protégé relationship
    - Explain why this relationship should be considered for the Program

2. Key Personnel
    - Identify personnel from both parties who will be responsible for the deliverables of this Relationship Plan

3. An objective for each area of training
    - Provide a rationale for the selected areas of training for the Protégé

4. Provide specific responsibilities of each party for all areas of training
    - Describe the specific obligations each party will adhere to during training
5. Training goal
    - Describe specific goals to be achieved by each training

6. Training schedule for hands-on and classroom training
    - Submit a predetermined schedule that includes dates, times, and locations
7. Milestone timelines
    - Provide a predetermined timeline by which measurable progress toward stated goals must be achieved by Protégé
8. Reporting
    - Mentor must provide a description of how the Protégé will be evaluated in each training

9. Duration of Mentor-Protégé relationship
    - Provide the length of time this relationship will be in effect

## Mentor-Protégé Relationship Plan

Project Name: ________________________________________________________________

Contract No.: __________________________________

Bid/Proposal Due Date: ________________

Start Date of Relationship: _____________ Estimated End Date of Relationship: _____________

Mentor Firm: __________________________ Protégé Firm: ___________________________

Contact: ______________________________ Contact: _______________________________

Address 1: ____________________________ Address 1: _______________________________

Address 2: ____________________________ Address 2: _______________________________

Phone: _______________________________ Phone: _______________________________

Email: ______________________________ __Email: _______________________________

2. Overall description of purpose for the Mentor-Protégé relationship (Attach additional pages as necessary)

3. Key Personnel (Include resumes for Mentor staff responsible for training and program deliverables)

Mentor: Protégé:
Name: ________________________________ Name: ________________________________
Title: ________________________________ Title: ________________________________
Name: ________________________________ Name: ________________________________
Title: ________________________________ Title: ________________________________
Name: ________________________________ Name: ________________________________
Title: ________________________________ Title: ________________________________

4. Training Categories (Attach additional pages as necessary)
For each Training Category identify the following:

a. Identify objectives
b. Specific responsibilities of each party
c. Training goals

**Training category**: _________________________
Objective: ____________________________________________________________________________________
____________________________________________________________________________________________
________________________________________________________________________________

Specific responsibilities: ____________________________________________________________________
____________________________________________________________________________________________
________________________________________________________________________________

Training goals: _______________________________________________________________________________
____________________________________________________________________________________________
_______________________________________________________________________________

Attach the following items:
5. Training schedule for hands-on and classroom training

6. Milestone timelines

7. Reporting template: Describe the evaluation criteria the Mentor will use to evaluate Protégé's progress in each training category

_________________________________ _________________________________
Mentor Signature Date Protégé Signature Date

Approved by:

_________________________________
CTA Diversity Programs Director Date

Attachment 7

The Chicago Transit Authority accepts SBE certifications by the following entities:

Chicago Transit Authority (CTA)
Metra
Pace
Southeastern Pennsylvania Transportation Authority (SEPTA)

Attachment 8

## Memorandum of Understanding SBE Reciprocity Program

The following Memorandum of Understanding ("MOU") is made by and between the undersigned parties (collectively, "Parties") who are individually and collectively recipients of U.S. Department of Transportation ("US DOT" or "DOT") funding, assistance, and grant agreements; and

Whereas, pursuant to 49 CFR 26, the Parties operate Disadvantaged Business Enterprise (DBE) programs consistent with various applicable Federal Regulations; and

Whereas, pursuant to 49 CFR 26.39(a) the Parties must include an element to structure contracting requirements to facilitate competition by small business concerns ("SBE" or "SBEs"), taking all reasonable steps to eliminate obstacles to their participation in procurements as prime contractors or subcontractors; and

Whereas, pursuant to 49 CFR 26.39(c) the Parties must actively implement program elements to foster small business participation as a requirement of good faith implementation of their DBE programs; and

Whereas, pursuant to 49 CFR 26.51(a) the Parties must meet the maximum feasible portion of their overall goal by using race-neutral means of facilitating race-neutral DBE participation; and

Whereas 49 CFR 26.81 encourages a policy of U.S. Department of Transportation ("DOT") recipients, such as the Parties, to consider written reciprocity agreements; and

Whereas, the Parties desire to collaborate to implement a SBE certification reciprocity program, as further defined below ("Reciprocity Program"); and

Whereas, the Parties wish to expand the Reciprocity Program and encourage additional U.S. DOT recipients to become Parties to the MOU;

Whereas, the SBE Reciprocity Program will ensure that applicants for SBE certification are required to apply only once for SBE certification that will be recognized by all the Parties; and

Whereas, the primary concern with reciprocity programs is establishing and maintaining consistent certification standards by all Parties, this MOU seeks to establish a uniform standard for SBE Certification eligibility, application processing, certification eligibility audits/review, denial, removal, suspension, and debarment in accordance with 49 CFR Part 26; and

Whereas, this MOU seeks to establish uniform standards for all Parties and applicants by requiring Parties that certify SBEs to adopt the uniform standard for SBE Certification established under this MOU, along with audits, oversight, recommendations, of committees established to administer, check, and balance the good faith efforts and operation of co-equal peers, etc.

Now, Therefore, the Parties hereto, in consideration of the mutual covenants contained herein, agree as follows:

1. Incorporate Recitals

The recitals set forth above represent the Parties' intent and are incorporated into this MOU to the same extent and with the same force and effect as though restated verbatim herein. The Parties agree to work cooperatively to further these shared goals. The Parties may be identified or referenced individually as "Party" or collectively as "Parties" or "undersigned Parties."

2. SBE Reciprocity Program

   a. General Requirements

      1. Each of the Parties commits to provide support for the MOU through human, technological, and funding resources as necessary. Adequate resources to accomplish current needs have been committed by each Party and will be continued to support the MOU. Each Party retains the function of certification with a DBE liaison officer representing its interests.

      2. Parties will follow all requirements, certification procedures, and standards of 49 CFR Part 26, and shall cooperate with oversight, review, and monitoring activities of US DOT and its operating administrators. The Parties shall implement US DOT directives and guidance concerning certification matters and will implement all components of the MOU. The Parties also commit sufficient resources and expertise to carry out the provisions of this MOU.

      3. The Parties will continue to operate as separate entities but have agreed to perform their SBE certification functions using the same guidelines and procedures. Parties shall make all certification decisions on behalf of all Parties to the MOU with respect to certification in the SBE program, and certification decisions shall be binding on all Parties to the MOU.

      4. All obligations of Parties with respect to the certification and non-discrimination must be carried out by the Parties.

      5. The Parties shall maintain a directory(ies) of certified SBE firms which will be made available to the public electronically on the internet.

   b. Policies and Procedures

      1. The Parties shall designate a representative(s) to serve on a committee (the "Committee") to collaborate to develop the policies, procedures, and general processes ("Policies and Procedures") to meet the goals of the MOU and the SBE Reciprocity Program. These Policies and Procedures will address, but not be limited to addressing, the following areas:

         a. applications, certification (made in compliance with 49 CFR Part 26), appeals, interviews, on-site visits, directories, no change affidavits, eligibility investigation, removal process;

         b. information sharing;

c. creating any necessary committees, sub-committees, or working groups and the rules and regulations designed to govern and conduct the daily business of a committee, sub-committee, or working group, including by-laws or rules of order;

d. mechanisms to amend the Policies and Procedures, where such amendments do not constitute amendment of this MOU

e. And all other areas related to and relevant to the successful implementation of this MOU and the goals of the SBE Reciprocity Program.

2. The Committee shall ensure that the Policies and Procedures, if necessary, comply with all applicable federal, state, and local laws.

3. The Committee shall complete the initial Policies and Procedures on or before December 31, 2023. Thereafter, this Committee to create the Policies and Procedures will cease operation. Any Party to the MOU that signs the MOU after December 31, 2023 shall not have the right to designate a representative to the Committee.

c. Reciprocity

1. When a Party certifies a SBE consistent with 49 CFR 26, this MOU, and the Policies and Procedures, the other Party(ies) to this MOU shall accept and recognize the SBE certification as if the other Party(ies) certified the SBE.

2. The Parties agree at all times to use their best efforts to cooperate fully with one another in the implementation and operation of this MOU.

3. Data Sharing and Confidential Information.

Parties agree to provide access to and share all specific information necessary to advance the terms of this MOU, to extent it is developed, maintained, and shared for purposes of this MOU. All records are subject to review by federal and state agencies and other individuals designated by the Parties and available upon request.

Any documents, data, records or other information given to or prepared by the Parties pursuant to this MOU shall be maintained in a confidential manner and shall not be made available to any individual or organization without prior written approval by the other Party(ies), except to the extent required by law. An SBE applicant must provide express written authorization for the SBE applicant's information to be shared pursuant to the terms of this MOU.

All Parties agree to safeguard from disclosure to unauthorized persons information gathered as part of the certification process that may reasonably be regarded as proprietary or other confidential business information consistent with applicable Federal, state, and local law.

4. Force Majeure

No Party(ies) will be obligated to perform any of its obligations hereunder if prevented from doing so by reasons outside of its reasonable control, including, but not limited to, events of force

majeure.

5. Authority

The undersigned Parties acknowledge they have authority to enter into this MOU pursuant to their respective state law(s). The Parties represent that their representatives whose signatures appear below have the power and authority to enter into this MOU and to obligate the Parties to the terms of this MOU. The Parties agree to provide the other Party(ies) the time necessary to obtain prior approvals from their respective boards or any necessary authority.

6. Warranties and Representations

In connection with the execution of this MOU, the Parties each warrant and represent that it is legally authorized to execute and perform or cause to be performed this MOU under the terms and conditions stated herein.

7. Non-Liability of Public Officials

No official, employee or agent of a Party will be charged personally by the other Party with any liability or expense of defense or be held personally liable under any term or provision of this MOU or because of a Party(ies) execution or attempted execution or because of any breach hereof.

8. Independent Relationship

For the purposes of this MOU, the Parties are independent entities and not employee, agent, joint venture, or partners. Nothing in this MOU, or the subject matter contained in this MOU, shall be construed as creating any other relationship between the Parties.

9. Third Parties

Nothing in this MOU is intended to create rights in any parties other than those Parties that have executed this MOU.

10. Assignment

No Party will assign, delegate or otherwise transfer all or any part of their rights or obligations under this MOU, or any part hereof, unless as approved in writing by the other Parties. The absence of written consent will void the attempted assignment, delegation or transfer and will render it of no effect.

11. Compliance with Laws

Each Party represents that in the performance of its duties hereunder, it has complied and shall comply with all federal, state and local laws, ordinances and regulations. It shall further contractually require any third-party vendor providing services in conjunction with this MOU to comply with all federal, state and local laws, ordinances and regulations.

12. Effective date

The effective date of this MOU is ____________________.

13. Term and Termination

This MOU shall be effective until either of the following scenarios: it is terminated in writing by all Parties; changes in law or regulations render the MOU obsolete or substantially affect one or multiple Parties' ability to carry out the terms of the MOU, in which case the Parties shall agree in writing, signed by all Parties, to terminate the MOU.

14. Withdrawal and Default.

a. Any Party may withdraw from this MOU for any reason upon sixty (60) days written notice sent to the other Parties in accordance with Section 23.

b. If there are only two (2) Parties to the MOU:

   i. A Party may be found in default ("Party in Default") of its obligations under this MOU.
   ii. The non-defaulting Party shall send a written notice to the Party in Default to the address in Section 23 of the MOU stating the reasons for default.
   iii. The Party in Default shall have sixty (60) days from the date of receipt of the notice to cure the default. The time to cure the default may be extended by agreement of the Parties.
   iv. If the Party in Default does not cure within the sixty (60) days, or longer if by agreement, then they shall be found in default under the MOU.
   v. The non-defaulting Party is not entitled, by right, to damages at law under this MOU under this Section 14.b. Remedies to default are limited to terminating the MOU; returning of certain confidential information; other equitable remedies related to the operation of the Program.

c. If there are three (3) or more Parties to the MOU:
   i. A Party may be found in default ("Party in Default") of its obligations under this MOU.
   ii. All of the other non-defaulting Parties shall agree, in writing, to hold the Party in Default in default.
   iii. One Party, on behalf of the other non-defaulting Parties, shall send a written notice to the Party in Default to the address in Section 23 of the MOU stating the reasons for default.
   iv. The Party in default shall have sixty (60) days from the date of receipt of the notice to cure the default. The time to cure the default may be extended by agreement of the Party in Default and the one Party that noticed the Party in default.
   v. If the Party in Default does not cure within the sixty (60) days, or longer if by agreement, then they shall be found in default under the MOU.
   vi. The non-defaulting Parties are not entitled, by right, to damages at law under this MOU under this Section 14.c. Remedies to default are limited to removing the Party in Default from participation in the MOU; returning of certain confidential information; other equitable remedies related to the operation of the Program.

15. Entire Agreement

This MOU, and any exhibits attached and incorporated hereto, will constitute the entire agreement between the Parties and no other warranties, inducements, considerations, promises or interpretations, which are not expressly addressed herein, will be implied or impressed upon this MOU.

16. Amendments.

No change, amendment, modification or discharge of this MOU, or any part hereof, will be valid unless in writing, and signed by the authorized officer(s) of each individual Party or their respective successors and assigns.

If the Parties make any changes to their individual DBE or SBE certification programs that are independent of the terms or Policies and Procedures of this MOU, that individual party shall provide notice to the other Parties pursuant to Section 23.

17. Counterparts and Digital Signatures;

This MOU may be comprised of several identical counterparts, each of which may be fully executed by the Parties hereto and, once executed, will be deemed an original having identical legal effect. This MOU may be executed digitally or electronically. The Parties agree that any electronic/digital signature shall have the same force and effect as a wet or handwritten signature for purposes of validity, enforceability and admissibility.

18. Dispute Resolution.

In the event a dispute arises between any of the Parties, the Parties agree to negotiate in good faith to resolve any issues arising from or out of this MOU. In the event that there are delays caused by any Party or by events beyond any Party's control, the Parties agree to negotiate in good faith to resolve any impacts on the scope of this MOU that result from such delays.

19. Governing Law and Venue.

Reserved.

20. Liability

Each of the Parties agree each will be responsible for its own acts and omissions, be responsible for the acts and omissions of its employees, officers, and agents, and shall not be responsible for the acts or omissions of the other Party or the other Parties' employees, officers and agents. These obligations relate to any and all claims, lawsuits, actions, or special proceedings, whether judicial or administrative in nature and include any loss, liability, or expense, including reasonable attorney fees, relating to this MOU.

Since the Parties are and remain separate political subdivisions, public agencies and transit

authorities, each shall be immune from and not assume liability for the actions taken by any other legal entity; including, but not limited to, the other Parties, in accordance with their respective state laws. In the event that a Party is named in any lawsuit or claim, such Party shall be responsible for any suits or claims brought by third parties or resulting from a decision that it rendered or an action that it took. Should any claim or suit require the assistance or resources of any other Party(ies), where practicable, such Party(ies) shall provide assistance in the preparation for the suit or claim. The Parties shall not assume liabilities other than those expressly stated in this MOU. Nothing in this provision shall be interpreted to waive the sovereign immunity of any Party.

21. Severability.

If any provisions of this MOU will be held or deemed to be or will in fact be inoperative or unenforceable as applied in any particular case in any jurisdiction or in all cases because it conflicts with any other provision or provisions hereof or of any constitution, statute, ordinance, rule of law or public policy, or for any other reason, such circumstances will not have the effect of rendering any other provision or provisions herein contained invalid, inoperative, or unenforceable to any extent whatsoever. The invalidity of any one or more phrases, sentences, clauses or sections contained in this MOU will not affect the remaining portions of this MOU or any part thereof.

22. Interpretation.

Any headings of this MOU are for convenience of reference only and do not define or limit the provisions thereof. Words of any gender will be deemed and construed to include correlative words of other genders. Words importing the singular number will include the plural number and vice versa, unless the context will otherwise indicate. All references to any exhibit or document will be deemed to include all supplements and/or amendments to any such exhibits or documents entered into in accordance with the terms and conditions thereof. All references to any person or entity will be deemed to include any person or entity succeeding to the rights, duties and obligations of such persons or entities in accordance with the terms and conditions of this MOU.

23. Notices

Notices under this MOU will be sent by first-class prepaid mail and electronic mail to the persons and addresses indicated on the signature page of each party to the MOU.

Said notices will be deemed received five business days after mailing or upon the receiving Party's confirmation of receipt of electronic mail. Any Party may change its address for receipt of notices at any time by providing written notice to the other Party(ies) in accordance with this Section 23.

<Remainder of Page Left Intentionally Blank>

IN WITNESS WHEREOF, the Parties have caused this MOU to be lawfully executed by their duly authorized officials by, and on the date of, the Parties having provided their signatures.

<Party Signature Pages to follow>

Attachment 9

## Procedures for Removing DBE Eligibility

The IL UCP-certifying Participant will review the records concerning the firm, any material provided by the challenged firm and other available information. The certifying Participant may request additional information from the firm or conduct any other investigation that it deems necessary.

If the IL UCP-certifying Participant determines that such reasonable cause does not exist, the IL UCP-certifying Participant must notify the complainant and the firm in writing of this determination and the reasons for its decision.

If the IL UCP-certifying Participant finds reasonable cause to believe that the firm is ineligible, written notice must be provided to the firm that the IL UCP-certifying Participant proposes to find the firm ineligible, setting forth the reasons for the proposed determination. In this notice, the firm must be given an opportunity for an informal hearing, at which the firm may respond to the reasons for the proposal to remove its eligibility in person and provide information and arguments concerning why it should remain certified, or in the alternative, the firm may choose to file a written appeal. The firm is given twenty (20) calendar days from the date of the notice of proposed removal to request an informal hearing or submit a written appeal (Request for Appeal), before the Hearing Officer. If the firm requests the opportunity to appeal in person the firm must also state whether the firm will be represented by counsel. The IL UCP-certifying Participant must notify all other Participants within two (2) calendar days of receipt of the request.

Pursuant to 49 CFR 26.87, the IL UCP-certifying Participant's Hearing Officer must maintain a complete record of the hearing, by any means acceptable under state law, for the retention of a verbatim record of an administrative hearing. If there is an appeal to DOT under 49 CFR 26.89, the certifying Participant must provide the hearing transcript to DOT; and on request to the firm. The original record of the hearing must be maintained. The firm may be charged only for the cost of copying the record.

The Hearing Officer must render a decision within sixty (60) days following receipt of the written appeal or informal hearing. The IL UCP-certifying Participant must provide the firm written notice of the decision in a timely manner, including the reasons for it and specific references to the evidence in the record that supports each reason for the decision. The IL UCP Participants are notified in writing within two (2) calendar days of the decision.

# EXHIBIT 2 (RPM)

CTA DBE Goal Setting Methodology and Calculation: Red and Purple Modernization Phase One

# CHICAGO TRANSIT AUTHORITY
# DISADVANTAGED BUSINESS ENTERPRISE PROGRAM
# Goal Setting Methodology and Calculations

**Red and Purple Modernization Phase One Project DBE Goal**
Original Submittal Date October 1, 2018
Resubmitted February 11, 2019

**CHICAGO TRANSIT AUTHORITY**
**DISADVANTAGED BUSINESS ENTERPRISE PROGRAM**
**Goal Setting Methodology and Calculations**

**Red and Purple Modernization Phase One Project DBE Goal**
Original Submittal Date October 1, 2018
Resubmitted February 11, 2019

## GOAL OVERVIEW

The Chicago Transit Authority's ("CTA") Red and Purple Modernization ("RPM") corridor is a 9.6-mile stretch of track that was built close to a century ago—much of it in 1924, when Calvin Coolidge was U.S. President and the Wrigley Building had just been constructed. Most of this infrastructure is at the end of its useful lifespan. Frequent maintenance to repair tracks and remove slow zones is costly and hinders service.

RPM Phase One ("Project") will completely rebuild the Lawrence, Argyle, Berwyn and Bryn Mawr stations and all the tracks and support structures for more than a mile adjacent to the stations. The stations will be accessible for the first time and include wider platforms, better lighting and modern amenities. The project will also construct a Red-Purple Bypass north of Belmont station trains to modernize the century-old Clark Junction where Red, Purple and Brown Line trains currently intersect. The bypass, which will carry northbound Brown Line trains up and over Red and Purple Line tracks, will eliminate the need for trains to stop and wait for other trains to cross, thereby allowing CTA to significantly increase the number of trains it runs along the Red Line -- reducing overcrowding and meeting growing demand for transit service.

Among the plan's highlights are:

- Red- Purple Bypass Project at street level and track level
  - A. Addition of up to eight more Red Line trains per hour
  - B. Accommodate up to 7,200 additional customers per hour
  - C. Increased Red and Purple line train speeds by 60 percent through the intersection
  - D. Customers are saved travel hours

- Lawrence-Bryn Mawr Modernization Project
  - A. Wider platforms for faster boarding and less crowding
  - B. Better lighting and customer security features
  - C. Longer canopies, more benches, and wind screens
  - D. Real-time information boards

The work performed under the Project will be completed through multiple competitively bid contracts. Due to the size and length of the Project – which will span over multiple triennial goal periods – the CTA will set a Disadvantaged Business Enterprise ("DBE") goal for the Project pursuant to 26 CFR 26.45 ("DBE Regulations"). Contracts under the Project will not be included in CTA's overall annual DBE goal calculations. The DBE goal will apply throughout the entire life of the Project, which has an estimated completion date of Federal Fiscal Year

2027. Since the largest part of the Project will be the design/build contract and that contract will award subcontracts in phases that can extend beyond FFY 2021 – when the CTA's current 3-year DBE Goal expires – the CTA proposes setting a project-specific goal for RPM Phase I. Based on the calculations provided in the DBE Regulations, the projected DBE participation for the Red and Purple Modernization Project is 20% of the estimated aggregate dollar amount for the Project, or $356,522,584. Since the original submission date, the CTA advertised and awarded the RPM Phase I design/build contract. As part of the RFP, the CTA placed a 20% design/20% construction DBE goal and the successful proposer has committed to attaining both goals.

The estimated aggregate dollar amount of CTA expects to spend for the Red and Purple Modernization Project through federal fiscal year 2027 is $2,019,276,000. The amount subject to DBE participation requirements – after removing CTA internal forces spending and transit vehicle manufacturer ("TVM") spending – is an estimated $1,782,612,920, as shown in Table 1. The following is a list of contracts that will be partially or fully funded by the RPM Phase I Project.

- Red and Purple Modernization Phase I Design/Build
- Program Management Services for Infrastructure Core Program
- Preliminary Engineering for the Red and Purple Modernization Project
- General Engineering Consultant - Signal Systems Design Services for Red and Purple Modernization Project
- Real Estate and Air Rights Acquisition
- Community Outreach and Public Relations
- DBE and Workforce Strategic Consulting

Table 1

| Work Category | Estimated Dollar Value | Percent of Federal Funding by Work Category |
|---|---:|---:|
| Construction | $1,274,678,819 | 71.5% |
| Professional Services | 222,626,741 | 12.5% |
| Supplies | 87,048,327 | 4.9% |
| Contingency | $198,259,033 | 11.1% |
| Total | $1,782,612,920 | 100.0% |

**STEP ONE: BASE FIGURE CALCULATION**

Section 26.45(c) requires the measurement of ready, willing and able businesses in the CTA's local market, using the best available evidence to derive a fair and accurate base figure that represents the percentage of DBEs. One of the methods recommended in the DBE Regulations for determining the base figure involves reviewing disparity study data (§26.45(c)(1)). The following describes the base figure calculation based on these sources.

To prepare for the RPM Phase I Project, CTA contracted Colette Holt & Associates (CHA) to conduct an availability study of the market to assist in setting a project-specific goal for RPM. CHA had recently finished conducting disparity studies for Cook County, METRA, and the Regional Transportation Authority (RTA). CTA worked with the RPM team to determine as

detailed work category and budgeted dollar amounts as possible. Since most of the dollars in the Project would be spent in the design/build contract and most of the work would be defined during the design phase, it was difficult to drill down to a six-digit NAICS code on the categories. Additionally, a large portion of the dollars are allocated in unknown contingencies, which can be used for any portion of the Project. Due to this unknown, the CTA decided to remove those dollars from its calculation. Finally, the dollars allocated to the direct utility spend were also removed since these services would be contracted out, rather they would directly spent with the utility companies responsible for relocation. CTA has had conversations with the various utility companies to encourage them to create opportunities for DBE firms in their procurement methods. Table 2 reflects the percentages from the availability study as well as the budgeted amounts except the direct utility work and unknown contingency.

The percentages were then applied to the estimated total Project budget minus the direct utility work and unknown contingency ($1,241,932,468) to determine the estimated dollar amount budgeted for each NAICS code category, as shown in column D. As recommended in the DOT's "Tips for Goal-Setting", the CTA weighted the percentages by dividing the Budget Amount for each NAICS category by the total Project budget, as shown in column E. The weighted percentage was then multiplied by the percentage derived from the "DBE firms to all firms" ratio and multiplied by 100 for each NAICS code category (column F). The resulting value for each NAICS code category was totaled to determine the overall base figure for the RPM Phase One DBE utilization of 19.53%.

## STEP TWO: ADJUSTING THE BASE FIGURE

After reviewing the contracts that will be awarded as part of the Project, the CTA has identified multiple opportunities for our Small Business Enterprise ("SBE") Program. The CTA's SBE Program is designed to give certified small businesses an opportunity to bid as primes on CTA contracts. Under the Program, selected contracts will be set aside for small businesses to bid on as prime contractors and is a race and gender neutral program that allows small businesses of any gender and/or ethnic background to participate. Specifically, the CTA will set aside the contracts for our community outreach and public relations work due to the available number of certified SBE firms in the various NAICS codes. By setting these contracts aside and adjusting the availability for NAICS 5418 to 100%, the base figure is adjusted to 19.97%. The CTA will adjust the base figure of 19% to 20% due to the identified race neutral means.

The CTA has also not had any contracts or projects of the scale and complexity as RPM Phase I, therefore it is difficult to conduct a comparison for adjusting the base figure.

Table 2: Red and Purple Modernization Phase One Base Figure Calculation

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| NAICS Code | Category | DBE Firms/ Firms Ratio based on NAICS Code | Estimated Value of Work | Estimated Percentage of Work | Weighted x DBE Firms Ratio |
| 2371 | Utility System Construction | 35.90% | $10,205,088 | 0.82% | 0.29% |
| 2373 | Highway, Street, and Bridge Construction | 32.70% | $87,186,573 | 7.02% | 2.30% |
| 2381 | Foundation, Structure, and Building Exterior Contractors | 26.80% | $119,847,764 | 9.65% | 2.59% |
| 2382 | Building Equipment Contractors | 18.80% | $39,754,796 | 3.20% | 0.60% |
| 2383 | Building Finishing Contractors | 20.35% | $159,904 | 0.01% | 0.00% |
| 2389 | Other Specialty Trade Contractors | 37.30% | $82,413,172 | 6.64% | 2.48% |
| 3312 | Steel Product Manufacturing from Purchased Steel | 4.10% | $252,072,185 | 20.30% | 0.83% |
| 3323 | Architectural and Structural Metals Manufacturing | 32.50% | $210,242 | 0.02% | 0.01% |
| 3345 | Navigational, Measuring, Eletromedical, and Control Instruments Manufacturing | 14.00% | $270,057,006 | 21.74% | 3.04% |
| 3359 | Other Electrical Equipment and Component Manufacturing | 7.70% | $71,030,962 | 5.72% | 0.44% |
| 3399 | Other Miscellaneous Manufacturing | 13.30% | $2,511,278 | 0.20% | 0.03% |
| 4233 | Lumber and Other Construction Materials Merchant Wholesalers | 19.23% | $490,467 | 0.04% | 0.01% |
| 4236 | Household Appliances and Electrical and Electronic Goods Merchant Wholesalers | 10.88% | $6,460,854 | 0.52% | 0.06% |
| 4237 | Hardware, Plumbing, and Heating Equipment and Supplies Merchant Wholesalers | 8.93% | $104,578 | 0.01% | 0.00% |
| 4249 | Miscellaneous Nondurable Goods Merchant Wholesalers | 22.90% | $56,743 | 0.00% | 0.00% |
| 4841 | General Freight Trucking | 50.00% | $77,534 | 0.01% | 0.00% |
| 5241 | Insurance Carriers | 4.80% | $28,117,151 | 2.26% | 0.11% |
| 5413 | Architectural, Engineering, and Related Services | 31.00% | $254,414,742 | 20.49% | 6.35% |
| 5416 | Management, Scientific, and Technical Consulting Services | 24.19% | $3,662,706 | 0.29% | 0.07% |
| 5418 | Advertising, Public Relations, and Related Services | 22.00% | $7,072,968 | 0.57% | 0.13% |
| 5419 | Other Professional, Scientific, and Technical Services | 23.88% | $228,517 | 0.02% | 0.00% |
| 5616 | Investigation and Security Services | 62.50% | $3,788,870 | 0.31% | 0.19% |
| 9261 | Administration of Economic Programs | 35.90% | $10,205,088 | 0.82% | 0.29% |
| WEIGHTED DBE BASE FIGURE | 19% | | $1,241,932,468 | 100.0% | 19.53% |

OVERALL PROJECT PERCENTAGE RATE = 20% OF TOTAL PROJECT BUDGET

**20% of $1,782,612,920 (estimated) = $356,522,584 = Red and Purple Modernization Phase One Project Goal**

**UTILIZATION OF RACE-NEUTRAL ("RN") AND RACE-CONSCIOUS ("RC") METHODS**

The goal of CTA's DBE Program is to be primarily a race-neutral initiative that incorporates race-conscious elements, as needed. DOT's DBE Regulations (49 CFR 26.51) require the CTA to meet the maximum feasible portion of the overall goal by using race-neutral means of facilitating DBE participation. The race-neutral measure or program is one that can be used to assist all businesses. For purposes of this submittal, the definition of Race-Neutral includes gender.

Due to the size and magnitude of the Project, the CTA will achieve 1% of the Project goal through race neutral means and 19% through race conscious means for a total of 20%. Although most of the opportunities for DBE participation will come from race conscious means, CTA has identified several contracting opportunities to set-aside for small business participation through its SBE Program.

The CTA will exert additional effort to extend outreach to potential prime contractors to ensure subcontracting opportunities are fully promoted prior to resorting to race-conscious contract goals to achieve the Project DBE Goal.

**PUBLIC PARTICIPATION IN SETTING PROJECT DBE GOAL**

In conformance with the "Public Participation Regulatory Requirements" of the 49 CFR Part 26.45, the CTA held a public comment period for the Project DBE goal of 20%. The public comment period began on August 31, 2018. CTA received 3 comments regarding the proposed RPM Goal and has determined that no adjustment was needed.

**Outreach to Minority and Women's Groups**

The following minority, women's, and general contractor support groups were contacted to discuss the CTA's DBE goal as it was being prepared.

- Black Contractors United
- Chatham Business Association
- Chicago Supplier Minority Development Council
- Chicago Urban League
- Federation of Women Contractors
- Hispanic American Construction Industry Association
- Illinois Hispanic Chamber of Commerce
- Latin American Chamber of Commerce
- Philippine American Chamber of Commerce of Illinois
- Women's Business Development Center
- Women Construction Owners & Executives

In addition to meeting with the support groups listed below, CTA presented our DBE goal to our DBE Advisory Committee. The Committee is comprised of DBE firms, prime contracting and consulting firms, and technical assistance agencies. The feedback we received from both the support groups and our DBE Advisory Committee was positive and supportive of our DBE goal.

**Advertisements**

The CTA will issue a Public Notice in general circulation media and at least two minority-focused media announcing that the CTA's Red and Purple Modernization Phase One Project Specific DBE Goal and Methodology is available for inspection on the CTA's website at www.transitchicago.com/dbe. At the conclusion of the 30 day review period, the CTA will evaluate comments on the goal calculation process and adjust the goal if necessary. The CTA advertised its RPM Phase One Project DBE Goal Legal Notice in the following newspapers:

- Austin Weekly News*
- Chicago Sun-Times
- Chinese American News*
- Hoy*

*Minority newspaper

Written comments on the goal rationale should be addressed to:
Chicago Transit Authority
Diversity Programs Department
567 W. Lake Street
Chicago IL, 60661

Or

diversity@transitchicago.com

**CONCLUSION**

The CTA developed an project-specific DBE goal of 20% (1% Race-Neutral, 19% Race-Conscious) for the Red and Purple Modernization Phase I Project pursuant to 49 CFR 26.45 and respectfully submits this goal to the Federal Transit Administration for consideration.

Outlook

## RE: DBE Project Goal

**From** Prieto, Juanpablo <jprieto@transitchicago.com>
**Date** Mon 2/11/2019 4:59 PM
**To** 'Hughes, Marjorie' <Marjorie.Hughes@dot.gov>
**Cc** 'Appleton, Marisa (FTA)' <Marisa.Appleton@dot.gov>; 'McCallum, Monica (FTA)' <monica.mccallum@dot.gov>; Hulbert, Jeffrey <jhulbert@transitchicago.com>; Gismondi, Donald <dgismondi@transitchicago.com>; McKone, Tom <tmckone@transitchicago.com>; 'Sun, Nicholas (FTA)' <Nicholas.Sun@dot.gov>; 'Brookins, Kelley (FTA)' <kelley.brookins@dot.gov>

1 attachment (279 KB)
RPM Goal Methodology (Resubmission).pdf;

Marjorie,
Attached is CTA's resubmission of the RPM Phase I project-specific DBE Goal.
Regards,

**JuanPablo Prieto** | Senior Manager
DBE Liason Officer
**Chicago Transit Authority**
**Diversity Programs**
567 W. Lake Street | Chicago, Illinois 60661
Phone: (312) 681.2600 | Cell: (312) 856.5454 | Fax: (312) 681.2695
Email: JPrieto@transitchicago.com

THIS EMAIL AND THE ATTACHMENTS HERETO CONTAIN CONFIDENTIAL PRELIMINARY DRAFTS, NOTES, RECOMMENDATIONS, MEMORANDA AND OTHER RECORDS IN WHICH OPINIONS ARE EXPRESSED, OR POLICIES OR ACTIONS ARE FORMULATED AND IS INTENDED FOR INTERNAL USE ONLY. THE CONTENTS OF THIS EMAIL AND ITS ATTACHMENTS SHOULD NOT BE DISSEMINATED WITHOUT PRIOR APPROVAL FROM THE CHICAGO TRANSIT AUTHORITY.

**From:** Danis, Gregory (FTA)
**Sent:** Monday, December 17, 2018 12:46 PM
**To:** Prieto, Juanpablo
**Cc:** Appleton, Marisa (FTA) ; McCallum, Monica (FTA) ; Hulbert, Jeffrey ; Gismondi, Donald ; McKone, Tom ; Sun, Nicholas (FTA) ; Hughes, Marjorie ; Brookins, Kelley (FTA)
**Subject:** DBE Project Goal

**EXTERNAL EMAIL** This email originated outside of CTA. **NEVER CLICK or OPEN** unexpected links or attachments. **NEVER** provide User ID or Password. CTA IT Support will NEVER ask you for such information. If this email seems suspicious, contact CTA Help Desk at x12345.

Good afternoon,
FTA has completed its review of your DBE Project Goal for the Red and Purple Modernization Project. At this time, FTA has determined that additional revisions will need to be made to your submission before it is able to concur upon your DBE Project Goal Submission.

Please review the attached In-Review Letter in full, paying special attention to the review assessment attached to that document, as well as guidance on how to request an extension should one be needed. Please make sure that your revisions specifically address the FTA Reviewer Comments at the conclusion of that document. Please also note that a copy of this letter has been uploaded to your TRAMS profile under the DBE Goal Section of your profile.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

**Gregory Danis**
Acting Regional Civil Rights Officer
Federal Transit Administration, Region V | 200 West Adams, Suite 320 | Chicago, IL 60606
T 202-366-9321 | E gregory.danis@dot.gov |

# EXHIBIT 3 (RPM)

---

CTA Procurement
Policies and Procedures

# Procurement
# Policy and Procedures

Effective Date: January 11, 2012

**PROCUREMENT POLICY AND PROCEDURES**
Effective Date: January 11, 2012

The Procurement Policy Statement and related Procedures consolidates Chicago Transit Authority ("CTA") Procurement Policies and Procedures into a comprehensive reference book for CTA personnel and outside parties having an interest in CTA's procurement process.

CTA procurement policy and procedures are subject to state and federal laws, regulations and policies. These are intended as a guide to good procurement practices and are to be used as a supplement to sound business judgment in procurement and contracting.

**Table of Contents**


CHAPTER 1: PROCUREMENT POLICY STATEMENT ........ 1
**(Section 54 of Chicago Transit Authority Bylaws, Rules and Regulations)**
1.1 BACKGROUND ........ 1
1.2 PROCUREMENT STANDARDS ........ 1
1.3 COMPETITIVELY BID PROCUREMENTS ........ 2
1.4 ACCEPTABLE NON-COMPETITIVELY BID PROCUREMENTS ........ 3
1.5 CONTRACTING WITH DISADVANTAGED BUSINESS ENTERPRISES (DBE) ........ 4
1.6 PROCUREMENT AUTHORITY ........ 4
1.7 CONTRACT APPROVAL REQUIREMENTS ........ 5
1.8 REPORTING ........ 8
1.9 SEVERABILITY ........ 8
1.10 MINIMUM WAGE ........ 8

CHAPTER 2: DEFINITIONS ........ 11

CHAPTER 3: GENERAL PROCUREMENT STANDARDS ........ 19
3.1 PROCUREMENT REGULATIONS ........ 19
3.2 AMENDMENTS ........ 19
3.3 RELATED PROGRAMS ........ 19
3.4 AUTHORITY AND RESPONSIBILITIES ........ 19
3.5 DELEGATION OF AUTHORITY ........ 20
3.6 COMPETITION ........ 20
3.7 STANDARDS OF CONDUCT ........ 21
3.8 IMPROPER OR UNLAWFUL CONDUCT ........ 22
3.9 PUBLIC ACCESS TO PROCUREMENT INFORMATION ........ 23
3.10 DISCLOSURE OF OWNERSHIP INTEREST ........ 23
3.11 PROHIBITED FEE ARRANGEMENTS ........ 24
3.12 CIRCUMVENTION OF CONTRACTING AUTHORITY - PROHIBITED ........ 25

3.13 SCRIVENER'S ERRORS ........ 25
3.14 ADVANCE PAYMENTS ........ 26
3.15 FEDERAL CLAUSES ........ 26
3.16 VETERAN'S EMPLOYMENT ........ 26

CHAPTER 4: PROCUREMENT MANAGEMENT AND ADMINISTRATION ........ 27
4.1 GENERAL PROVISIONS - METHODS OF PROCUREMENT (EXCEPT REAL PROPERTY) ........ 27
4.2 TWO-STEP PROCUREMENTS ........ 27
4.3 EMERGENCY OR PUBLIC EXIGENCY CONTRACTS ........ 29
4.4 JOINT PROCUREMENT ........ 30
4.5 PROCUREMENT PLANNING AND CONCURRENCE REVIEW ........ 31
4.6 PROCUREMENT HISTORY ........ 31
4.7 RESPONSIBILITIES AND INITIATION OF REQUISITIONS ........ 31
4.8 SPECIFICATIONS AND PURCHASE DESCRIPTIONS ........ 32
4.9 DELIVERY AND PERFORMANCE REQUIREMENTS ........ 33
4.10 INDEPENDENT COST ESTIMATE ........ 34
4.11 PRE-QUALIFICATION ........ 35
4.12 FEDERAL THIRD PARTY CONTRACT PROVISIONS ........ 36
4.13 LIQUIDATED DAMAGES ........ 36
4.14 REQUEST FOR ADDITIONAL INFORMATION ........ 37
4.15 MULTIYEAR ROLLING STOCK CONTRACTS ........ 37
4.16 USE OF OPTIONS ........ 37
4.17 SOLICITATION LISTS ........ 38
4.18 PUBLIC ADVERTISEMENT ........ 38
4.19 PRE-BID OR PRE-PROPOSAL CONFERENCES ........ 39
4.20 CANCELLATION OF SOLICITATIONS BEFORE OPENING ........ 39
4.21 RECEIPT OF BIDS OR PROPOSALS ........ 40
4.22 BREAKING A TIE ........ 40
4.23 PROSPECTIVE CONTRACTOR RESPONSIBILITY ........ 41
4.24 PROSPECTIVE CONTRACTOR RESOURCES ........ 42
4.25 PROSPECTIVE SUBCONTRACTOR RESPONSIBILITY ........ 42
4.26 OBTAINING INFORMATION FOR DETERMINATION OF RESPONSIBILITY ........ 42
4.27 DETERMINATIONS AND DOCUMENTATION OF RESPONSIBILITY ........ 43
4.28 DISCLOSURE AND USE OF INFORMATION BEFORE AWARD ........ 43
4.29 CANCELLATION OF PROCUREMENTS – REJECTION OF BIDS ........ 44
4.30 METHOD OF CONTRACT EXECUTION BY BIDDERS OR PROPOSERS ........ 44
4.31 ADEQUATE COMPETITION ........ 45
4.32 DETERMINATION OF REASONABLE PRICE ........ 45
4.33 CONTRACT ADMINISTRATION ........ 45
4.34 CONTRACT DISTRIBUTION ........ 47
4.35 POST-AWARD CONFERENCE ........ 47

4.36 CONTRACT COMPLIANCE ........ 47
4.37 SUBCONTRACTS ........ 48
4.38 CONTRACT CHANGES ........ 48
4.39 FIELD MEMO ........ 49
4.40 PROCEED ORDER ........ 49
4.41 DIRECTIVE LETTER ........ 50
4.42 CHANGE ORDER PROCEDURES ........ 50
4.43 CONTRACT AMENDMENT PROCEDURES ........ 53
4.44 ASSIGNMENT OF CONTRACTS ........ 53
4.45 CHANGE IN OWNERSHIP ........ 53
4.46 TERMINATION ........ 54
4.47 CLOSEOUT OF CONTRACTS ........ 55

CHAPTER 5: DISADVANTAGED BUSINESS ENTERPRISES (DBE) ........ 56
5.1 PROPOSED CONTRACT REVIEW ........ 56
5.2 PARTICIPATION ........ 56
5.3 GOOD FAITH EFFORTS ........ 57
5.4 SMALL BUSINESS PROGRAM ........ 57

CHAPTER 6: CONTRACT TYPES AND FORMS ........ 59
6.1 GENERAL PROVISIONS – CONTRACT TYPES ........ 59
6.2 SELECTING CONTRACT TYPE ........ 59
6.3 FIXED-PRICE CONTRACTS ........ 59
6.4 COST-REIMBURSEMENT CONTRACTS ........ 60
6.5 TIME AND MATERIALS CONTRACT ........ 61
6.6 INDEFINITE DELIVERY CONTRACTS (“BLANKET CONTRACTS”) ........ 62
6.7 LETTER OF INTENT ........ 63
6.8 MEMORANDA OF UNDERSTANDING ........ 64
6.9 NON-DISCLOSURE AGREEMENT ........ 64
6.10 REVENUE CONTRACTS ........ 64
6.11 PUBLIC PRIVATE PARTNERSHIPS ........ 64
6.12 REVERSE AUCTIONS ........ 65
6.13 OTHER CONTRACT TYPES ........ 65

CHAPTER 7: PROCUREMENT BY COMPETITIVE SEALED BID (INVITATION FOR BIDS) 66
7.1 GENERAL PROVISIONS - INVITATION FOR BIDS ........ 66
7.2 OPENING OF BIDS ........ 67
7.3 POSTPONEMENT OF BID OPENING ........ 67
7.4 CANCELLATION/REJECTION OF BIDS ........ 67
7.5 REJECTION OF INDIVIDUAL BIDS ........ 68
7.6 MINOR INFORMALITIES OR IRREGULARITIES IN BIDS ........ 69

7.7 MISTAKES IN BIDS BEFORE AWARD ..... 69
7.8 MISTAKES IN BIDS AFTER AWARD ..... 70
7.9 CONTRACT AWARDS ..... 70
7.10 BID BONDS ..... 71
7.11 PROCEDURES FOR RELEASE OF NON-STOCK MATERIAL OR SERVICE ..... 71

CHAPTER 8: PROCUREMENT BY COMPETITIVELY BID NEGOTIATION METHODS ..... 72
8.1 GENERAL PROVISIONS – REQUEST FOR PROPOSALS ..... 72
8.2 EVALUATION COMMITTEE ..... 72
8.3 EVALUATION FACTORS ..... 73
8.4 EVALUATION OF RFPS ..... 73
8.5 GENERAL PROVISIONS - REQUEST FOR LETTERS OF INTEREST AND QUALIFICATIONS ..... 75
8.6 EVALUATION OF LIQS ..... 75
8.7 CANCELLATION/ REJECTION OF RFPS AND LIQS ..... 76
8.8 BID BONDS ..... 76
8.9 PROCEDURES FOR LIQS FOR ARCHITECTURAL OR ENGINEERING SERVICES ..... 76
8.10 PROCEDURES FOR RFPS FOR PROFESSIONAL SERVICES ..... 76

CHAPTER 9: SOLE SOURCE AND DISADVANTAGEOUS PROCUREMENTS ..... 77
9.1 GENERAL PROVISIONS – SOLE SOURCE ..... 77
9.2 SINGLE AVAILABLE SOURCE ..... 77
9.3 SOLE SOURCE SOLICITATION ..... 79
9.4 DISADVANTAGEOUS ..... 79
9.5 SOLE SOURCE / DISADVANTAGEOUS REVIEW COMMITTEE ..... 79

CHAPTER 10: SMALL PURCHASES ..... 81
10.1 GENERAL PROVISIONS – SMALL PURCHASES ..... 81
10.2 NONCOMPETITIVE SMALL PURCHASES – CHECK REQUESTS ..... 81
10.3 COMPETITIVE SMALL PURCHASES ..... 81
10.4 PURCHASE ORDERS ..... 82
10.5 TERMINATION AND CANCELLATION OF PURCHASE ORDERS ..... 83
10.6 BLANKET PURCHASE ORDERS ..... 84
10.7 BLANKET PURCHASE ORDER PROCEDURES ..... 85
10.8 TIME EXTENSIONS FOR BLANKET PURCHASE ORDERS ..... 86
10.9 PROCEDURES FOR PURCHASING NON-STOCK, OPERATING FUNDED SUPPLIES AND SERVICES, INCLUDING URGENT PURCHASES UP TO $40,000 ..... 86

CHAPTER 11: REAL PROPERTY ..... 87
11.1 AUTHORIZATION FOR REAL PROPERTY AGREEMENTS ..... 87
11.2 METHODS OF PROCUREMENT – REAL PROPERTY ..... 87
11.3 PUBLIC ADVERTISEMENT – REAL PROPERTY ..... 88

11.4 SALE OF INTERESTS IN CTA PROPERTY ........ 89
11.5 PROCEDURE FOR THE SALE OF INTERESTS IN CTA PROPERTY ........ 89
11.6 PURCHASES OF INTERESTS IN REAL PROPERTY BY CTA ........ 90
11.7 TYPES OF LEASES ........ 91
11.8 LEASES/CONCESSIONS OF CTA PROPERTY ........ 91
11.9 LEASES OF PROPERTY BY CTA ........ 92
11.10 LICENSES/RIGHTS OF ENTRY/PERMITS ........ 92
11.11 TRANSIT ORIENTED DEVELOPMENT ("TOD") / JOINT DEVELOPMENT ........ 93

CHAPTER 12: CONSTRUCTION CONTRACTS ........ 95
12.1 GENERAL PROVISIONS – CONSTRUCTION ........ 95
12.2 METHODS OF PROCURING CONSTRUCTION CONTRACTS ........ 95
12.3 CONSTRUCTION AND REAL ESTATE ........ 95
12.4 TYPES OF CONSTRUCTION CONTRACTS ........ 96
12.5 SPECIAL CONSTRUCTION CONTRACT PROVISIONS ........ 97

CHAPTER 13: ART IN TRANSIT ........ 99
13.1 GENERAL PROVISIONS ........ 99
13.2 MAINTENANCE OF ARTISTS REGISTRY/SOLICITATION ........ 99
13.3 COMMUNITY INPUT ........ 100
13.4 CALL FOR ARTISTS ........ 100
13.5 COMMITTEES ........ 101
13.6 SELECTION PROCESSES ........ 102
13.7 EVALUATION FACTORS ........ 103
13.8 EVALUATION OF SUBMISSIONS ........ 103
13.9 CANCELLATION/ REJECTION OF SOLICITATION ........ 104
13.10 ALTERNATE PROCUREMENT METHODS ........ 104

CHAPTER 14: BONDS, OTHER SECURITY AND INSURANCE ........ 106
14.1 GENERAL PROVISIONS – BONDS AND OTHER SECURITY ........ 106
14.2 BID GUARANTEE FOR CONSTRUCTION CONTRACTS ........ 107
14.3 BID GUARANTEE FOR REAL PROPERTY ........ 107
14.4 PERFORMANCE AND PAYMENT BONDS ........ 108
14.5 SURETY BONDS AND OTHER SECURITY ........ 109
14.6 INSURANCE REQUIREMENTS ........ 109

CHAPTER 15: DEBARMENT AND SUSPENSION ........ 111
15.1 CAUSES FOR DEBARMENT OR SUSPENSION ........ 111
15.2 PROCEDURES AND DECISION FOR DEBARMENT OR SUSPENSION ........ 112
15.3 SCOPE OF DECISION - DEBARMENT OR SUSPENSION ........ 113
15.4 STATE OR FEDERAL DEBARMENT OR SUSPENSION ........ 113

15.5 FINALITY OF DECISION ........................................................................................114
15.6 INELIGIBLE LIST ................................................................................................114

CHAPTER 16: BID PROTESTS AND CONTRACTOR CLAIMS ........................................115
16.1 WRITTEN SUBMISSION ......................................................................................115
16.2 TIME FOR FILING ...............................................................................................115
16.3 PROCEDURES FOR PROTESTS REGARDING SOLICITATION ...................................116
16.4 PROCEDURES FOR PROTESTS REGARDING BID EVALUATION ................................116
16.5 PROCEDURES FOR PROTESTS AFTER AWARD ....................................................117
16.6 ALL PROTESTS ..................................................................................................117
16.7 TWO-STEP PROCUREMENTS ...............................................................................118
16.8 REMEDY ...........................................................................................................118
16.9 FTA REQUIREMENTS FOR APPEALS RELATED TO BID PROTESTS ..........................118
16.10 CONTRACT DISPUTES .......................................................................................119

**Appendices**

**I. Intra-Departmental Forms**
Method of Procurement History Form
Sample Contract Award Recommendation Summary
Staff Procurement Summary Sheet (SS1)
Staff Bid Summary Sheet (SS2)
Cost Analysis/Price Analysis Worksheet
Diversity Compliance Evaluation Form

**II. Federal Contract Requirements**

**III. General Procurement Workflow**

**IV. Public Agency Concurrence Requirements**
RTA Capital Grant Concurrence Requirements
IDOT Capital Grant Concurrence Requirements
Concurrence for Pre-Bid Certification Form
Concurrence for Pre-Award Certification Form
Concurrence for Post-Award Certification Form
Concurrence for Contract Change Certification Form

**V. Administrative Procedure #1502: Check Requests**

**VI. Contracts Report Template**

**VII. Procedures**
Emergency Contracts (Over $40,000)
Purchasing Non-Stock, Operating-Funded Supplies and Services, Including Urgent Purchases up to $40,000
LIQs for Architectural or Engineering Services
RFPs for Professional Services

## Chapter 1: Procurement Policy Statement

**(Section 54 of Chicago Transit Authority Bylaws, Rules and Regulations and Rules of Order)**

### 1.1 Background

The Chicago Transit Authority ("CTA") Procurement Policy Statement, approved by the Chicago Transit Board ("Board"), establishes the broad framework for the CTA Procurement Regulations ("Regulations"). The Regulations consist of the Procurement Policy Statement and related Procedures to guide CTA's day-to-day procurement operations.

These Regulations replace CTA's "Regulations Governing Purchase and Sales Transactions" adopted in April 1992 and will only apply to contracts solicited after the effective date. Furthermore, these Regulations will supersede and amend or repeal any other prior Purchasing and/or related rules, regulations, by-laws or ordinances approved by the Board that are in conflict with the Regulations.

### 1.2 Procurement Standards

The Procurement Procedures are designed to set forth the standards for processing all contracts unless specifically designated otherwise. These standards are included to ensure that goods, equipment, materials, supplies, real property and services are obtained or disposed of in a timely, efficient and economical fashion adhering to the principles of good administrative practices and sound business judgment.

A. CTA will maintain a contract administration system that ensures that Vendors perform in accordance with the terms, conditions and specifications of their contracts or purchase orders.

B. CTA will comply with all applicable Federal laws and regulations, including, but not limited to, Federal transit laws contained in 49 U.S.C. Chapter 53, Federal Transit Administration ("FTA") regulations including FTA Circular 4220.1F, the Uniform Relocation Assistance and Real Property Acquisition for Federal and Federally- Assisted Programs (49 CFR Part 24), Participation by Disadvantaged Business Enterprises in Department of Transportation Programs (49 CFR Part 26) and other Federal laws and regulations that contain requirements applicable to FTA recipients and their FTA assisted procurements as well as the Metropolitan Transit Authority Act ("MTA Act") (70 ILCS 3605) and other state laws applicable to CTA procurements.

C. Members of the Board and all CTA employees will adhere to the CTA Code of Ethics, as amended from time to time, and all statutory and regulatory

requirements, including without limitation, the applicable U.S. Department of Transportation regulations, FTA Circulars, the Illinois Public Officers Prohibited Activities Act (50 ILCS 105), the Illinois State Officials and Employees Ethics Act (5 ILCS 430/70), the Illinois Criminal Code, "Official Misconduct" (720 ILCS 5/33) and the Illinois "Public Contracts" Act (720 ILCS 5/33E).

Violators are subject to the penalties prescribed in the CTA Ethics Ordinance, the Public Officer Prohibited Activities Act (50 ILCS 105/4), and the State Officials and Employees Ethics Act (5 ILCS 430/70-5).

Subject to the provisions of the Illinois Public Officer Prohibited Activities Act (50 ILCS 105), nothing in these Regulations invalidates the provisions of any bond or other security offered for sale or sold by or for CTA.

### 1.3 Competitively Bid Procurements

CTA will conduct all procurement transactions consistent with the above-stated procurement standards through the use of those competitive procurement procedures best suited to the particular procurement, except as otherwise specifically justified.

Except as otherwise authorized by these Procurement Policy and Procedures or otherwise specifically justified, all Purchase Orders or contracts for the purchase or sale of real property, the purchase, lease, or sale of personal property, equipment, materials or supplies, labor services or construction over $40,000 by or on behalf of the CTA will be let by free and open Competitive Bidding.

A. Sealed Bids (Invitation for Bids) will be utilized if:

i. A complete, adequate, precise and realistic specification or purchase description is available;
ii. The award will be made on the basis of price and price-related factors;
iii. It will not be necessary to conduct discussions with the responding Vendors about their Bids;
iv. There is a reasonable expectation of receiving more than one sealed Bid; and
v. The procurement generally lends itself to a firm fixed price contract.

CTA will have procedures to ensure the fair and unbiased evaluation of Bids.

CTA will have procedures to ensure that only the lowest, responsive (including DBE compliant) and responsible Bidders are recommended for award of contracts.

B. Negotiated procurements (Requests for Proposals, Requests for Letters of Interest and Qualifications) will be used if the nature of the procurement does not lend itself to sealed Bidding and CTA expects that more than one source will be willing and able to submit a proposal.

CTA will have procedures to ensure the fair and unbiased evaluation of competing Proposals. These procedures will incorporate a clear and accurate description of the technical requirements and a comprehensive scope of work for the goods or services to be procured.

i. Requests for Proposals (“RFPs”) will clearly state the evaluation factors, including cost or price, cost or price-related factors and non-cost or non- price related technical and business management factors that will be considered in making a Contractor selection/recommendation.

ii. Requests for Letters of Interest and Qualifications (“LIQs”) will clearly state the evaluation factors that will be considered in making a Contractor selection/recommendation.

### 1.4 Acceptable Non-Competitively Bid Procurements

CTA will conduct all procurement transactions consistent with the above-stated procurement standards. However, Competitive Bidding is not required in the following circumstances:

A. Where the goods or services to be procured are procurable from only one source (Sole Source).

B. Where the procurement is for professional services, or requires technical or artistic skill, and federal funds are not utilized.

C. For intergovernmental agreements with other public agencies, including but not limited to those where the procurement is for services or sales agreements between the CTA and the Regional Transportation Authority, or other transportation agencies.

D. When federal funds are not utilized, for such other matters as the Board determines that competitive Bidding is disadvantageous.

E. After receipt of a single responsible Bid to a competitive solicitation and, where competition is determined to be adequate, CTA may negotiate with the single responsible Bidder to establish a fair and reasonable price and other terms.

F. For certain joint procurements, including but not limited to, joint procurements with other governmental agencies, transportation agencies, or assignment of contracts or portions of contracts, or piggy backing.

G. For purchases pursuant to the State of Illinois Federal Surplus Property Program. CTA's participation in such a program is hereby consented to and authorized in accordance with the following restrictions required by the State of Illinois:
   i. the surplus property will be used only for CTA purposes and not for personal use;
   ii. the property will be placed into use within one year;
   iii. the items will be used for the required minimum period for the item (one year or eighteen months); and
   iv. CTA will not sell, loan, trade, or tear down the property without written consent from the State of Illinois.

H. For purchases of personal property, supplies and services under any contract let by the State of Illinois pursuant to lawful procurement procedures.

**1.5 Contracting with Disadvantaged Business Enterprises (DBE)**

A. CTA will take all steps to ensure nondiscrimination in the award and administration of contracts.

B. CTA will create a level playing field on which DBEs can compete fairly for contracts.

C. CTA will ensure that the DBE program is narrowly tailored in accordance with applicable law and will ensure only firms that fully meet eligibility standards are permitted to participate as DBEs.

D. CTA will help remove barriers so DBEs can fully participate in contracts.

E. CTA will assist in the development of firms so they can compete successfully in the marketplace outside the DBE Program.

**1.6 Procurement Authority**

Authority and responsibility to enter into contracts for CTA is vested in the President, the Chairman of the Board, their designees or others as appropriately determined. The responsibilities described herein remain with the enumerated CTA job functions regardless of department or organization.

Any procurement authority delegated to persons, departments or divisions will also vest in the President, the Chairman of the Board, and the Board.

### 1.7 Contract Approval Requirements

The following matrix specifies who may authorize and execute contracts:

<table>
<tr><th colspan="2">Board Action Not Required for (A) – (L)</th><th>Summary of Amount/Type of Contract</th></tr>
<tr><td>A.</td><td>A Manager, Purchasing or equivalent, or designee, may authorize and execute contracts up to a maximum of $20,000.</td><td>Up to $20,000</td></tr>
<tr><td>B.</td><td>A General Manager, Purchasing or equivalent, or designee, may authorize and execute contracts up to a maximum of $40,000.</td><td>Up to $40,000</td></tr>
<tr><td>C.</td><td>The Vice President, Purchasing & Supply Chain or equivalent, or designee, may authorize and execute contracts up to a maximum of $50,000.</td><td>Up to $50,000</td></tr>
<tr><td>D.</td><td>The President or designee, with the approval of the Chairman or designee, may authorize and execute contracts in response to an Emergency or Public Exigency.</td><td>Contracts in response to an Emergency or Public Exigency.</td></tr>
<tr><td rowspan="5">E.</td><td rowspan="5">The President or designee, or the Chairman or designee, may authorize and execute sole source contracts up to $100,000; construction contracts up to $100,000; contracts for professional services up to $250,000; contracts competed by RFP or LIQ up to $250,000; and contracts competed by IFB to $250,000.</td><td>Sole Source Contracts up to $100,000</td></tr>
<tr><td>Construction Contracts up to $100,000</td></tr>
<tr><td>Professional Services contracts up to $250,000</td></tr>
<tr><td>Contracts competed by RFP or LIQ up to $250,000</td></tr>
<tr><td>Contracts competed by IFB up to $250,000</td></tr>
</table>

| | | |
|---|---|---|
| F. | The President or designee, or the Chairman or designee, following consultation with the General Counsel or designee, may authorize all non-disclosure agreements. | Non-Disclosure Agreements |
| G. | The President or designee, or the Chairman or designee, following consultation with the General Counsel or designee, may authorize and execute all contracts for professional consultant services donated to the CTA. | Donated Professional Services |
| H. | The President or designee, or the Chairman or designee, following consultation with the General Counsel or designee, may authorize all rights of entry onto CTA property when the primary purpose of said agreement is for marketing, advertising, filming or other similar commercial purposes. | Marketing, Advertising, Filming Rights of Entry |
| I. | The General Counsel or designee is authorized to engage the services of experts, law firms and attorneys, and any other services necessary to conduct legal matters for litigation, in anticipation of potential litigation, or the acquisition or disposition of real property, regardless of cost. | Legal Services |
| J. | The President or designee may authorize and execute agreements for CTA to acquire right in property including leases, licenses, rights of entry, permits or easements for a term of 1 year or less and for a monthly rent/fee of $1,000/month or less. | Leases, Rights of Entry (Real Estate), Permits or Easements for 1 year or less and $1,000/month or less |

| | | |
|---|---|---|
| K. | The President or designee may authorize and execute agreements for outside parties to acquire rights in CTA property including concessions, rights of entry, leases, licenses or easements for a term of 1 year or less and for a monthly rent/fee of $1,000/month or less. | CTA property used for Concessions, Rights of Entry, Leases, Licenses or Easements for 1 year or less and $1,000/month or less |
| L. | The President or designee may exercise lease options contained in a lease previously approved by the Board. | Previously approved leases |
| | | |
| **Board Action Required for (M)** | | **Summary of Amount/Type of Contract** |
| M. | Following Board approval, the Chairman or designee may execute all disadvantageous contracts; sole source contracts over $100,000; construction contracts over $100,000; professional services contracts over $250,000; contracts competed by RFP or LIQ over $250,000; contracts competed by IFB over $250,000; and contracts competed and not otherwise addressed in (E) or (M) over $250,000.<br><br>All contracts which require the CTA to indemnify another entity require Board approval unless in the judgment of the General Counsel, the contract is otherwise of such a nature that Board approval is not necessary. | Disadvantageous Contracts |
| | | Sole Source contracts over $100,000 |
| | | Construction Contracts over $100,000 |
| | | Professional Services contracts over $250,000 |
| | | Contracts competed by RFP or LIQ over $250,000 |
| | | Contracts competed and not otherwise addressed in (E) or (M) over $250,000 |
| | | Contracts which require the CTA to indemnify another entity unless in the judgment of the General Counsel, the contract is otherwise of such a nature that Board approval is not necessary. |

**1.8 Reporting**

With the exception of legal services, all contracts authorized and executed in excess of $10,000 will either be presented to the Board for consideration or will be reported to the Board. Reports of the terms of any concession, lease, license, right of entry, permit or easement of real property authorized by the President or designee, will be provided to the Board. Reports of procurements not requiring Board consideration will be reported to the Board monthly in accordance with the Contract Reports template attached hereto in the Appendices to the Regulations.

**1.9 Severability**

If any provision of the Regulations is held unconstitutional or otherwise invalid, the remaining parts thereof will remain in full force and effect. If any provision of these Regulations or application thereof conflicts with any State or Federal law, said law will control.

**1.10 Minimum Wage**

A. Definitions. For purposes of this Section only, the following terms will have the following meanings. This Section does not amend the meanings of these terms as they are used generally in the Procurement Policy and Procedures:

"Contract" means an agreement formed under the authority of Section 32 of the Metropolitan Transit Authority Act and the Procurement Policy and Procedures, except that the term "Contract" does not include: any agreement with a Not-For-Profit Organization, any intergovernmental agreement, or any agreement relating to the acquisition, sale or use of real property, such as leases, licenses, easements and permits.

"Authority Contractor" means a person who or entity that enters into a Contract with the Authority.

"Employee" means an employee of an Authority Contractor, or of one of its subcontractors, performing work or services under a Contract who fits one or more of the following descriptions: (i) the employee performs the work or services at a location that is either (a) on property owned or controlled by the Authority or (b) on other property that is specified by the Authority in the Contract as the site for the performance of the Contract; (ii) the Authority pays the Authority Contractor on an hourly rate basis for the work or services provided by the employee under the Contract; (iii) the Authority pays the Authority Contractor on a per piece rate basis for the work or services provided

by the employee under the Contract; or (iv) the employee's work or services are being provided in order to comply with a Contract requirement that the Authority Contractor provide sufficient staffing so as to supply the Authority with a specified quantity of work hours or workers. For purposes of this Section, except for a person whose regular place of work is a location described in (i) above, a person is not considered to be performing work or services under a Contract if his or her work or services are limited to providing general or administrative support for the Authority Contractor's operations; do not directly relate to the work or services to be provided under the Contract; and either are not included in the Contract price or are included in the Contract price as overhead. For purposes of this Section, the term "Employee" does not include persons subject to subsection 4(a)(2), subsection 4(a)(3), subsection 4(d), subsection 4(e), or Section 6 of the Minimum Wage Law. Notwithstanding these exclusions, for purposes of this Section, the term "Employee" does include the categories of workers described in subsections 4(a)(2)(A) and 4(a)(2)(B) of the Minimum Wage Law.

"Minimum Wage Law" means the Illinois Minimum Wage Law, 820 ILCS 105/1 et seq., in force on the effective date of this Section and as thereafter amended.

"Not-For-Profit Organization" means a corporation having tax-exempt status under Section 501(c)(3) of the United States Internal Revenue Code and recognized under Illinois law governing not-for-profit corporations.

"Per piece rate basis" means a method of compensation whereunder the Authority pays an Authority Contractor on the basis of completion of discrete tasks involving work or services, such as a payment per linear foot or per square foot of installed materials or a payment for processing a specified number of documents. It does not include per unit compensation for supplies and manufactured goods.

B. Every Contract advertised by the Authority on or after November 15, 2014 ("Effective Date") shall contain a provision or provisions stipulating that the Authority Contractor will pay its Employees, and will require the Authority Contractor's subcontractors to pay their Employees, no less than $13.00 per hour for work or services performed under the Contract. Beginning on July 1, 2015, and every July 1 thereafter, the foregoing minimum hourly wage shall increase in proportion to the increase, if any, in the Consumer Price Index for All Urban Consumers – Midwest Region ("CPI") most recently published prior to June 1 by the Bureau of Labor Statistics of the United States Department

of Labor. Any increase pursuant to the foregoing will be rounded up to the nearest multiple of $0.05 and shall remain in effect until the next subsequent annual adjustment. The Authority will notify Authority Contractors of the increase and the resulting minimum hourly wage as soon as practicable following publication of the most recent CPI available prior to June 1.

C. Nothing in this Section shall be deemed to interfere with, impede, or in any way diminish the right of Employees to bargain collectively with their employers through representatives of their own choosing. If a bona fide collective bargaining agreement between an Authority Contractor or its subcontractor and their respective Employees is in force on the Effective Date, the salary or wage provided in the collective bargaining agreement shall control. The requirements of this Section may be waived in a bona fide collective bargaining agreement negotiated after the Effective Date; however, unless the waiver is set forth explicitly in such collective bargaining agreement in clear and unambiguous terms, the requirements of this Section shall control with respect to the work or services provided by Employees under a Contract.

D. The Vice President, Purchasing and Supply Chain may promulgate administrative rules and regulations to implement this Section.

E. If the Vice President, Purchasing and Supply Chain has reason to believe that any Employee of an Authority Contractor or its subcontractor has been paid less than the minimum hourly wage required by this Section, or upon the Authority's receipt of a written verified complaint from such an Employee, the Vice President, Purchasing and Supply Chain is authorized to conduct an investigation to determine whether this Section has been violated.

F. In addition to any other penalty authorized by law, any Contract or subcontract negotiated, entered into, or performed by an Authority Contractor or its subcontractor in violation of any of the provisions of this Section shall be grounds for the Authority to declare the Authority Contractor in default of its Contract and to exercise any remedies that may be available to the Authority, including but not limited to termination of the Contract. Any bid or proposal submitted in response to a solicitation by the Authority that does not comply with the provisions of this Section shall be subject to rejection by the Authority.

## Chapter 2: Definitions

**Adequate Competition –** Two or more responsible Bidders or Proposers that are willing and able to compete effectively for the business, or when one Bid or Proposal is received in response to a solicitation, a determination that the solicitation is not unduly restrictive.

**Allowable Costs** – The costs determined to be permissible based on reasonableness and generally accepted accounting principles and practices appropriate to the particular circumstances.

**Architect / Engineer** – The person or entity responsible for developing the plans and specification of a building or development and, in some cases, supervising the construction effort.

**Bid** – The document conveying an offer from a party desiring to provide or procure goods or services in response to an Invitation for Bid.

**Bidder** – The general term for the entity that submits a response to a Solicitation. Any individual, firm, partnership, corporation, or combination thereof, submitting a Bid for the work contemplated, acting directly or through a duly authorized representative. For the purposes of these Regulations, Bidder may be used interchangeably with Proposer or Offeror.

**Bid Guarantee (Bid deposits)** – An amount of money determined by CTA to be fair and reasonable compensation from a Bidder for CTA's costs should that Bidder refuse to honor its Bid. The Bid Guarantee, if required, will be a matter of Responsiveness to the Invitation for Bid.

**Blanket Contract** – A contract for goods or services that is of indefinite quantity during a definite period of time. Blanket contracts are typically recurring contracts.

**Bona fide employee** - A person employed by a Contractor and subject to the Contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain a contract nor holds itself out as being able to obtain a contract through improper influence. Such an employee is regularly compensated on a commission basis, provided that is customary in the applicable industry.

**Bond** – A written instrument executed by a Bidder or Contractor (the "principal"), and a second party (the "surety" or "sureties"), to assure fulfillment of the principal's obligations to the obligee identified in the bond. If the principal's obligations are not met, the bond assures payment to the extent stipulated, for any loss sustained by the obligee.

**Brand-Name** – A well-known and distinguishable name and make, model number, or other appropriate nomenclature by which a commercial product is offered for sale to the public by a particular manufacturer, producer, or distributor. A Brand Name is used by CTA only for the purpose of establishing identification and general description of the form, fit, function and quality of the items sought by CTA.

**Buyer** - The CTA employee authorized to solicit, enter into and/or administer contracts for small purchases (See Chapter 10), and make related determination and findings regarding those purchases. For the purposes of these Regulations, the term includes employees assigned to the Purchasing & Supply Chain Department as well as any CTA employee assigned and authorized to perform those duties.

**Cardinal Change** – A major deviation from the original purpose of the work or the intended method of achievement, or a revision of contract work so extensive, significant or cumulative that, in effect, the contractor is required to perform very different work from that described in the original contract.

**Chaining** – The intentional practice of initiating, processing, or signing off on multiple purchases under $40,000 in order to circumvent applicable public bidding requirements. This includes, for example, multiple Requisitions or Purchase Orders (as defined below) within any consecutive and continuous six month period for the same item or services that when totaled, exceed $40,000. This practice is also known as “stringing”

**Change Order** – A written directive and authorization for payment or time extension from CTA, by its authorized agent, to the Contractor regarding changes in the work under the contract. A Change Order may include future work to be performed under the contract or work performed in accordance with previously authorized Field Memos, Directive Letters, or Proceed Orders issued by CTA through its authorized agent.

**Competitive Bidding** – Solicitation through Letters of Interest and Qualifications (LIQ), Requests for Proposals (RFP), or Invitations for Bids (IFB) by CTA, under which all individuals or firms are afforded an equal opportunity to compete for award of a contract.

**Competitive Range** – Those Proposals submitted in response to a RFP or LIQ that, after evaluation by the CTA’s selection panel, have a reasonable chance of being awarded the contract.

**Construction** – The act of building, altering, repairing, renovating, improving or maintaining a building or structure.

**Contract** – A mutually binding legal relationship obligating the seller to furnish the goods or services (including construction) and the buyer to pay for them. It includes all types of commitments that obligate the buyer to an expenditure of funds, and that, except as otherwise authorized, are in writing. In addition to bilateral instruments, contracts include: contract awards and notices of awards; job orders or task orders issued under basic ordering agreements, requirement contracts, or definite or indefinite-quantity contracts; letter contracts; orders, such as purchase orders, under which the contract becomes effective by written acceptance or performance; bilateral (two-party) contract modifications; and various cooperative and interagency agreements. CTA may be either the seller or the buyer on a contract.

**Contract Amendment** – A change to a contract that either adds to or deletes from the existing contract scope or that change contract terms, whether accomplished by unilateral action in accordance with a contract provision or by mutual action of the parties to the contract.

**Contract Award** - The decision by the CTA to accept the Bid/Proposal subject to the execution and approval of a satisfactory Contract. The date of the Award is the date of execution of the Contract by the CTA.

**Contract Drawings** – The official plans, profiles, typical cross-sections, general cross-sections, elevations, and details listed or referenced in the Specifications or amendments thereto, and, supplemental drawings approved by CTA which show the locations, characters, dimensions, and details of the work to be performed.

**Contractor** – The person, entity, or authorized representative identified as such in the contract documents, and is referred to throughout the contract documents as if singular in number. For the purposes of these Regulations, the term "Contractor" may be used interchangeably with the terms "Vendor" and "Consultant."

**Cost Analysis** – A detailed analysis of a Contractor's cost or pricing data and the judgmental factors applied in estimating the costs in order to form an opinion of the degree to which Contractor's proposed costs represent what reasonable performance of the contract should cost. CTA's cost principles for evaluation of proposed costs must be consistent with Federal cost principles.

**Debarment** – A remedial action taken by CTA to deny participation in CTA contracts, or action taken by another government entity to deny a person or entity participation in contracts or financial assistance programs.

**Directive Letter** – Written direction by the CTA requiring the Contractor to perform changed work or services prior to the Contractor and CTA reaching full agreement on an adjustment to the contract price or time. All contract changes must be within the general scope of work.

**Emergency** – A situation of unusual or compelling urgency requiring immediate action.

**Field Memo** – Written direction by the CTA requesting the Contractor to perform changes in the work required under the contract. Field Memos are limited to cost increases or decreases that do not exceed $10,000. All contract changes must be within the general scope of work.

**Improper Influence** - Any influence that induces or tends to induce a CTA employee or officer to give consideration or to act regarding a contract on any basis other than the merits of the matter.

**Invitation for Bid (IFB)** – A procurement process whereby the CTA requests interested parties to submit a Bid to provide or procure specified goods or services. IFBs are not negotiated procurements. IFBs result in a firm fixed-price contract awarded to the lowest responsive and responsible Bidder.

**Job Order Contracting (JOC)** – A contract for construction services under which Task or Work Orders or Job Order Requests are issued by CTA for specific construction projects. A JOC contract is a competitively procured firm-fixed-price, indefinite quantity contract.

**Joint Development** – A project that involves the disposition, by lease or by sale, of CTA-owned or controlled real property interests at or near a station area which, because of proximity to station facilities, have significant potential for commercial, residential, or related development, alone or in combination with adjoining real property interests to further CTA's development-related goals and objectives.

**Joint Procurement** – A procurement method that includes, but is not limited to joint procurements with other governmental or transportation agencies, assignment of contracts or portions of contracts to purchase supplies, equipment or services from the original purchasing agency (piggybacking), and information technology services placed under U.S. General Services Administration schedule 70.

**Legal Holidays** – Days when Illinois state courts are not in session.

**Letter of Intent** – A written statement detailing the preliminary understanding of parties who plan to enter into a contract or some other agreement; a noncommittal writing preliminary to a contract. A letter of intent is not meant to be binding and does not hinder the parties from bargaining with a third party.

**Letter of Interest and Qualification (LIQ)** – A qualification-based procurement process where price is not an evaluation factor. When federal funds are utilized, LIQs must be used for architectural and engineering services for projects related to or leading to construction and may be used for other procurements unless prohibited by applicable laws and regulations. LIQs are negotiated procurements.

**Multi-Round Bid** – A process where CTA solicits offers for the purchase of surplus real estate by IFB. When Bids are reviewed, CTA determines if any of the Bids are acceptable. If they are not, CTA can continue the procurement by re-soliciting the responding Bidders for further Bids.

**Payment Bond** – A bond that ensures payment as required by law to all persons supplying labor or material in the performance of the work provided for in the contract.

**Performance Bond** – A bond that secures performance and fulfillment of the Contractor's obligations under the contract.

**Price Analysis** – The process of examining and evaluating the reasonableness of a Bidder's or Proposer's price without evaluation of the separate cost elements and proposed profit of the Bidder or Proposer.

**Proceed Order** – A written directive by the CTA that authorizes the Contractor to proceed with performance of changed work under the contract. Proceed Orders are utilized when cost increases or decreases exceed $10,000. All changes to the services to be performed under the contract must be within the general scope of work.

**Procurement Administrator** – The CTA employee authorized to solicit, enter into and administer contracts, and make related determination and findings. For the purposes of these Regulations, the term includes employees assigned to the Purchasing & Supply Chain Department as well as any CTA employee assigned and authorized to perform those duties.

**Progress Payments** – Payments that may be made to the contractor for costs incurred in the performance of the contract. Progress payments may only be made on the basis of costs incurred (or in the case of construction contracts only, on the basis of percent of completion) and CTA must obtain adequate security for which progress payments are made. Adequate security may include taking title, letters of credit or equivalent means to protect the CTA's interest.

**Proposal** – The submission by a potential Contractor in response to a RFP or LIQ.

**Proposer** – The general term for the entity that submits a response to a Solicitation. Any individual, firm, partnership, corporation, or combination thereof, submitting a Proposal for the work contemplated, acting directly or through a duly authorized representative. For the purposes of these Regulations, Proposer may be used interchangeable with Bidder or Offeror.

**Protest** – A written objection or complaint by an interested party to the terms, conditions, or form of a proposed procurement or to the proposed or actual award of a contract.

**Public Auction** – Method of selling assets whereby all prospective buyers are notified through Public Notice of the intent to sell assets and are invited to Bid in an open forum against their competitors.

**Public Exigency** – Any event or circumstance, not including an Emergency, but nonetheless that requires immediate action.

**Public Notice** – CTA's notice to the general public of purchase or sale solicitations, which must, at a minimum, be in a daily English language newspaper of general circulation.

**Public Private Partnership (PPP)** – Binding agreements between the public and private sectors that allow a private entity to assume significant control of, and risk for, multiple elements of an infrastructure project.

**Public Works Projects** – Infrastructure projects that are financed and constructed by the government for the public good. CTA construction projects are public works projects.

**Purchase Order** – A document that formalizes an agreement between CTA and a Vendor for the purchase of goods or services not to exceed $40,000 and which follows an informal competitive process. Purchase Orders may also be used for emergency purchases, exigent circumstance purchases, and for other purchases as deemed appropriate.

**Quotation** – The price or cost submitted by a Vendor for a Small Purchase.

**Request for Information (RFI)** – A means by which to poll the market or ask a series of questions regarding a potential procurement that is of interest to CTA.

**Request for Proposals (RFP)** – A negotiated procurement method whereby CTA requests that interested parties submit Proposals to perform a specific project or service or to provide goods. Criteria, including price, dictate how RFP proposals will be evaluated.

**Requisition** – A document requesting goods or services that initiates the procurement process.

**Responsibility** – The Contractor's ability to perform successfully under the terms and conditions of a proposed procurement.

**Responsiveness** – The Contractor's compliance in all material respects with a solicitation document.

**Reverse Auction** – A real-time bidding process in which multiple pre-approved suppliers can view other Bids and bid against one another electronically for a set period of time.

**Rolling Stock –** Transit vehicles such as buses, vans, cars, railcars, locomotives, trolley cars and buses, and ferry boats, as well as vehicles used for support services.

**Service Order** – The services, deliverables, manpower, and reimbursable items for an identified period to be provided by a Contractor and agreed to by the CTA and the Contractor. Service Orders are used in selected multi-year contracts.

**Single Bid** – A solicitation response received from only one source.

**Small Purchases** – Purchases under $40,000 that are generally awarded to the lowest responsive and responsible Bidder responding to an informal competitive Request for Quotes (RFQ), but may be alternatively awarded based on delivery requirements or other factors specified in the Request for Quotes. Small purchases are often referred to as "under money" contracts.

**Sole Source Procurement** – A procurement method where the CTA solicits a proposal from only one source, or after solicitation of a number of sources, competition is determined to be inadequate.

**Solicitation** – The general term for CTA's request for offers from potential Bidders or Proposers. A solicitation generally contains the proposed contract, including contract terms and conditions, instructions to potential Bidders or Proposers regarding the submission of a Bid or Proposal, and any other information needed to prepare a Bid or Proposal.

**State or Local** - The States of the United States, counties, municipalities, cities, towns, townships, tribal governments, public authorities (including public or Indian housing agencies under the United States Housing Act of 1937), school districts, colleges, and other institutions of higher education, council of governments (incorporated or not), regional or interstate government entities, or any agency or instrumentality of the preceding entities (including any local educational agency or institution of higher education), and including legislative and judicial departments.

**Surety** – A party legally liable for the debt, default, or failure of a principal to satisfy a contractual obligation.

**Task Order** –An order for service(s) placed against an established professional service or construction contract and as authorized in the contract. A task order is sometimes referred to as a work order.

**Transit Oriented Development (TOD)** – Transit oriented development is a type of community development that includes a mixture of uses and is located near transit facilities.

## Chapter 3: General Procurement Standards

### 3.1 Procurement Regulations

These Regulations consist of the Procurement Policy Statement and related Procedures.

These Regulations implement pertinent provisions of Section 30 of the MTA Act, the Office of Management and Budget ("OMB") Circular A-102, as amended, the most recent effective version of FTA Circular 4220.1, "Third Party Contracting Requirements", the most recent effective version of FTA Circular 5010.1 "Grant Management Guidelines," other statutory and regulatory requirements applicable to Federal assistance recipients, and relevant Illinois statutory requirements, including those pertaining to real estate.

### 3.2 Amendments

The Procurement Policy Statement, including but not limited to the Contract Approval Requirements, may only be revised following Board approval. As noted in Chapter 1, the Procurement Policy Statement is set forth in Section 54 of the Chicago Transit Authority Bylaws, Rules and Regulations. The authority to amend the procedures set forth in these Regulations to comply with changes in Federal or State law or regulations or to reflect the manner in which CTA does business is delegated to the Vice President, Purchasing & Supply Chain following consultation with the General Counsel. The Board will be apprised of procedural changes to these Regulations.

The Vice President, Purchasing & Supply Chain shall establish a process for issuing modifications and revisions that will enable Procurement Administrators and other users to maintain a current compilation of the Regulations.

### 3.3 Related Programs

The following CTA programs/requirements and procedure manuals are to be used in conjunction with these Regulations:

- DBE Program for Federally Funded Contracts
- DBE Program for Operating Contracts
- Real Estate and Asset Management Procedures Manual
- CTA Construction Requirements
- CTA Code of Ethics

### 3.4 Authority and Responsibilities

CTA shall conduct procurement actions as outlined in these Regulations. Procurements and any material decisions related to procurements may be made only by those CTA officials or staff authorized to do so pursuant to these Regulations.

Final authority for purchasing goods and services by the Board shall remain with the Board except as delegated by the Board. Notwithstanding the contracting authority delegated to the President and staff, the Board retains review and approval authority for procurement actions.

These Regulations will establish a procedure for the identification and utilization of designees. The General Counsel will maintain the list of designees and will request that the list of designees be reviewed and amended as appropriate.
Any authority delegated to persons, departments or divisions pursuant to these regulations will also vest in the President, the Chairman, and the Board.

A. Procurement Administrators shall ensure that a contract is not fully executed unless all applicable requirements of Federal law, Federal Regulations and Circulars, the MTA Act, State law and all other applicable CTA procedures (including approvals and control requirements) have been met.

B. Procurement Administrators shall ensure that Contractors receive impartial, fair, and equitable treatment in accordance with the provisions specified herein.

C. Procurement Administrators shall request and consider the advice of specialists in auditing, law, engineering, transportation, safety, and other fields when necessary or appropriate to the exercise of the Procurement Administrator's authority.

**3.5 Delegation of Authority**

A. The Board may establish delegation of procurement authority.

B. A person with authority for procurement activities is referred to as a Procurement Administrator when he or she perform that function, regardless of any other job or position title he or she may have.

C. Each contract or procurement action that obligates CTA to pay a Contractor must be signed or otherwise authorized by an individual to whom CTA has expressly delegated the authority to make such an obligation.

**3.6 Competition**

CTA will obtain full and open competition through the use of those competitive procurement procedures best suited to the particular procurement, except as otherwise specifically justified.

Some of the situations considered to be restrictive of competition include, but are not limited to:

A. Unreasonable requirements placed on firms in order for them to qualify to do business;

B. Unnecessary experience and excessive bonding requirements;

C. Non-competitive pricing practices between firms or between affiliated companies;

D. Non-competitive awards to any person or firm on retainer contracts;

E. Organizational conflicts of interest. An organizational conflict of interest means that because of other activities, relationships, or contracts, a Contractor is unable, or potentially unable, to render impartial assistance or advice to CTA; a Contractor's objectivity in performing the contract work is or might be otherwise impaired; or a Contractor has an unfair competitive advantage;

F. The specification of only a Brand Name product without listing its salient characteristics and not allowing "an equal" product to be offered; and

G. Any arbitrary action in the procurement process.

**3.7 Standards of Conduct**

The procurement business of the CTA shall be conducted in a manner above reproach and with complete impartiality and without preferential treatment. Any violation of these standards may be cause for disciplinary action, including dismissal, if appropriate. No officer or employee shall:

A. Release to an individual or entity or its representative any knowledge such person may possess or have acquired in any way concerning any proposed or actual procurement that would give an unfair competitive advantage to any potential or actual Bidder.

B. Make any commitment or promise relating to the award of a contract or any representation which could be construed as such a commitment. Staff will not, under any circumstances, advise a business representative that any attempt will be made to influence another person to give preferential treatment to his or her company in the award of a contract.

C. Use his or her position with CTA to coerce, or give the appearance of, coercing another person, and/or provide any financial benefit to persons with whom he or she has family, business or financial ties.

D. Accept any gratuity for themselves, members of their families or others, either directly or indirectly, from any source that does or seeks to do business with, or has financial ties of any sort with CTA, or has personal interests that may be affected by the performance, or non-performance, of the official duties of CTA staff.

E. Participate in the selection, award, or administration of a contract if a conflict of interest, real or apparent, exists.

F. Accept any offer of employment or fees for services from a Contractor for one year following employment with CTA if the officer or employee, during the year immediately preceding termination of employment, participated personally and substantially in the award of contracts or the issuance of change orders with a cumulative value of $25,000 or more to the Contractor, its parent or subsidiary. This provision also applies to the spouse or immediate family member living with the CTA officer or employee. In addition, for a period of one year after leaving the employment of CTA, the officer or employee shall not assist or represent the Contractor in any matter involving CTA if the officer or employee participated personally and substantially in the same subject matter, work, or function during his or her term of office or employment. If the former officer or employee exercised contract management authority with respect to a Contractor's contract, the prohibition is permanent as to that contract.

Furthermore, Purchasing Administrators shall inform all Contractors in writing of this provision.

### 3.8 Improper or Unlawful Conduct

A. A Procurement Administrator shall report to the Vice President, Purchasing & Supply Chain any Bids that may evidence any violation of Illinois Law set forth at Public Contracts (720 ILCS 5/33E), including but not limited to, a restraint of trade by two or more Bidders. The Vice President, Purchasing & Supply Chain shall consult with the General Counsel as soon as practical to ascertain whether a reasonable basis exists for believing that collusion has occurred among any businesses for purposes of defrauding CTA.

B. Practices or events that may evidence improper or unlawful conduct include, but are not limited to, the following:

i. The existence of an “industry price list” or “price agreement” to which a Contractor refers in formulating its offer;
ii. A sudden change from competitive bidding to identical bidding; iii. Simultaneous price increases among two or more Contractors; iv. Rotation of Bids, so that:
   a. each competitor is at some pre-planned point the low Bidder, or
   b. certain competitors low bid certain sized contracts and not others;
iii. Division of the market, so that certain competitors bid low only for contracts solicited by certain agencies, or for contracts for certain geographical areas or on certain products, and bid high in all other jobs;
iv. Establishment by competitors of a collusive cost or price estimating system; or
v. Incidents suggesting direct collusion among competitors, such as the appearance of identical calculations or spelling errors in two or more competitive offers.

Any agreement or collusion among Bidders or prospective Bidders that restrains free and open competition will render the Bids of such Bidders void. Each Bidder will accompany its Bid with a sworn statement, or otherwise swear or affirm that it has not been a party to any such agreement. Purchasing will prepare and utilize an appropriate certificate which is in compliance with 720 ILCS 5/33E-11, as amended. Said certificate will be executed by the Bidder prior to award of the contract.

**3.9 Public Access to Procurement Information**

Certain information about CTA procurements is normally considered public and should be released in accordance with these Regulations and applicable state laws and regulations concerning freedom of information. Other information related to procurement is often protected from disclosure; CTA must exercise caution to ensure that protected information is not made public.

**3.10 Disclosure of Ownership Interest**

Prior to consideration for award:

A. A corporation that is not listed on a nationally recognized securities market must provide a list of the names of the individuals who possess ownership of at least five percent (5%) of the corporation's stock. Such a list is not required for those corporations listed on a nationally recognized securities market.

B. A corporation which is listed on a foreign stock exchange must identify the stock exchange.

C. A partnership, limited partnership (“LP”), limited liability partnership (“LLP”), limited liability limited partnership (“LLLP”) or joint venture must provide a list of the names of each general or limited or individual partner/joint venturer entitled to receive five percent (5%) or more of the profits derived from the partnership/joint venture activities. If the partners/joint venturers are corporations, the names of the individuals who own at least five percent (5%) of the corporation’s stock or, if the shares in the corporation are publicly traded, the name of the stock exchange on which the corporation is listed must be provided.

D. A limited liability company (“LLC”) must provide a list of the names of each owner entitled to receive five percent (5%) or more of the profits derived from the company’s activities. It must also identify the manager(s) of the LLC. If the owners or the managers are corporations, the names of the individuals who own at least five percent (5%) of the corporation’s stock or, if the shares in the corporation are publicly traded, the name of the stock exchange on which the corporation is listed must be provided.

E. A sole proprietor must provide a list of the names of each person other than the owner who is entitled to receive five percent (5%) or more of the profits derived from the activities of the business.

F. A trust need not provide any information about the individual beneficiaries but must provide the percent of ownership interest the trust has in the Contractor, provided that trusts involved in the ownership or use of CTA real property must make those disclosures, if any, required by 50 ILCS 105/3.1.

G. Before any contract relating to the ownership or use of real property is executed, the actual parties benefiting from the transaction, as identified in 50 ILCS 105/3.1, must be disclosed in a format consistent with said statute.

H. If CTA is unable to obtain the required information after exercising diligent efforts, staff will consult with the General Counsel to determine if the missing information is essential to preserve procurement integrity.

### 3.11 Prohibited Fee Arrangements

Procurement Administrators shall ensure that each solicitation contains language giving notice to prospective Contractors of the prohibition against arrangements which offer any fee, commission, percentage, brokerage fee, gift or other consideration to a CTA employee or third party, other than a bona fide employee, contingent on or in exchange for assistance in soliciting or obtaining a contract.

A. CTA shall not award any contract to a Contractor that has made arrangements to pay a fee, commission, percentage, brokerage fee, gift or other consideration to a CTA employee or third party, other than a bona fide employee, contingent on or in exchange for assistance in soliciting or obtaining the contract.

B. If the Procurement Administrator has reason to believe that a Contractor or prospective Contractor has paid or offered to pay a CTA employee or third party, other than a bona fide employee, a fee, commission, percentage, brokerage fee, gift or other consideration contingent on or in exchange for assistance in soliciting or obtaining the contract, the Procurement Administrator shall inform the Vice President, Purchasing & Supply Chain in writing, providing any evidence or documentation of the alleged involvement.

C. If it is determined that a Contractor has entered into an arrangement to pay a prohibited fee, commission, percentage, brokerage fee, gift or other consideration to a CTA employee or third party, other than a bona fide employee, under an existing contract, the Procurement Administrator shall terminate such existing contract or take any other appropriate remedial action, including debarment, as determined in conjunction with relevant CTA staff including CTA's General Counsel.

### 3.12 Circumvention of Contracting Authority - Prohibited

Taking any actions that would circumvent the requirements of these Procurement Policy and Procedures, FTA regulations, or state law is not permitted. Except when procuring architectural and engineering services, the use of statutorily or administratively imposed in-State or local geographical preferences in the evaluation of Bids or Proposals for federally funded contracts is prohibited, unless Federal statutes expressly mandate or encourage geographic preference.

### 3.13 Scrivener's Errors

Scrivener's errors can be corrected after contract recommendation approval. The following are not considered scrivener's errors:

i. a difference in the contract amount;
ii. a difference in the contract term;
iii. a scope of services that is materially altered;
iv. a change to the company name as opposed to a typographical error in the company name;
v. inaccuracies or inconsistencies in the company ownership information;
vi. the DBE percentage is not accurately reflected; and
vii. a discrepancy between the name of the contractor and the name on

the insurance certificate or policy.

**3.14 Advance Payments**

Advance payments utilizing FTA funds are prohibited unless prior written concurrence is obtained from FTA.

**3.15 Federal Clauses**

A. All FTA-funded contracts must contain the appropriate Federal contract clauses. Refer to Appendix II for the list of Federal Contract Requirements. Procurement Administrators must review the contract documents and the list included in Appendix II to ensure that all of the applicable Federal contract clauses are included in the contract terms. When a procurement utilizes a non-standard/non- boilerplate contract form, after reviewing the contract documents for inclusion of Federal contract clauses, the Procurement Administrator must sign and date a copy of the list in Appendix II and include the executed copy in the contract file to demonstrate the Procurement Administrator's verification that the appropriate Federal contract clauses are in the contract.

B. The Law Department is responsible for updating CTA's Federal contract boilerplate when appropriate for use by the Purchasing Department in Solicitations.

**3.16 Veteran's Employment**

CTA will include in construction contracts funded in whole or in part with Federal financial assistance a provision requiring the contractor to give a hiring preference, to the extent practicable, to veterans (as defined in section 5 USC 2108) who have the requisite skills and abilities to perform the construction work required under the contract. This provision will not be understood, construed or enforced in any manner that would require a contractor to give preference to any veteran over any equally qualified applicant who is a member of any racial or ethnic minority, female, an individual with a disability, or former employee.

In contracts not funded with any Federal financial assistance, CTA will include a provision requiring contractors and all subcontractors to comply with the provisions of 330 ILCS 55/0.01 et seq., which requires that a preference be given to veterans to fill positions in the construction, addition, or alteration of all public works undertaken or contracted for by the State, or by any political subdivision thereof.

## Chapter 4: Procurement Management and Administration

For matters pertaining to Real Property, see Chapter 11 and for matters pertaining to Art in Transit, see Chapter 13.

### 4.1 General Provisions - Methods of Procurement (Except Real Property)

A. Competitive Bidding will be by Invitation for Bids ("IFB") (see Chapter 7), Request for Proposals ("RFP") or Letters of Interest and Qualifications ("LIQ") (see Chapter 8).

B. Except as otherwise authorized, all contracts or Purchase Orders for goods and services that exceed $40,000 will comply with the Competitive Bidding and Public Advertisement requirements of these Regulations.

C. All contracts or Purchase Orders that do not exceed $40,000 will be awarded competitively whenever possible, and in any event, in a manner calculated to ensure the best interest of the public and CTA. (See Chapter 10)

D. CTA may engage brokers for the sale or purchase of non-real estate assets as CTA deems appropriate and if it is in CTA's best interest to do so. Each broker that CTA engages must abide by established processes and procedures that comply with all state, Federal, and local rules and regulations. If broker processes and procedures are different from the Procurement Procedures for the sale or purchase of non-real estate assets as set forth in the Procurement Policy and Procedures, those processes and procedures must be approved by the General Counsel prior to implementation.

### 4.2 Two-Step Procurements

CTA may use a two-step procurement process in limited situations as set forth in paragraph B, below.

A. The two-step procurement process generally consists of a technical or qualifications-based first phase composed of one or more steps in which Bidders or Proposers submit un-priced technical or qualifications-based proposals (and discussions are held with those Bidders or Proposers, if necessary) to be evaluated by CTA and a second phase in which those Bidders or Proposers whose technical offers or qualifications are determined to be acceptable during the first phase have their priced bids considered. Either an IFB or RFP procurement process may be used.

B. The two-step bidding process can be used:

i. When CTA does not consider it practical to initially prepare a definitive purchase or contract description which is suitable to permit an award based on price; or

ii. In preference to negotiations when all of the following conditions are present:

a. Available specifications or purchase descriptions are not definite or complete or may be too restrictive without technical evaluation, and any necessary discussion of the technical aspects of the requirement to ensure mutual understanding between each source and CTA;

b. Definite criteria exist for evaluating technical proposals;

c. More than one technically qualified source is expected to be available;

d. Sufficient time will be available for use of the two-step method; and

e. A firm-fixed-price contract or a fixed-price contract with economic price adjustment will be used; or

f. At any time deemed appropriate, as determined by the Vice President, Purchasing and Supply Chain.

C. First step in two-step process includes a solicitation which states:

i. The procurement is a two-step procurement; priced bids or cost proposals will be considered in the second phase only, and only from those Bidders or Proposers whose unpriced technical or qualifications-based proposals are found to be acceptable in the first step;

ii. Unpriced qualifications or technical proposals are requested;

iii. The criteria to be used when evaluating the unpriced Bids or Proposals is stated;

iv. CTA may conduct oral or written discussions regarding the Bids or Proposals;

v. Bidders or Proposers should submit Bids or Proposals that are acceptable without additional explanation or information;

vi. Bidders or Proposers may designate those portions of the qualifications or technical proposals which contain trade secrets or other proprietary data that is to remain confidential; and

vii. The item being procured shall be furnished generally in accordance with the Bidder’s or Proposer’s technical offer.

D. If permitted by law, CTA may award a contract following the first step.

E. The second step involves the submission of sealed priced Bids or Proposals by

those who were selected pursuant to the criteria specified in the first step. No additional public notice or advertisement of the IFB or RFP need be given because such notice was given during the first step of the process.

F. If an IFB is used for the second step, an award will be made to the lowest, responsive responsible Bidder. If a RFP is used in the second step, an award will be made to the Proposer whose offer is the most advantageous to the CTA.

**4.3 Emergency or Public Exigency Contracts**

A. If an Emergency or Public Exigency exists, the President, or the Vice President, Purchasing & Supply Chain, with the approval of the Chairman, will authorize the negotiation and award of an Emergency or Public Exigency contract to purchase any goods or services needed. Emergency procurements may be negotiated with one source or on a limited competition basis depending upon the circumstances.

B. Public Notice of Emergency or Public Exigency contracts is not required.

C. The justification for an emergency procurement shall not be based solely on internal CTA circumstances. In the absence of an emergency condition, an emergency procurement shall not be justified solely on the basis of any of the following circumstances:

i. The lack of adequate advance planning for the procurement of required supplies, services, or construction;
ii. Delays in procurement caused by administrative delays, lack of sufficient procurement personnel, or improper handling of procurement requests or competitive procedures; or
iii. Pending expiration of budget authority.

D. The emergency procurement of supplies or services shall be limited to quantities or a time period sufficient to meet the immediate threat and shall not be used to meet long-term requirements.

E. To the extent time permits, the Procurement Administrator shall ensure that each emergency procurement contract contains the required clauses, representations, and certifications, in accordance with the requirements of these Regulations.

F. If a long-term requirement for the supplies, services, or construction is anticipated, the Procurement Administrator shall request the using department to

initiate a separate non-emergency procurement action at the same time that the emergency procurement is made.

G. The Procurement Administrator shall ensure that proper records of an emergency procurement are maintained.

H. A written report of the nature and extent of the Emergency or Public Exigency, together with a statement of expenditures, if any, will be promptly reported to the Board.

I. Refer to Appendix VII for step by step procedures for emergency contracts (over $40,000)

**4.4 Joint Procurement**

In addition to the other procurement methods authorized by these Regulations, CTA may also procure goods or services as follows:

A. Piggybacking

1. Contracts awarded by other governmental or transportation agencies if such contracts permit participation by other government agencies. Under these circumstances, each unit of government is only responsible to pay for the goods and/or services that it purchases.

2. If federal funds are utilized for the purchase:
   i. All federal requirements, required clauses, and certifications must be followed and included in CTA's contract and the solicitation document, as appropriate.
   ii. Piggybacking is not permitted for indefinite quantity/indefinite delivery contracts.
   iii. Piggybacking is not permitted for contracts for services.

B. Federal Procurement Schedules

For information technology services only, orders may be placed under United States General Services Administration Schedule 70.

C. Procurement with Units of Government or Other Agencies

Procurements may be issued jointly with one or more units of local government or agencies of the State of Illinois. All such jointly issued procurements will be solicited and negotiated jointly. Each participant in the joint procurement will enter into its own contract with the chosen Contractor(s). If Federal funds are utilized for the purchase, all Federal requirements, required clauses and

certifications must be followed and included in the solicitation document and contract.

D. All joint procurement contracts are subject to the approval and execution limits otherwise outlined in these Regulations.

## Pre-Bid Activities

### 4.5 Procurement Planning and Concurrence Review

A. The procurement process formally begins with the preparation of a Requisition and its submission to the Purchasing Department. However, planning for contracts and procurement actions should begin as soon as the need for the item, service or property is identified. CTA will proceed to conduct all procurement transactions through the use of those competitive procurement procedures best suited to the particular procurement, except as otherwise specifically justified.

B. As part of procurement planning, required concurrences from other governmental agencies should be reviewed and timing identified. (Refer to Appendix: "Public Agency Concurrence Requirements.")

### 4.6 Procurement History

The documentation in each contract file maintained by the Purchasing Department shall be sufficient to constitute a complete history of the transaction, including but not limited to, the basis for the procurement and the award, the assignment of contract administration (including payment responsibilities), if any, and any subsequent action taken by the Purchasing Department.

### 4.7 Responsibilities and Initiation of Requisitions

A. Prior to initiating a Requisition, the using department shall determine that the material, supplies, equipment or services are necessary for CTA functions, operations or activities and are not duplicative of other items or services acquired by the CTA. Every Requisition for goods or services will include a complete specification or description and must be approved by the using department before being submitted for further processing.

B. The using department shall, when appropriate, make an analysis of lease and purchase alternatives and any other appropriate possibility to determine which would be the most economical and practical means of acquiring supplies or equipment. Such analysis shall be documented as part of the contract file.

C. Every Requisition for equipment, material, supplies, construction or other services over $2,500 must be authorized by the Purchasing Department. The Purchasing Department is responsible for selecting the proper method of procurement and the contract terms. (Refer to Appendix: "Method of Procurement History Form.")

D. Using departments must initiate Requisitions in order to allow sufficient time for the procurement process. For Blanket (recurring) contracts, Requisitions should be initiated at the time an existing contract is 50% expended or six (6) months prior to the contract expiration date.

**4.8 Specifications and Purchase Descriptions**

A. Materials, supplies and equipment plans, drawings, specifications or purchase descriptions for procurements shall state only the actual minimum needs (in quantity, as appropriate) of CTA and the maximum needs (in quantity, as appropriate) of CTA and describe the material, supplies or equipment in a manner which will encourage maximum competition and eliminate, insofar as possible, any restrictive features which might limit acceptable offers to one supplier's product, or the products of a relatively few suppliers. Items to be procured shall be described by reference to the applicable specifications or by a description containing the necessary requirements. The term "specification," as used herein, is a clear and accurate description of the technical requirements for the material, supplies or equipment. Specifications also contain preservation, packaging, packing, and marking requirements.

B. Construction Specifications

The technical provisions of construction specifications shall be in sufficient detail so that, when used with the applicable drawings and the specifications and standards incorporated by reference, Bids can be prepared on a fair and competitive basis. Materials, equipment, components, or systems shall be described, where possible, by reference to documents generally known in the industry. The standards which best represent no more and no less than the CTA's minimum needs shall be selected for incorporation by reference into the construction specifications. This section may not apply to construction contracts for design build, construction manager at risk and job order contracts. See Chapter 12 of these Regulations.

C. Service Contracts

The scope of work approach is preferred for most CTA service contracts. A scope of work defines the minimum work required of a Contractor and the milestones or deliverables required under the contract. In addition, a minimum

requirement must be identified for Contractor qualifications. The scope of work must identify the minimum experience required of the Contractor.

D. Purchase Descriptions

A purchase description may be used in lieu of a specification where no applicable specification exists. An adequate purchase description is an aid to competition and, in the absence of competition, aids in determining the reasonableness of price. A purchase description should set forth the essential physical and functional characteristics of the materials required. Purchase descriptions of services to be procured should outline to the greatest degree practicable the specific services the Contractor is expected to perform.

Purchase descriptions shall not be written so as to specify a product, or a particular feature of a product, peculiar to one manufacturer and thereby precluding consideration of a product manufactured by another firm, unless it is determined that the particular feature is essential to the CTA requirements, and that similar products of other companies lacking the particular features would not meet the minimum requirements for the item. Generally, the minimum acceptable purchase description is the identification of a requirement by use of brand name followed by the words "or equal". In order for the “or equal” to be evaluated, a listing of salient minimum characteristics of the equivalent part must be included.

### 4.9 Delivery and Performance Requirements

The time of delivery or performance is an essential contract element that shall be clearly stated in each solicitation. A Procurement Administrator shall ensure that a delivery or performance schedule is realistic and meets the requirements of the procurement.

A. When establishing a contract delivery or performance schedule for goods or services, the Procurement Administrator shall consider applicable factors, including the following:

i. Urgency of need;
ii. Production time;
iii. Market conditions;
iv. Transportation time;
v. Industry practices;
vi. Time for obtaining and evaluating Bids or offers and awarding contracts;
vii. Time for Contractors to comply with any condition precedent to contract performance; and
viii. Time for CTA to perform its obligations under contract, such as

furnishing CTA property to the Contractor.

B. The Procurement Administrator may establish contract delivery or performance schedules on the basis of any of the following:
   i. A specific calendar date or dates;
   ii. A specific period or periods from the date of the contract;
   iii. A specific period or periods from the date agreed upon by the parties and set forth in the contract for actual commencement of performance on the contract; or
   iv. In contracts containing indefinite delivery provisions, a specific time for delivery after receipt by the Contractor of each individual order issued under the contract.

C. When scheduling the time for performance of a construction contract, the Procurement Administrator shall consider applicable factors, such as the following:
   i. The nature and complexity of the project;
   ii. The construction seasons involved;
   iii. The required completion date;
   iv. The availability of materials and equipment; and v. The use of multiple completion dates.

D. In any contract, different completion dates may be established for separable items of work. When multiple completion dates are used, the Procurement Administrator shall evaluate requests for extension of time with respect to each item, and shall modify the affected completion dates when appropriate.

**4.10 Independent Cost Estimate**

A. As part of the advance procurement planning process, and in any event prior to the advertisement or the approval of a contract change order, the Procurement Administrator shall ensure that there is an independent estimate of the expected price level or value of the goods or services to be purchased or to be changed. If the planned solicitation includes options, they should also be addressed in the estimate. The independent estimate is the CTA's estimate of the price of a proposed procurement for use in performing a cost or price analysis.

B. The independent estimate must be prepared without input from prospective Bidders and should include the name of the estimator and the date the estimate was prepared. The estimate should be prepared in the same format and level of detail as Bidders are to use in submitting their pricing schedules and is intended

to serve as an effective tool in evaluating price and cost reasonableness. The estimator should maintain the supporting documentation used in preparing the estimate for reference as part of the evaluation process. Should a solicitation amendment materially affect the anticipated price, the estimate should be revised to address the changed requirement(s). A copy of the independent estimate (and any subsequent revised estimates) should be retained in the Contract file.

C. Depending upon the nature of the contract requirement, estimates can range from a single amount to complex estimates based on inspection of the product itself and review of such items as drawings, specifications, and prior data (such as cost data from prior procurements). The Procurement Administrator shall hold the estimate as confidential and not disclose its contents to potential Bidders prior to the receipt of Bids.

**4.11 Pre-Qualification**

A. Pre-qualification of bidders or products may be used when: (1) CTA wishes to procure complex services such as construction and at other instances when appropriate; or (2) CTA wishes to procure goods that require sophisticated manufacturing and/or goods with exacting performance requirements. Only those Bidders or Proposers who are prequalified may supply the goods or services required.

B. Either an IFB or an RFP public solicitation may be used. If an IFB is used, award is made to the lowest, responsive responsible Bidder. If an RFP is used, award is made to the Proposer whose offer best satisfies the criteria set forth in the RFP.

C. For pre-qualification of services:

1. CTA will issue a request for pre-qualification (“Request”). The Request will set forth the minimum qualifications required as well as other relevant factors and will be publicly solicited. The criteria to be used when evaluating the Bidders’ or Proposers’ qualifications will be set forth in the Request.

2. The Request will identify the solicitation method to be used, following Bidder or Proposer pre-qualification, to procure the services, either an IFB or an RFP. Only those Bidders or Proposers who have been pre-qualified will be given the IFB or RFP. CTA will only consider responses to the IFB or RFP from bidders who have been pre-qualified.

3. The pre-qualification period will start on the date of issuance of the Request and will end on the Bid or Proposal submittal date. CTA will continue to review pre- qualification submittals, if any, after the initial pre-qualification period, as long as the pre-qualification submittal is made prior to the Bid or Proposal submittal date. Those Bidders or Proposers who are pre-qualified as described above may respond to the IFB or RFP.

4. No additional public notice or advertisement of the IFB or RFP is required because such notice was given during the Request.

D. For pre-qualification of products:

1. Pre-qualification of parts or equipment is most commonly used for products that take some period of time to evaluate to determine if they satisfy CTA's standards. CTA accepts submissions for evaluation at any time, including during open procurement actions. However, CTA will not hold a particular solicitation open to accommodate a potential Bidder or Proposer who submits a product for approval before or during that solicitation.

2. The Procurement Administrator will ensure that all lists of pre-qualified products that are used in acquiring goods are current and include enough qualified sources to ensure maximum full and open competition.

**4.12 Federal Third Party Contract Provisions**

The Procurement Administrator will review the federal checklist entitled "Applicability of Third Party Contract Provisions" and verify that all required federal contract provisions are included in the solicitation documents or form of contract before advertising the contract. The Procurement Administrator will document the results in the contract file.

**4.13 Liquidated Damages**

If the CTA determines it is in its best interest to do so a liquidated damages clause may be used in a contract when the following factors apply:

A. The extent or precise amount of damages would be difficult or impossible to ascertain or prove.

B. A liquidated damages assessment must be at a specific rate per an appropriate time period and must be specified in the contract. For federally

funded contracts only, any damages recovered must be credited to the project involved unless the FTA permits otherwise.

**4.14 Request for Additional Information**

In its solicitation documents, CTA may reserve the right to request additional information or seek clarification from any bidder or offeror about any statement in its bid or proposal before making an award.

**4.15 Multiyear Rolling Stock Contracts**

CTA may enter into a multiyear contract to buy rolling stock and replacement parts, when federal funds are used. The multiyear contract can include an option under which CTA may buy additional rolling stock or replacement parts; provided that such option does not allow for significant changes or alterations to the rolling stock.

A. The option for bus procurements must be exercised no later than 5 years after the date of the original contract.

B. The option for rail procurements must be exercised no later than 7 years after the date of the original contract.

**4.16 Use of Options**

A. The Procurement Administrator may include an option in a contract when it is in the best interest of the CTA to include in the contract a unilateral right for a specified time by which the CTA may elect to purchase additional equipment, materials, supplies, construction or services called for by the contract, or may elect to extend the term of the contract.

B. An advantage of awarding a contract with options is that it gives CTA a continued source of goods or services under a contract at known prices.

C. The cost of each option shall be readily discernible from the contract provisions that set forth the option.

D. Each contract shall state the period within which an option may be exercised. Options may not be exercised after the term of the contract has expired; technically, there is no longer a legal and binding contract to extend.

E. The appropriate option clauses must be included in the solicitation. In order to meet the requirements of these Regulations for full and open competition, the option must be evaluated as part of the initial competition and be exercisable at an amount specified in the terms of the basic contract. When

options have not been evaluated as part of the award, the exercise of such options will be considered a sole source procurement, if appropriate.

F. The option term(s) need not be funded at the time of contract award.

G. Before exercising an option, the Procurement Administrator should document the contract file with:

i. A written determination that includes a description of the funds available and of market prices to justify price reasonableness of the option;
ii. A statement that the option was included in and evaluated as part of the basic contract; and
iii. Any other factors that support CTA's decision to exercise the option.

**4.17 Solicitation Lists**

CTA shall maintain solicitation mailing lists in order to identify adequate sources of goods and services and to notify Contractors of upcoming contracting opportunities.

**Conducting All Procurements**

**4.18 Public Advertisement**

A. Except as otherwise provided herein (including as provided in Chapter 12 below), all solicitations to award contracts will be published at least once in an English language daily newspaper of general circulation in the Chicago metropolitan area for at least ten (10) business days, excluding Legal Holidays, in advance of the date announced for the receiving and opening of Bids or Proposals, and will simultaneously be advertised by other media, including posting on CTA's website, as appropriate.

B. The Public Notice will describe the procurement in general terms and reference the solicitation document for the specific terms. The Public Notice will state the date, time and place Bids or Proposals are due and, for IFBs only, the time when they will be opened publicly, which must allow sufficient time to prepare bids prior to bid opening. The Public Notice can incorporate information by reference.

C. No Bids or Proposals will be accepted at any time subsequent to the time indicated in the Public Notice. However, CTA can give notice of an extension of time for the receipt of such Bids or Proposals upon publication, in an English language daily newspaper of general circulation in the Chicago metropolitan area, and by other media, as appropriate. The notice will provide the date to

which the Bid/Proposal receipt has been extended. The extended Bid or Proposal date will not be less than five (5) business days after the publication thereof, Legal Holidays excluded.

D. If a Bid Guarantee is required, the Public Notice will so specify.

E. Sole source procurements need not be formally advertised, but the Procurement Administrator should take appropriate steps to seek alternative sources for items which have historically been considered sole source.

F. The contract file shall contain the following:

i. The name and address of each prospective Bidder on the solicitation mailing list to which the solicitation was sent and additional prospective Bidders that were sent copies of the solicitation upon request;
ii. The name of each publication in which notice was published;
iii. The date on which the solicitation was issued;
iv. A copy of the solicitation; and
v. Documentation recording the name of the Bidder(s), the Bid amount, and when appropriate, whether the Bidder has acknowledged addenda to the solicitation and/or provided a Bid Guarantee.

**4.19 Pre-Bid or Pre-Proposal Conferences**

A. CTA may use pre-bid or pre-proposal conferences to explain the procurement requirements. If a pre-bid or pre-proposal conference is to be held, it shall be announced to all prospective Bidders.

B. This meeting will be scheduled no earlier than seven days after advertising. It is recommended that a two-week notice of the meeting be given and that Bids be due no earlier than two weeks after the date of the pre-bid or pre-proposal meeting.

C. The Procurement Administrator shall do the following:

i. Conduct the pre-bid or pre-proposal conference;
ii. Furnish all Bidders with identical information concerning the proposed procurement;
iii. Make a complete record of the conference; and
iv. Promptly furnish a copy of that record to all Bidders.

**4.20 Cancellation of Solicitations Before Opening**

A. A solicitation shall not be canceled before opening unless the Procurement Administrator determines that cancellation is in the best interests of the CTA.

Reasons to cancel include:

i. Inadequate or ambiguous specifications cited in the IFB;

ii. Specifications have been revised;

iii. Supplies or services being contracted for are no longer required; or

iv. The IFB did not provide for consideration of all factors of cost to the CTA.

B. If a solicitation is canceled before opening, Bids that have been received shall be returned unopened to the Bidders.

C. The Procurement Administrator shall send a notice of cancellation to all prospective Bidders to whom solicitations were issued.

**4.21 Receipt of Bids or Proposals**

A. Each Bid shall be marked with the date and time of receipt.

B. All Bids and modifications received before the time set for the opening of Bids shall be kept secure.

C. Bids shall be submitted so that they will be received in the Purchasing Department Bid Office not later than the submittal deadline. A Bid may be modified or withdrawn by written notice received in the Bid Office no later than the exact time set for opening of bids.

D. Any proposal received after the time and date set for submission of offers at the CTA Bid Office shall be considered "late." Late Proposals will be rejected.

E. The only acceptable evidence to establish the time of receipt at CTA is the CTA time and date stamp.

F. The form of contract included in an IFB packet must be executed by the Bidder and submitted with its Bid. The method of execution must comply with section 4.26 of these Regulations.

**4.22 Breaking a Tie**

In the event two bidders are determined to be the lowest responsive and responsible bidders, when the contract can only be awarded to one bidder, the Procurement Administrator will toss a coin to determine the successful bidder.

## Pre-Award Activities

### 4.23 Prospective Contractor Responsibility

A. CTA shall make purchases from and award contracts only to responsible Contractors.

B. In the absence of information clearly indicating that the prospective Contractor is responsible, CTA shall make a determination of nonresponsibility.

C. To be determined responsible, a prospective Contractor shall meet all of the following requirements:
   i. Financial resources adequate to perform the contract, or the ability to obtain them;
   ii. Ability to comply with the required or proposed delivery or performance schedule, taking into consideration all existing commercial and governmental business commitments;
   iii. A satisfactory performance record;
   iv. The necessary organization, experience, accounting and operational controls, and technical skills, or the ability to obtain them;
   v. Compliance with applicable licensing laws, if relevant;
   vi. The necessary production, construction, and technical equipment and facilities, or the ability to obtain them;
   vii. Compliance with the DBE Program requirements; and
   viii. Other qualifications and eligibility criteria necessary to receive an award under applicable laws and regulations.

D. A prospective Contractor who is debarred, suspended or deemed ineligible for contracting by CTA shall not be awarded a contract. Furthermore, for federally funded contracts, a Contractor who is suspended or debarred from federal programs under DOT regulations, "Nonprocurement Suspension and Debarment," 2 CFR Parts 180 and 1200, or under the FAR at 48 CFR Chapter 1, Part 9.4 shall not be awarded a contract. The Procurement Administrator will check the System for Award Management, www.sam.gov, and document the results in the contract file.

E. If CTA determines that the price bid or offer by a prospective Contractor is so low as to appear unreasonable or unrealistic, CTA may determine the prospective Contractor to be nonresponsible.

**4.24 Prospective Contractor Resources**

A. The Procurement Administrator may require, and the prospective Contractor shall promptly provide, acceptable evidence of the prospective Contractor's ability to obtain resources.

B. Acceptable evidence of the prospective Contractor's ability to obtain resources shall consist of a commitment or explicit arrangement that will be in existence prior to the time of contract award to rent, purchase, or otherwise acquire the needed facilities, equipment, personnel, or other resources.

C. A prospective Contractor that is or recently has been seriously deficient in contract performance may be presumed to be nonresponsible. CTA may determine the Contractor to be responsible if the circumstances of the prior deficiency were properly beyond the Contractor's control or if the Contractor has taken appropriate corrective action.

D. An affiliated business shall be considered a separate entity in determining whether the business that is to perform the contract meets the applicable standards of responsibility. However, the Procurement Administrator shall consider an affiliate's past performance and integrity when they may adversely affect the prospective Contractor's responsibility.

**4.25 Prospective Subcontractor Responsibility**

A. A prospective prime Contractor shall be accountable for determining the responsibility of prospective Subcontractors.

B. Because the determination of a prospective Subcontractor's responsibility may affect the CTA's determination of the prospective prime Contractor's responsibility, a prospective Contractor may be required to provide written evidence of a proposed Subcontractor's responsibility.

C. When it is in the interests of the CTA, CTA may independently determine a prospective Subcontractor's responsibility, using the standards and requirements for responsibility set forth in this Chapter.

**4.26 Obtaining Information for Determination of Responsibility**

A. The Procurement Administrator shall obtain information regarding the responsibility of a prospective Contractor who is the apparent low Bidder or whose offer is in the competitive range.

B. If the prospective Contractor fails to supply the information requested in the time allotted, CTA shall make the determination of responsibility or nonresponsibility based upon available information. If the available information is insufficient to make a determination of responsibility, CTA shall determine the prospective Contractor to be nonresponsible.

C. The Procurement Administrator shall place the Staff Procurement Summary Sheet (SS1), which includes a determination of contractor responsibility, in the file. Prior to contract award, the completed SS1 will constitute documentation of the determination of contractor responsibility.

D. Contract administrators and other CTA personnel who become aware of circumstances casting doubt on a Contractor's ability to perform a contract successfully shall promptly inform the Procurement Administrator and furnish the relevant information in writing.

**4.27 Determinations and Documentation of Responsibility**

A. CTA's execution of a contract shall constitute a determination that the prospective Contractor is responsible with respect to that contract.

B. When an offer on which an award would otherwise be made is rejected because the prospective Contractor is found to be nonresponsible, the Procurement Administrator shall make, sign, and place in the contract file a determination of nonresponsibility, which shall state the basis for the determination, and include any applicable information from DBE and other CTA departments.

**4.28 Disclosure and Use of Information Before Award**

A. After receipt of Proposals in response to an RFP or LIQ, the information contained in the Proposals and the number or identity of Proposers shall not be made available to the public or to anyone in the CTA not required to have access to the information in the performance of his or her duties.

B. During the pre-award period of any competitive procurement, only the Procurement Administrator and others specifically authorized may transmit technical or other information and conduct discussions with prospective Contractors. No CTA employee or agent shall furnish information to a prospective Contractor if, alone or together with other information, it might give the prospective Contractor an advantage over others. However, general information that is not prejudicial to others may be furnished upon request.

**4.29 Cancellation of Procurements – Rejection of Bids**

The Vice President, Purchasing & Supply Chain, in consultation with a using department, has the authority to cancel any procurement or reject any or all Bids. A written notification of all canceled procurements or rejected Bids will be provided to the Chairman and President as requested.

**4.30 Method of Contract Execution by Bidders or Proposers**

A. A contract with a partnership shall be signed by all partners or by a general partner with authority to bind the partnership.

B. A contract with a corporation shall be signed by the President or Vice President or, with appropriate authorizing documentation, another employee or officer of the corporation.

C. A contract with joint venturers may involve any combination of individuals, partnerships, or corporations. The contract shall be signed by each participant in the joint venture in the manner set forth in this section with a copy of the joint venture agreement attached.

D. A contract with a sole proprietorship shall be signed by the owner of the company.

E. For contracts under an assumed name:

   i. The persons conducting business under the assumed name must file the required certificate in the Office of the County Clerk of the county where business will be transacted.

   ii. The Procurement Administrator should verify that the required certificate has been filed.

   iii. If the certificate has been filed, the contract may be signed in the assumed name of the business.

   iv. If the certificate has not been filed, the contract must be signed in the owner's name d/b/a the assumed name.

F. A contract with a limited liability company ("LLC") shall be signed by the manager or managing member of the LLC.

G. All signatures must be notarized, unless in the judgment of the Vice President, Purchasing & Supply Chain, the notarization is not required.

**4.31 Adequate Competition**

The Procurement Administrator must establish that there is adequate competition. Establishing adequate competition requires two or more responsible Bidders willing and able to compete effectively for the business. Upon receiving a single bid or proposal in response to a solicitation, the Procurement Administrator should determine if competition was adequate. This includes a review of the specifications for undue restrictiveness and may also include a survey of potential sources that chose not to submit a bid or proposal. Any supporting documentation used to make a determination of adequate competition in the event of a single bid or proposal must be included in the contract file.

**4.32 Determination of Reasonable Price**

A. Before award can be made to a particular Contractor, the Procurement Administrator or Buyer shall perform a price analysis or reasonableness checklist to determine, in writing, that the Contractor's proposed price is fair and reasonable.

B. When there is only one response received to a request for quotation or Solicitation, or the price variance between multiple responses reflects a lack of robust competition, the Procurement Administrator or Buyer shall include a statement in the contract file giving the basis for the determination of a fair and reasonable price.

C. The determination that a proposed price is fair and reasonable may be based on either of the following:

   i. Competitive quotation or Solicitation; or
   ii. Comparison of the proposed price with prices found reasonable on previous purchases, current price lists, catalogs, advertisements, similar items, value analysis, the Procurement Administrator or Buyer's personal knowledge of the item being purchased, or by reference or comparison to any other reasonable price source.

D. When adequate competition is lacking and for sole source purchases, a cost analysis or reasonableness checklist may be necessary to determine price reasonableness.

**<u>Post-Award Activities</u>**

**4.33 Contract Administration**

As stated in Chapter 1, CTA maintains a contract administration system to ensure that Vendors perform in accordance with the terms, conditions and specifications of their

contracts or purchase orders. Upon execution of the contract, Purchasing will notify the using department of the start of the contract administration duties. The actions of Contract administration will be the responsibility of the Contract/Project Manager (the "Contract Manager") who utilizes the contracts on a day to day basis in each of their respective departments.

A. Commencement of Contract Administration Responsibility

The Contract Manager's responsibility begins when a Contract is executed. If the Contract is a Blanket Contract, then a delegation letter will be sent to the Contract Manager. The Contract Manager must sign and return the letter to the Purchasing Department within 10 business days. If the Contract is a not a Blanket Contract, then a copy of the Purchase Order and a copy of the Contract will be sent to the Contract Manager in lieu of a delegation letter.

B. Contract Manager Responsibilities

The Contract Manager will take the following actions once a Contract is executed and awarded by the CTA:

i. Review the Contract information recorded in Oracle to ensure that it is accurate and notify the Purchasing Department of any inaccuracies;
ii. Notify the Contractor that it may begin performing the work, if applicable;
iii. Place orders for goods and services against the Contract as needed;
iv. Review and approve logs/reports/schedules/etc., if applicable;
v. Review and accept deliverables to ensure that they conform to the Contract requirements;
vi. Review invoices via Oracle in a timely manner and authorize payment of accurate invoices;
vii. Notify the Contractor if invoices are inaccurate, and obtain accurate invoices from the Contractor;
viii. Coordinate with Accounts Payable to ensure that accurate invoices are paid and inaccurate invoices are not paid;
ix. Verify that all work is performed and all goods are delivered within the Contract term;
x. Monitor available funds to ensure that the Contract value is not exceeded;
xi. Notify the Purchasing Department if Contract changes are necessary, including if additional funds are needed, and follow the procedures for Contract changes set forth in these regulations;
xii. Close out the Contract by notifying the Purchasing Department that all services have been performed or all goods delivered;
xiii. Maintain an accurate record of all Contract administration activities; and
xiv. Direct any questions regarding Contract administration to the General Manager, Purchasing.

C. Prohibited Actions

Unless the Contract expressly authorizes otherwise, the Contract Manager **may not** take the following actions:

i. Direct the Contractor to perform work or deliver any goods that are not specified in the Contract;

ii. Authorize payment for goods or services that are not included in the Contract;

iii. Expend more than the Contract value; or

iv. Modify the Contract without following the procedures set forth in these regulations.

**4.34 Contract Distribution**

The Procurement Administrator shall distribute copies of contracts or modifications to the Contractor within ten (10) working days after execution by all parties.

**4.35 Post-Award Conference**

A. If the Procurement Administrator decides that a post award conference is needed, he or she shall be responsible for the following:

i. Establishing the time and place of the conference;

ii. Preparing the agenda, when necessary;

iii. Notifying appropriate CTA representatives;

iv. Notifying appropriate Contractor representatives;

v. Designating or acting as chairperson;

vi. Conducting a preliminary meeting of other CTA personnel, if necessary; and vii. Preparing a summary report of the conference.

B. It is the policy of the CTA to conduct a "preconstruction meeting" with all construction Contractors before the work under a construction contract begins. Such a meeting provides key members of both CTA and the Contractor with an opportunity to establish lines of authority and communication and identify their respective duties and responsibilities. Discussions may also cover specific projects, plans, specifications, safety requirements, unusual conditions, and schedules of completion. A thorough understanding of equal employment regulations, civil rights requirements, and other pertinent features of the contract will promote better relations and improve construction operations.

**4.36 Contract Compliance**

The Procurement Administrator shall ensure that the goods, services, or construction procured under each CTA contract conform to the quality, safety and quantity requirements of the contract, including inspection, acceptance, warranty, and any other measures associated with quality assurance.

**4.37 Subcontracts**

A. The Procurement Administrator may require the Contractor to obtain consent for any or all subcontracting in any instance where the Procurement Administrator determines that it would be in the best interests of the CTA.

B. In determining whether to require consent to subcontract, the Procurement Administrator shall consider the following:
   i. The complexity of the work to be done under subcontracts;
   ii. The value of the subcontract(s);
   iii. Whether the CTA's interests can be adequately protected without requiring consent; and
   iv. Any other relevant factors.

C. Upon receipt of the Contractor's request for consent to subcontract, the Procurement Administrator shall do the following:
   i. Promptly evaluate the Contractor's request for consent to subcontract;
   ii. Obtain assistance in the evaluation from audit, pricing, technical, or other specialists as necessary; and
   iii. Notify the Contractor in writing of consent to subcontract or the withholding of consent to subcontract, including any changes or corrections required.

**4.38 Contract Changes**

A. All Change Orders and Contract Amendments shall be within the general scope of the contract and cannot represent cardinal changes to the contract. The Procurement Administrator shall review and verify that the changed work is not a cardinal change to the contract. In the event the change will be a cardinal change to the contract, the work must be publicly solicited as a separate contract and cannot be undertaken as a change to a current contract.

B. Field Memos, Proceed Orders, Directive Letters, Change Orders and Contract Amendments involve changes within the scope of the contract which require a modification to the contract.

C. Payment is not authorized for Field Memos, Proceed Orders and Directive Letters until they are changed in Change Orders.

D. The process for Change Orders and Contract Amendments set forth in the following sections will be utilized by CTA.

**4.39 Field Memo**

Field Memos will result from the following process:

A. The using department prepares a Field Memo and submits it, along with a justification statement and an independent cost estimate, to the Purchasing Department; and

B. The Procurement Administrator reviews the justification and performs a price analysis. If the proposed Field Memo is found acceptable, the Procurement Administrator submits the Field Memo for execution to the Vice President, Purchasing & Supply Chain, or designee. If the justification is not acceptable (including for reasons of cost), the Procurement Administrator can:

   i. facilitate negotiations between the Contractor and the using department; or
   ii. with agreement from the using department, determine that the work should not proceed; and

C. The Field Memo is issued to the Contractor by the using department. Field Memos are used for cost increases or decreases that do not exceed $10,000. Field Memos cannot be utilized for extensions of time or acceleration of work. Field Memos do not constitute authorization for payment to the Contractor until they are prepared and submitted as Change Orders.

**4.40 Proceed Order**

Proceed Orders result from the following process:

A. The using department prepares a Proceed Order and submits it, along with a justification statement and an independent cost estimate, to the Procurement Administrator; and

B. The Procurement Administrator reviews the justification and performs a price analysis. If the proposed Proceed Order is found acceptable, the Procurement Administrator submits the Proceed Order for execution to the Vice President, Purchasing & Supply Chain, or designee. If the justification is not acceptable (including for reasons of cost), the Procurement Administrator can
   i. facilitate negotiations between the Contractor and the using department; or
   ii. with agreement from the using department, determine that the work should not proceed; and

C. The Proceed Order is issued to the Contractor by the using department. Proceed Orders are utilized for cost increases or decreases exceeding $10,000 and for extensions of time and accelerations of work.

D. A General Manager, Purchasing may authorize Proceed Orders that do not exceed $100,000 in costs. The Vice President, Purchasing & Supply Chain, may authorize Proceed Orders that do not exceed $250,000 in costs. All Proceed Orders involving costs exceeding $250,000 must be authorized by the President.

E. Proceed Orders do not constitute authorization for payment to the Contractor until they are prepared and submitted as Change Orders.

**4.41 Directive Letter**

A Directive Letter results from the following processes:

A. The using department submits a request for a Directive Letter along with a justification statement and an independent cost estimate to be issued by the Procurement Administrator.

B. The Procurement Administrator reviews the justification and performs a price analysis. If the proposed Directive Letter is found acceptable, the Procurement Administrator submits the Directive Letter for execution to the Vice President, Purchasing & Supply Chain, or designee. If the justification is not acceptable (including for reasons of cost), the Procurement Administrator can

i. facilitate negotiations between the Contractor and the using department; or

ii. with agreement from the using department, determine that the work should not proceed; and

C. The Procurement Administrator will determine the equitable adjustment of time and/or money. Directive Letters do not constitute authorization for payment to the Contractor until they are prepared and submitted as Change Orders.

**4.42 Change Order Procedures**

Change Orders result from the following process:

A. The using department determines that a Change Order is necessary and makes a written request to the Contractor for a Change Order proposal. All Field Orders, Proceed Orders and Directive Letters must be incorporated into a Change Order;

B. The Contractor responds in writing to the using department's request. Said response will include the Contractor's costs, actual or estimated, and any requests for time extensions;

C. The using department and the Contractor negotiate an acceptable price and, if applicable, a time extension amount, in accordance with the budgetary constraints, if any, set forth by the Finance and Capital Investment Departments;

D. The using department prepares a written change order and submits it to the Contractor for execution. Once executed, the using department submits the change order to the Finance and Capital Investment Departments for review; and

E. Upon the return of the executed Change Order, the using department submits it with supporting documentation and justification, including a certification that the Change Order complies with 720 ILCS 5/33E-9, as amended, to the Procurement Administrator for review. For change orders or series of change orders on the same contract that increase or decrease the contract price by more than $10,000 or that extend the time for completion by 30 days or more, the statute currently requires a determination that:
   i. the circumstances said to necessitate the change in performance were not reasonably foreseeable at the time the contract was executed; or
   ii. the change is germane to the original contract as signed; or
   iii. the Change Order is in the best interest of CTA and authorized by law.

F. Board authorization is required for Change Orders to contracts originally valued at $1,000,000 or less when a Change Order individually or cumulatively with other Change Orders:
   i. exceeds ten percent (10%) of the original contract value, or
   ii. increases the contract value by more than $100,000, whichever is less and except as set forth in section 4.42(J) of these Regulations, or
   iii. decreases the contract value by more than ten percent (10%) of the original contract value, or
   iv. decreases the contract value by more than $100,000, whichever is less.

G. For Change Orders to contracts originally valued at $1,000,000 or less when the Change Order contract increase or decrease is less than or equal to ten percent (10%) of the original contract value or there is a cumulative increase or decrease of $100,000 or less to the contract, the Change Order must be authorized and may be approved according to the same limits specified for contract approvals set forth in Section 1.7 A, B and C. The President or designee must authorize those that exceed the limits specified in Section 1.7 A, B and C. The amount of the contract change increase or decrease will determine the minimum level of

signing authority necessary to authorize the change. Once either the 10% or $100,000 threshold will be exceeded, section 4.42(F), above, applies and Board authorization is required.

H. Board authorization is required for Change Orders to contracts originally valued in excess of $1,000,000 when a Change Order individually or cumulatively with other Change Orders:

i. exceeds ten percent (10%) of the original contract value, or

ii. increases the contract value by more than $500,000, whichever is less and except as set forth in section 4.42(J) of these Regulations, or

iii. decreases the contract value by more than ten percent (10%) of the original contract value, or

iv. decreases the contract value by more than $500,000, whichever is less.

I. For Change Orders to contracts originally valued in excess of $1,000,000 when the Change Order contract increase or decrease is less than or equal to ten percent (10%) of the original contract value or there is a cumulative increase or decrease of $500,000 or less to the contract, the Change Order must be authorized and may be approved according to the same limits specified for contract approval set forth in Section 1.7 A, B and C. The President or designee must authorize those that exceed the limits specified in Section 1.7 A, B and C. The amount of the contract change increase or decrease will determine the minimum level of signing authority necessary to authorize the change. Once either the 10% or $500,000 threshold will be exceeded, section 4.42(H), above, applies and Board authorization is required.

J. Change Orders to contracts for Public Works Projects cannot exceed 50% of the original contract price. Any proposed change to a Public Works Contract that exceeds 50% of the original contract price must be procured through the same competitive bidding process as the original contract.

K. Changes to contracts that are not contracts for Public Works Projects cannot exceed 50% of the original contract price unless the Board determines that such increase is in the best interest of the Authority.

L. Change Orders, regardless of contract value, which do not affect the contract completion or termination date or the dollar value of the contract, do not require Board authorization. These contracts will be authorized by the General Manager, Purchasing and reported to the Board on a monthly basis.

M. Change Orders that affect the contract completion or termination date by a cumulative extension of more than 12 months, excluding any options provided for in the original contract, are not permitted unless the Board determines that such extension of the completion or termination date is in the best interest of the Authority. If the contract completion or termination date cumulative extension is 12 months or less, a Change Order for said time extension is not required and the Procurement Administrator will prepare a written time extension letter for approval by the General Manager, Purchasing.

N. An executed copy of the Change Order will be transmitted to the Contractor by the Procurement Administrator.

**4.43 Contract Amendment Procedures**

Contract Amendments result from the following process:

A. The using department determines that a change is required to a contract and contacts the Purchasing Administrator and the Contractor to negotiate the terms of the change needed, including an acceptable price and time extension, if any.

B. The Purchasing Administrator in conjunction with the Law Department prepares a Contract Amendment for review by the Contractor.

C. Once a contract amendment acceptable to the Authority and the Contractor has been drafted, it is ready for signature by both parties. Contracts that required board authorization will require board authorization to amend, unless in the judgment of the Vice President, Purchasing & Supply Chain, the contract, or the nature of the amendment thereof, is otherwise of such a nature that Board approval is not necessary, after consultation with the General Counsel.

**4.44 Assignment of Contracts**

No contracts, inclusive of leases and concessions, will be assigned or sublet without Board authorization, unless in the judgment of the Vice President, Purchasing & Supply Chain, the contract, or the nature of the assignment or sublease thereof, is otherwise of such a nature that Board approval is not necessary, after consultation with the General Counsel.

Assignment of funds must be authorized by the Vice President, Purchasing & Supply Chain after consultation with the General Counsel.

**4.45 Change In Ownership**

Any Vendor who changes ownership during the performance of a contract must submit

an updated ownership disclosure to the Vice President, Purchasing & Supply Chain for approval, within 30 days. A change of ownership will not require an assignment of the contract unless the contracting entity itself is changed.

**4.46 Termination**

A. Termination for Convenience

i. All federally funded contracts must contain provisions enabling CTA to terminate such contracts for the convenience of CTA. These provisions shall specify the manner in which such termination will be effected and the basis for settlement of any outstanding bills or costs.

ii. CTA contracts will be terminated for convenience only when determined to be in the best interests of CTA. Formal written notice to the Contractor is necessary to terminate a contract for convenience. Such notice will state that the contract is being terminated pursuant to the termination for convenience provision of the contract, the effective date, the extent of termination, and instruct the Contractor to cease performance under the contract.

iii. The Procurement Administrator will negotiate a no-cost settlement with the Contractor if possible. Otherwise, the Procurement Administrator will negotiate an appropriate settlement agreement with the Contractor pursuant to the provisions of the termination for convenience clause of the contract.

B. Termination for Default

i. All federally funded contracts must contain provisions enabling CTA to terminate for cause if the Contractor defaults in one of more of the enumerated manners set forth in the contract.

ii. If a Contractor's right to proceed is terminated for default, CTA may take over and complete the work or cause it to be completed, and the Contractor and its sureties, if any, shall be liable to CTA for any increased costs caused thereby. The Contractor and its sureties shall, in addition to increased costs in completing the work, be liable for liquidated damages, if liquidated damages are provided for in the contract, or for actual damages, if liquidated damages are not so provided.

iii. If the Procurement Administrator determines that the Contractor’s failure to perform arises from causes which are excusable under the terms of the contract, the Procurement Administrator shall not terminate the Contractor’s right to proceed, nor shall he/she charge the Contractor with damages because of any delays occasioned by such causes.

iv. Where a surety does not complete performance of the contract, the Procurement Administrator may complete the performance of work by

awarding a new contract based on the same plans and specifications. Such award may be the result of competitive bidding or negotiation, whichever procedure is most appropriate under the circumstances. The Procurement Administrator must use reasonable diligence to obtain the lowest price available for completion.

v. If, after due consideration, the Procurement Administrator determines that termination is not in the best interest of CTA although the Contractor is in default, the Procurement Administrator may permit the Contractor to continue the work, and the Contractor and its sureties shall be liable to the CTA for liquidated damages, as specified in the contract, or if liquidated damages are not so specified, for any actual damages occasioned by the failure of the Contractor to complete the work in accordance with the terms of the contract.

**4.47 Closeout of Contracts**

A. Small purchase files shall be considered closed when the Procurement Administrator receives evidence of receipt of property and final payment.

B. Files for all contracts shall be closed in a timely fashion and as business appropriate.

C. The Procurement Administrator shall ensure that all required contractual actions have been completed.

D. CTA will retain all contracts for at least three years following the final close out of FTA grant funded contracts or (2) contract expiration or termination.

## Chapter 5: Disadvantaged Business Enterprises (DBE)

It is the policy of the CTA to create a level playing field on which Disadvantaged Business Enterprises (“DBEs") can compete fairly for CTA's contracts. See CTA DBE Program Plan for additional details.

### 5.1 Proposed Contract Review

All contracts in excess of $40,000 will be reviewed by the Diversity Department to determine if the contract has subcontracting opportunities, unless in the judgment of the General Manager, Diversity review is not required. If so, the Diversity Department will determine whether to assign a contract specific DBE goal to it. The DBE contract goal, if any, will be included in the solicitation documents.

A. The Procurement Administrator will request that the Diversity Department review all proposed solicitations prior to advertisement to determine the contract specific DBE goal, if any.

B. The Diversity Department will promptly provide documentation to the Procurement Administrator with the contract DBE goal or with its written decision not to put a DBE goal on the proposed contract.

### 5.2 Participation

A. For competitively bid contracts of $40,000 or less, the Buyer will use its best efforts to provide DBEs, provided those DBEs are registered in the CTA Vendor Database, with the maximum opportunity to participate in such contracts. The Purchasing Department will solicit at least one, and if available multiple, DBEs on the RFQs. The Purchasing Department will provide the Diversity Department with a monthly report of the DBE participation on all contracts of $40,000 or less.

B. For competitively bid contracts in excess of $40,000, the Procurement Administrator will forward information regarding the Bidders' or Proposers’ good faith efforts to comply with the DBE contract goal to the Diversity Department, which will determine compliance with the DBE contract goal, and forward its determination to the Procurement Administrator prior to contract award.

C. Compliance with the DBE contract goal, if any, on IFBs is a matter of Bidder responsiveness. CTA will not award a contract to any Bidder who has not demonstrated good faith efforts to meet the goal at the time of submitting its bid.

D. Compliance with the DBE contract goal, if any, on RFPs and LIQs is a matter of responsibility. CTA will not award a contract to any Proposer who does not show good faith efforts to meet the goal by the time of contract award.

### 5.3 Good Faith Efforts

A. Compliance with the DBE contract goal may be achieved by a Bidder or Proposer's demonstration of good faith efforts to meet the contract DBE goal through any one of the following:

   i. A non-DBE Contractor subcontracting for a portion of the work sufficient to meet the DBE contract goal with a DBE company certified by the Illinois Unified Certification Program ("IL UCP") in the DBE's area of certification and whose proposed work on the contract being evaluated will serve a commercially useful purpose; or

   ii. Performance of the contract by an IL UCP-certified DBE in its area of certification; or

   iii. A non-DBE Contractor who does not meet the full DBE contract goal through participation by an IL UCP-certified DBE but, in addition to partial compliance, submits statements of good faith efforts to meet the DBE contract goal acceptable to CTA; or

   iv. A non-DBE Contractor who does not meet the DBE contract goal, but submits statements of good faith efforts to meet the DBE contract goal acceptable to CTA.

B. In the event the low Bidder on an IFB does not demonstrate good faith efforts to meet the goal, the Bidder will be offered a reconsideration hearing. The decision of CTA's reconsideration officer is final and cannot be appealed.

### 5.4 Small Business Program

A. CTA established a race-neutral small business program ("SB Program"). The program will:

   i. Utilize the Small Business Administration's ("SBA") size standards for small businesses. Only those businesses that fit within the SBA size standards are eligible to participate in the SB Program. In order to participate in the small business program, a company must be certified as a small business by one of the agencies listed in subsection ii. hereof as amended from time to time.

   ii. Accept certifications by the following entities: The Illinois Unified Certification Program. The CTA may also certify entities as small business.

   iii. From time to time, the General Manager, Diversity pursuant to an attachment may add additional certifying agencies whose small business

certifications CTA will accept to subsection ii. hereof. CTA will not accept self-certifications.

iv. Require that every business wishing to participate in the small business program submit its small business certification.

v. CTA will also apply a personal net worth limitation in accordance with the DBE personal net worth as provided in 49 CFR – 26.67(b) to participants in its small business program.

B. Two types of contracts may be included in the Small Business program: (1) certain contracts under $3,000,000 will be set aside for small businesses to bid on as prime contractors, and (2) certain larger construction contracts will require that prime contractors identify portions of the work to subcontract to only small businesses.

i. At the time of submitting its bid, any bidder on a larger construction contract included in the SB Program will be required to identify those specific portions of the work to be subcontracted only to small businesses. Compliance with this requirement will be an element of responsiveness to the bid.

## Chapter 6: Contract Types and Forms

### 6.1 General Provisions – Contract Types

A wide selection of contract types is available to Procurement Administrators and Contractors in order to provide needed flexibility in acquiring goods and services. Contract types vary according to the degree and timing of the responsibility assumed by the Contractor for performance.

### 6.2 Selecting Contract Type

A. When procurement is by competitive sealed bidding, the Procurement Administrator will use either a firm-fixed-price contract or a cost reimbursement contract. The type of contract to be used shall be determined prior to solicitation, and the solicitation shall inform Bidders of the type of contract that will be used.

B. The Procurement Administrator shall include documentation in each contract file to show the reasons the particular contract type was selected, except for the following procurements:
   i. Small purchases other than cost-reimbursement contracts; and
   ii. Repetitive purchases on a firm-fixed-price basis.

C. The cost-plus-a-percentage-of-cost and the percentage of construction cost methods of contracting shall not be used by CTA or its Contractors.

### 6.3 Fixed-Price Contracts

A. The fixed-price contract usually stipulates a firm price. However, under appropriate circumstances it may provide for an adjustable price. An adjustable price contract includes a price ceiling, a target price, or both, which limits the financial obligation of CTA to the Contractor for satisfactory completion of the contract.

B. Fixed-price contracts consist of several types designed to facilitate proper pricing under varying circumstances.

C. Firm Fixed-Price Contract — The firm fixed-price contract provides for a price which is not subject to any adjustment.
   i. This type of contract, when appropriately applied, places maximum risk upon the Contractor.
   ii. It is appropriate when fair and reasonable prices can be established at the time of award, definite design or performance specifications are available, products are off-the-shelf or there are modified commercial

products or services for which realistic prices can be offered, and any performance uncertainties can be identified and the reasonable cost can be estimated in advance.

iii. Its advantages are that it encourages Contractor efficiency and places total responsibility and risk on the Contractor.

iv. Its disadvantages are that it lacks flexibility in pricing and performance.

v. It is the most commonly used type of contract requiring the least amount of contract administration.

D. Fixed-Price Contract with Escalation — This type of contract provides for the upward and downward revision of the stated contract price upon the occurrence of certain specified contingencies.

i. This type of contract is used when the market for a particular good or service is especially volatile and CTA needs a contract for a term greater than just the initial quantity.

ii. Risks to the Contractor are reduced by the inclusion of escalation provisions.

iii. Upward price adjustments must be limited by the establishment of a reasonable ceiling.

iv. Provisions should also be included to provide for downward adjustments when the prices or rates fall below the base levels provided in the contract.

## 6.4 Cost-Reimbursement Contracts

A. The cost-reimbursement contract provides for payment of allowable costs incurred in the performance of the contract only to the extent prescribed in the contract. Cost-reimbursement contracts are suitable for use only when uncertainties involved in contract performance do not permit costs to be estimated with sufficient accuracy to use any type of fixed-price contract. This type of contract establishes an estimate of total cost for the purpose of obligation of funds and establishes a ceiling which the Contractor may not exceed (except at the Contractor’s own risk) without prior approval of the Procurement Administrator. Nevertheless, it places all significant risk on CTA.

B. Cost Contract – A cost contract is a cost-reimbursement type of contract which provides reimbursement for costs, but no fee to the Contractor. The following are illustrative situations in which the use of this type of contract may be appropriate:

i. Research and development work, particularly with non-profit educational institutions or other non-profit organizations; or

ii. Initial small quantity procurements of new items with anticipated

subsequent large production runs.

C. Cost-Sharing Contract — A cost-sharing contract is a cost-reimbursement contract under which the Contractor receives no fee, but is reimbursed for an agreed portion of the allowable costs.

D. Cost-Plus-A-Fixed-Fee Contract — A cost-plus-a-fixed-fee contract is a cost reimbursement contract which provides for payment of a fixed fee (profit) to the Contractor.
   i. Once the fixed fee has been negotiated, it does not vary with the Contractor's actual costs.
   ii. The fee may be adjusted as a result of subsequent changes in the work or services to be performed.
   iii. Because the fixed fee does not vary in relation to the Contractor's ability to control costs, there is minimum incentive for effective management control of costs.

**6.5 Time and Materials Contract**

A. The time and materials contract provides for the procurement of property or services on the basis of:
   i. Direct labor hours at specified, fixed hourly rates, including direct and indirect labor, overhead, and profit, and
   ii. Material at cost. Material handling costs may be included in the charge for "material at cost" to the extent they are clearly excluded from any factor of the charge computed against direct labor hours.

B. This type of contract does not provide any incentive for Contractors to control the cost of materials or to manage their labor forces effectively.

C. Because this type of contract does not encourage effective cost control and requires almost constant surveillance, it should be used only when no other type of contract will suffice.

D. The labor-hour contract is a variant of the time and materials contract, differing only in that materials are not supplied by the Contractor.
   i. This type of contract is used only when it is not possible, at the time of awarding the contract, to estimate the extent or duration of the work or to anticipate costs with any reasonable degree of confidence.
   ii. Particular care should be exercised in the use of this contract, since its nature does not encourage effective cost control. There must be adequate controls, including surveillance during performance, to give

reasonable assurance that inefficiency and waste is not perpetuated.

iii. Because this type of contract does not encourage effective cost control and requires almost constant surveillance, it should be used only after determining that no other type of contract is suitable to ensure contract performance;

iv. A ceiling price, which the Contractor exceeds at his own risk, should be established for this type of contract.

**6.6 Indefinite Delivery Contracts ("Blanket Contracts")**

A. CTA may use this type of contract (either a requirements contract or an indefinite- quantity contract) when the exact quantities of supplies or services are not known at the time of contract award. Indefinite quantity contracts provide for delivery of an indefinite quantity including a stated minimum and maximum limits of goods or services during a fixed period. Quantity limits may be stated in the contract as number of units or as dollar values.

B. The Procurement Administrator shall include the following in each contract and solicitation for a Blanket Contract:

i. A realistic estimate of the total quantity that will be ordered, based on the most current information available; and

ii. A clause stating that the estimate is not a representation to a Bidder that the estimated quantity will actually be required or ordered, or that conditions affecting the requirements will be stable or normal.

C. If feasible, a requirements type contract shall state both the minimum and maximum limit of the Vendor's obligation to deliver and CTA's obligation to order. The contract shall require that CTA order and the Contractor to furnish at least the stated minimum quantity of supplies or services. The Contractor shall also be required to furnish, if and as ordered, any additional quantities, not to exceed the stated maximum. The Procurement Administrator shall ensure that the contract obligates a sufficient budget to cover CTA's minimum required order under the contract.

D. The Procurement Administrator shall obligate funds when each individual order is issued and may order from a requirements type contract as much as is needed by CTA up to the maximum quantity of the goods or services covered by the contract. Each order placed under a Blanket Contract shall contain the following information:

i. Date of the order;

ii. Contract number and an order number;

iii. Item number, description, quantity, and unit price;

iv. Delivery or performance date;
v. Place of delivery or performance;
vi. Packaging, packing, and shipping instructions, if any; and
vii. Any other pertinent information.

**6.7 Letter of Intent**

A. Prior to execution of a contract by the Contractor and CTA, CTA may use a Letter of Intent to demonstrate its intent to enter into the contract with the Contractor. Letters of intent are not binding on the CTA and may not be used to circumvent these Regulations. The Letter of Intent will authorize the Contractor to begin immediately performing services or delivering supplies while the contract terms are negotiated.

B. It should be used only in exceptional circumstances and is most appropriate for urgent and compelling needs.

C. Letters of Intent may result from the following process:

i. The using department requests a Letter of Intent by submitting a justification statement justifying the need for the Contractor to begin performing services prior to contract execution. The Letter of Intent authorizes the Contractor to begin performance prior to contract execution and allows time to conduct negotiations of the terms and conditions with the Contractor. However, CTA will not be obligated to pay for the work until the contract is executed.

ii. The Procurement Administrator reviews the Letter of Intent, and if acceptable, submits the Letter of Intent to the Vice President, Purchasing & Supply Chain.

iii. The Vice President, Purchasing & Supply Chain, or designee, is authorized to execute Letters of Intent.

iv. Letters of Intent will be issued to the Contractor by the Procurement Administrator.

D. A Letter of Intent should be superseded by a definitive contract at the earliest practicable date.

**6.8 Memoranda of Understanding**

An agreement with one or more parties that sets out the parties' mutual understanding and the obligations of each party toward the common objective. A memorandum of understanding (MOU) creates guidelines for each party as they contribute their efforts toward the shared goal, but does not obligate Authority funds. An MOU is less formal than a contract. The President or Vice President, Purchasing & Supply Chain or designee, is authorized to execute MOUs.

**6.9 Non-Disclosure Agreement**

A nondisclosure agreement, which is also referred to as an NDA or a confidentiality agreement, is an agreement in which the parties promise to protect the confidentiality of confidential and proprietary information that is disclosed during the procurement processes described herein or during the course of doing business with the CTA.
NDAs may be either "mutual" or "one-way." A mutual NDA is one in which both parties are exchanging confidential information. A one-way agreement is used when only one party is making a disclosure.

The President or designee, or the Chairman or designee, following consultation with the General Counsel or designee, may authorize all non-disclosure agreements.

**6.10 Revenue Contracts**

Revenue contracts are contracts the primary purpose of which is to generate revenues or to create business opportunities for the CTA. If revenue contracts involve use of a federally-funded asset, the FTA requires that such contracts be awarded utilizing competitive procedures and principles. The extent and type of competition should be consistent with the purpose and scope of the procurement and the available marketplace. Competitive procedures are not required when a business opportunity is made available on an equal basis to all qualified applicants.

**6.11 Public Private Partnerships**

A. To the extent permitted by law and regulations, CTA may participate in public private partnerships.

B. A public private partnership may take the form of a Transit Oriented Development or joint development but it need not do so.

C. The provisions of these Regulations apply to such agreements.

### 6.12 Reverse Auctions

A. To the extent permitted by law and regulations, CTA may purchase goods and equipment through a reverse auction.

B. A reverse auction is a real-time electronic bidding process.

C. CTA will issue an IFB that states it will be subject to the reverse auction process.

D. Interested bidders will submit bids; however, the bids will not include the price for the items to be purchased

E. The Procurement Administrator will determine the pool of responsive and responsible bidders. Those bidders will be permitted to participate in the electronic bidding process as described in the IFB.

### 6.13 Other Contract Types

CTA may enter into any other type of contract permitted by the FTA, State law or regulation, including the contract types set forth in Chapter 12, Construction Contracts.

## Chapter 7: Procurement by Competitive Sealed Bid (Invitation for Bids)

### 7.1 General Provisions - Invitation for Bids

An Invitation for Bids (IFB) results in a firm fixed-price contract awarded to the lowest responsive and responsible bidder.

A. Bids shall be solicited from an adequate number of Contractors to assure full and open competition. In the case of a single bid in response to an IFB, the Procurement Administrator may negotiate in order to determine if the price is fair and reasonable or may choose to re-advertise.

B. Solicitations may be canceled prior to bid opening or after bid opening. The file shall contain reasons supporting the cancellation or rejection of bids.

C. Each IFB shall include the following:
   i. Instructions and information to bidders concerning the bid submission requirements, including the time and date set for receipt of the bids and the address where bids are to be delivered;
   ii. General Conditions;
   iii. The purchase description, delivery, or performance schedule, and any Special Conditions and Detailed Specifications necessary. The Special Conditions and/or Detailed Specifications shall set forth clear and accurate specifications for the items to be purchased or scope of work for services needed;
   iv. Required Federal provisions if the contract is Federally funded;
   v. Required state provisions if the contract is funded with other than federal funds;
   vi. Bid protest procedures;
   vii. Special Conditions for DBE requirements and DBE forms B, C and D, as amended;
   viii. Proposal form; and
   ix. Such other forms as determined necessary by the Procurement Administrator.

D. The IFB shall require written acknowledgment by each bidder of the receipt of all amendments, addenda, and changes issued.

E. Bids shall be evaluated without discussions with bidders.

F. Good faith efforts to meet the DBE contract goal, if any, shall be evaluated as an element of responsiveness. CTA will not award a contract to a bidder who does not meet the requirements set forth in Chapter 5.

G. Award is made to the one or more responsive responsible bidders whose bids, conforming with all the material terms and conditions of the IFB, are the lowest in price on the basis of the price-related factor(s) specified in the IFB.

**7.2 Opening of Bids**

A. Bids and modifications shall be opened publicly, at the time, date, and place designated in the IFB.

B. The name of each bidder, the bid price, and other information that is deemed appropriate shall be read aloud or otherwise made available. This information shall be recorded at the time of bid opening.

C. Examination of bids by interested persons shall be permitted only at the time of bid opening.

**7.3 Postponement of Bid Opening**

A. The Procurement Administrator may postpone a bid opening under the following circumstances:

i. If the Procurement Administrator has reason to believe that the bids of an important segment of bidders have been delayed in the mail for causes beyond the control of bidders without their fault or negligence, such as flood, fire, accident, weather conditions, or strikes;

ii. If emergency or unanticipated events interrupt normal processes so that the conduct of bid openings as scheduled is impractical; or

iii. Any other reason deemed sufficient.

B. At the time of a determination to postpone a bid opening, an announcement of the determination shall be publicly posted and, if practical, communicated to prospective bidders who are likely to attend the scheduled bid opening.

C. The Procurement Administrator shall prepare a written memorandum for the file explaining the circumstances of the postponement.

**7.4 Cancellation/Rejection of Bids**

A. The Vice President, Purchasing & Supply Chain, in consultation with the using department, has the authority to cancel any procurement or reject any or all

Bids. A written notification of all canceled procurements/rejected bids will be provided to the Chairman and President as requested.

B. When it is determined that it is necessary to reject all bids, the Procurement Administrator shall notify each bidder that all bids have been rejected. The reasons for bid rejection must be in the contract file.

C. If administrative difficulties are encountered after bid opening which may delay award beyond the bidder's acceptance period, the lowest bidders should be requested, before expiration of their bids, to extend the bid acceptance period (with consent of sureties, if any) in order to avoid the need for re-advertisement.

**7.5 Rejection of Individual Bids**

A. Any bid that fails to conform to the material requirements of the IFB shall be rejected.

B. Any bid that does not conform to the applicable specifications shall be rejected unless the IFB authorized the submission of alternate bids and the goods or services offered as alternates meet the requirements specified in the IFB.

C. A bid shall be rejected if the bidder imposes conditions that would modify requirements of the IFB.

D. A bid received from any bidder that is suspended, debarred, or otherwise ineligible to receive a Federal, State or CTA contract shall be rejected if the period of suspension, debarment, or ineligibility has not expired by the bid opening date.

E. Low bids received from bidders determined by the Procurement Administrator to be not responsible shall be rejected. Similarly, low bids received from bidders determined by the Procurement Administrator to be non-responsive shall be rejected.

F. Low bids received from bidders who did not demonstrate good faith efforts to meet the contract DBE goals will be rejected.

G. When a bid guarantee is required and a bidder fails to furnish the guarantee in accordance with the requirements of the IFB, the bid shall be rejected.

H. A responsive bid received from a responsible bidder may be rejected based on finding that the price is unreasonable.

I. The originals of all rejected bids and any written findings with respect to the rejections shall be maintained in the contract file.

**7.6 Minor Informalities or Irregularities in Bids**

A. Minor informalities or irregularities in bids may be waived by the Procurement Administrator.

B. When it is in the best interests of CTA, the Procurement Administrator, after consultation with the Law Department, will give the bidder an opportunity to cure any deficiency resulting from a minor informality or irregularity in a bid, or waive the deficiency.

**7.7 Mistakes in Bids Before Award**

A. When the Procurement Administrator has reason to believe that a clerical mistake may have been made in a bid, the Procurement Administrator, after consultation with the Law Department, shall request from the bidder a verification of the bid, calling attention to the suspected mistake, to verify that the suspected clerical error is an error.

B. Clerical errors must be obvious or apparent on the face of the bid and include such errors as an obvious misplacement of a decimal point, a typographical, transposition or arithmetical error or an obvious mistake in the designation of a unit.

C. If the bidder verifies its original bid, CTA may consider the bid as originally submitted.

D. If the bidder alleges a mistake was made, the Procurement Administrator may advise the bidder to make a written request to withdraw or modify its bid, supported by any and all evidence to support the position it is taking. If the bidder chooses to modify its bid, the Purchasing Administrator may correct the clerical error.

E. Only bids that are responsive as submitted may be corrected. A nonresponsive bid may not be corrected to a responsive bid.

F. If the correction of a bid mistake would result in displacing one or more lower bids, the Procurement Administrator may only permit correction where the existence of the mistake and the bid actually intended are ascertainable substantially from the invitation and the bid itself.

G. If the mistake is not an obvious clerical error or minor informality or irregularity, the Law Department must be consulted before the bid may be corrected or withdrawn.

**7.8 Mistakes in Bids After Award**

A. If a mistake in a bid is not discovered until after award, the Procurement Administrator, after consultation with the Law Department, is authorized to make one of the following determinations:

i. To rescind a contract;

ii. To reform a contract to: (i) delete the items involved in the mistake or (ii) to increase the price if the contract price, as corrected, does not exceed that of the next lowest acceptable bid under the original IFB; or

iii. That no change shall be made in the contract as awarded.

B. Determinations under subsection (A) shall be made only on the basis of clear and convincing evidence that a mistake in bid was made. It must be clear that the mistake was (a) mutual, or (b) if unilaterally made by the bidder, so apparent as to have given the Procurement Administrator notice of the probability of the mistake.

C. The contract file shall contain a record of each determination made in accordance with this Section, the facts involved, and the action taken.

**7.9 Contract Awards**

A. Each contract shall be awarded to the responsible and responsive bidder(s) whose bid(s) meets the requirements set forth in the IFB, and is/are the lowest price on the basis of the price-related factor(s) specified in the IFB.

B. In the unusual event that more than one bidder proposes the same low bid price, the Purchasing Administrator will toss a coin to determine which bidder should be awarded the contract.

C. The successful bidder is notified of award by the Procurement Administrator.

D. The Procurement Administrator shall also notify unsuccessful bidders promptly that their bids were not accepted, and shall return any bid guarantee furnished with the unsuccessful bids to the unsuccessful bidders.

E. Following an award, a record showing the basis for determining the successful bidder, including the manner in which a tie was broken when there are equally low bids, shall be made a part of the contract file.

**7.10 Bid Bonds**

When a bid guarantee is required by the IFB, submittal of the bid bond is an element of responsiveness. Therefore, if the bidder does not submit the required bid bond with its bid, the bid will be determined to be non-responsive and will be rejected by the CTA.

**7.11 Procedures for Release of Non-Stock Material or Service**

Refer to Appendix VII for step-by-step procedures.

## Chapter 8: Procurement by Competitively Bid Negotiation Methods (Request for Proposals / Request for Letters of Interest and Qualifications)

### 8.1 General Provisions – Request for Proposals

A Request for Proposal (RFP) is an invitation from the CTA requesting firms to submit proposals to perform a specific project or provide specific services to CTA.

A. RFPs shall be the solicitation type used to communicate CTA's requirements to prospective Contractors when CTA is doing a negotiated competitive procurement.

B. RFPs may be used when the procurement does not lend itself to sealed bidding, CTA expects that more than one source will be willing and able to submit a proposal and the award will be made based on factors in addition to price. This procurement method permits CTA to consider technical factors and negotiate scope, price and other contract terms.

C. RFPs must require that the evaluation be based on specific enumerated criteria or factors, including but not limited to price or cost. The criteria or factors must be included the solicitation document.

D. RFPs may permit discussions with proposers concerning the offers submitted, negotiation of contract scope, price or estimated cost, and other contract terms and conditions, and revision of proposals before the final Contractor selection.

E. If not self-evident, the rationale for choosing competitive proposals rather than sealed bidding procedures should be documented by the Procurement Administrator in the contract file.

### 8.2 Evaluation Committee

A. All RFPs will be reviewed and ranked by an Evaluation Committee consisting of the following:

   i. Three or more voting committee members, as deemed appropriate, from a pool of qualified staff appointed by the President upon the recommendation of the Vice President, Purchasing & Supply Chain. At least one voting committee member will be from the using department. The size of the committee will be determined based on dollar value or sensitivity of the procurement.

   ii. One non-voting committee member shall be assigned by the General Manager, Diversity, to evaluate DBE compliance.

iii. One or more non-voting members from the Purchasing Department, including the Chair of the Evaluation Committee, to monitor compliance with the pre-established evaluation criteria and the Purchasing Regulations.

iv. A Project Manager from the using department.

v. Non-voting technical advisors as necessary.

B. All members of the Evaluation Committee, the Project Manager, the DBE representative, and others that may advise the Committee or participate in the review of proposals, must sign a Confidentiality Agreement prior to their involvement in the RFP review process.

**8.3 Evaluation Factors**

A. The evaluation factors that will be considered in evaluating proposals shall be tailored to each procurement.

B. The evaluation factors for each procurement and the relative importance of those factors are determined by the using department and the Procurement Administrator.

C. RFPs shall clearly state the evaluation factors that will be considered in selecting the Contractor. Numerical weights, which may be employed in the evaluation of proposals, need not be disclosed in the RFP. RFPs shall include the cost or price and cost or price-related factors.

D. The Vice President, Purchasing & Supply Chain shall determine which proposals are in the competitive range for the purpose of conducting written or oral negotiations. The competitive range shall be determined on the basis of the factors that were stated in the solicitation, and shall include all proposals that have a reasonable chance of being selected for award.

**8.4 Evaluation of RFPs**

A. The evaluations shall be based on the evaluation factors set forth in the RFP. Factors not specified in the RFP shall not be considered.

B. Every responsive proposal submitted shall be evaluated by the Evaluation Committee, whose evaluations must be as thorough, objective and well-documented as possible. The Purchasing Administrator is responsible for ensuring that the evaluation results are sufficiently documented and are placed in the contract file, along with a copy of the proposal.

C. Unlike sealed bids, which are publicly opened, the results of the proposal evaluation may not be disclosed, either before or after the contract is awarded, except as required in the event of a bid protest or lawsuit regarding the contract.

D. The Evaluation Committee may, but need not, conduct written or oral discussions with responsible proposers who submit proposals within the competitive range.

Discussions are held between CTA and the proposers with the intent of allowing the proposer to revise its proposal to provide CTA the best value based on the requirements and evaluation factors set forth in the solicitation. These discussions may include bargaining, which includes persuasion, alteration of assumptions and positions, give-and-take and may apply to price, schedule, technical requirements, or other terms of a proposed contract. The Procurement Administrator determines the scope and extent of the discussions.

E. Upon completion of discussions, the Procurement Administrator shall ask all proposers within the competitive range with whom negotiations have successfully concluded to submit their best and final offer. Oral requests for best and final offers shall be confirmed in writing. Best and final offers are requested only once in a competition, unless the Procurement Administrator determines that it is in CTA's best interest to request revised proposals, conduct another round of negotiations, and request a second best and final offer.

F. After evaluation of the best and final offers, the Evaluation Committee shall rank the proposers and the Vice President, Purchasing & Supply Chain, shall select the responsible proposer whose best and final offer is most advantageous to the CTA.

G. Prime Contractors and Subcontractors are required to submit and certify cost or pricing data under certain circumstances.

H. Price negotiation is intended to permit the CTA and the proposer to agree on a fair and reasonable price.

I. The selected firm will be required to show good faith efforts to comply with the contract DBE goal, if any. Compliance with the DBE goal is an element of responsibility and may be negotiated.

J. Promptly after the award of each contract, the Procurement Administrator shall notify unsuccessful proposers in writing, unless pre-award notice was given.

**8.5 General Provisions - Request for Letters of Interest and Qualifications**

A. A Request for Letters of Interest and Qualifications (LIQ) is an invitation from the CTA requesting firms to submit proposals for Architectural or Engineering Services (A & E), as well as for certain construction management, project design or other permissible services that are directly in support of, connected to or related to the construction, alteration or repair of real property as set forth in 49 CFR 5325(b)(1).

B. LIQs must require that the evaluation be based on specific enumerated criteria/factors exclusive of cost. The criteria/factors must be clearly stated in the solicitation document.

C. The Procurement Administrator will select the appropriate type of contract (fixed- price, cost reimbursement, time and materials) in accordance with the guidelines. The type of contract selected for use should be discussed and justified in the pre- negotiation plan.

D. Negotiations under the LIQ process are conducted with the most qualified proposer first, and only if CTA cannot reach agreement regarding a fair and reasonable price will negotiations be conducted with then second most qualified proposer. This process will continue until CTA is able to come to agreement with a proposer.

E. The selected proposer will be required to show good faith efforts to comply with the DBE goal, if any.

**8.6 Evaluation of LIQs**

A. All LIQs will be reviewed and ranked by an Evaluation Committee appointed by the President upon the recommendation of the Vice-President, Purchasing and Supply Chain.

B. All members of the Evaluation Committee, the Project Manager, the DBE representative and others that may advise the Committee or participate in the review of proposals or must sign a Confidentiality Agreement prior to their involvement in the RFP review process.

C. The evaluations shall be based on the evaluation factors set forth in the LIQ. Factors not specified in the LIQ, shall not be considered.

D. Every responsive proposal submitted shall be evaluated by the Evaluation Committee, whose evaluations must be as thorough, objective and well-documented as possible. The Procurement Administrator is responsible for ensuring that the evaluation results are sufficiently documented and are placed in the contract file, along with a copy of the proposal.

E. Unlike sealed bids, which are publicly opened, the results of the proposal evaluation may not be disclosed, either before or after the contract is awarded, except as required in the event of a bid protest or lawsuit regarding the contract.

F. Promptly after the award of each contract, the Procurement Administrator shall notify unsuccessful proposers in writing, unless pre-award notice was given.

**8.7 Cancellation/ Rejection of RFPs and LIQs**

The Vice President, Purchasing & Supply Chain, in consultation with the using department, has the authority to cancel any procurement or reject any or all RFPs or LIQs. A written notification of all cancelled procurements/rejected proposals will be provided to the Chairman and President as requested.

**8.8 Bid Bonds**

When a bid guarantee is required at any time, the proposer must submit the bid guarantee as required by the CTA or its proposal will be rejected.

**8.9 Procedures for LIQs for Architectural or Engineering Services**

Refer to Appendix VII for step-by-step procedures.

**8.10 Procedures for RFPs for Professional Services**

Refer to Appendix VII for step-by-step procedures

## Chapter 9: Sole Source and Disadvantageous Procurements

### 9.1 General Provisions – Sole Source

Procurement of construction, goods, and services without competition is authorized under limited conditions and subject to written justification documenting the conditions which preclude competition.

A. A competitive procurement is not required if:
   i. The goods or services, including construction, needed by the CTA are available from only one responsible source and no other type of goods or services, including construction, will satisfy the needs of the CTA; or
   ii. The CTA determines that public exigency or emergency for the requirement will not permit a delay resulting from competitive procedures as set forth in Chapter 4; or
   iii. If after solicitation of a number of sources, competition is determined inadequate. This determination may be made by the Procurement Administrator based upon industry research, and the formal or informal solicitation of potential sources. The file must reflect a documented finding that adequate competition cannot be obtained in the time frame necessary to meet the needs of the CTA; or
   iv. The FTA authorizes noncompetitive negotiations; or
   v. To exercise an option that was not awarded as part of the base contract award as set forth in Chapter 6.

B. The Procurement Administrator may determine that competition is adequate even if a single Bid or Proposal was received in response to a solicitation if after review:
   i. The Procurement Administrator determines that the specifications were not restrictive; and
   ii. That the other identified sources unilaterally chose not to submit a Bid or proposal.

   If a single Bid is received under these circumstances, the Procurement Administrator may negotiate the price. The Procurement Administrator will be responsible for determining price reasonableness.

### 9.2 Single Available Source

A. The Procurement Administrator may award a contract by using the noncompetitive negotiation procedures upon making a determination that there is only one reasonably available source for goods or services, including

construction. This determination requires a reasonable basis to conclude that the CTA's minimum needs can only be satisfied by the goods or services, including construction, proposed to be procured, and that the proposed sole source Contractor is the only source reasonably capable of providing the required goods or services, including construction.

B. If the reason for making a procurement on a sole source basis is based on the particular source's ownership or control of limited rights in data, patent rights, copyrights, or trade secrets applicable to the required goods or services, including construction, the Procurement Administrator shall require that the written findings clearly demonstrate the need for the specific goods or services, including construction, and that one of the following applies:

   i. The requirements cannot be modified to allow a competitive procurement; or
   ii. It is in the best interests of the CTA to meet its requirements through procurement of the specific goods or services, including construction, and that the proposed Contractor is the only reasonably available source for the specific goods or services, including construction.

C. Sole Source justifications are to be issued by the using department and require the approval of the Vice President, Purchasing & Supply Chain prior to processing. With the concurrence of the General Counsel, justification for sole source procurement shall address all of the goods and/or services, including construction, being procured under a single contract. For Small Purchases approval is required by the General Manager, Purchasing. General Counsel concurrence is not required for Small Purchases. The justification of the sole source procurement for certain goods or services, including construction, shall not be used to avoid competitive procedures for obtaining other goods or services, including construction, which do not qualify for sole source procurement.

D. Each sole source justification which shall be included in the contract file shall include the following:

   i. Description of the requirement;
   ii. History of prior purchases and its nature (competitive vs. noncompetitive);
   iii. The specific exception to competitive procedures that applies;
   iv. An explanation of the unique nature of the procurement or other factors that qualify the requirement for sole source procurement;
   v. An explanation of the proposed Contractor's unique qualifications or other factors that qualify the proposed Contractor as a sole source for the procurement;

vi. Cost Analysis – see the most recent effective version of FTA Circular 4220.1, Chapter VI, Section 6, paragraph a, as amended, for further explanation; and

vii. Any other pertinent facts or reasons supporting the use of a sole source procurement.

**9.3 Sole Source Solicitation**

A. The Procurement Administrator shall not be required to publicize a solicitation for a sole source procurement.

B. The Procurement Administrator shall, in writing, request a Proposal for a sole source procurement. The request to the sole source Contractor shall contain the scope of work and refer to or attach all terms and conditions of the solicitation, including all applicable representations and certifications.

C. The Procurement Administrator shall ensure that each sole source contract contains all of the required clauses, representations, and certifications in accordance with the requirements of these Regulations.

**9.4 Disadvantageous**

A. This type of contracting can be used for contracts where no Federal funds are used when the Board determines that competitive bidding for the requirement is disadvantageous.

B. For disadvantageous contracts, the Procurement Administrator shall not be required to publicize a solicitation.

C. The Procurement Administrator shall ensure that each disadvantageous contract contains all of the required clauses, representations and certifications, in accordance with these Regulations.

D. The reasons for determining that competitive bidding for the requirement is disadvantageous will be documented in the contract file.

**9.5 Sole Source / Disadvantageous Review Committee**

A. The Sole Source / Disadvantageous Review Committee (SDRC) shall review proposed sole source procurements exceeding $40,000 and all disadvantageous procurement as authorized by subsections 1.4A (sole source) and 1.4D (Disadvantageous).

B. The user department must provide all documents and information required by the

SDRC.

C. Following review by the SDRC, if the SDRC recommends approval, the procurement may be assigned to a Procurement Administrator for further action as a sole source or disadvantageous procurement.

D. If the SDRC does not recommend approval, the user department will be directed to proceed with Competitive Bidding as defined in Chapter 2 (IFB, RFP, or LIQ).

## Chapter 10: Small Purchases

### 10.1 General Provisions – Small Purchases

A. Small Purchases, often referred to as "under money" purchases, may only be used for the procurement of goods or services when the procurement does not exceed the Small Purchase threshold of $40,000. CTA shall use the Small Purchase procedure that is most suitable, efficient, and economical based on the circumstances of each procurement.

B. A Buyer shall not use Small Purchase procedures when the procurement is estimated to exceed the Small Purchase threshold even though the resulting award does not exceed that limit. A Buyer shall not attempt to circumvent the process for procuring goods and services in excess of $40,000 set forth in these Regulations by splitting a procurement totaling more than the Small Purchase threshold into several purchases.

### 10.2 Noncompetitive Small Purchases – Check Requests

A. Goods and services for an amount not exceeding $3,000 may be purchased utilizing the following:
   i. A Check Request, in which payments to Vendors are administered directly with Finance Department approval without the direct involvement of the Buyer (Refer to Appendix: Administrative Procedure #1502.).

### 10.3 Competitive Small Purchases

A. For each purchase under $40,000 not utilizing the Check Request process, the Buyer shall solicit quotations from a reasonable number of sources including, when possible, at least one Disadvantaged Business Enterprise ("DBE") to promote competition to the maximum extent practicable.

B. The Buyer shall consider the following factors when deciding how many quotations will be solicited:
   i. The nature of the item or service to be purchased and whether it is highly competitive and readily available in several makes or brands, or has limited sources;
   ii. Information obtained in making recent purchases of the same or similar item;
   iii. The urgency of the proposed purchase;
   iv. The dollar value of the proposed purchase; and
   v. Past experience concerning specific Vendor prices.

C. Generally, solicitation of at least three sources should be considered to promote competition to the maximum extent practicable. If practical, price quotes should be solicited from two sources not included in the previous solicitation.

D. If the Buyer determines that the best interests of the CTA indicate that quotations should be obtained from more than three sources, the Buyer may require the solicitation of additional quotations.

E. A Small Purchase may be limited to one source if the Buyer determines, in writing, that there is only one available source in accordance with these Regulations.

F. A Buyer may solicit phone price quotations. However, a Buyer shall use a written solicitation in the following circumstances:
   i. When a large number of line items is included in a single proposed procurement;
   ii. When obtaining phone quotations is not considered economical or practical; or
   iii. When extensive specifications are involved.

G. The Buyer shall establish and maintain records of phone price quotations and include the record in the purchase file. The records shall consist of the names of the suppliers contacted and the prices and other terms and conditions quoted by each to the degree CTA does not provide and/or require certain terms and conditions.

H. The Buyer may limit written records of solicitations to notes or abstracts to show prices, delivery, references to printed price lists used, the Vendor or Vendors contacted, and other pertinent data.

I. The Buyer shall maximize competition for Small Purchases and shall not limit solicitations to suppliers of well-known and widely distributed makes or brands, or solicit on a personal preference basis.

### 10.4 Purchase Orders

A. Each Purchase Order is initiated via a Requisition.

B. The Buyer shall issue a purchase order on a fixed-price basis and shall not include economic price adjustment or redetermination provisions.

C. Each Purchase Order shall include any trade and prompt payment discounts.

D. Each purchase order shall specify the quantity of supplies or services ordered.

E. When applicable, a Purchase Order shall provide that inspection and acceptance will be at destination and that advance copies of the purchase order shall be furnished to the point of receipt. Receiving reports shall be completed by the designated CTA Manager immediately upon receipt and acceptance of the goods or services.

F. Each Purchase Order shall contain a definite calendar date by which delivery of goods, or the performance of services, is required.

G. Copies of Purchase Orders shall only be distributed on a “need to know” basis.

H. The Buyer shall send the successful Vendor the executed Purchase Order before the supplier undertakes performance. The Buyer shall notify the unsuccessful Vendors, if requested.

**10.5 Termination and Cancellation of Purchase Orders**

A. If a Purchase Order that has been accepted in writing by the supplier is to be terminated, the Buyer shall process the termination action in accordance with the provisions of these Regulations.

B. If a Purchase Order that has not been accepted in writing by the supplier is to be canceled, the Buyer shall notify the supplier in writing that the Purchase Order has been canceled, request the supplier's written acceptance of the cancellation, and proceed in accordance with the provisions of these Regulations.

C. If the supplier accepts the cancellation and does not claim that costs were incurred as a result of beginning performance under the Purchase Order, no further action shall be required and the Purchase Order shall be considered canceled.

D. If the supplier does not accept the cancellation or claims that costs were incurred as a result of beginning performance under the Purchase Order, the Buyer shall treat the action as a termination and shall not pay these types of claims.

## 10.6 Blanket Purchase Orders

A. A blanket purchase order ("BPO") may be used, in accordance with the provisions of these Regulations as a simplified method of filling anticipated repetitive needs for goods or services.

B. A Buyer may establish a BPO if one or more of the following criteria apply:
   i. There is a wide variety of items in a broad class of goods that are generally purchased, but the exact items, quantities, and delivery requirements are not known in advance and may vary considerably;
   ii. There is a need to provide commercial sources of supply for one or more offices in the CTA that does not otherwise have or need direct authority to purchase; or
   iii. The administrative cost of writing numerous purchase orders can be avoided through the use of this procedure.

C. A requisition is submitted by the using department requesting a BPO when the precise quantities of an item to be purchased are unknown but the total cost will not exceed $40,000.

D. A BPO shall not be used for any goods, service, or other item for which a requirements type contract has been already issued by CTA.

E. To the extent practical, BPOs for items of the same type shall be placed concurrently with more than one supplier. All competitive sources shall be given an equal opportunity to furnish goods, services, or other items under a BPO.

F. A BPO may be limited to furnishing individual items or commodity groups or services that the supplier is in a position to furnish, except as provided otherwise under this section.

G. The existence of a BPO shall not justify procurement on a sole source basis.

H. When there is an insufficient number of Vendors with BPOs to ensure maximum practicable competition for a particular purchase, the Buyer shall do the following:
   i. Solicit quotations from other sources and make the purchase; and
   ii. Establish additional BPOs to facilitate future purchases when recurring requirements for the same or similar items or services seem likely, when qualified sources are willing to accept a BPO, or when it is otherwise practical to do so.

**10.7 Blanket Purchase Order Procedures**

A. The Buyer shall execute and issue a BPO and a BPO delegation letter to be approved by the using department Manager.

B. The Buyer shall include the following information in each BPO:

i. A statement that the supplier will furnish supplies or services, described in general terms, if and when requested by the Buyer during a specified period and within a stipulated total amount;

ii. A statement that the CTA is obligated only to the extent that authorized purchases are actually made under the BPO;

iii. A statement that the prices to the CTA shall be as low or lower than those charged to the supplier's most favored customer for comparable quantities under similar terms and conditions, in addition to any discounts for prompt payment; and

iv. A statement that specifies the dollar limitation for purchases under the BPO.

C. The Buyer shall include on each BPO a list of names of authorized CTA users to purchase under the BPO and their contact information and the dollar limitation per purchase for each individual.

D. Each BPO shall contain a requirement that all deliveries or shipments under the agreement (except subscriptions and other charges for newspapers, magazines, or other periodicals) shall be accompanied by delivery tickets or sales slips which contain the following minimum information:

i. The name of the supplier;

ii. The BPO number;

iii. The date of purchase;

iv. The purchase order number;

v. An itemized list of supplies or services furnished;

vi. The quantity and unit price of each item, less applicable discounts; and

vii. The date of delivery or shipment.

E. Each BPO shall require that one of the following procedures be followed:

i. The supplier must submit to the using department an itemized invoice at least monthly or upon expiration of the BPO, whichever occurs first, for all deliveries made during a billing period and for which payment has not been received. These invoices need not be supported by copies of delivery tickets; or

ii. The supplier must submit to the using department an invoice for subscriptions or other charges for newspapers, magazines, or other

periodicals that shows the start and end dates and state either that ordered subscriptions are in effect or will be in effect upon receipt of payment.

F. Each order placed against a BPO (release) shall be issued in Oracle (approved by the authorized CTA Manager) which shall include a BPO order number, accounting data identifying the source of funds for the items or services ordered, the name of the person placing the order, the date of the order, and other information required by the authorized CTA Manager.

G. The Buyer executing a BPO shall do the following:

i. Maintain adequate records to ensure that the total dollar volume of orders does not exceed the stated total aggregate amount, and, in no event equals or exceeds $40,000; and

ii. Maintain awareness of changes in market conditions, sources of supply, and other pertinent factors that may warrant new arrangements with different suppliers or the modification of existing arrangements.

H. An individual BPO shall be considered terminated when the purchases under it equal its total dollar limitation or when its stated time period expires.

**10.8 Time Extensions for Blanket Purchase Orders**

A. The Buyer may extend a blanket purchase order for 12 months or less if there are sufficient dollars remaining on the purchase order, and the supplier has agreed to extend the agreement under the same terms, pricing and conditions. The Buyer will prepare a written time extension letter and submit it to the Purchasing Manager for approval.

B. If there are any changes to the existing terms, pricing, or conditions, the Buyer shall obtain the supplier's written acceptance of a purchase order modification if the written acceptance is determined by the Procurement Administrator to be necessary to ensure the supplier's compliance with the purchase order as revised.

**10.9 Procedures for Purchasing Non-Stock, Operating Funded Supplies and Services, Including Urgent Purchases up to $40,000**

Refer to Appendix VII for step-by-step procedures.

## Chapter 11: Real Property

### 11.1 Authorization for Real Property Agreements

A. Except as provided otherwise in this chapter, every real property contract for the purchase or sale of real property by or to CTA, regardless of amount, will be authorized by the Board before being executed as provided by the Board.

B. Every lease, license, permit, right of entry, or easement of property for use by CTA for a term of one year or less or for a monthly rent/fee of $1,000 or less, will be authorized and executed by the President, or designee. Such lease, license, permit, right of entry or easement may include indemnification by CTA.

C. If the term of the lease, license, permit, right of entry, or easement for use of property by CTA exceeds one year or the monthly rent or fee exceeds $1,000, the agreement will be authorized by the Board before being executed as provided by the Board.

D. Every concession, lease, license, permit, right of entry, or easement of CTA property for a term of one year or less and/or for a monthly rent or fee of $1,000 or less will be authorized and executed by the President, or designee.

E. If the term of the concession, lease, license, permit, right of entry, or easement of CTA property exceeds one year and/or the monthly rent or fee exceeds $1,000, the agreement will be authorized by the Board before being executed as provided by the Board.

F. A written report of the nature of the concession, lease, license, right of entry, permit, or easement authorized by the President, or designee, will be provided to the Board as requested.

### 11.2 Methods of Procurement – Real Property

A. Unless otherwise authorized by the Board or as provided in paragraph B below, all contracts for the sale of real property that exceed $10,000 will comply with the Competitive Bidding and Public Advertisement requirements of these Regulations. In addition, any concession in or lease of property of CTA for a term of more than one year or for monthly rent that exceeds $1,000 per month will comply with the Competitive Bidding and Public Advertisement requirements of these Regulations.

B. In instances where CTA uses the services of a Real Estate Brokerage firm to market and recommend award of leases for CTA's concession spaces, the

Real Estate Brokerage firm will not be required to comply with the competitive bidding and public advertisement requirements of this section; provided, however, the Real Estate Brokerage firm must:

i. comply with all Federal and Illinois State laws governing the marketing and leasing of commercial real estate,
ii. utilize a selection process that provides for open and full competition that is reasonable for the commercial circumstances, and
iii. submit proposed criteria for the evaluation and selection of lessees to the CTA for approval.

C. Unless otherwise authorized by the Board, the sale or lease of CTA real property will not be for a price less than the minimum appraised value.

D. A Bid Guarantee, in the form of cash, a cashier's check, certified check, a money order or acceptable bond in the amount of ten percent (10%) of the Bid price, may be required on Bids for sale or lease of CTA real property exceeding $10,000. If a Bid Guarantee is required, the Public Notice will so specify. After the Bid opening, substitution of an approved Bond may be allowed in lieu of cash, certified check, cashier's check or money order by any Bidder being considered for award of a contract. Bid Guarantees submitted by unsuccessful Bidders will be returned.

**11.3 Public Advertisement – Real Property**

A. Unless otherwise authorized by the Board, or as provided in Section 11.2(B) above, all Bids or Proposals to award real property sales contracts for a price exceeding $10,000, and leases of concessions for a rental amount exceeding $1,000 per month or for a term longer than one year will be published at least once in an English language daily newspaper of general circulation in the Chicago metropolitan area. That notice must be at least ten business days, excluding Legal Holidays, in advance of the receipt and opening of Bids or Proposals. The notice will simultaneously be advertised by other media, as appropriate.

B. The Public Notice will describe the proposed sale or lease and reference the solicitation document for more detail. The Public Notice will also state the date, time and place Bids or Proposals are due and no Bids or Proposals will be accepted at any time subsequent to the time indicated in the Public Notice. If so indicated in the Public Notice, CTA may reserve the right to conduct a Multi-round Bid process as defined in these Regulations. Finally, the Public Notice must state if bidding will be conducted by Public Auction.

C. No Bids or Proposals will be accepted at any time after the time indicated in the Public Notice. CTA can give notice of an extension of time for the receipt of Bids or Proposals or holding of the Public Auction upon publication in an English language daily newspaper of general circulation in the Chicago metropolitan area, and by other media, as appropriate. The Notice will provide the date to which the Bid or Proposal receipt or Public Auction has been extended. The extension of the Bid or Proposal receipt or Public Auction will not be less than five business days after the publication thereof, Legal Holidays excluded.

D. Documentation as to the form and dates of the advertisement or other publication shall be placed in the file.

**11.4 Sale of Interests in CTA Property**

A. This section applies to both sales of real property in fee and sales of permanent easements, except sales of permanent easements to utilities and other public agencies. If the Board determines that it is in CTA's best interest, permanent easements may be granted to utilities and other public agencies without the declaration that the property is surplus as is required by subsection B below.

B. The Board must declare real property to be surplus property before CTA may sell or otherwise transfer fee title to or grant a permanent easement in the property.

C. The property to be sold or transferred must first be appraised by CTA. The property cannot be sold nor can an easement be granted for less than the appraised value unless the Board determines otherwise.

D. If the real property was acquired with Federal funds, CTA must comply with the applicable Federal disposition rules set forth in the most recent effective version of FTA Circular 5010.D, Chapter IV, as amended.

E. If persons or businesses will be displaced by the CTA's sale of the property, CTA must comply with the requirements of the Federal Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended (49 CFR Part 24).

**11.5 Procedure for the Sale of Interests in CTA Property**

A. A determination is made by CTA that real property it owns is no longer needed for operational purposes. Real Estate staff along with Planning and Construction staff will be responsible for determining the availability of real property for sale.

B. Real Estate staff will obtain an appraisal, review appraisal, survey and preliminary title report prior to advertising the property for sale. Real Estate staff will assist the Purchasing Department with those steps necessary to advertise the property or interest therein for the sale or transfer

C. Methods that can be used:
   i. The IFB method of procurement is used when the only evaluation factor is cost.
   ii. The requirements of Chapter 7 of these Regulations must be followed; provided that the sale or transfer of an interest in CTA real property will be awarded to the high Bidder rather than the low Bidder.
   iii. The RFP method of procurement is used when factors in addition to cost must be considered at the time of sale or transfer of an interest in CTA real property. The requirements of Chapter 8 of these Regulations must be followed.
   iv. CTA real property may also be sold, or an interest in such property may be transferred to another public agency or on a disadvantageous basis to an adjacent property owner.

D. Unless otherwise authorized by the Vice President of Purchasing and Supply Chain after consultation with the General Counsel and Real Estate staff, CTA property is sold “as is.”

E. Real Estate staff will work with the General Counsel to prepare the closing documents and complete the sale of the property or interest therein.

F. All of the steps taken to determine which property to sell or transfer and to complete the sale will be memorialized in the file.

**11.6 Purchases of Interests in Real Property by CTA**

A. When CTA determines that it requires additional property for a project or operational purposes, Real Estate staff will send a notice of interest to potentially affected property owners informing them of CTA’s interest in their property.

B. An appraisal must and a review appraisal may be made, of the property to be acquired. An environmental assessment of the property may also be made prior to sending an offer letter to purchase to the property owner.

C. If the property is acquired with Federal funds or if the property will be used in a Federally-funded project, the requirements of Circular 5010.D, as amended, and 49 CFR Part 24 must be followed.

D. If CTA is able to reach an agreement with the property owner to purchase the property, Real Estate staff will work with the General Counsel to prepare the closing documents and complete the purchase of the property.

E. In the event CTA is not able to reach agreement with the property owner to purchase the property, the General Counsel may file an eminent domain lawsuit to take the needed property through condemnation.

All of the steps taken to determine which property to purchase and to complete the purchase will be memorialized in the file.

**11.7 Types of Leases**

A. Ground leases are used for parking or vehicular access to an adjacent property. As a general rule, ground leases have a long term and often can be extended through options.

B. Concession leases are used for concession spaces in or near CTA rail stations and other storefront property owned by CTA. These may be either long or short-term leases. Concession spaces may be offered for lease through the Real Estate Brokerage procedure set forth in section 11.3(B).

C. Retail and office leases in CTA office buildings. CTA currently leases retail and office space in its headquarters building at 567 West Lake and office space at 120 North Racine. Both retail and office space in CTA's headquarters building may currently be offered for lease through a Real Estate Brokerage procedure, as set forth in Section 11.3(B).

**11.8 Leases/Concessions of CTA Property**

A. Leases of CTA real property may be permitted when the property to be leased is not currently needed for CTA operations. A lease of CTA property may be requested by interested parties or CTA may decide to solicit interested parties to lease the property.

B. No CTA property may be offered for lease until the approval of CTA using departments has been obtained in writing.

C. An appraisal must be obtained by Real Estate staff to determine the fair market rental value of the property prior to leasing any CTA real property. In addition, a survey will be required if CTA does not have a legal description of the property to be leased.

D. Leases may be short or long-term. CTA may lease either developed property or vacant land. In addition, CTA may lease concession spaces in or near rail stations.

E. Real Estate staff will work with the Procurement Administrator to prepare the solicitation document if the property will be offered for lease. Leases may be offered through the IFB or the RFP process or may be offered to another public agency or on a disadvantageous basis to the adjacent property owner.

F. All leases of CTA real property for a term of more than one year or for a rental amount exceeding $1,000 require Board approval. Any lease amendments, subleases, or assignments require Board approval, unless in the judgment of the Vice President, Purchasing & Supply Chain, the lease amendment, sublease, or assignment is otherwise of such a nature that the Board approval is not necessary, after consultation with the General Counsel.

G. Real Estate staff is responsible for tracking lease terms to ensure that any option periods are exercised in the appropriate time frame, required insurance is maintained by the tenant and the property is advertised for re-lease sufficiently in advance of the expiration date of the current tenant's term.

**11.9 Leases of Property by CTA**

A. CTA may enter into leases of property needed for its operational purposes. Real Estate staff will work with the using department to identify the property to be leased by CTA and to establish the lease term and other conditions of the lease.

B. All leases with a term that exceeds one year or a monthly rent that exceeds $1,000 require approval by the Board.

**11.10 Licenses/Rights of Entry/Permits**

A. CTA may enter into licenses of its property for use by others or CTA may enter into licenses for use of property by CTA.

B. Licenses generally have a short term and cannot be transferred by the party to whom they are granted. Insurance and indemnification are required in most cases.

C. Licenses are commonly used for yard and garden agreements and may be used for bus turnarounds as well as for construction purposes.

D. CTA may issue rights of entry to use its property or may enter into rights of entry for use of property by CTA.

E. Rights of entry are commonly used for environmental testing, access or for construction purposes but may be permitted for other purposes. They generally have a short term and require insurance and indemnification.

F. CTA may enter into a permit to use property owned or controlled by others or issue permits for the use of its property.

G. Both licenses and permits are often used for bus turnarounds.

H. Licenses, rights of entry and permits are negotiated, drafted, and processed by Real Estate staff. All of the steps taken to enter into these agreements must be memorialized in the file.

I. Any license, right of entry or permit that exceeds one year in length or that has a monthly fee that exceeds $1,000 must be approved by the Board.

**11.11 Transit Oriented Development (“TOD”) / Joint Development**

A. Transit oriented development is a type of community development that includes a mixture of uses, and is located near transit facilities.

B. Joint Development is a form of TOD that includes the common use of property for transit and non-transit purposes. It includes an agreement with a private entity to complete a project on, above, or connecting to land owned by or to be acquired by the transit agency.

C. Joint Development must include a public transit benefit which can be a physical connection to a public transit facility or an enhancement of the use made of a transit facility. FTA financial assistance is available for joint development projects.

D. CTA may enter into TOD or joint development projects. It may continue to retain title to the property and enter into a long term lease or other type of agreement rather than transferring title to the CTA property included in the development.

E. Joint development projects involving CTA property acquired with Federal funds or projects involving Federal assistance must comply with Federal rules and guidance, including that set forth in 72 FR 5788, dated February 7, 2007, as amended.

F. Any property to be acquired by CTA for a joint development project must be acquired pursuant to the 49 CFR Part 24.

G. The procedures set forth in sections 11.7 and 11.9 of these Regulations apply to acquisitions or leasing of CTA real property for TOD and joint developments.

## Chapter 12: Construction Contracts

### 12.1 General Provisions – Construction

As a general rule, construction contracts involve unique projects with drawings and specifications which are developed solely for that particular project.

In some cases, construction contracts may follow a more traditional approach involving sequential design and construction. Utilization of this approach requires that a detailed design package of the entire project be complete before soliciting Bids for construction. For time sensitive projects, a phased design and construction approach may be utilized. This approach allows construction to begin before the full detailed design package for the project is complete. Phased design and construction may involve the use of a construction manager at risk or turnkey (design-build) contracting. In the case of both sequential or phased design and construction, CTA may contract with an outside architect or engineer for complete design services for the project before it solicits Bids. The architect or engineer may remain on the project during the course of construction and will work under the direction and oversight of CTA and its program manager during both the design and construction phases of the project. CTA may also have a contract with a construction manager to oversee the construction phase of the project under the direction and oversight of CTA and its program manager. If the architect or engineer or construction manager is not CTA employees, they will be retained to act as CTA's agent.

### 12.2 Methods of Procuring Construction Contracts

A. Construction contracts may be solicited through the IFB process with the lowest responsible, responsive Bidder being awarded the contract or through a RFP where a contract award may be based on best value to the Authority. Solicitations for construction contracts will be administered in accordance with these Regulations.

B. Infrastructure staff will work with the Procurement Administrator to prepare construction contracts for solicitation and to present proposed contracts to the Board for approval.

### 12.3 Construction and Real Estate

A. The Procurement Administrator must confirm with Real Estate staff that CTA owns or controls all of the land on which a construction project is proposed to be built.

B. In the event CTA does not own or control the property, CTA must take steps to acquire the property in accordance with Chapter 11 of these Regulations.

C. If the construction project will use federal funds, any real property to be acquired must be acquired in compliance with 49 CFR Part 24.

## 12.4 Types of Construction Contracts

A. Except as otherwise specified in this Chapter 12, any contract permitted by Chapter 6 of these Regulations may be used for a construction contract.

B. Design Build Contracts
Proposals may be solicited and contracts awarded that include both design and construction as part of a single contract (also known as design-build contracts) in accordance with applicable laws and regulations. CTA must procure design-build services through means of qualifications-based competitive proposal procedures based on the Brooks Act as set forth in FTA Circular 4220.1F, VI, 3.h., as amended, when the preponderance of the work to be performed is considered to be for architectural and engineering services. Qualifications-based competitive proposal procedures should not be used to procure design-build services when the preponderance of the work to be performed is not of an architectural and engineering services nature, unless required by State law adopted before August 10, 2005.

C. Phased Design, Award and Construction
In this type of contract, each phase of the project is placed under contract once the design for that phase is completed. This procedure is designed to shorten the overall time for project completion.

D. Job Order Contracts (JOC)
   i. This type of contract is a competitively bid, firm, fixed-price, indefinite quantity contract against which work orders are issued as specific needs arise. JOC contracts may be procured through the IFB or RFP process.
   ii. If the contract is awarded through an IFB process, selection of the successful Bidder is based on the cost of the adjustment factors for normal and overtime work identified by the Bidder with the contract awarded to the low Bidder. If the contract is awarded through an RFP process, selection of the successful proposer is based on the criteria identified in the RFP.

iii. Once a JOC Contractor is selected, CTA will issue a job order request for each construction task. The JOC Contractor submits a proposal to do the task for a definite price. If the price is reasonable, a work order is issued by CTA. CTA may request revisions to the proposal and if the JOC Contractor agrees, a work order is issued. If the parties cannot reach an agreement, CTA will issue a public solicitation for the task.

iv. If multiple JOC Contractors are selected through an RFP process, all Requests for Work Order Price Proposals (RFPPs) will be sent to all JOC Contractors. The work order will be awarded through a process ensuring that the award will be made based on the lowest cost to CTA to complete the scope of work specified in the RFP.

E. Construction Manager at-Risk Contracts

Proposals are solicited for the Construction Manager at-Risk who would then solicit Bids for the tasks involved in the construction project. CTA would evaluate the Construction Manager at-Risk responses to the solicitation on technical and other relevant factors and pricing. The selected Construction Manager at-Risk may design the project, solicit Subcontractors to complete the tasks involved in the project and act as the General Contractor for the project.

The types of phase pricing that may be required to be submitted with the Construction Manager at-Risk proposals include:

i. pre-construction phase;
ii. construction phase price per week or month of field activity;
iii. profit and overhead;
iv. guaranteed maximum price for construction phase; and
v. other direct costs such as bonds and insurance.

The guaranteed maximum price, if any, will include all actual awarded Subcontractor prices plus the Construction Manager at-Risk's construction phase management costs, other direct costs such as bonds and insurance and the Construction Manager at-Risk's profit plus any other relevant costs as determined by CTA.

## 12.5 Special Construction Contract Provisions

A. Labor provisions:

i. Federally funded contracts: Davis-Bacon Act, Contract Work-Hours and Safety
ii. Standards Act and the Copeland Anti-Kickback Act.

iii. Non-federally funded contracts: Illinois Prevailing Wage Act (820 ILCS 130.)

B. Bonding – Bid Bonds, Payment Bonds and Performance Bonds. If required, a Bid Bond if required must be submitted with the bids in the amount required by the solicitation document. A Payment Bond secures the Contractor's payment of Subcontractors and material on the project. A Performance Bond guarantees the Contractor's performance on the contract.

C. Liquidated Damages Clause. Liquidated damages are a specific sum or a sum readily determinable, and stipulated by CTA as the amount to be recovered for each increment of delay in completion of the contract in lieu of actual damages.

D. Specifications for Construction. The technical provisions of the construction specifications must be in sufficient detail that, when used with the applicable drawings, Bids can be prepared on a fair and competitive basis.

E. Differing Site Conditions clauses. A differing site conditions clause is intended to describe the risk being assumed by CTA, and offering an equitable adjustment to the Contractor if the defined conditions materialize.

F. Value Engineering. This is a procedure designed to incentivize Contractors to submit change proposals which reduce the cost of contract performance by promising Contractor a share of the savings. Such a provision may be used but is not required.

G. Buy America provisions as set forth in 49 CFR Part 661.

H. Contract Close-out provisions. Certain documentation unique to construction contracts will be required such as lien waivers, manufacturer's warranties, operations and maintenance manuals, spare parts lists and as-built drawings.

## Chapter 13: Art in Transit

### 13.1 General Provisions

A. The procedure outlined in this Chapter 13 will apply to the selection of artists for art procurements

B. The intent of the solicitation processes set forth in this Chapter 13 is to:
   i. Procure art that is of a quality commensurate with the funds expended;
   ii. Encourage and incorporate community input in the selection of artists and artwork;
   iii. Promote equitable distribution of art projects among artists of diverse cultural heritage and gender; and
   iv. Ensure eligibility of artists regardless of race, color, national origin, ancestry, sex, age, sexual orientation, gender-related identity, religion, marital status, order of protection status, disability, military status, sexual orientation, or unfavorable discharge from military service as those terms are defined by the Illinois Human Rights Act, 775 ILCS 5/1-102.

C. Standard solicitation procedures, including but not limited to Invitations for Bids, may not be effective means of soliciting artists.

D. At the outset of a an artwork procurement, the general scope of the project, approximate schedule for completion, budget, and selection process will be determined by the Chief Planning Officer.

### 13.2 Maintenance of Artists Registry/Solicitation

A. The Authority will maintain a registry of potential artists and contact information, based on responses received to prior "Calls for Artists" (as defined below). The registry may include a more detailed database that tracks artist characteristics such as career level, media type, styles, images of previous work, and/or other relevant qualifications. The Chief Planning Officer will determine whether to limit selection of artists from such registry or to use the procurement methods set forth in Section 3.4 or 3.10. Once an artist has been awarded a contract, the artist will be ineligible for future contracts.

B. When a RFP (or alternative solicitation document), which may be used interchangeably with the term "Call for Artists" (as described in Section 13.4 below) is issued, the artists in the registry will be notified, and the notification will also be posted on the CTA website. Other means of soliciting artists may also be used such as posting notification of projects through the Chicago Artists

Resource, Illinois Arts Council, or on community or government agency websites or through print or other media outlets likely to reach a substantial number of artists.

**13.3 Community Input**

At the Authority's sole discretion, Community input may be solicited as part of an art procurement either through public meetings and/or inclusion of community representatives as technical advisors to either the review or evaluation committee.

A. The type and extent of community input, if any, will be determined solely by the Authority on a project by project basis.

B. Input may or may not include generating ideas and preferences for the project and/or supplying information about the community.

C. Community input may take place before, after or concurrently with the solicitation process or after contract award.

**13.4 Call for Artists**

When procuring the services of an artist pursuant to an RFP or other publicly advertising solicitation ("Call for Artists"), the following provisions will apply:

A. The Call for Artists will state whether the selection process will be a "design selection" process or an "artist selection" process and will set out the criteria that will be used to evaluate the responses.

B. At a minimum, artists responding to a Call for Artists will be required to submit examples of previous work and a curriculum vitae.

C. If a specific Call for Artists so provides (at the sole discretion of the Authority), artists who were added to the artist registry within the preceding two (2) years may instead submit a letter requesting that the qualification materials previously submitted be considered.

D. The Call for Artists will communicate the Authority's requirements to prospective artists. For example, it may provide that fabrication and installation services may be solicited separately by the Authority, or it may state that artists may be expected to provide these services.

E. The estimated budget for the project will generally be published with the Call for Artists so that the artists will be informed of the relative magnitude of the project.

## 13.5 Committees

Recommendation of the selection of an artist, either from the registry or from a Call for Artists, will be made by an evaluation committee with the assistance of a review committee. The composition of the review and evaluation committees will be subject to approval by the President of the Authority, and may include members other than those set forth below in his or her sole discretion.

A. The review committee will typically be comprised of at least one art professional (such as an art administrator, artist or curator) and one Authority staff person. The review committee members will act as technical consultants to the evaluation committee. The review committee will first review the candidates selected from the registry or responding to the "Call for Artists", as applicable, for their qualifications for the scope of artwork being procured and will eliminate non-viable candidates. The review committee will then evaluate the remaining responses. The artist's proposed compensation will be evaluated by the review committee for reasonableness. The evaluations of the review committee will be forwarded to Purchasing, who will determine which responses are in the competitive range. A uniform design stipend may be offered by the Authority, in its sole discretion, to the artists in the competitive range for further developing a design proposal in order for the Authority to make a final selection.

B. The evaluation committee will typically be comprised of three or more voting members from a pool of qualified Authority staff. It is anticipated that the evaluation committee will include at least one member of the design/architecture team for the underlying project, if applicable.

C. The evaluation committee may have non-voting members and/or technical advisors, who may or may not be Authority staff, including but not limited to, the members of the review committee.

D. The evaluation committee will also have at least one non-voting member from the Purchasing Department to chair the committee and monitor compliance with published evaluation criteria as well as these Regulations.

E. The evaluation committee will have one non-voting art Project Manager from the user department in charge of the Authority's artwork.

F. The evaluation committee will have one non-voting member assigned by the Director, Diversity, to evaluate DBE compliance.

G. All members of the review and evaluation committees, the Project Manager, the DBE representative and others that may advise each committee or participate in the review or evaluation of proposals must sign a Confidentiality Agreement in a form acceptable to the General Counsel prior to their involvement in the review or evaluation process.

**13.6 Selection Processes**

A. The notice to artists in the registry or the Call for Artists, as applicable, will state whether the selection process will be a “design selection” process or an “artist selection” process and will set out the evaluation criteria for qualifications that will be used to evaluate the viability of the response or artist for the project. The former will focus on the design being proposed by the artist, while the latter will focus on the artist’s qualifications, reputation and skill.

B. The artists’ submissions will be evaluated by the review committee pursuant to the evaluation criteria set forth in the RFP (or alternative solicitation document). The review committee may solicit feedback on the submissions from designated community representatives or other CTA staff, and may request additional information or oral interviews from the artists before finalizing their evaluations. The review committee will score the submissions and the Procurement Administrator will tabulate the scores and prepare a memorandum to the Vice President, Purchasing & Supply Chain summarizing the scoring. The Vice President, Purchasing & Supply Chain will establish the competitive range. Those proposals in the competitive range will be referred to the evaluation committee.

C. The evaluation committee will then rank the design proposals according to the evaluation criteria set forth in the RFP (or alternative solicitation) and will forward its rankings to the Procurement Administrator. The Procurement Administrator will tabulate the results and prepare a memorandum to the Vice President, Purchasing & Supply Chain summarizing the results. The Vice President, Purchasing & Supply Chain reviews and approves the design proposals based on results from the Evaluation Committee, and directs the Procurement Administrator to proceed to negotiations with the highest ranked artist(s).

D. The Procurement Administrator, with the assistance of Law and user department staff, will negotiate a contract with the selected artist(s).

E. To ensure that the artist's design incorporates community input, it is expected that discussions with community representatives and relevant Authority staff will continue while the artist develops a specific design.

F. According to the approval matrix set forth in Section 1.7 above, the authorized individual will approve the staff recommendation prior to execution of the contract.

### 13.7 Evaluation Factors

A. The evaluation factors that will be considered in evaluating proposals (in the case of design selection process) or artists (in the case of artist selection process) will be tailored to each project and will be clearly stated in the notice to artists in the registry or the Call for Artists, as applicable.

B. The evaluation factors for each project and the relative importance of those factors are determined by the Project Manager and the Procurement Administrator, subject to approval of the Chief Planning Officer.

C. Criteria for evaluating design may include, but are not limited to:
   - i. quality and value of art or design;
   - ii. impact on CTA customers;
   - iii. connection to site and/or adjacent community;
   - iv. relationship in form or substance to the cultures, people natural or built surroundings;
   - v. history of the area in which the project is located;
   - vi. appropriateness for site, including safety and scale;
   - vii. durability of materials;
   - viii. resistance to vandalism; and
   - ix. requirement of minimal maintenance.

D. Criteria for evaluating artists may include, but are not limited to:
   - i. aesthetic quality of previously completed art projects and commissions;
   - ii. applicability and suitability of past work to the current project;
   - iii. appropriateness of previously completed art projects to their sites, including safety and scale; and
   - iv. experience working with the public and neighborhood community.

### 13.8 Evaluation of Submissions

A. The evaluations will be based on the evaluation factors set forth in the notice to artists in the registry or Call for Artists, as applicable.

B. All evaluations by the review committee and rankings by the evaluation committee must be as thorough and well-documented as possible.

C. The member(s) of the review committee member(s) and evaluation committee members may discuss as a group before finalizing their evaluations or rankings. The Procurement Administrator will ensure that the evaluations and rankings are sufficiently documented and are placed in the contract file, along with the RFP (or alternative solicitation document), and responses.

D. Price negotiation is intended to permit the CTA and the artist to agree on a fair and reasonable cost.

E. The selected artist will be required to show good faith efforts to comply with the contract DBE goal, if any. Compliance with the DBE goal is an element of responsibility and may be negotiated.

F. Promptly after Board, Agenda or recommendation approval, the Procurement Administrator shall notify unsuccessful proposers in writing, unless a notice that the artist was not selected was given pre-award.

**13.9 Cancellation/ Rejection of Solicitation**

The Director, Purchasing in consultation with the Chief Planning Officer, has the authority to cancel any procurement or reject any or all responses. A written notification of all cancelled procurements or rejected proposals will be provided to the Chairman and President as requested.

**13.10 Alternate Procurement Methods**

The two following alternate procurement method may be used when Federal funds are not utilized:

A. If the CTA's Vice President, Purchasing & Supply Chain, after consultation with the General Counsel, determines it is in CTA's best interest to do so, the CTA may procure the services of an artist, whether or not included on the artist registry, without first issuing a Call for Artists. In such event, one or more artists from CTA's registry or other national or international art registries or databases may be invited to submit design proposals or qualifications. The artist(s) invited to participate will be selected based on national or international reputation, technical experience, aesthetic quality of previously completed art projects and commissions or other criteria as determined by the CTA.

B. An artist may alternately be awarded a contract pursuant to Section 1.4B of these Procurement Policies and Procedures if CTA determines such artist has exceptional merit, technical proficiency, or other qualifications that would benefit the CTA and public.

## Chapter 14: Bonds, Other Security and Insurance

This Chapter prescribes CTA requirements for Contractor Bid Bonds or other security, performance and payments bonds, and Contractor insurance, where required. This Chapter also provides guidelines for the Procurement Administrator and other CTA officials to handle bonding and insurance issues.

### 14.1 General Provisions – Bonds and Other Security

A. The following types of security may be required for any solicitation or contract subject to these Regulations regardless of the estimated amount of the contract:
   - i. Bid guarantee;
   - ii. Other Bid or proposal security, including but not limited to earnest money deposit;
   - iii. Construction performance and payments bonds; and
   - iv. Performance or payment bonds or other security on non-construction contracts.

B. CTA shall determine whether security of any type would be in the best interests of CTA in all contracts other than small purchases. In non-construction contracts, the Procurement Administrator shall consider the following factors:
   - i. Whether CTA property or funds are to be provided to the Contractor for use in performing the contract or as partial compensation (such as in retention of salvaged material);
   - ii. When a Contractor sells assets to or merges with another business entity, whether CTA (after recognizing the other entity as the successor in interest) needs assurance that it is financially capable;
   - iii. Whether substantial progress payments are to be made before delivery of an item starts;
   - iv. Whether the contract is for dismantling, demolition, or removal of improvements; or
   - v. Any other factors which might favor the use of security to protect the best interests of CTA.

C. When a security is required by CTA under this Chapter, CTA may accept any of the following types of security:
   - i. A bond provided by a surety;
   - ii. A certified check, money order, or cashier's check issued by an insured financial institution in the equivalent amount of the security;
   - iii. United States government securities that are assigned to the CTA which pledge the full faith and credit of the United States; or
   - iv. Cash.

D. The provider of any surety, letter of credit or other bank or insurance company security should be rated in the double A (AA/Aa) or comparable category, or better, by at least one of the nationally recognized credit rating agencies.

The minimum credit rating should apply as long as the security is required by CTA and should apply to any security substitutions.

U.S. Government securities assigned to CTA should be held in a custodial account for the benefit of CTA. CTA should approve the custodian and the custodial agreement.

E. The amount of any bond may be decreased as portions of the contract work are completed as determined by the CTA as long as CTA determines that CTA is adequately protected and Federal rules and regulations and State law permit such action.

**14.2 Bid Guarantee for Construction Contracts**

A. Generally, the Procurement Administrator will not require a Bid Guarantee in connection with any solicitation unless a payment or performance security will be required under the contract.

B. When the CTA independent price estimate for a construction contract exceeds one hundred thousand dollars ($100,000), CTA shall require a Bid security for an Invitation for Bids, or, if appropriate, for the Request for Proposals.

C. When the CTA independent price estimate for a construction project is not more than one hundred thousand dollars ($100,000), the Procurement Administrator may require a Bid security.

D. The Bid security for a construction contract shall be in an amount equal to at least five percent (5%) of the amount of the Bid or price proposal. The Bid security for non-construction contracts shall be in an amount set by the Procurement Administrator.

**14.3 Bid Guarantee for Real Property**

A. A Bid Guarantee will be required for the sale of CTA real property. The solicitation document will set forth the requirement for a Bid Guarantee in an amount not greater than ten percent (10%) of the Bid or price proposal. The amount of the Bid Guarantee will be set by the Procurement Administrator for each solicitation.

B. An earnest money deposit will also be required from the high Bidder or selected Offeror as specified in the solicitation. The earnest money deposit will be in the amount of ten percent (10%) of the purchase price.

**14.4 Performance and Payment Bonds**

CTA shall require a Contractor to furnish performance and payment bonds or other security on any construction contract as required by Federal regulations or State law.

A. CTA may require a Contractor to furnish a payment or performance bond or other security for any construction or non-construction contract, regardless of amount, when Risk Management and the Procurement Administrator, after assessing the contract risks to CTA and all available methods of risk management determines that the security is necessary or advisable to protect the interests of CTA. The security shall be furnished in accordance with the provisions of this Section.

B. The amount of the performance bond shall be 100% of the original contract price, unless Risk Management determines that a lesser amount or percentage would be adequate for the protection of the CTA. In making this determination, CTA should consider the adequacy of other appropriate forms of protection available for the procurement, such as warranties, guarantees, insurance and indemnities. However, FTA regulations require a 100% performance bond for all construction or facility maintenance contracts or subcontracts exceeding $100,000, and State law (Public Construction Bond Act 30 ILCS 550/) requires a 100% performance bond for those over $5,000. The Procurement Administrator shall state the amount or percentage of bonding required in the solicitation.

C. CTA may require an additional performance bond when a contract price is increased or there is a change in the facts and circumstances that led to the initial determination of the original amount of the performance bond. If required, the increase in the performance bond shall maintain the proportion (contract value) of security established in the original contract price, unless CTA has determined that another amount or percentage is required.

D. A payment bond is generally required only when a performance bond is required. For non-construction contracts, a payment bond should be used only when it is determined to be in the CTA's best interest. The determination of the need for and appropriate amount of a payment bond shall be made by Risk Management as part of the risk assessment, and shall be documented in the contract file.

E. When performance or payment bonds are required, the solicitation shall contain the following:

i. A statement that security is required; and

ii. The amount of the bond expressed as a fixed sum or percentage of the contract price.

F. The Contractor shall furnish all performance and payment bonds (or other securities) by the deadline for submitting bonds (or other securities) as stated in the solicitation. The bonds (or other securities) must be submitted before a notice to proceed is issued.

G. No performance or payment bond shall be required after the contract has been executed if it was not specifically required in the contract, except when determined necessary by the Procurement Administrator for a contract modification.

**14.5 Surety Bonds and Other Security**

A. A new surety bond covering all of or part of the obligation on a security previously approved may be substituted for the original security, if approved by the Vice President, Purchasing & Supply Chain.

B. If, after completion of the work of a contract requiring payment and performance security, CTA receives written notice from the surety regarding the Contractor's failure to meet its obligation to its Subcontractors or supplier, CTA shall withhold final payment. However, the surety shall agree to hold the CTA harmless from any liability resulting from withholding the final payment.

**14.6 Insurance Requirements**

A. Construction Contracts

i. The Contractor and Subcontractor will be required to carry general liability, workers' compensation, automobile insurance and builders' risk insurance on construction contracts. The specifications for these contracts will be coordinated with Risk Management for recommendation as to that insurance coverage.

ii. CTA may elect to purchase and pay premiums for insurance under a Blanket Railroad Protective Liability Program and elect to enroll Contractors and Subcontractors in to the Program.

iii. CTA may further elect to purchase and pay premiums for an Owner Controlled Insurance Policy (OCIP), or Wrap Up Insurance. Wrap Up

Insurance covers all parties in a construction project under one umbrella policy, generally for more than one type of insurance coverage. Contractors and Subcontractors are enrolled by CTA in the OCIP as members of the Wrap Up Program for work performed at the job site.

iv. Neither the Railroad Protective Insurance nor the OCIP, cover professional liability or automobile liability insurance. Accordingly, a CTA construction Contractor will be required to procure and pay premiums for professional liability and comprehensive automobile liability insurance in the performance of the contract when not covered under the comprehensive general liability insurance provided by CTA.

v. CTA Contractors shall comply with insurance requirements imposed by State law or local governments.

B. Other than Construction Contracts

The Procurement Administrator shall include insurance and indemnification provisions in equipment, materials, services and real property contracts in accordance with procedures established by Risk Management.

## Chapter 15: Debarment and Suspension

### 15.1 Causes for Debarment or Suspension

The causes for debarment or suspension include the following:

A. Conviction for commission of a criminal offense as related to obtaining, attempting to obtain, or in the performance of a public or private contract or subcontract;

B. Conviction under state or Federal statutes of embezzlement, theft, forgery, bribery, falsification or destruction of records, receiving stolen property, or any other offense indicating a lack of business integrity or business honesty which currently, seriously, and directly affects responsibility as a Contractor;

C. Conviction under state or Federal antitrust statutes arising out of the submission of Bids or Proposals;

D. Serious violation of contract provisions, as set forth below, of a character which is regarded by the Vice President, Purchasing & Supply Chain, to justify suspension or debarment:
   - i. Failure without good cause to perform in accordance with the specifications or within the time limit provided in the contract;
   - ii. A recent record of failure to perform or of unsatisfactory performance in accordance with the terms of one or more contracts provided that failure to perform or unsatisfactory performance caused by acts beyond the control of the Contractor will not be considered to be a basis for debarment;
   - iii. Deliberate failure of a surety, without good cause, to fulfill its obligations to the CTA on any performance and/or payment bond or Bid bond naming the CTA as obligee;
   - iv. Violation of the CTA Ethics Ordinance;
   - v. Making a material misrepresentation in connection with an application for certification or re-certification as a Disadvantaged Business Enterprise; and
   - vi. Any other cause the Vice President, Purchasing & Supply Chain, determines to affect Responsibility as a Contractor, including, but not limited to, suspension or debarment by another governmental entity (see section 14.4).

### 15.2 Procedures and Decision for Debarment or Suspension

A. After reasonable notice to the person(s) involved and reasonable opportunity for that person(s) to be heard, the Vice President, Purchasing & Supply Chain, after consultation with the General Counsel, may recommend the suspension or debarment of a person for cause from consideration for award of contracts or for approval as a surety. For the purpose of this section, person will mean any individual, corporation, partnership, association, or legal entity.

B. The Vice President, Purchasing & Supply Chain, after consultation with the General Counsel or designee, may recommend the suspension of a person from consideration for award of contracts or for approval as a surety if there is sufficient cause to recommend suspension.

C. The Vice President, Purchasing & Supply Chain, will submit the recommendation for debarment or suspension to the Debarment and Suspension Committee.

D. The members of the Debarment and Suspension Committee will be: the Chairman of the Board, who will chair the Committee; the President; and, the Chairman of the Committee on Finance, Audit and Budget of the Board.

E. The Debarment and Suspension Committee has authority to suspend or debar a person for cause from consideration for award of contracts or for approval as a surety. For federally funded contracts, as a general rule, the debarment will not be for a period of more than three years. For federally funded contracts suspensions cannot exceed three months.

F. The Debarment and Suspension Committee will issue a written decision as to whether the person should be debarred or suspended. The decision will state the reasons for the action taken; and

   i. If the decision is to debar or suspend, inform the debarred or suspended person involved of his rights for judicial review of the decision as provided in these Regulations; or

   ii. if the decision is not to debar or suspend, inform the person involved that the process has concluded and that the person was not suspended or debarred.

G. A copy of the decision will be promptly reported to the Board.

**15.3 Scope of Decision - Debarment or Suspension**

A. The decision will apply to the person set forth in the notification of debarment or suspension.

B. The decision will also apply to any associated organization or business entity of which:

i. A debarred or suspended person is an officer, director, or in any other substantial management position, until such time as the individual is severed from such organization; or

ii. A debarred or suspended person has a controlling legal or beneficial financial interest, until such time as the debarred or suspended person divests from such interest; or

iii. A debarred or suspended person controls or is controlled by such associated business organization or entity, which, subsequent to the date administrative action was taken, begins or holds itself out as ready to perform the same work which the debarred or suspended organization was performing or endeavored to perform or otherwise demonstrates by its action subsequent to the date of debarment or suspension that it is evading the decision.

C. Any debarred or suspended person, for the term of such suspension or debarment, will be ineligible to perform work as a Contractor or any tier Subcontractor on contracts awarded or approved by the CTA. All Bidders on CTA contracts will certify that they and all Subcontractors on the contract are not listed on the ineligible to contract with CTA.

**15.4 State or Federal Debarment or Suspension**

In the event that applicable state or Federal laws, regulations or rules mandate a greater or lesser period of ineligibility for the award of contracts to a person, such laws, regulations or rules will determine such person's eligibility with respect to the specific causes for debarment and suspension contained in such laws, regulations and rules. In addition, where applicable state or Federal laws, regulations or rules provide for debarment or suspension for causes in addition to those specified in these Regulations, such state or Federal laws, regulations or rules will determine eligibility. Furthermore, if a person is debarred or suspended by an agency of the State of Illinois, the City of Chicago, or the Federal government: (1) CTA may not consider that person for award of a CTA contract; (2) CTA may terminate any existing contracts with that person; and (3) CTA can sanction that person in the same manner (either suspension or debarment) and for the same period of time as the sanction imposed by the State of Illinois, the City of Chicago, or the Federal government, as appropriate.

**15.5 Finality of Decision**

A decision to debar or suspend will be final and conclusive unless the debarred or suspended person, within thirty (30) days after issuance of the decision, commences a timely action in a court of competent jurisdiction in accordance with applicable law.

**15.6 Ineligible List**

The Vice President, Purchasing & Supply Chain, will maintain a list of all debarments and suspensions. The list of those persons ineligible to contract with CTA will be a public record.

## Chapter 16: Bid Protests and Contractor Claims

This Chapter addresses the process for both Bid Protests and Contractor claims.

Any interested party shall have the right to have a Protest considered and resolved administratively by the CTA in an economical and expeditious manner. “Interested party”, as used in this Chapter, means a Bidder whose direct economic interest would be affected by the award of a contract or by the failure to award a contract. The Bid Protest Procedure set forth in this Chapter 16 applies to IFBs, RFPs and LIQs.

The filing of Bid Protests will not unnecessarily delay the procurement process, especially if the Protest is vexatious or frivolous in nature.

### 16.1 Written Submission

An interested party wishing to protest a matter involving a proposed procurement or contract award shall file with the General Manager, Purchasing a written submission addressing, at a minimum, the following:

A. The name and address of the interested party and its relationship to the procurement sufficient to establish its interest;

B. Solicitation or contract number;

C. Statement of the grounds for the Protest, including the provision(s) of the solicitation and the Federal or State law or Federal or CTA regulation upon which the Protest is based;

D. Statement of the specific relief requested; and

E. Any documents relevant to the Protest that the protesting party desires CTA to consider should be attached.

### 16.2 Time for Filing

A. Protests Regarding Solicitation

Any Bid Protest regarding a solicitation by CTA must be filed no later than five (5) business days before the opening of Bids. Any Protest filed after that date which raises issues regarding the solicitation will not be considered.

B. Protests Regarding Bid Evaluation

Any Bid Protest regarding the evaluation of Bids by CTA must be filed no later than twenty (20) business days after the opening of Bids. Any Protest filed after that date which raises issues regarding the Bid evaluation will not be considered, unless the issue arose after the initial twenty (20) business day period and before contract execution.

C. Protests Regarding Award of Contract
Any Protest regarding the award of a contract must be filed no later than ten (10) business days after the date of the award. Any Protest regarding the award of the contract filed after that date will not be considered.

**16.3 Procedures for Protests Regarding Solicitation**

This type of Protest includes any claim that the Bid solicitation contained unduly restrictive, exclusionary, or discriminatory specifications, any challenge to the basis of award, or any claim that the solicitation documents or the solicitation process violated applicable Federal or State law, or that CTA failed to follow these Regulations.

A. Upon receipt of a timely filed protest regarding the solicitation, CTA will postpone the opening of Bids until resolution of the Protest, unless otherwise authorized to proceed under these Regulations (as set forth in Section 16.6(C) below). If Bid opening is postponed, no additional Bids will be accepted during the period of postponement.

B. If the Protest involves a claim of unduly restrictive, exclusionary, or discriminatory specifications, CTA will, in evaluating the Protest, consider both the specific need for the feature or item challenged and any effects on competition of including the specification regarding that feature or item. If CTA determines that such feature or item was included in the specification in order to meet justified and valid CTA transit needs, and was not unduly restrictive of competition or designed to exclude a particular competitor, then CTA will have grounds to deny the Protest.

**16.4 Procedures for Protests Regarding Bid Evaluation**

This type of Protest includes any challenge to determinations by CTA of the responsiveness of a Bid or the responsibility of a Bidder, or any claim that the evaluation of Bids violated Federal or State law or these Regulations.

Upon receipt of a timely filed Protest regarding the evaluation of Bids, CTA will determine if the protestor has established that there is substantial evidence regarding the non-responsiveness of a Bid or the non-responsibility of a Bidder or doubt regarding CTA's compliance with Federal or State law or these Regulations. If the protestor submits sufficient evidence supporting its Protest to show that the Protest is not vexatious or frivolous, CTA will suspend its evaluation of all Bids submitted until resolution of the Protest, unless otherwise authorized to proceed under these Regulations (as set forth in Section 16.6(C) below).

**16.5 Procedures for Protests After Award**

This type of Protest will only be considered by CTA if the protestor is able to demonstrate that the Bidder who was awarded the contract fraudulently represented itself as a responsible Bidder or that CTA violated Federal or State law or these Regulations in awarding the contract.

Upon receipt of a timely filed Protest regarding the award of a contract, CTA will issue a stop work order, if necessary, until the resolution of the Protest.

**16.6 All Protests**

The General Manager, Purchasing will notify the Protestor upon timely receipt of a Protest and may, where appropriate, request additional information from the protestor. CTA may, at its discretion, meet with the protestor to review the matters raised by the Protest.

A. Where a timely Protest has been filed prior to opening of Bids and unless the Protest is resolved by CTA prior thereto, the date for receipt of Bids will be extended to accommodate the time needed for resolving the Protest and instituting any necessary remedial measures, unless otherwise authorized to proceed under the circumstances set forth in Section 16.6(C) below.

B. When a Protest against the making of an award is received and the award will be withheld pending disposition of the Protest, the Bidders whose offers might be eligible for award should be informed of the Protest. If appropriate, those Bidders should be requested, before expiration of the time for acceptance of their offer, to extend the time for acceptance.

C. CTA may suspend the procurement process upon receipt of a bona fide Bid Protest. However, CTA reserves the right, notwithstanding the pendency of a Protest, to proceed with the appropriate action in the procurement process or under the contract in the following circumstances:

i. Where the item to be procured is urgently required;
ii. Where CTA determines that the Protest is vexatious or frivolous; or
iii. Where delivery or performance will be unduly delayed, or other undue harm will occur by failure to make the award promptly.

D. Except in extraordinary circumstances, the General Manager, Purchasing shall issue a written decision on the Protest based on the information provided by the protestor, the results of any meetings with the protestor, and

CTA's own investigation. CTA's decision is final except where:

i. New data becomes available which was not previously known and which is a basis for Protest;
ii. There is an error of law or regulation; or
iii. The protestor appeals a decision reviewable by FTA to FTA, which includes only claims that CTA did not follow protest procedures in these Regulations or that CTA violated Federal law or regulations.

E. When the CTA denies a Protest, it must inform the protestor in writing of its right to appeal CTA's decision to the FTA. Upon denying a Protest, CTA will lift any suspension imposed and will proceed with the procurement process of the contract.

F. A copy (electronic or paper) of each bid protest must be provided, in its entirety, to the Systems Project Coordinator, Purchasing & Supply Chain, or other person, as designated.

**16.7 Two-Step Procurements**

A Protest regarding a Two-Step procurement described in Section 4.2 must be filed within the time requirements stated above, provided however, that a Protest regarding selection of the short-listed respondents participating in the second step of a Two-Step procurement must be submitted no later than ten (10) business days following receipt of notice that the respondent has not been selected to participate.

**16.8 Remedy**

If a Bid Protest is upheld, even in part, then CTA will take appropriate action on a case-by-case basis to correct the procurement process and protect the rights of the protestor, including resolicitation of Bids, revised evaluation of Bids or CTA determinations, or termination of the contract.

**16.9 FTA Requirements for Appeals Related to Bid Protests**

Under the most recent effective version of FTA Circular 4220.1, the FTA will only review those Protests that claim: (1) CTA failed to have or follow Protest procedures, (2) CTA failed to review a complaint or Protest, or (3) violations of Federal law or regulation have occurred.

When FTA funds are used in a project, FTA will be notified of all bid protests. The General Manager, Purchasing will provide copies of bid protest letters and CTA's responses to the FTA and will keep FTA informed about the status of the protest. The General Manager, Purchasing will notify FTA of all denials of bid protests.

A protestor must exhaust all administrative remedies with CTA before pursuing a protest with FTA. An appeal to FTA must be received by either FTA's Region Five office or Headquarters office within five (5) working days of the date the protester has received actual or constructive notice of CTA's denial of a Bid Protest, or knew or should have known of a violation not concerning denial of a Bid Protest, or the Protest will be waived. "Working days" for purposes of appeal to FTA are all days that FTA's Region Five office or Headquarters office are open for business.

**16.10 Contract Disputes**

A. Except as otherwise determined by the Vice President, Purchasing & Supply Chain, all contracts entered into on behalf of the CTA shall include a disputes clause.

B. A "claim" is a demand or assertion by one of the parties made in writing and seeking as a right, the payment of money, adjustment or interpretation of Contract, Terms, or other appropriate relief.

C. Meritorious claims that can be completely settled as to time and money issues should be processed by the CTA in the same manner as contract change orders or amendments.

D. If, after completion of the investigation, the General Manager, Purchasing determines that a claim has no merit or that equitable adjustment cannot be negotiated for a claim with merit, the Final Decision shall be prepared by with the Vice President, Purchasing & Supply Chain after consultation with the General Counsel.

E. The Final Decision shall include the following elements:
   - i. description of claim or dispute;
   - ii. pertinent contract terms;
   - iii. reference to relevant facts; and
   - ii. the decision of the Vice President, Purchasing & Supply Chain, with supporting rationale.

The Final Decision shall be transmitted by certified or registered mail, return receipt requested, to the Contractor's address shown on the cover page of the contract unless the Contractor has previously requested in writing that another address be used. The return receipt must indicate the date of receipt of the Final Decision by the Contractor.

F. The Contractor may appeal to state court.

**Appendices**

I. **Intra-Departmental Forms**
- Method of Procurement History Form
- Sample Contract Award Recommendation Summary
- Staff Procurement Summary Sheet (SS1)
- Staff Bid Summary Sheet (SS2)
- Cost Analysis
- Price Analysis Worksheet
- Diversity Compliance Evaluation Form

II. **Federal Contract Requirements**

III. **General Procurement Workflow**

IV. **Public Agency Concurrence Requirements**
- RTA Capital Grant Concurrence Requirements
- IDOT Capital Grant Concurrence Requirements
- Concurrence for Pre-Bid Certification Form
- Concurrence for Pre-Award Certification Form
- Concurrence for Post-Award Certification Form
- Concurrence for Contract Change Certification Form

V. **Administrative Procedure #1502: Check Requests**

VI. **Contracts Report Template**

VII. **Procedures**
- Emergency Contracts (Over $40,000)
- Purchasing Non-Stock, Operating-Funded Supplies and Services, Including Urgent Purchases up to $40,000
- LIQs for Architectural or Engineering Services
- RFPs for Professional Services

**<u>Appendices</u>**

**I. Intra-Departmental Forms**

Method of Procurement History Form
Sample Contract Award Recommendation Summary
Staff Procurement Summary Sheet (SS1)
Staff Bid Summary Sheet (SS2)
Cost Analysis
Price Analysis Worksheet
Diversity Compliance Evaluation Form

# METHOD OF PROCUREMENT HISTORY

To best determine which method of procurement is suitable, classify your situation by checking off the appropriate boxes below. All elements must apply to use that method.

**Micro-purchase**
- ☐ Amount < $2,500
- ☐ Multiple Sources

**Competitive Procurement**
- ☐ Amount > $2,500
- ☐ Multiple Sources Available
- ☐ Not an emergency purchase

**Sealed Bids (IFB)**
- ☐ Complete & adequate specification or purchase description
- ☐ Two or more responsible bidders willing to compete
- ☐ Selection can be made on basis of price
- ☐ Procurement suitable for firm, fixed price
- ☐ No discussion with bidders needed after receipt of offer

**Competitive Proposals (RFP)**
- ☐ Complete specifications not feasible
- ☐ Bidders input needed for specification
- ☐ Two or more responsible bidders willing to compete
- ☐ Discussion needed with bidders after receipt of proposals, prior to award
- ☐ Fixed price can be set after discussions

**Time and Materials Contract**

Subset of RFP
- ☐ Fixed price cannot be set for work
- ☐ Complete extent of work unknown, whether time, or material use, or both

**Contract for Architectural or Engineering Services** ☐

**Sole Source**
- ☐ OEM, custom item
- ☐ Only one source available
- ☐ Approved by FTA-Sole Source
- ☐ Public exigency issue/emergency
- ☐ Competition is inadequate after public solicitation

**Emergency Procurement**

Subset of Sole Source
- ☐ There is a health and safety issue that prohibits delay

**Contract Type**
- ☐ Firm-Fixed-Price
- ☐ Time and Materials
- ☐ Cost Reimbursement
- ☐ Other:

**CONTRACT AWARD RECOMMENDATION SUMMARY**

**REQUISITION NO.:** (Insert req. no here)

**CONTRACT AMOUNT:** (Not-to-Exceed)

**FUNDING:** (Insert funding type here)

**DESCRIPTION:** **Invitation for Bid (IFB)**

(Insert description here)

**AWARD RECOMMENDED TO:** (Insert recommended vendor here)

**PREVIOUS CONTRACTOR:** (Insert previous vendor here)

| CONTRACT PERIOD | ORIGINAL CONTRACT AMT. | REMAINING AMT. | AVG. MONTHLY EXPENDITURE |
|---|---|---|---|
| | | As of | |

**Contract Utilization Analysis:**

**PRICE COMPARISON:**

**Next lowest bidder is** (insert % here)% **higher/lower than recommended bidder**

**Recommended bidder is % higher/lower than previous purchase**

**Remarks:**
(Insert remarks here)

(Insert department responsible for contract here) (Select **WILL UTILIZE/IS RESPONSIBLE FOR**) **THIS CONTRACT.**

**BIDDERS RESPONDING:**

(Insert vendors responding here)

**Solicitations E-mailed:** (#)
**Solicitations Requested:** (#)
**Solicitations Requested via Internet:** (#)

**DBE Goal:** % **of contract**
**DBE Participation Commitment:** % **of contract**
**Were good faith efforts documented?**
**Proposed DBE subcontractors:**

| | |
|---|---|
| Purchasing (Insert Name) DATE | |
| Diversity (Insert Name) DATE | Law (Insert Name) DATE |
| (Insert EVP & Dept. Name) DATE | Purchasing & Supply Chain (Insert Name) DATE |
| Finance (Insert Name) DATE | President (Insert Name) DATE |

(Insert PA initials and date created here) IFB_UPC

# PURCHASING DEPARTMENT

## STAFF PROCUREMENT SUMMARY SHEET (SS1)

| | | | |
|---|---|---|---|
| **Requisition Number:** | **Contract Dollar Amount Recommended:** | **Duration of New Contract:** | **Procurement Administrator Name and Ext.:** |
| **Current Contract Term:**<br>**Start:**<br>**End:** | **Current Contract Amount Left:** | **Previous Contract Amount:** | **User Name and Phone No.:** |
| **Originating Department:** | **Independent Cost Estimate:** | **Type of Contract: (Include a rationale for the method of procurements)** | |
| **Description of Material, Service, Product, Etc.:** | | | |
| | | | |
| **Justification for Procurement:** | | | |
| | | | |
| **Contract Peculiarities And/Or Problems:** | | | |
| | | | |
| **Vendor History & Responsibility:** | | | |
| | | | |

**Procurement Checklist:**

*The Procurement Administrator must check the items attached:*

- ❑ Copy of Advertisement/Proof of Publication
- ❑ Copy of Committee Evaluation Sheet
- ❑ Copy of Bid Evaluation Sheet
- ❑ Copy of Price Analysis or Cost Analysis
- ❑ Copy of Summary Record of Negotiations for Sole Source, Architectural/Engineering, and RFP Contracts

________________________________________ ____________________
Procurement Administrator Signature Date

# PURCHASING DEPARTMENT

## Staff Bid Summary Sheet (SS2)

| Contract No.: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Procurement Administrator: | | Description: | | | Estimated Dollar Amount: | Delivery Time: | |
| | | | | | | Project: | |
| Bid Advertisement Date: | | | | | Bid Due Date: | | | |
| Bid Req.# | COMPANY | DBE % | Price/Amount (Including escalation, if any) | Price/Amount (Including escalation, if any) | Price/Amount (Including escalation, if any) | % Difference in Price | Price/Amount (Including escalation, if any) | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

# COST ANALYSIS

A cost analysis must be performed in connection with every Sole Source, some Change Orders and Competitive Negotiated procurements. This analysis is applicable wherever there is inadequate price data to justify price and/or wherever cost and profit data has been obtained. This exercise is an analysis of direct and indirect costs to determine that profit and total price are reasonable:

**Contract Number:** ______ **Procurement Administrator:** _____

**Recommended Vendor/Contractor/Consultant:**

**Description:**

***PLEASE COMPLETE AND IDENTIFY THE METHOD(S) USED AS LISTED BELOW:***

| | Yes | No |
|---|---|---|
| **(1) Is profit reasonable?** | ☐ | ☐ |

**The Procurement Administrator will negotiate profit as a separate element of the price for each contract in which there is no price competition and in all cases where cost analysis is performed. See attached form CA#2 to help determine profit.*

***Comments:***

| | Yes | No |
|---|---|---|
| **(2) Are the cost elements reasonable?** | ☐ | ☐ |

**Consultant must provide the cost elements (including, e.g., labor hours, overhead, materials, etc.) of the estimated costs in order to perform the cost analysis, unless price reasonableness can be established on the basis of a catalog or market price of a commercial product sold in substantial quantities to the general public, or on the basis of prices set by law or regulations.*

***Comments:***

| | Yes | No | % Higher | % Lower |
|---|---|---|---|---|
| **(3) Is cost or price reasonable when compared with the independent cost estimate?** | ☐ | ☐ | ( ) | ( ) |

***Comments:***

| | Yes | No | % Higher | % Lower |
|---|---|---|---|---|
| **(4) Is cost or price reasonable when compared with past prices?** | ☐ | ☐ | ( ) | ( ) |

**Be wary of how changes in quantity, quality, delivery schedules, and the economy can cause price variations.*
**Was previous price fair and reasonable? Check documentation in previous contract.*

***Comments:***

| | Yes | No | % Higher | % Lower |
|---|---|---|---|---|
| **(5) Is price (are prices) reasonable when compared with past prices?** | ☐ | ☐ | ( ) | ( ) |

**Verify the facts, assumptions, and judgments used.*
**How was the estimate developed?*
**You must be comfortable that estimate has validity before you can use it to make a cost or price reasonableness determination.*

***Comments:***

**DOCUMENTATION:** ***Describe in narrative and logical sequence your facts, what you considered, your analysis, and how you reached your conclusion.***

# PRICE ANALYSIS

A price analysis must be performed in connection with every Invitation for Bid/Sealed bids, Small purchases and some competitive negotiations. The analysis is a comparison of the proposed price to comparable pricing data: (a) competing bids, (b) catalogs, and (c) independent in-house cost estimate:

**Contract Number:** ______ **Procurement Administrator:** _____

**Recommended Vendor/Contractor/Consultant:**

**Description:**

***PLEASE COMPLETE AND IDENTIFY THE METHOD(S) USED AS LISTED BELOW:***

**(1) Is price (are prices) reasonable in comparison to other bids?** **Yes** ☐ **No** ☐

**Does adequate price competition exist?.*

***Comments:***

**(2) Is price (are prices) reasonable when compared to independent cost estimate?** **Yes** ☐ **No** ☐ **% Higher** ( ) **% Lower** ( )

**Verify the facts, assumptions, and judgments used.*

**How was the estimate developed?*

**You must be comfortable that estimate has validity before you can use it to make price reasonableness determination(s).*

***Comments:***

**(3) Is price reasonable in comparison to catalog or Market Prices?** **Yes** ☐ **No** ☐
**(Where available and applicable)**

**Established catalog prices exist if the items are commercial in nature and are sold in substantial quantities to the general public.*

**Market price is a current price established in the usual or ordinary course of business between parties and free to bargain.*

***Comments:***

**(4) Is price (are prices) reasonable when compared with past prices?** **Yes** ☐ **No** ☐ **% Higher** ( ) **% Lower** ( )

**Be wary of how changes in quantity, quality, delivery schedules, and the economy can cause price variations.*

**Was previous price fair and reasonable? Check documentation in previous contract.*

***Comments:***

**DOCUMENTATION:** ***Describe in narrative and logical sequence your facts, what you considered, your analysis, and how you reached your conclusion.***

# DIVERSITY COMPLIANCE BID EVALUATION FORM
(INTERNAL USE ONLY)

DATE: ________________

PROCUREMENT ADMINISTRATOR: ______________________________ CONTRACT #: ___________________________

ESTIMATED CONTRACT VALUE: $ ________________________________ DBE GOAL: ______ %

CONTRACT DESCRIPTION:

BID OPENING DATE: ________________________ TARGET AWARD DATE: ____________________

**PLEASE LIST ALL BIDDERS FROM LOWEST TO HIGHEST BID AMOUNT**

COMPANY NAME: ______________________________ BID AMOUNT: $ ________________

CONTACT PERSON: __________________________________________________________

PHONE: __________________________________________________________________

EMAIL:

COMPANY NAME: ______________________________ BID AMOUNT: $ ________________

CONTACT PERSON: __________________________________________________________

PHONE: __________________________________________________________________

EMAIL:

COMPANY NAME: ______________________________ BID AMOUNT: $ ________________

CONTACT PERSON: __________________________________________________________

PHONE: __________________________________________________________________

EMAIL:

*If more than 3 Bidders, please complete additional Bidder information forms (see attached).*

PLEASE INCLUDE THE FOLLOWING ATTACHMENTS:

- Bid Worksheet
- Email Blast List
- DBE Schedules C's & D's for all Bidders

## II. Federal Contract Requirements

11/01/2008
Rev. 1, 04/14/2009
Rev. 2, 07/01/2010
Rev. 3, 02/15/2011
Rev. 4, 03/18/2013

# PROVISIONS, CERTIFICATIONS, REPORTS, FORMS, AND OTHER—MATRICES

## B. APPLICABILITY OF THIRD PARTY CONTRACT PROVISIONS

(excluding micro-purchases, except Davis-Bacon requirements apply to contracts exceeding $2,000)

| | TYPE OF PROCUREMENT | | | | |
|---|---|---|---|---|---|
| **PROVISION** | **Professional Services/A&E** | **Operations/ Management** | **Rolling Stock Purchase** | **Construction** | **Materials & Supplies** |
| No Federal Government Obligations to Third Parties (by Use of a Disclaimer) | All | All | All | All | All |
| False Statements or Claims Civil and Criminal Fraud | All | All | All | All | All |
| Access to Third Party Contract Records | All | All | All | All | All |
| Changes to Federal Requirements | All | All | All | All | All |
| Termination | >$10,000 if 49 CFR Part 18 applies. | >$10,000 if 49 CFR Part 18 applies. | >$10,000 if 49 CFR Part 18 applies. | >$10,000 if 49 CFR Part 18 applies. | >$10,000 if 49 CFR Part 18 applies. |
| Civil Rights (Title VI, ADA, EEO except Special DOL EEO clause for construction projects) | All | All | All>$10,000 | All | All |
| Special DOL EEO clause for construction projects | | | | >$10,000 | |
| Disadvantaged Business Enterprises (DBEs) | All | All | All | All | All |
| Incorporation of FTA Terms | All | All | All | All | All |
| Debarment and Suspension | >$25,000 | >$25,000 | >$25,000 | >$25,000 | >$25,000 |
| Buy America | | | >$100,000 As of Feb. 2011, FTA has not adopted the FAR 2.101 $150,000 standard. | >$100,000 As of Feb. 2011, FTA has not adopted the FAR 2.101 $150,000 standard. | >$100,000 As of Feb. 2011, FTA has not adopted the FAR 2.101 $150,000 standard. |
| Resolution of Disputes, Breaches, or Other Litigation | >$100,000 | >$100,000 | >$100,000 | >$100,000 | >$100,000 |
| Lobbying | >$100,000 | >$100,000 | >$100,000 | >$100,000 | >$100,000 |
| Clean Air | >$100,000 | >$100,000 | >$100,000 | >$100,000 | >$100,000 |
| Clean Water | >$100,000 | >$100,000 | >$100,000 | >$100,000 | >$100,000 |
| Cargo Preference | | | Transport by ocean vessel. | Transport by ocean vessel. | Transport by ocean vessel. |
| Fly America | Foreign air transp. /travel. | Foreign air transp. /travel. | Foreign air transp. /travel. | Foreign air transp. /travel. | Foreign air transp. /travel. |

## PROVISIONS, CERTIFICATIONS, REPORTS, FORMS, AND OTHER—MATRICES

### B. APPLICABILITY OF THIRD PARTY CONTRACT PROVISIONS (Continued)

(excluding micro-purchases, except Davis-Bacon requirements apply to construction contracts exceeding $2,000)

| | TYPE OF PROCUREMENT | | | | |
|---|---|---|---|---|---|
| **PROVISION** | **Professional Services/A&E** | **Operations/ Management** | **Rolling Stock Purchase** | **Construction** | **Materials & Supplies** |
| Davis-Bacon Act | | | | >$2,000 (also ferries). | |
| Contract Work Hours and Safety Standards Act | | >$100,000 (transportation services excepted). | >$100,000 | >$100,000 (also ferries). | |
| Copeland Anti-Kickback Act<br>Section 1<br>Section 2 | | | | <br>All<br>> $2,000 (also ferries). | |
| Bonding | | | | $100,000 | |
| Seismic Safety | A&E for new buildings & additions. | | | New buildings & additions. | |
| Transit Employee Protective Arrangements | | Transit operations. | | | |
| Charter Service Operations | | All | | | |
| School Bus Operations | | All | | | |
| Drug Use and Testing | | Transit operations. | | | |
| Alcohol Misuse and Testing | | Transit operations. | | | |
| Patent Rights | R & D | | | | |
| Rights in Data and Copyrights | R & D | | | | |
| Energy Conservation | All | All | All | All | All |
| Recycled Products | | EPA-selected items $10,000 or more annually. | | EPA-selected items $10,000 or more annually. | EPA-selected items $10,000 or more annually. |
| Conformance with ITS National Architecture | ITS projects. | ITS projects. | ITS projects. | ITS projects. | ITS projects. |
| ADA Access | A&E | All | All | All | All |
| Notification of Federal Participation for States | Limited to States. | Limited to States. | Limited to States. | Limited to States. | Limited to States. |

## III. General Procurement Workflow

| IFB (Blanket Contracts) | IFB (One Time Purchase) | RFP(s) | LIQ(s) | Sole Source | Disadvantageous | Small Purchase (Undermoney) |
|---|---|---|---|---|---|---|
| Purchasing Department initiates Requisition at 50% expended and/or 6 months prior to current contract expiration | System or User Department initiates Requisition at 50% expended and/or 6 months prior to current contract expiration (one-time purchases can convert to blanket contract depending on usage) | User Department initiates Requisition and develops scope of work | User Department initiates Requisition and develops scope of work | Refer to the Procurement Policy and Procedure Section 9.5 Sole Source / Disadvantageous Review Committee | Refer to the Procurement Policy and Procedure Section 9.5 Sole Source / Disadvantageous Review Committee | System or User Department initiates Requisition |
| Requisition routes to User Department for approval | | | | | | |
| Requisition routes to Capital/Budget for approval | | | | | | |
| Purchasing creates Bid documents | | Purchasing, with consultation from Law and User | | | | Purchasing conducts competitive process by either phone, fax or email |
| Solicitation issued | | | | | | |
| Bid responses received and opened at public Bid opening | | Pre-proposal conference (if necessary) | | | | |
| | | Proposals received | | | | |
| | | Evaluation Committee created (VP Purchasing recommends; | | | | |
| Bid evaluated for responsiveness and responsibility to determine lowest bidder | | Proposals evaluated based on criteria created by User Department and Purchasing, including price | Proposals evaluated based on criteria created by User Department and Purchasing, price is not a criteria | | | Purchasing determines lowest responsive, responsible Bidder and awards |
| | | Purchasing determines which Proposals are within the competitive range. | Final negotiations occur with designated winner; scope and price negotiated | | | |
| | | Best and Final Offer (BAFO) requested | | | | |
| DBE analysis completed | | Final evaluations made and winner declared | | | | |
| Purchasing, Law and User Department complete Contract Utilization Analysis | | | | | | |
| Award Recommendation routed for appropriate signatories (Recommendation Form) | | | | | | |
| Recommendation placed on appropriate agenda (only A items are presented to the Board) | | | | | Recommendation placed on Board (A) Agenda | |

**IV. Public Agency Concurrence Requirements**

RTA Capital Grant Concurrence Requirements
IDOT Capital Grant Concurrence Requirements
Concurrence for Pre-Bid Certification Form
Concurrence for Pre-Award Certification Form
Concurrence for Post-Award Certification Form
Concurrence for Contract Change Certification Form

Regional Transportation Authority

**RTA'S STATE FUNDED CAPITAL GRANT PROGRAM**
**RTA'S CAPITAL GRANT CONCURRENCE REQUIREMENTS**
**FOR SERVICE BOARD THIRD PARTY CONTRACTS AND FORCE ACCOUNT WORK**

| | Phase | Pre-Bid | Pre-Bid | Pre-Award | Pre-Award | Pre-Award | Post Award |
|---|---|---|---|---|---|---|---|
| **Sealed Bid Contracts** | **Total Cost** | **≤ $500k** | **> $500k** | **≤ $100k** | **> $100k - < $3M** | **≥ $3M** | **All** |
| 1 | Material | NR | CR | NR | NR | CR | Info |
| 2 | Vehicles | NR | CR | NR | NR | CR | Info |
| 3 | Equipment | NR | CR | NR | NR | CR | Info |
| 4 | Construction | NR | CR | NR | NR | CR | Info |
| 5 | Master Purchase Agreement | NR | CR | Info | Info | CR | Info |
| 6 | Master Purchase Agreement Work Order or Purchase Order | NR | CR | Info | CR | CR | Info |
| 7 | Other Than Lowest Bid | NR | NR | CR | CR | CR | Info |
| **Competitive Negotiation Contracts** | | | | | | | |
| 8 | Non-Traditional Delivery (NTD) Construction | NR | CR | CR | CR | CR | Info |
| 9 | NTD Work Orders | NR | NR | NR | NR | NR | Info |
| 10 | Professional Services | NR | Info | CR | CR | CR | Info |
| 11 | Professional Services Blanket Agreement | NR | Info | CR | CR | CR | Info |
| 12 | Professional Services Blanket Agreement Task Order | NR | Info | CR | CR | CR | Info |
| 13 | Acquisition - Real Property | NR | NR | Info | ≥ $250k: CR | CR | Info |
| **Noncompetitive Contracts** | | | | | | | |
| 14 | Single Responsive/Responsible Bid or Proposal | NR | NR | CR | CR | CR | Info |
| 15 | Sole Source | NR | NR | CR | CR | CR | Info |
| 16 | NTD Advance Packages | NR | NR | CR | CR | CR | Info |
| 17 | Force Account | NR | NR | NR | > $500k: CR | CR | Info |
| 18 | Carrier or Cooperative Agreements | NR | NR | CR | CR | CR | Info |
| 19 | Addendum | *requirements same as base contract* | | | | | |
| | *Contract Change or Modification* | | | | | | |
| 20 | Change Order* | NR | NR | CR | CR | CR | Info |
| 21 | Amendment* | NR | NR | CR | CR | CR | Info |
| 22 | General Construction Allowances * | NR | NR | Info | Info | Info | Info |
| 23 | NTD Follow-on Work Order or Contingency* | NR | NR | Info | Info | Info | Info |
| 24 | Claims and Litigation | *requirements in Guidelines* | | | | | |

**Document submission required for all Pre-Award contract changes or modifications, regardless of value.*

NR = Not Required
CR = Concurrence Required with Certification Form
Info = Notification/Information Required with Certification Form

*Effective July 2016*

## RTA'S STATE FUNDED CAPITAL GRANT PROGRAM
## IDOT'S CAPITAL GRANT CONCURRENCE REQUIREMENTS
## FOR SERVICE BOARD THIRD PARTY CONTRACTS AND FORCE ACCOUNT WORK

| | Phase | Pre-Bid | Pre-Bid | Pre-Award | Pre-Award | Pre-Award | Post Award |
|---|---|---|---|---|---|---|---|
| **Sealed Bid Contracts** | **Total Cost** | ≤ $500k | > $500k | ≤ $100k | > $100k - < $3M | ≥ $3M | All |
| 1 | Material | NR | Info | NR | NR | CR | Info |
| 2 | Vehicles | NR | Info | NR | NR | CR | Info |
| 3 | Equipment | NR | Info | NR | NR | CR | Info |
| 4 | Construction | NR | Info | NR | NR | CR | Info |
| 5 | Master Purchase Agreement | NR | Info | Info | Info | CR | Info |
| 6 | Master Purchase Agreement Work Order or Purchase Order | NR | Info | Info | CR | CR | Info |
| 7 | Other Than Lowest Bid | NR | NR | CR | CR | CR | Info |
| **Competitive Negotiation Contracts** | | | | | | | |
| 8 | Non-Traditional Delivery (NTD) Construction | NR | Info | CR | CR | CR | Info |
| 9 | NTD Work Orders | NR | NR | NR | NR | NR | Info |
| 10 | Professional Services | NR | Info | Info | CR | CR | Info |
| 11 | Professional Services Blanket Agreement | NR | Info | Info | CR | CR | Info |
| 12 | Professional Services Blanket Agreement Task Order | NR | Info | Info | CR | CR | Info |
| 13 | Acquisition - Real Property | NR | NR | > $250k: Info | Info | CR | Info |
| **Noncompetitive Contracts** | | | | | | | |
| 14 | Single Responsive/Responsible Bid or Proposal | NR | NR | CR | CR | CR | Info |
| 15 | Sole Source | NR | NR | CR | CR | CR | Info |
| 16 | NTD Advance Packages | NR | NR | CR | CR | CR | Info |
| 17 | Force Account | NR | NR | NR | > $500k: Info | Info | Info |
| 18 | Carrier or Cooperative Agreements | NR | NR | Info | Info | Info | Info |
| 19 | Addendum | *requirements same as base contract* | | | | | |
| *Contract Change or Modification* | | | | | | | |
| 20 | Change Order* | NR | NR | Info | CR | CR | Info |
| 21 | Amendment* | NR | NR | CR | CR | CR | Info |
| 22 | General Construction Allowances | NR | NR | NR | NR | NR | Info |
| 23 | NTD Follow-on Work Order or Contingency | NR | NR | NR | NR | NR | Info |
| 24 | Claims and Litigation | *requirements in Guidelines* | | | | | |

**Document submission required for all Pre-Award contract changes or modifications, regardless of value.*

NR = Not Required

CR = Concurrence Required with Certification Form

Info = Notification/Information Required with Certification Form

*Effective July 2016*

# Pre-Bid Certification Form

| GRANTEE NAME: |
|---|
| GRANT NO: |
| PROJECT NO. AND TITLE: |
| CONTRACT NO.: |

**SUMMARY DESCRIPTION OF CONCURRENCE REQUEST:**

_____

*A Pre-Bid concurrence request includes the following documents (provide explanation if no document is available):*

- ☐ Cover Letter - _____
- ☐ Pre-Bid Certification Form - _____
- ☐ Proposed advertisement for bid/proposal solicitation - _____
  (The bid/proposal solicitation or advertisement shall include a statement that the contract to be awarded is subject to the terms and conditions of the Grant Agreement between the RTA and the Grantee, which incorporates the Grant Agreement between IDOT and RTA)
- ☐ Complete bid/proposal solicitation package including instructions to bidders/proposers - _____
- ☐ The bid/proposal expiration time - _____
- ☐ Plans, drawings, specifications including the statement of work/scope of services - _____
- ☐ Independent cost estimate - _____
- ☐ Proposed project schedule - _____
- ☐ Reason for selected contract type (lump sum, unit prices, not-to-exceed price, etc.) - _____
- ☐ Proposed contract and related documents - _____
- ☐ Project master plan/project management plan - _____
- ☐ Other related bid/proposal solicitation documents (specify) - _____

*Additional documents for a Master Purchase Agreement:*

- ☐ Rationale for procuring with a Master Purchase Agreement - _____
- ☐ Rationale for the contract period of performance - _____
- ☐ Basis for the contract minimum and maximum amount - _____

*Additional documents for a Master Purchase Agreement Work Order or Purchase Order:*

- ☐ Proposed bid solicitation process - _____

*Additional documents for a Non-Traditional Delivery Construction Contract:*

- ☐ Process for project delivery method selection - _____
- ☐ Rationale for selected project delivery method - _____
- ☐ Rationale for procuring with competitive proposals - _____
- ☐ Proposal evaluation factors - _____
- ☐ Proposal evaluation method - _____

*Additional documents for a Professional Service Contract or Blanket Agreement:*

- ☐ Independent cost estimate with level of effort- _____
- ☐ Proposal evaluation factors - _____
- ☐ Proposal evaluation method - _____
- ☐ Rationale for procuring with a Blanket Agreement (blanket agreement only) - _____
- ☐ Rationale for contract period of performance (blanket agreement only) - _____

*Additional documents for a Professional Service Blanket Agreement Task Order:*

- ☐ List of proposed projects included in the task order - _____
- ☐ Proposal solicitation process- _____
- ☐ Independent cost estimate with level of effort- _____
- ☐ Proposal evaluation factors - _____
- ☐ Proposal evaluation method - _____

*The proposed contract contains the required clauses and provisions (insert reference to contract section including page number; provide explanation if "No" or "N/A" is selected):*

| Yes | No | N/A | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Requirement to comply with all applicable provisions of federal, state and local law - _____ |
| ☐ | ☐ | ☐ | Notice that state requirements may change and the changed requirements will apply to Project - _____ |
| ☐ | ☐ | ☐ | Contractor requirement to sign certification regarding bribery - _____ |
| ☐ | ☐ | ☐ | Contractor requirement to sign certification regarding debarment, suspension and ineligibility- _____ |
| ☐ | ☐ | ☐ | Fly America Requirements - _____ |
| ☐ | ☐ | ☐ | Buy America Requirements - _____ |
| ☐ | ☐ | ☐ | Seismic Safety Requirements - _____ |
| ☐ | ☐ | ☐ | Energy Conservation Requirements - _____ |
| ☐ | ☐ | ☐ | Clean Water Requirements - _____ |
| ☐ | ☐ | ☐ | Bus Testing Requirements - _____ |
| ☐ | ☐ | ☐ | Pre-Award and Post Delivery Audit Requirements (acquisition of Rolling Stock/Turnkey only) - _____ |
| ☐ | ☐ | ☐ | Lobbying Requirements - _____ |
| ☐ | ☐ | ☐ | Access to Records and Reports Requirements - _____ |
| ☐ | ☐ | ☐ | Federal Changes Requirements - _____ |
| ☐ | ☐ | ☐ | Bonding Requirements - _____ |
| ☐ | ☐ | ☐ | Clean Air Requirements - _____ |
| ☐ | ☐ | ☐ | Recycled Products Requirements - _____ |
| ☐ | ☐ | ☐ | Davis-Bacon and Copeland Anti-Kickback Acts Requirements - _____ |
| ☐ | ☐ | ☐ | Contract Work Hours and Safety Standards Act Requirements - _____ |
| ☐ | ☐ | ☐ | No Government Obligation to Third Parties Requirements - _____ |

☐ ☐ ☐ Program Fraud and False or Fraudulent Statements and Related Acts Requirements - _____
☐ ☐ ☐ Termination Requirements - _____
☐ ☐ ☐ Government-wide Debarment and Suspension Requirements - _____
☐ ☐ ☐ Civil Rights Requirements - _____
☐ ☐ ☐ Breaches and Dispute Resolution Requirements - _____
☐ ☐ ☐ Disadvantaged Business Enterprises (DBE) Requirements - _____
☐ ☐ ☐ Disadvantaged Business Enterprises (DBE) Forms - _____
☐ ☐ ☐ Incorporation of Federal Transit Administration (FTA) Terms Requirements - _____
☐ ☐ ☐ Contractor agrees to permit general audits and inspections - _____

**GRANTEE'S CERTIFICATION:**

I hereby certify that the above information is just and correct.

Signed: ______________________________________________ Date: ________________

Name/ Title (print): ______________________________________________________________

# Pre-Award Certification Form

| | |
|---|---|
| **GRANTEE NAME:** | |
| **GRANT NO.:** | |
| **PROJECT NO. AND TITLE:** | |
| **CONTRACT NO.:** | **ORDER NO.:** |
| **CONSULTANT/CONTRACTOR NAME:** | |

**SUMMARY DESCRIPTION OF CONCURRENCE REQUEST:**

_____

*A Pre-Award concurrence request or information submittal includes the following documents (provide explanation if no document is available):*

- ☐ Cover Letter
- ☐ Pre-Award Certification Form - _____
- ☐ Certified copy of the advertisement for bid/proposal solicitation - _____
- ☐ Certified tabulation of all bids/proposals received - _____
- ☐ Bid(s)/proposal(s) selected for award - _____
- ☐ Price or Cost Analysis - _____
- ☐ Statement reflecting the reason(s) for awardee selection - _____
- ☐ Proposed contract and related documents - _____
- ☐ Plans, drawings and specifications including the statement of work/scope of services - _____
- ☐ Other related documents (specify) - _____

*Additional documents for an Other Than Responsive and Responsible Lowest Bid contract award:*

- ☐ Full statement of the reasons for not awarding to the apparent low bidder with supporting documentation - _____
- ☐ Statement demonstrating that all attempts have been made to comply with the intent and the guidelines for unrestricted open bidding - _____

*Additional documents for a Professional Service Contract or Blanket Agreement:*

- ☐ List of consultants considered prior to the final selection - _____
- ☐ Negotiation Summary: State the basis for the decision to select that offeror whose proposal is most advantageous - _____

*Additional documents for a Professional Blanket Agreement Task Order:*

- ☐ Tabulation of all proposals received - _____
- ☐ List of consultants considered prior to the final selection - _____
- ☐ Negotiation Summary: State the basis for the decision to select that offeror whose proposal is most advantageous - _____

*The documents for an Acquisition – Real Property pre-award concurrence request or information submittal includes the following:*

- ☐ Cover Letter
- ☐ Pre-Award Certification Form - _____
- ☐ Proposed contract and supporting documentation - _____
- ☐ Description of the property involved - _____
- ☐ Detailed record, documentation and summary of all negotiations.- _____
- ☐ Two appraisals by a certified or licensed appraiser and reviewer's analysis - _____
- ☐ Before instituting eminent domain proceedings: An opinion of the Grantee's attorney that all requirements of state and local law have been met - _____

*Additional documents for a Single Responsive/Responsible Bid or Proposal*

- ☐ Rationale for determining the competition adequate - _____
- ☐ Survey of potential sources - _____
- ☐ Statement that the price is fair and reasonable and the basis for that determination - _____

*Additional documents for a Sole Source or Non-Traditional Delivery Construction Advance Package*

- ☐ Independent cost estimate - _____
- ☐ Justification statement (that includes information specified in the Guidelines) - _____
- ☐ Proposal solicitation package - _____
- ☐ Proposed project schedule - _____
- ☐ Reason for selected contract type (firm fixed unit prices, not-to-exceed price, etc.) - _____
- ☐ Project master plan/project management plan - _____

*Additional documents for Force Account work:*

- ☐ Independent cost estimate (that includes items specified in the Guidelines) - _____
- ☐ Justification statement (that includes information specified in the Guidelines) - _____
- ☐ Evidence of the Grantee's ability to perform the work - _____
- ☐ Evidence that the Grantee carries insurance to perform the work - _____
- ☐ Proposed project schedule - _____
- ☐ Project master plan/project management plan - _____

*Additional documents for a Carrier or Cooperative Agreement:*

- ☐ Independent Cost Estimate - _____
- ☐ Justification statement (that includes information specified in the Guidelines) - _____
- ☐ Evidence of the ability of the carrier, operator or public body to perform the work - _____
- ☐ Assurance that the materials, equipment or improvements will remain available for public transportation use - _____
- ☐ Other agreements between the Grantee and the carrier, operator or public body that relate to the proposed contract (i.e. lease or subsidy contracts) - _____
- ☐ Proposed project schedule - _____
- ☐ Reason for selected contract type (firm fixed unit prices, not-to-exceed price, etc.) - _____
- ☐ Project master plan/project management plan - _____

**NOTE:** If the required clauses and provisions checklist was completed and approved by the RTA for the above-listed contract, do not complete the checklist below. Enter the date and web based project management system identification number for the RTA concurrence. - _____

*Proposed contract contains the required clauses and provisions (insert reference to contract section including page number; provide explanation if "No" or "N/A" is selected):*

| Yes | No | N/A | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Requirement to comply with all applicable provisions of federal, state and local law - _____ |
| ☐ | ☐ | ☐ | Notice that state requirements may change and the changed requirements will apply to Project - _____ |
| ☐ | ☐ | ☐ | Contractor requirement to sign certification regarding bribery - _____ |
| ☐ | ☐ | ☐ | Contractor requirement to sign certification regarding debarment, suspension and ineligibility- _____ |
| ☐ | ☐ | ☐ | Fly America Requirements - _____ |
| ☐ | ☐ | ☐ | Buy America Requirements - _____ |
| ☐ | ☐ | ☐ | Seismic Safety Requirements - _____ |
| ☐ | ☐ | ☐ | Energy Conservation Requirements - _____ |
| ☐ | ☐ | ☐ | Clean Water Requirements - _____ |
| ☐ | ☐ | ☐ | Bus Testing Requirements - _____ |
| ☐ | ☐ | ☐ | Pre-Award and Post Delivery Audit Requirements (acquisition of Rolling Stock/Turnkey only) - _____ |
| ☐ | ☐ | ☐ | Lobbying Requirements - _____ |
| ☐ | ☐ | ☐ | Access to Records and Reports Requirements - _____ |
| ☐ | ☐ | ☐ | Federal Changes Requirements - _____ |
| ☐ | ☐ | ☐ | Bonding Requirements - _____ |
| ☐ | ☐ | ☐ | Clean Air Requirements - _____ |
| ☐ | ☐ | ☐ | Recycled Products Requirements - _____ |
| ☐ | ☐ | ☐ | Davis-Bacon and Copeland Anti-Kickback Acts Requirements - _____ |
| ☐ | ☐ | ☐ | Contract Work Hours and Safety Standards Act Requirements - _____ |
| ☐ | ☐ | ☐ | No Government Obligation to Third Parties Requirements - _____ |
| ☐ | ☐ | ☐ | Program Fraud and False or Fraudulent Statements and Related Acts Requirements - _____ |
| ☐ | ☐ | ☐ | Termination Requirements - _____ |
| ☐ | ☐ | ☐ | Government-wide Debarment and Suspension Requirements - _____ |
| ☐ | ☐ | ☐ | Civil Rights Requirements - _____ |
| ☐ | ☐ | ☐ | Breaches and Dispute Resolution Requirements - _____ |
| ☐ | ☐ | ☐ | Disadvantaged Business Enterprises (DBE) Requirements - _____ |
| ☐ | ☐ | ☐ | Disadvantaged Business Enterprises (DBE) Forms - _____ |
| ☐ | ☐ | ☐ | Incorporation of Federal Transit Administration (FTA) Terms Requirements - _____ |
| ☐ | ☐ | ☐ | Contractor agrees to permit general audits and inspections - _____ |

**GRANTEE'S CERTIFICATION:**

I hereby certify that the above information is just and correct.

Signed: ______________________________ Date: ______________

Name/ Title (print): ______________________________

# Post-Award Certification Form

| |
|---|
| **GRANTEE NAME:** |
| **GRANT NO.:** |
| **PROJECT NO. AND TITLE:** |
| **CONTRACT NO.:** |
| **CONSULTANT/CONTRACTOR NAME:** |

**SUMMARY DESCRIPTION OF INFORMATION SUBMITTAL:**

_____

*A Post-Award information submittal includes the following documents (provide explanation if no document is available):*

- ☐ Cover Letter
- ☐ Post Award Certification Form - _____
- ☐ Executed contract - _____
- ☐ Post-award (pre-performance) correspondence from or to the contractor/consultant - _____
- ☐ Notice to proceed - _____
- ☐ Project schedule - _____
- ☐ Conformed drawings and specifications - _____
- ☐ Certificate of insurance (construction only) - _____
- ☐ Performance bond (construction only) - _____

*Additional document for a Force Account:*

- ☐ Certified payrolls as work progresses - _____

**GRANTEE'S CERTIFICATION:**

I hereby certify that the above information is just and correct.

Signed: ______________________________ Date: ______________

Name/ Title (print): ______________________________

# Contract Change Certification Form

| GRANTEE NAME: | |
|---|---|
| GRANT NO.: | |
| PROJECT NO. AND TITLE: | |
| CONTRACT NO.: | TASK ORDER NO.: |
| CONSULTANT/CONTRACTOR NAME: | |

**SUMMARY DESCRIPTION OF CONCURRENCE REQUEST:**

_____

*A contract change or modification concurrence request includes the following documents (provide explanation if no document is available):*

- ☐ Cover letter - _____
- ☐ Contract Change Certification Form - _____
- ☐ Independent cost estimate (with level of effort, if applicable) - _____
- ☐ Base contract web based project management system (Post Award) identification number - _____
- ☐ Proposed contract change or modification:
  - ☐ Change Order No. _____,
  - ☐ Amendment No. _____,
  - ☐ General Construction Allowance No. _____,
  - ☐ Non-Traditional Delivery Construction Follow-on Work Order No. _____, **OR**
  - ☐ Non-Traditional Delivery Construction Contingency - _____
- ☐ Background statement:
  - ☐ Explanation on how the change or modification affects the original contract(s) and project(s);
  - ☐ Describe what events or circumstances contributed to the needed contract change or modification; **AND**
  - ☐ List proposed projects funding the contract change or modification including the project number and proposed obligation (if contract funds more than one project) - _____
- ☐ Justification statement:
  - ☐ Explain the necessity for the procurement to be a contract change or modification instead of a new contract;
  - ☐ Describe the alternatives that the Grantee considered and why each alternative was rejected
  - ☐ Describe the actions the Grantee is taking to ensure that future, similar procurements will be competitive;
  - ☐ State that the price is fair and reasonable and provide a basis for that determination; **AND** -
  - ☐ Provide opinion for design errors or omissions, if applicable - _____
- ☐ Contractor or consultant cost proposal:
  - ☐ Includes all applicable costs: labor, equipment, materials, other direct costs, overhead, profit, etc.; **AND**
  - ☐ States the final total cost - _____
- ☐ Cost and price analysis - _____
- ☐ Cost summary:
  - ☐ State the cost of this contract change or modification;
  - ☐ List the cumulative cost of all prior contract changes or modifications; **AND**
  - ☐ Include an estimate of any further anticipated contract changes or modifications and associated costs - _____
- ☐ Other related documents (specify) - _____

**NOTE:** If the required clauses and provisions checklist was completed and approved by the RTA for the above-listed contract change or modification, do not complete the checklist below. Enter the date and web based project management system identification number for the RTA concurrence. - _____

*Proposed contract contains the required clauses and provisions (insert reference to contract section including page number; provide explanation if "No" or "N/A" is selected):*

| Yes | No | N/A | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Requirement to comply with all applicable provisions of federal, state and local law - _____ |
| ☐ | ☐ | ☐ | Notice that state requirements may change and the changed requirements will apply to Project - _____ |
| ☐ | ☐ | ☐ | Contractor requirement to sign certification regarding bribery - _____ |
| ☐ | ☐ | ☐ | Contractor requirement to sign certification regarding debarment, suspension and ineligibility- _____ |
| ☐ | ☐ | ☐ | Fly America Requirements - _____ |
| ☐ | ☐ | ☐ | Buy America Requirements - _____ |
| ☐ | ☐ | ☐ | Seismic Safety Requirements - _____ |
| ☐ | ☐ | ☐ | Energy Conservation Requirements - _____ |
| ☐ | ☐ | ☐ | Clean Water Requirements - _____ |
| ☐ | ☐ | ☐ | Bus Testing Requirements - _____ |
| ☐ | ☐ | ☐ | Pre-Award and Post Delivery Audit Requirements (acquisition of Rolling Stock/Turnkey only) - _____ |
| ☐ | ☐ | ☐ | Lobbying Requirements - _____ |
| ☐ | ☐ | ☐ | Access to Records and Reports Requirements - _____ |
| ☐ | ☐ | ☐ | Federal Changes Requirements - _____ |
| ☐ | ☐ | ☐ | Bonding Requirements - _____ |
| ☐ | ☐ | ☐ | Clean Air Requirements - _____ |
| ☐ | ☐ | ☐ | Recycled Products Requirements - _____ |
| ☐ | ☐ | ☐ | Davis-Bacon and Copeland Anti-Kickback Acts Requirements - _____ |
| ☐ | ☐ | ☐ | Contract Work Hours and Safety Standards Act Requirements - _____ |
| ☐ | ☐ | ☐ | No Government Obligation to Third Parties Requirements - _____ |
| ☐ | ☐ | ☐ | Program Fraud and False or Fraudulent Statements and Related Acts Requirements - _____ |
| ☐ | ☐ | ☐ | Termination Requirements - _____ |
| ☐ | ☐ | ☐ | Government-wide Debarment and Suspension Requirements - _____ |
| ☐ | ☐ | ☐ | Civil Rights Requirements - _____ |
| ☐ | ☐ | ☐ | Breaches and Dispute Resolution Requirements - _____ |
| ☐ | ☐ | ☐ | Disadvantaged Business Enterprises (DBE) Requirements - _____ |
| ☐ | ☐ | ☐ | Disadvantaged Business Enterprises (DBE) Forms - _____ |
| ☐ | ☐ | ☐ | Incorporation of Federal Transit Administration (FTA) Terms Requirements - _____ |
| ☐ | ☐ | ☐ | Contractor agrees to permit general audits and inspections - _____ |

**GRANTEE'S CERTIFICATION:**

I hereby certify that the above information is just and correct.

Signed: ______________________________ Date: ______________

Name/ Title (print): ______________________________________

## V. Administrative Procedure #1502: Check Requests

# ADMINISTRATIVE PROCEDURE # 1502
# Check Requests and P-Cards

| | |
|---|---|
| Initiating Department: | Finance |
| Effective Date: | 10/15/2012 |
| Supersedes: | AP 1502 (5/10/2012) |
| Number of Pages: | Page 1 of 7 |

## 1. PURPOSE AND SUMMARY

To communicate procedures to be followed when using Check Requests and Procurement Cards for the purchase of goods or services necessary to the performance of CTA business outside of CTA's formal procurement process. Payment options are limited to Check Requests and Procurement Cards.

If any provision of this AP conflicts with the terms of any collective bargaining agreement, the collective bargaining agreement shall prevail.

## 2. SUPPORTS THE FOLLOWING POLICY

It is the policy of the CTA to pay for authorized expenditures incurred while performing CTA business.

## 3. DEFINITIONS

3.1 **Chaining** - Chaining means splitting purchases into separate reimbursements in order to circumvent or avoid the requirements of the CTA's procurement regulations. Chaining is prohibited by CTA and may also violate other laws, including the Illinois Criminal Code.

3.2 **Check Request** - A method of making payments to vendors for material and service expenses that do not go through the CTA's formal procurement process and are not covered by a CTA contract or the CTA's procurement regulations. Check Requests are not to be used as a method for circumventing CTA's procurement regulations. There are two categories of Check Request:

A. Purchases that are less than $3,000 ("Micro Purchases"); and
B. Other expenses that are authorized by Executive Orders or other administrative directives but not covered by a CTA contract.

3.3 **Emergency** - A situation of unusual and compelling urgency whereby failure to react to the situation would adversely affect the safety of CTA personnel or the riding public, or the operation of the transportation system.

3.4 **Procurement Card (also called "P-Card")** – CTA charge card issued to select employees for material and service expenses that do not go through CTA's formal procurement process and are not covered by a CTA contract. P-Cards are not to be used as a method for circumventing CTA procurement regulations. P-Cards can only be used for the following categories of expenses under $3,000:

A. Expenses that are authorized by Executive Orders or other administrative directives but not covered by a CTA contract;
B. Expenses related to cases of emergency or public exigency that cannot otherwise be resolved by emergency or public exigency purchase as either outlined or specified in the *Procurement Policy and Procedures*, Section 4.2; and
C. To provide for employees performing special project functions and job duties during cases of emergency or public exigency and/or outside traditional work hours on a limited basis.

3.5 **Public Exigency** - Any event or occasional combination of circumstances, calling for immediate action or remedy; a sudden and unexpected happening or a reasonably unforeseen occurrence or condition.

| ADMINISTRATIVE PROCEDURE # 1502<br>**Check Requests and P-Cards** | |
|---|---|
| Initiating Department: | Finance |
| Effective Date: | 10/15/2012 |
| Supersedes: | AP 1502 (5/10/2012) |
| Number of Pages: | Page 2 of 7 |

## 4. ELIGIBILITY AND PROVISIONS

**4.1 Check Request Expenses – Allowable**

Check Requests are limited to allowable expenses with a documented CTA business purpose. Allowable expenses include, but are not limited, to the following:

A. Materials and Supplies: Materials and supply purchases where items are not available from inventory or any current purchase order. The applicable box on the *Check Request* (Form 414) must be checked.

B. Postage/shipping/mailing: Postal or delivery services not available at CTA or which require immediate action.

C. Copies and faxes: Copies or other office services not available at CTA or which require immediate action.

D. Local (within 50 miles of CTA service area) business meals involving non-CTA personnel: Business purpose of meal and names of employees and others in attendance required. Check request amount limited to $20.00 per person excluding tax and tip; gratuities limited to twenty percent (20%). Check Request requires approval of the President's Office.

E. Employee Appreciation:
   1. Twice per calendar year, refreshments for Department-sponsored employee appreciation events limited to $10.00 per person. Gift cards and other merchandise are prohibited.
   2. To provide for employees performing special project functions and job duties outside traditional work hours on a limited basis.

F. Eligible travel expenses: See Administrative Procedure #1505: *Travel, Seminar and Training Authorization and Reimbursement*.

G. Dues and Memberships for professional associations related to employee job duties.

**4.2 Check Request Expenses – Prohibited**

Unallowable material or services include, but are not limited to, the following:

A. Contracted for Materials and Supplies: Materials and shop supply purchases that are available in CTA inventory or through any current purchase order

B. Expenses which, considered together, would constitute Chaining

C. Local (within 50 miles of CTA service area) business meals involving only CTA personnel except as noted above (within allowable expenses) and with President's Office approval

D. Refreshments/supplies for non-business related special events (holiday, picnics, other) including items (flowers, cards, gift cards, fruit baskets, decorations, other) for personal events

E. Alcoholic beverages, Tobacco Products, Controlled Substances

F. Personal Items

G. Sponsorships and Donations

H. Entertainment and Recreational Activities

I. Office Furniture and Office Decor

J. Appliances (e.g. microwaves, refrigerators, coffee makers)

K. Refreshments/supplies for regular (daily or weekly) consumption by department personnel including kitchen textiles (e.g. napkins, cups, utensils)

L. Sporting Goods

M. Electronic Equipment (the purchase of items such as computers, printers and cell phones), unless individually approved in writing by the Vice President, Technology Management (may be demonstrated via e-mail attached to completed Form 414)

N. Software and Related Licensing Agreements, unless individually approved in writing by the Vice President, Technology Management (may be demonstrated via e-mail attached to completed Form 414)

O. Home expenses related to use of telephone or internet

P. Traffic citations or parking fines and penalties

| ADMINISTRATIVE PROCEDURE # 1502 Check Requests and P-Cards | |
|---|---|
| Initiating Department: | Finance |
| Effective Date: | 10/15/2012 |
| Supersedes: | AP 1502 (5/10/2012) |
| Number of Pages: | Page 3 of 7 |

Q. Car Washes
R. Cash Advances
S. Capital Equipment / Construction

**4.3 Check Request - Terms of Use**

Check Requests must be for valid CTA business purposes and supported by original receipts.

A. Purchase must be for a non-stock or an emergency item. Reimbursements will not be made for materials carried in CTA inventory (stock items) except in cases of public exigency or emergency.
B. Procurement must be for a one-time purchase. Chaining is expressly prohibited. Requests for purchases considered chained will not be approved.
C. Purchase price must be considered fair and reasonable, and a justification memorandum supporting a fair and reasonable price and providing a brief explanation as to how the determination was made must be provided as an attachment to the complete Form 414. The employee must exercise the same care as a prudent person would if purchasing items for personal use.
D. Procurement must be necessary for the conduct of CTA business.
E. Shipping charges should be included as part of the order costs quoted by the vendor.
F. Use of Check Requests is subject to periodic audit.

**4.4 Check Request – Approvals:**

*Check Request* (Form 414) must be completed in its entirety and supported by invoice (for goods and services) or registration, application, or order form when appropriate. A justification memorandum supporting the fair and reasonable purchase price and providing a brief explanation as to how the determination was made must be provided as an attachment.

A. All Check Requests must be approved by the department Vice-President.
B. For purchases greater than $500, approval by the Budget Department is also required.
C. For purchases funded under CTA's Capital Program, Capital Investment approval is required.
D. Employee Tuition Aid Reimbursement shall be approved in accordance with the provisions of the "Tuition Aid Reimbursement Plan."
E. Grievance and Labor Settlements shall be approved by the Labor Relations Department.
F. Fare box refunds shall be approved by the appropriate GM or VP of Transit Operations.
G. Costs associated with real estate acquisitions shall be approved by the GM or VP of Real Estate Department and as authorized by an approved CTA Board Ordinance.
H. Per diem legal services shall be approved by the General Counsel or his/her designee.
I. For purchases that fall in one of the categories of prohibited purchases outlined in § 4.2, President's Office approval is required.

**4.5 Procurement Card – Terms of Use:** Use of the P-Card must be for valid CTA business purposes and supported by original receipts.

A. Only the following employees shall be permitted to hold P-Cards:
   1. Chief of Staff;
   2. Chief Transit Operations Officer;
   3. Chief Safety and Security Officer;
   4. Chief Infrastructure Officer; and
   5. Vice President, Budget and Capital Finance.
B. Any issuance of P-Cards beyond the aforementioned designated employees may only be made with approval from the President or designee.
C. Purchase must be for a non-stock or an emergency item. P-Cards are not to be used for materials carried in CTA storerooms (stock items) except in circumstances described in § 3.4.
D. Procurement must be for a one-time purchase. Chaining is expressly prohibited.
E. Purchase price must be considered fair and reasonable, and documentation supporting a fair and reasonable price and how the determination was made must be provided. The employee must exercise the same care as a prudent person would if purchasing items for personal use.

| ADMINISTRATIVE PROCEDURE # 1502<br>**Check Requests and P-Cards** | |
|---|---|
| Initiating Department: | Finance |
| Effective Date: | 10/15/2012 |
| Supersedes: | AP 1502 (5/10/2012) |
| Number of Pages: | Page 4 of 7 |

F. Procurement must be necessary for the conduct of CTA business.

G. Shipping charges should be included as part of the order cost quoted by the vendor.

H. Only the employee to whom the P-Card is issued is authorized to use it. Delegating the use of the P-Card to another employee, even an employee with his/her own P-Card, is strictly prohibited.

I. Each P-Card holder shall be assigned a monthly credit limit. Intentional circumvention of this limit is strictly prohibited.

J. Qualifying P-Card purchases may be requested to be made by the Vice President, Budget and Capital Finance. These requests must be made in writing by a Department Vice President (or above) or designee. The Vice President, Budget and Capital Finance, will be responsible for verifying that the requested purchase falls within the scope of § 3.4.

K. Transactions made on the P-Card will be subject to review and approval by the Budget and Comptroller's Office after the purchases have been made.

L. P-Card holders are responsible to monitor transactions on a minimum monthly basis if no transactions are made or as needed to ensure charges match valid, documented purchases. Within forty-eight (48) hours of any transaction, the cardholder must expense and approve all transactions and assign the proper CTA accounting code.

M. Disputed transactions should be reported promptly and as further detailed in the *Procurement Card Program Cardholder Policies Manual* and the *Purchasing Card Program, User Guide for Cardholders and Managers*.

N. Lost or stolen cards should be reported promptly and as detailed in the *Procurement Card Program Cardholder Policies Manual*.

O. Use of the P-Card is subject to periodic audit.

P. P-Card transactions will be tracked by the Comptroller's Office. The Comptroller's Office will submit a monthly report of the P-Card transactions to the Electronic External Communications Department for posting to the CTA's website.

**4.6 Sales Tax**

A. CTA is exempt from the Illinois Retailers' Occupation Tax, the State and Local Service Occupation Tax, the Use Tax and the Service Use Tax.

B. It is the employee's responsibility to present vendors with a copy of the CTA's tax exemption letter from the Illinois Department of Revenue to indicate that CTA is a tax exempt organization.

C. A copy of the exemption letter can be obtained from the Accounts Payable Department.

**4.7 Travel**

Additional guidelines related to CTA travel are outlined in the Administrative Procedure #1505: *Travel, Seminar and Training Authorization and Reimbursement.*

## 5.A. PROCEDURES – CHECK REQUESTS

| | | |
|---|---|---|
| 1. | Employee | With management authorization, employee contacts the vendor and places an order for an allowable expense. Employee notifies vendor that CTA is a tax-exempt organization and provides appropriate proof of tax-exempt status.<br><br>Upon receipt of an invoice (for goods and services) or registration, application or order form (when appropriate) from the vendor, employee completes a *Check Request* (Form 414). |

| ADMINISTRATIVE PROCEDURE # 1502<br>**Check Requests and P-Cards** | |
|---|---|
| Initiating Department: | Finance |
| Effective Date: | 10/15/2012 |
| Supersedes: | AP 1502 (5/10/2012) |
| Number of Pages: | Page 5 of 7 |

| | | |
|---|---|---|
| | | Attaches the invoice or other supporting documentation to the Check Request and receives appropriate approvals. |
| 2. | Department Head | Ensures that all information is accurate, all expenses are allowable and that supporting documentation is included.<br><br>Budget Department approval required if check amount is in excess of $500.<br><br>For purchases funded under CTA's Capital Program, Capital Investment approval is required.<br><br>If check request is for an allowable business meal, President's Office approval is required. |
| 3. | Budget Department | When applicable, reviews and approves. |
| 4. | Capital Investment | When applicable, reviews and approves. |
| 5. | President's Office | When applicable, reviews and approves. |
| 6. | Accounts Payable | Reviews and processes Check Request.<br>Issues payment. |

## 5.B. PROCEDURES – PROCUREMENT CARDHOLDERS

| | | |
|---|---|---|
| 1. | Authorized Employee | Requests *Procurement Card Employee Application Form* from Comptroller's Office. Returns completed form to Comptroller's Office. |
| 2. | Comptroller's Office | Based on authorization from Section 4.5(A) or approval from the President or designee, establishes cardholder account. |
| 3. | Authorized Employee | As scheduled by the Comptroller's Office, employee attends mandatory P-Card training session prior to P-Card activation. Employee must also review and sign an *Acknowledgement & Agreement* form, a *Procurement Card Program Code of Conduct* form, and the *Procurement Card Program Cardholder Policies Manual*. |
| 4. | Employee | Once a P-Card is activated, an employee must expense and approve all transactions within forty-eight (48) hours of purchase. All expenditures must be documented as further detailed in the *Procurement Card Program Cardholder Policies Manual*. |

| ADMINISTRATIVE PROCEDURE # 1502<br>**Check Requests and P-Cards** | |
|---|---|
| Initiating Department: | Finance |
| Effective Date: | 10/15/2012 |
| Supersedes: | AP 1502 (5/10/2012) |
| Number of Pages: | Page 6 of 7 |

| | | |
|---|---|---|
| 5. | Budget Department | When applicable, reviews and approves as further detailed in the *Procurement Card Program Cardholder Policies Manual.* |
| 6. | Comptroller's Office | When applicable, reviews and approves as further detailed in the *Procurement Card Program Cardholder Policies Manual.* Issues payment. Tracks the P-Card transactions and prepares a monthly report of the transactions made by each P-Cardholder; submits the monthly report to the Electronic External Communications Department. |
| 7. | Electronic External Communications Department | Posts monthly report tracking P-Card transactions by Comptroller's Office to CTA website. |

## 5.C. PROCEDURES – NON-PROCUREMENT CARDHOLDERS

| | | |
|---|---|---|
| 1. | Requesting Department | Vice President (or above) or designee submits request in writing to Vice President, Budget and Capital Finance regarding the qualifying purchase and explains support for its justification under § 3.4.<br><br>The written request must include:<br>(1) Vendor name and contact information;<br>(2) Description of goods/services to be purchased;<br>(3) Amount of goods/services to be purchased;<br>(4) Price of goods/services to be purchased (including shipping/handling, tax, etc.);<br>(5) Statement that goods/services requested are not currently in stock and cannot be purchased through a current CTA contract;<br>(6) Justification for purchase price being fair and reasonable;<br>(7) Justification for purchase under categories in § 3.4. |
| 2. | Vice President, Budget and Capital Finance | Reviews request and verifies accuracy of the following:<br>(1) Scope of goods/services falls under the categories provided in § 3.4;<br>(2) Total price of purchase is under $3,000;<br>(3) Statement that goods/services requested are not currently in stock and cannot be purchased through a current CTA contract; |

| ADMINISTRATIVE PROCEDURE # 1502<br>**Check Requests and P-Cards** | |
|---|---|
| Initiating Department: | Finance |
| Effective Date: | 10/15/2012 |
| Supersedes: | AP 1502 (5/10/2012) |
| Number of Pages: | Page 7 of 7 |

| | | |
|---|---|---|
| | | (4) Justification for purchase price being fair and reasonable.<br><br>If request satisfies the criteria, approves the request and facilitates purchase of goods/services.<br><br>If criteria are not satisfied, contacts the User Department for clarification. If, regardless of discussions with the Requesting Department, some or all of the criteria remain unsatisfied, rejects the request. If, through discussions with the Requesting Department, all criteria are ultimately satisfied, approves the request and facilitates purchase of goods/services.<br><br>Expenses and approves all transactions within forty-eight (48) hours of purchase. All expenditures must be documented as further detailed in the *Procurement Card Program Cardholder Policies Manual*. |
| 3. | Budget Department | When applicable, reviews and approves as further detailed in the *Procurement Card Program Cardholder Policies Manual*. |
| 4. | Comptroller's Office | When applicable, reviews and approves as further detailed in the *Procurement Card Program Cardholder Policies Manual*. Issues payment. Tracks the P-Card transactions and prepares a monthly report of the transactions made by each P-Cardholder; submits the monthly report to the Electronic External Communications Department. |
| 5. | Electronic External Communications Department | Posts monthly report tracking P-Card transactions by Comptroller's Office to CTA website. |

Approved by: Doug Kucia

Title: Chief of Staff

Date Approved: 10-3-12

## VI. Contracts Report Template

**Contracts Report**

| VENDOR_NAME | CONTRACT_NUM | DESCRIPTION | USING_DEPT | DBE_GOAL_AND_ PARTICIPATION | AMOUNT | START_DATE | END_DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## VII. Procedures

Emergency Contracts (Over $10,000)
Purchasing Non-Stock, Operating-Funded Supplies and Services, Including Urgent Purchases up to $10,000
RFPs for Professional Services
LIQs for Architectural or Engineering Services

## Procedures for Emergency Contracts (Over $40,000.00)

An emergency is a situation of unusual and compelling urgency whereby failure to react to the situation would adversely affect the safety of CTA personnel or the riding public, or the operation of the transportation system.

Public exigency is any event or occasional combination of circumstances, calling for immediate action or remedy; or a sudden and unexpected happening or a reasonably unforeseen occurrence or condition.

**PROCEDURES**

| Responsibility | Action |
|---|---|
| General Manager, Using Department | 1. Informs their Vice President of the operating emergency or Using Department public exigency. |
| | 2. Prepares a request with an explanation of the operating emergency, or public exigency, as well as estimated cost and a list of potential vendors. Enters Purchase Requisition into Oracle and forwards the request, referencing the new Requisition number, to his/her Vice President. |
| Vice President, Using Department | 3. Approves the request and the Oracle purchase requisition and forwards the request to the Vice President, Purchasing & Supply Chain or designee. |
| Vice President, Purchasing & Supply Chain, Or Designee | 4. Receives, reviews and approves the request and forwards the request to the Chairman of the Chicago Transit Board for authorization of the emergency or public exigency. |
| Chairman, Chicago Transit Board | 5. Receives and reviews the request. |
| | 6. Following the review, returns the request to the Vice President, Purchasing & Supply Chain or designee either approved or disapproved. |
| Vice President, Purchasing & Supply Chain, Or Designee | 7. Receives request, and if approved forwards to the General Manager, Purchasing or designee for processing. If the request is not approved, notifies the Vice President of the Using Department of the Chairman's decision. |
| General Manager, Purchasing or Designee | 8. Contacts potential vendors for availability of product or service. Requests verbal quote to be confirmed in writing. (Fax or Email is acceptable.) |
| | 9. Prepares a memorandum justifying the Emergency Request and recommending award of a contract for the Chicago Transit Board's information. |

## Procedures for Emergency Contracts (Over $40,000.00)

| Responsibility | Action |
| --- | --- |
| | 10. Forwards contract award justification and purchase order or contract needed for emergency or exigency, to Vice President, Purchasing & Supply Chain, or designee for approval. |
| Vice President, Purchasing & Supply Chain, Or Designee | 11. Approves and forwards Emergency Request contract award justification and purchase order or contract to General Counsel for approval. |
| General Counsel | 12. Approves and forwards Emergency Request contract award justification and purchase order or contract to the President, or designee, for approval. |
| President or Designee | 13. Approves and forwards Emergency Request contract award justification and purchase order or contract to the Chairman, or designee, for approval. |
| Chairman or Designee | 14. Approves and returns approved purchase order or contract to Vice President, Purchasing & Supply Chain, for further processing. |
| Vice President, Purchasing & Supply Chain, Or Designee | 15. Sends signed purchase order or contract to vendor. Enters data into the Oracle system. |
| | 16. Submits report to the Chicago Transit Board, summarizing action taken; places copy in the Purchasing Department file. |

## Procedures for Purchasing Non-Stock, Operating-Funded Supplies and Services, Including Urgent Purchases up to $40,000.00

| Responsibility | Action |
|---|---|
| **Regular Requests** | |
| Using Department | 1. Enters requisition into the Oracle System using Oracle System procedures for Adding a Requisition for Purchase and submits for approval routing. |
| Manager, Purchasing | 2. Once approved reviews the online request for required information, such as complete description, specification, drawings, budget's approval, insurance requirements and sole source letters, if applicable, and assigns it to a Buyer to be processed (bid close date should be within 14days) and entered as a Purchase Order. |
| Using Department | 3. Enters a receipt in Oracle when the Material / Services have been received and inspected. |
| **Short Close Requests** | |
| Using Department | 1. Enters a requisition into the Oracle System, using Oracle System procedures for adding a requisition.<br>a. **NOTE:** Upon entering the request into Oracle, the user must check the urgent check box.<br>b. Sends a written justification which includes the requisition number to the Purchasing Manager via e-mail. |
| Manager, Purchasing | 2. Reviews the request to determine if it meets the guideline for a Short Close justification. |
| | 3. If a Short Close is justified, the bid close date is shortened by 7-10 days from 14 days. |
| | 4. If a Short Close is not justified, follow the procedure for regular requests. |
| **Fast Buy Requests** | |
| Using Department | 1. Enters a requisition into the Oracle System, using Oracle System Procedures for Adding a Requisition.<br>a. **NOTE:** Upon entering the request into Oracle, the user must check the urgent check box.<br>b. Sends a written justification which includes the requisition number to the Purchasing Manager via e-mail. |
| Manager, Purchasing | 2. Reviews the request to determine if it meets the guideline for a Fast Buy justification. |
| | 3. If a Fast Buy is justified, purchase material/service in less than one (1) week. |
| | 4. If a Fast Buy is not justified, follows the procedure for regular requests. |

## Procedures for LIQs for Architectural or Engineering Services

The procurement of architectural and engineering services is a qualifications-based selection process. Price is not to be used as a factor in the determination of a firm's qualifications. A Letter of Interest and Qualification (LIQ) process solicits responses from architectural and/or engineering firms, to provide professional services for a specific project. Advertisements are placed by the CTA in a local secular English language daily newspaper of general circulation, the CTA website and other publications deemed appropriate. Announcements of the CTA's LIQ are mailed on the date of publication to firms that have previously expressed an interest in performing project related work. Information detailing LIQ response procedures is included in the solicitation package.

The LIQ process may require proposers to provide the following types of submittal information. Items may be added or deleted, as required by individual projects.

- Staff availability during the life of the project
- Ability to meet schedule
- Promptness of start-up
- Experience and Qualifications of key personnel
- Experience and Qualifications of the firm
- Transit design experience
- Commitment to the project relative to other projects
- Approach to project including schedule
- References on projects of similar type of work
- Commitment to Disadvantaged Business Enterprise (DBE) participation
- Financial statement

The LIQ solicitation includes information on the evaluation and selection processes. The process usually provides for an initial evaluation of the written proposal to the LIQ. After initial evaluation, the CTA will short list firms. These firms will participate in an interview or oral presentations prior to CTA making a determination of the best qualified proposer. The CTA shall seek to negotiate a contract with the best qualified proposer to provide the required scope of services within the internal level of effort estimate. If negotiations are successful then Board approval will be requested for contract award. If negotiations are unsuccessful, then the Authority will negotiate with the second highest qualified proposer after termination of negotiations with the highest qualified proposer. This process will continue with the short listed firms until an agreement is successfully negotiated. If all negotiations are unsuccessful, CTA reserves the right to resolicit the procurement.

The Evaluation Committee will consist of the following:

— Voting member(s) from the originating department and other departments as appointed by the President upon the recommendation of the Vice President, Purchasing & Supply Chain.

— One non-voting committee member shall be assigned by the General Manager, DBE Program and Contract Compliance Department to monitor compliance with policies regarding DBE program.

— Non-voting Project Manager

— One or more non-voting members from the Purchasing Department, including the Chair of the Evaluation Committee, to monitor compliance with purchasing procedures, pre-established evaluation criteria and funding agency concerns.

## Procedures for LIQs for Architectural or Engineering Services

**PROCEDURES**

| Responsibility | Action |
|---|---|
| Originating Department | 1. Prepares Purchase Requisition in Oracle (ERP) with an attached memorandum stating the purpose and justification for the proposed project and the type of service being sought. The Requisition attachment(s) must also include the following requirements: brief statement of the scope; schedule; budget of the proposed project; recommended firms. The requisition approval process follows the steps established through ERP. |
| | 2. Prepares evaluation criteria including the scoring system to be used in the evaluation process. Prepares evaluation criteria to be used by the Evaluation Committee. |
| Capital Investment Department | 3. Reviews Purchase Requisition package; identifies funding sources (e.g., FTA, IDOT, RTA, City of Chicago, or other funding sources); and identifies organization, activity and account numbers. Approves and forwards ERP Requisition package and memorandum to Grant Accounting. |
| Grant Accounting Department | 4. Reviews Requisition package; confirms organization, activity and account numbers; and forwards Requisition package through ERP process. |
| Purchasing & Supply Chain, Programs | 5. Ensures insurance and other requirements are met for each requisition prior to routing the Requisition package to GM, Purchasing. |
| General Manager, Purchasing | 6. Arranges for LIQ solicitation to be prepared and issued to be submitted to the Bid Office by the date and time established in the solicitation. |
| Purchasing & Supply Chain, Programs | 7. Coordinates the placement of advertisements announcing the LIQ solicitation (Exhibit 1) in a local secular English language daily newspaper of general circulation, the CTA website and other publications deemed appropriate. |
| | 8. Selects a representative from the Purchasing Department who will serve as a non-voting member and Chair of the Evaluation/Selection Committee. The Chair is responsible for advising committee members of their appointments and scheduling and conducting all committee meetings. |

## Procedures for LIQs for Architectural or Engineering Services

| | |
|---|---|
| Vice President<br>Purchasing & Supply Chain | 9. Selects a sufficient number of individuals with appropriate qualifications from throughout the Authority to serve on the Evaluation and Selection Committee. |
| President | 10. Approves members of the Evaluation and Selection Committee. |
| Bid Office | 11. Receives and logs LIQ responses; transmits sealed proposals to Purchasing. |
| Purchasing Department | 12. Opens and records LIQ responses received; schedules a meeting of the Evaluation/Selection Committee to review and evaluate the LIQ responses. |
| Evaluation Committee | 13. Attends committee meeting, at which time the Chair distributes LIQ responses, evaluation guidelines and evaluation score sheets. Project Manager or designee presents the project scope and schedule; clarifies and elaborates on the evaluation criteria. Chair forwards to the DBE representative all DBE goal compliance documents that have been submitted with the LIQs. Chair establishes the date for submitting evaluation score sheets. |
| DBE Program/ Contract Compliance | 14. Evaluates DBE goal submittals. Prepares a compliance memorandum and forwards it to the Chair, Evaluation Committee prior to the date established for submitting the evaluation score sheets. This memorandum is advisory regarding the apparent commitment indicated by prospective consultants. |
| Purchasing Department | 15. Receives evaluations from the Evaluation committee members. Reviews DBE compliance memorandum and applies weighting factor to evaluation scoring. (Evaluation and Selection Committee members are not provided with criteria weight.) Prepares memo to the Vice President of Purchasing & Warehousing, which summarizes the Evaluation Committee scoring. |
| Vice President,<br>Purchasing & Supply Chain | 16. Establishes competitive range. If required and different from the Evaluation Committee, nominates a Selection Committee for approval by the President to evaluate consultants in the competitive range. A representative from Purchasing shall chair the Selection Committee as non-voting member. |

## Procedures for LIQs for Architectural or Engineering Services

| | |
|---|---|
| Selection Committee | 17. Participates in interviews and/or oral presentations with each of the consultants in the competitive range. Evaluates and ranks the firms according to the evaluation criteria established prior to the interviews or oral presentations. |
| Procurement Administrator, Purchasing | 18. Prepares a final list of consultants ranked according to the results of the Selection Committee evaluations. Forwards results to the General Manager of Purchasing. |
| General Manager, Purchasing | 19. Reviews results and forwards to Vice President, Purchasing & Supply Chain. |
| Vice President, Purchasing & Supply Chain | 20. Reviews and approves recommended consultant based on results from the Selection committee. If required and different from the Evaluation or Selection Committee, nominates a Negotiating Committee to negotiate with the selected consultants in the ranked order. A representative from Purchasing shall chair the Negotiating Committee. |
| Negotiating Committee | 21. Establishes a negotiation strategy. |
| | 22. Conducts negotiations with the highest ranked consultant to reach agreement on scope of services, schedule, labor hours, costs, and compliance with DBE goal commitments. |
| General Manager, Purchasing | 23. Reviews, approves and forwards recommendation to the Vice President, Purchasing & Supply Chain. |
| Vice President, Purchasing & Supply Chain | 24. Reviews, approves and provides consent to proceed with Contract Award Recommendation to the General Manager, Purchasing. |
| General Manager, Purchasing & Supply Chain, Programs | 25. Coordinates for routing a Contract Award Recommendation Summary and other supporting documents and arranges for appropriate signatures; places recommendation for contract award on the CTA Board's agenda for approval. |
| | 26. Obtains approval to award contract according to the CTA's Procurement Policy & Procedures |
| Purchasing Department | 27. Submits contract to funding agency for concurrence, if required by capital funding regulations. |
| | 28. After CTA approval and/or funding agency concurrence, arranges for contract to be executed by the CTA. |

## Procedures for RFPs for Professional Services

A RFP may require the following information from potential consultants. Items may be added or deleted, as required by individual projects.

— Approach to project task accomplishment, including proposed work schedule
— Technical skills
— Quality of work program
— Experience, evaluations, and implementation
— Staff availability during the life of the project
— Ability to meet schedule
— Prompt start up
— Name(s) of committed top talent, key personnel
— Key personnel credentials
— Experience and tenure
— Commitment to this project relative to other projects
— Report preparation capabilities
— Client relationship record
— Performance history associated with distinctive and efficient problem-solving methods
— DBE participation
— Cost

Evaluation of a professional service contract is based on qualifications, proposed scope of work, and cost. However, unlike contracts for supplies or construction, the CTA is not obligated to take the lowest bid received when evaluating professional service proposals. The CTA reserves the right to negotiate a contract with one or more of the firms responding to the RFP based solely upon its assessment of the qualifications and ability of the firm, and the content of the proposal relative to the project task.

Selection is based on the competence and qualifications necessary for the type of service required. An evaluation is normally based on the written response and may be augmented by an oral presentation by the finalist(s) if so required by the CTA. The firm selected may be required to participate in negotiations, and re-submit price, or other revisions that may be required as a result of the negotiations.
Price is not the sole basis in determining award of contract. The CTA reserves the right to negotiate price proposals with prospective consultants.

Overall responsiveness and indication of the ability to start on the project and to complete the project in the time available, in addition to the experience in the type of work requested, are also considered before an award of the contract.

The Evaluation Committee will consist of the following:
— Voting member(s) from the originating department.
— Voting committee members, as deemed appropriate, from a pool of qualified staff appointed by the President upon the recommendation of the Vice President, Purchasing & Supply Chain.
— One non-voting committee member shall be assigned by the General Manager, DBE Program and Contract Compliance Department to monitor compliance with policies regarding DBE program.
— One or more non-voting members from the Purchasing Department, including the Chair of the Evaluation Committee, to monitor compliance with purchasing procedures, pre-established evaluation criteria and funding agency concerns.

## Procedures for RFPs for Professional Services

**PROCEDURES**

| Responsibility | Action |
|---|---|
| Originating Department | 1. Prepares Purchase Requisition in Oracle, with an attached memorandum stating the purpose and justification for the proposed project and the type of service being sought. The Oracle Requisition or attachment(s) must also include the following requirements: brief statement of the scope; schedule; budget of the proposed project; names of the firms recommended for solicitation, where available; a statement indicating whether operating or capital funds are to be used; and the organization, activity and account numbers. |
| Budget or Capital Investment Department | 2. Reviews Purchase Requisition and memorandum; identifies funding (Operating, FTA, IDOT, RTA, City); and confirms organization, activity and account numbers. Approves and if necessary forwards Requisition and memorandum to Grant Accounting. |
| Grant Accounting Department | 3. Reviews Requisition and memorandum; confirms organization, activity and account numbers; and forwards Requisition and Memorandum to Purchasing. |
| Originating Department Project Manager | 4. Submits to the Purchasing Department recommended evaluation guidelines and criteria weights. |
| General Manager, Purchasing | 5. Arranges for RFPs to be prepared and issued; requests the number of copies of the responses, as deemed appropriate, to be submitted to the Bid Office before closure of the advertisement date. |
| Manager, Purchasing & Supply Chain/Programs | 6. Arranges for an advertisement to be placed in a local secular English language daily newspaper of general circulation, the CTA website and other publications deemed appropriate, announcing request for proposals. |
| General Manager, Purchasing | 7. Selects a representative from Purchasing who will serve as a non-voting member and Chair of the Evaluation Committee. The Chair is responsible for advising committee members of their appointments and scheduling and conducting all committee meetings. |

## Procedures for RFPs for Professional Services

| | |
|---|---|
| Vice President<br>Purchasing & Supply Chain | 8. Selects at random a sufficient number of individuals with appropriate qualifications from throughout the Authority to serve on the Evaluation and Selection Committee. |
| President | 9. Approves members of the Evaluation and Selection Committee. |
| Bid Office | 10. Receives and logs RFPs; transmits sealed proposals to Purchasing. |
| Purchasing Department | 11. Opens and records RFP responses received; schedules a meeting of the Evaluation and Selection Committee to review and evaluate the RFP responses. |
| Evaluation Committee | 12. Attends committee meeting, at which time the Chair distributes RFP, evaluation guidelines and evaluation score sheets. Project Manager or designee presents the project scope, schedule, and estimated cost; clarifies and elaborates on the evaluation criteria. Chair forwards to the DBE representative all DBE goal compliance documents that have been submitted with the RFPs. Chair establishes the date for submitting evaluation score sheets. |
| Purchasing Department | 13. Receives evaluations from committee members and applies weighting factor to scoring. (Evaluation and Selection Committee members are not provided with criteria weight.) Identifies firms' scores and prepares memo to the Vice President of Purchasing & Supply Chain summarizing the scoring. |
| Vice President,<br>Purchasing & Supply Chain | 14. Establishes competitive range. If required and different from Evaluation and Selection Committee, nominates a Selection Committee to evaluate consultants in the competitive range. A representative from Purchasing shall chair the Selection Committee as a non-voting member. |
| Selection Committee | 15. Participates in interviews or oral presentations with each of the consultants in the competitive range. Evaluates and ranks the firms according to the evaluation criteria established prior to the interviews or oral presentations. |

## Procedures for RFPs for Professional Services

| | |
|---|---|
| Procurement Administrator, Purchasing | 16. Prepares a final list of consultants ranked according to the results of the Selection Committee evaluations. Forwards results to the General Manager of Purchasing. |
| General Manager, Purchasing | 17. Reviews the results and forwards to Vice President, Purchasing & Supply Chain. |
| Vice President, Purchasing & Supply Chain | 18. Reviews and approve recommended consultant based on results from the Selection committee. If required and different from the Evaluation or Selection Committee, nominates a Negotiating Committee to negotiate with the selected consultant in the ranked order. A representative from Purchasing shall chair the Negotiating Committee. |
| Negotiating Committee | 19. Establishes a negotiation strategy. |
| | 20. Conduct negotiations with the highest ranked consultant to reach agreement on scope of services, schedule, labor hours, costs, and compliance with DBE goal commitments. |
| General Manager, Purchasing | 21. Reviews, approves and forwards recommendation to the Vice President, Purchasing & Supply Chain. |
| Vice President, Purchasing & Supply Chain | 22. Reviews, approves and provides consent to proceed with Contract Award Recommendation to the General Manager, Purchasing. |
| General Manager, Purchasing | 23. Prepares a Contract Award Recommendation Summary and arranges for appropriate signatures; places recommendation for contract award on the CTA Board’s agenda for approval. |
| | 24. Obtains approval to award contract according to the CTA’s Procurement Policy and Procedures. |
| Purchasing Department | 25. Submits contract to funding agency for concurrence, if required by capital funding regulations. |
| | 26. After CTA approval and/or funding agency concurrence, arranges for contract to be executed by the CTA. |

# EXHIBIT 4 (RPM)

RPM Contracts with DBE Goals

## Exhibit 4 (RPM): Contracts with DBE Goals

| Contract Number | Type | DBE Goal |
|---|---|---|
| C10FR100975525 | RFP | 5% |
| B09OP03968 | RFP | 30% of contract from the Implementation through Transition periods;<br>20% of contract for the Full Operations period. |
| C06FR100413417<br>Task Order 8 | Task Order | 30% |
| C12FR101294730P5 | RFP | 30% |
| C13FI101442777 | LIQ | 35% |
| C12FR101272861A<br>TASK ORDER 3A | Task Order | 30% Commitment for Overall Contract |
| C13FI101442777<br>TASK ORDER 1 | Task Order | 35% |
| B14FT00807A | IFB | 2% |
| C06FR100413417 TASK ORDER 10 | Task Order | 30% |
| C14FI101542505 | LIQ | 25% |
| C12FR101272861B<br>TASK ORDER 1B | Task Order | 30% Commitment for Overall Contract |
| B14FR00894 | IFB | 2% |
| C12FI101336577D<br>TASK ORDER 8D | Task Order | 30% DBE Participation on the overall Project |
| B14FR00799 | IFB | 10% |
| C13FI101442777<br>TASK ORDER 15 | Task Order | 35% |
| C15CT101741569 | IFB | 3% |
| C14FI101554098 | RFP | Transit Vehicle Manufacturer |
| B15FR03567 | IFB | 10% |
| C15FI101568878 | LIQ | 26% |
| B16OP00012C | IFB | 2% |
| C12FR101272861B<br>TASK ORDER 3B | Task Order | 30% DBE Participation on the overall Project |
| C16FR101882401 | IFB | 20% |
| B16OP00894 | IFB | 7% |
| C17FT101957232 | IFB | 30% |
| C16FI101924210G<br>TASK ORDER 1G | Task Order | 30% |
| C12FR101272861A<br>TASK ORDER 6A | Task Order | 30% Commitment for Overall Contract |
| B17FT04489 | RFP | 25% |
| C16FI101924210G<br>TASK ORDER 2G | Task Order | 34% |
| C17FR102040178 | RFP | 100% SBE |

| | | |
|---|---|---|
| C16CT101791384B - MC-002 | Work Order | 25% |
| C16FI101924210E<br>TASK ORDER 2E | Task Order | 35% |
| C16CT101791384C - MC-012 | Work Order | 30% |
| C17FT102011817 | 2 Step - RFP | Design - 20% / Construction - 20% |
| C18FT102164819 | LIQ | 35% |
| C16FI101924210E<br>TASK ORDER 5E | Task Order | 38% |
| C12FR101272861B<br>TASK ORDER 5B | Task Order | 30% DBE Participation on the overall Project |
| C12FR101272861A<br>TASK ORDER 9A | Task Order | 30% Commitment for Overall Contract |
| B19FT04584 | IFB | 100% SBE |
| B19FT04577 | RFP | 100% SBE |
| B19FT04580 | IFB | 100% SBE |
| C13FI101442777<br>TASK ORDER 21 | Task Order | 35% |
| B19OP01781 | RFP | 30% |
| C19FI102154586 | LIQ | 35% Base Contract<br>- Varies by Task Order |
| B19FT04583 | RFP | 100% SBE |
| B19FT04585R | IFB | 100% SBE |
| B19FT04578R | IFB | 100% SBE |
| B19FT04582 | RFP | 100% SBE |
| B19FT04592 | RFP | 16% |
| B19OP04611R | RFP | 30% |
| B19OP00894 | IFB | 7% |
| B19FT04609R | IFB | 100% SBE |
| C19FI102154586 TASK ORDER 5 | Task Order | 25% |
| C19FI102263676D TASK ORDER 2D | Task Order | 30% |
| B21OP00598BR2 | IFB | 100% SBE |
| C19FI102154586 TASK ORDER 8 | Task Order | 30% |
| C23FI102905231 | LIQ | 100% SBE |
| C16CT101791384D - MC-011 | Work Order | 20% |
| C12FR101272861A<br>TASK ORDER 4A | Task Order | 30% Commitment for Overall Contract |

*In order of award date*

# EXHIBIT 6 (RPM)

Minority- and Women- Owned Contractors and Subcontractors on RPM Related Contracts

## Exhibit 6 (RPM): Minority- and Women- Owned Contractors and Subcontractors on RPM Related Contracts

| Business Name | Point of Contact | Email | Phone | DBE | Presumption of Disadvantage |
|---|---|---|---|---|---|
| 2IM Group, LLC | [redacted] | | | Y | Y |
| A B Petroleum Services, Inc. | | | | Y | Y |
| AAA Engineering, Ltd | | | | Y | Y |
| ABC Humane Wildlife Control & Prevention, Inc. | | | | Y | Y |
| ABNA Engineering, Inc. | | | | Y | Y |
| ADOBE MASONRY LLC | | | | Y | Y |
| Air & Wellness Safety Training Company | | | | Y | Y |
| ALF Cartage Inc. | | | | Y | Y |
| Allstate Concrete Cutting, Inc. | | | | Y | Y |
| Alpine Demolition Services, LLC | | | | Y | Y |
| Altra Division 5, LLC. | | | | Y | Y |
| AltusWorks, Inc. | | | | Y | Y |
| American Concrete Restorations, Inc. | | | | Y | Y |
| American Igloo Builders, Inc. | | | | N | Not DBE Certified |
| American Surveying & Engineering, Ltd. | | | | Y | Y |
| AMS Elite Solutions, Inc. | | | | Y | Y |
| Andersen Concrete Pumping & Equipment Rental, Inc. | | | | Y | Y |
| Araiza Corporation | | | | Y | Y |
| Argo Construction, LLC | | | | Y | Y |
| Arteaga Landscapes & Erosion Control LLC | | | | Y | Y |
| ATLANTIC PAINTING CO.,INC. | | | | Y | Y |
| Atlas Engineering Group, LTD | | | | Y | Y |
| Autumn Construction Services, Inc. | | | | Y | Y |
| B & C Transit, Inc. | | | | N | Not DBE Certified |
| B Thermal Corporation | | | | Y | Y |
| Banks & Associates, LLC | | | | Y | Y |
| Bauer Latoza Studio, Ltd. dba Arda Design | | | | Y | Y |
| BDavis Designs LLC | | | | Y | Y |
| Brandenburger Plumbing, Inc. | | | | Y | Y |
| C.R. Schmidt, Inc. | | | | Y | Y |
| Calfi Design | | | | Y | Y |
| CCS International, Inc. | | | | N | Not DBE Certified |
| Chicago Ornamental Iron, Inc. | | | | Y | Y |
| Chicago Pests LLC | | | | Y | Y |
| Chicago Systems and Signals, LLC | | | | Y | Y |
| Chicagoland Truckin, Inc. | | | | Y | Y |
| Circle City Rebar, LLC | | | | Y | Y |
| City Lights, Ltd. | | | | Y | Y |
| CivCon Services, Inc. | | | | Y | Y |
| CKL ENGINEERS, LLC | | | | Y | Y |
| Clark Transportation Consulting & Services LLC | | | | Y | Y |
| Clausen Structures, Inc | | | | Y | Y |
| Clean Cut Tree Service, inc. | | | | N | Not DBE Certified |
| Command Mechanical Group, LLC | | | | Y | Y |
| Comprehensive Construction Consulting, Inc. | | | | Y | Y |
| Contine Corporation | | | | Y | Y |
| Cooper Zietz Engineers, Inc. | | | | Y | Y |
| Coordinated Construction Project Control Services | | | | Y | Y |
| Cross-Spectrum Acoustics Inc. | | | | Y | Y |
| CT Mechanical, LLC | | | | Y | Y |
| Czaplicki Lopez, PLLC | | | | Y | Y |
| D2K TRAFFIC SAFETY, INC. | | | | Y | Y |
| DCH Construction & Hauling LLC | | | | Y | Y |
| DisposALL Waste Services, LLC | | | | Y | Y |
| Diversified Business Solutions Inc | | | | Y | Y |
| dss+ Transportation LLC | | | | Y | Y |
| Dust Em Clean Maintenance Company, Inc. | | | | Y | Y |
| Environmental Design International, Inc. | | | | Y | Y |
| Ernest R. Sawyer Enterprises, Inc. | | | | Y | Y |
| Everlights, Inc. | | | | Y | Y |
| Facet Engineering, LLC | | | | Y | Y |
| Fariba Nation Consulting | | | | Y | Y |
| Flood Testing Laboratories, Inc. | | | | Y | Y |
| Flood's Royal Flush | | | | Y | Y |
| G & C Construction & Sealants, Inc. | | | | Y | Y |
| Garces Contractors LLC | | | | Y | Y |
| Garth Masonry Corporation | | | | Y | Y |
| Garza Karhoff Engineering, LLC | | | | Y | Y |
| Gayton Enterprises LLC | | | | Y | Y |
| GC Roofing, LLC | | | | Y | Y |
| Geo Services, Inc. | | | | Y | Y |
| Glass Management Services, Inc. | | | | Y | Y |
| Grind-Well, LLC | | | | Y | Y |
| Ground Engineering Consultants | | | | Y | Y |
| GSG Consultants, Inc. | | | | Y | Y |
| Hard Rock Concrete Cutters, Inc. | | | | Y | Y |
| ll In One Contractors, Inc. | | | | Y | Y |
| Industrial Fence, Inc. | | | | Y | Y |
| Infrastructure Engineering, Inc. | | | | Y | Y |
| J P and Concepts Co | | | | Y | Y |
| J. Ave Development, Inc. | | | | Y | Y |

| | | | |
|---|---|---|---|
| J.A. Watts Inc. | [redacted] | Y | Y |
| J.A.C.K. Contractor Services Inc. | | Y | Y |
| JADE Carpentry Contractors,Inc | | Y | Y |
| JB Erectors, Inc. | | Y | Y |
| Julia Bachrach Consulting, LLC | | Y | Y |
| K Plus Engineering Services, LLC | | Y | Y |
| Kaltsouni Mehdi, Inc. | | Y | Y |
| La Grange Crane Service, Inc. | | Y | Y |
| Lakeshore Engineering, LLC | | Y | Y |
| Lisa J. Larry, Inc. | | Y | Y |
| LiveWire Electrical Systems, Inc. | | Y | Y |
| Lopez Martin & Associates, Inc. dba Purple Group | | Y | Y |
| M & M Staffing Agency, LLC | | Y | Y |
| MA Rebar Services, Inc. | | Y | Y |
| Material Service Testing, Inc. | | Y | Y |
| McDonagh Demolition, Inc. | | N | Not DBE Certified |
| McGuire Igleski & Associates, Inc. | | Y | Y |
| Midco Electric Supply, Inc | | Y | Y |
| MILHOUSE ENGINEERING AND CONSTRUCTION, INC. | | Y | Y |
| MTC Morenos, Inc. | | Y | Y |
| Muller & Muller, Ltd. | | Y | Y |
| Munster Steel Co., Inc. | | Y | Y |
| Namat Construction Company, Inc. | | Y | Y |
| Niti Systems Consultants Inc | | Y | Y |
| Ochi Consulting + Partners, Inc. | | Y | Y |
| O'Wallace Landscaping, Inc. | | Y | Y |
| Page Security & Investigation Services Incorporated | | Y | Y |
| Penn Services LLC | | Y | Y |
| Phoenix Business Solutions LLC | | Y | Y |
| PINTO CONSTRUCTION GROUP, INC. | | Y | Y |
| Professionals Associated Construction Layout and Survey Co. Ltd. | | Y | Y |
| Program Management & Control Services, LLC | | Y | Y |
| R.E.A. Masonry, LLC | | Y | Y |
| RADIN CONSULTING, INC. | | Y | Y |
| RJ Watson, Inc. | | N | Not DBE Certified |
| ROC Equipment LLC | | Y | Y |
| Rohadfox Construction Control Services Corportation | | Y | Y |
| Ross Barney Architects, P.C. | | Y | Y |
| Royal Crane Service, Inc. | | Y | Y |
| Rubinos & Mesia Engineers, Inc. | | Y | Y |
| S & J Construction Co., Inc. | | Y | Y |
| Sanchez Paving Company | | Y | Y |
| Sandoval Fences Corp. | | Y | Y |
| Shawn Brown Enterprises, Inc. | | Y | Y |
| SIGNS & DECAL CORP | | Y | Y |
| Singh & Associates, Inc. | | Y | Y |
| Site Design Group, LTD. | | Y | Y |
| Skyline Ornamental, LLC | | Y | Y |
| Smart Elevators Co. | | Y | Y |
| Smelly Fresh LLC | | Y | Y |
| Sorrelli Trucking, Inc. | | Y | Y |
| SP Murphy, Inc. | | Y | Y |
| SQN Associates, LLC | | Y | Y |
| Stantec Consulting Services, Inc. | | N | Not DBE Certified |
| Steel Rebar Manufacturing, LLC | | Y | Y |
| Strata Earth Services, LLC | | Y | Y |
| Synnov Group Inc. | | Y | Y |
| Taylor Electric Company | | Y | Y |
| Taylor Made Design, Inc. | | Y | Y |
| The BarTech Group of Illinois, Inc. | | Y | Y |
| The Blueprint Shoppe, Inc. | | Y | Y |
| The Roderick Group, LLC | | Y | Y |
| Tobi Engineering, Inc. | | N | Not DBE Certified |
| TORI Construction, LLC | | Y | Y |
| Torres Electrical Contractors, LLC | | Y | Y |
| Tough Cut Concrete Services Inc | | Y | Y |
| Transit Safety & Security Solutions, Inc. | | Y | Y |
| TranSmart, LLC | | Y | Y |
| Trinal, Inc. | | Y | Y |
| Utility Pipe Supply, Inc. | | Y | Y |
| UUSCO of Illinois, Inc. | | N | Not DBE Certified |
| Vaughn Management LLC | | Y | Y |
| Vibra-Tech Engineers | | N | Not DBE Certified |
| VMR Contractors, Inc. | | Y | Y |
| W.E.B. Production & Fabricating, Inc. | | Y | Y |
| Washington Construction Company, LLC | | Y | Y |
| Waukegan Steel, LLC | | N | Not DBE Certified |
| Western Remac, Inc. | | N | Not DBE Certified |
| Wolf Electric, Inc. | | Y | Y |
| Work Zone Safety, Inc. | | Y | Y |
| Wynndalco Enterprises, LLC | | Y | Y |
| ZANN & ASSOCIATES, INC | | Y | Y |

# EXHIBIT 7 (RPM)

---

## CTA Hiring/Promotion and Vacancy Filling Policy/Procedures (AP151)

| ADMINISTRATIVE PROCEDURE | Initiating Department: Human Resources | | | AP 151 |
|---|---|---|---|---|
| Title: Hiring/Promotion and Vacancy Filling Policy/Procedures | | | | Effective Date: 12-1-08 |
| | Revision: 3 | Supersedes: AP151 Personnel Requisition, Hire Notice and Change Notice | Date: 3-20-91 | Page: Page 1 of 24 |

## I. PURPOSE

The Chicago Transit Authority ("CTA" or "the Authority") will enforce a sourcing and selection process that will make a good faith effort to select the most qualified individuals for open positions. The Human Resources Department will be responsible for this process, designed to comply with all applicable state and federal laws, CTA's Code of Ethics (2.14), CTA's residency requirement, and all other CTA policies, procedures, executive orders and ordinances that pertain to CTA hiring standards.

The Chicago Transit Authority's ("the CTA") policy is designed to grant equal opportunity for employment to all individuals regardless of age, race, color, religion, national origin, gender, sexual orientation, disability, veteran status, or any other classification protected under state and federal law and applicable municipal ordinance. As such, all CTA departments are prohibited from hiring individuals or filling open positions without adherence to this policy.

## II. DEFINITIONS

**A. Applicant** - a person is considered an applicant when s/he meets the following criteria:

a. S/he applies for a specific position with CTA's Human Resources Department for which CTA is seeking qualified applicants (the "Position");

b. S/he is considered for employment by the CTA for the Position;

c. S/he meets the basic qualifications of the Position;

d. S/he is invited by a representative of CTA's Human Resources Department for a personal interview at a designated CTA location regarding the Position (note that additional interviews with representative(s) from the CTA hiring Department may be warranted); and

e. S/he does not withdraw from consideration for the Position.

**B. Candidate** - an applicant (as defined above) who has been determined by the hiring department to be qualified and is being recommended for selection via a completed hiring/promotion recommendation form from the hiring department to the Vice President of Human Resources.

**C. Demotion** - the placement of an employee into a lower level job classification position that may or may not result in a salary reduction.

**D. Entry Level (Union) Position** - an Entry Level (Union) position may be defined by one or a combination of the following:

a. A position that has no lower level or lower grade designation;

b. A position that has been identified as entry level by the applicable Collective Bargaining Agreement;

c. A position that CTA's Human Resources Department has traditionally had the responsibility of filling in accordance with entry level recruitment practices;

d. A position that has been identified as such by the hiring department; and/or

e. In some cases, whether or not a position is entry level will be determined by the Authority on a case by case basis.

**E. External Applicants** - non-CTA employees who meet the criteria for "Applicant" as described above. Not all CTA positions may be open to external applicants.

**F. Internal Applicants** - current CTA employees who meet the criteria for "Applicant" as described above. Not all open positions may be open to CTA employees.

**G. Promotion** - the selection of a current employee to a vacant position that is of a higher band level that may or may not result in a salary increase.

**H. Recall** - the rehire of a former CTA employee who was laid off to the same job schedule number and position that s/he formally held in accordance with the Metropolitan Transportation Authority Act ("MTAA"). Recall rights are set forth below in Section IV (G) below.

**I. Rehire** - the rehiring of an eligible and qualified former CTA employee (but not a retiree as defined by CTA's Retirement Plan) to a vacant position. A rehire shall be considered a new hire for purposes of continuous service, seniority and benefits.

**J. Reinstatement** - the hiring of a former CTA employee back into a vacant position, such as from an approved leave of absence, Arbitration Award, Settlement Agreement, Labor Agreement, Board Ordinance, Court Award or Court Order. In these instances, the terms and conditions of such Order, Award, Ordinance or written Agreement shall control. Reinstatement for employees on an approved Leave of Absence shall be governed by AP115, as amended.

Former CTA employees subject to layoff or job abolishment who are not recalled but are successful candidates for other CTA positions not in their same job schedule number and who return within twelve (12) months of their separation, shall be entitled to reinstatement. Such employees therefore are entitled to receive benefits going forward (over which CTA has authority, which does not include pension benefits) at the same level they were entitled to receive at the time of their separation, provided the reinstated position provides for the same benefits. Pension credit and retiree health care benefits shall be governed by the retirement and retiree health care trusts.

If during the employee's separation, the type and level of CTA benefits are modified, the reinstated employee shall be entitled to no greater level of benefits than those provided for under the existing benefit plan.

If a former CTA employee was separated due to layoff or job abolishment and is rehired after 12 months, he/she is treated as a rehire for purposes of seniority and benefits.

K. **Transfer** - the placement of a current CTA employee in a different position that is not posted, either in the same or a different Department, that result in no change in salary or pay grade.

L. **Transition** - the hiring of a current CTA employee in a part-time or full-time temporary position to a vacant full time permanent position that is not posted or vice versa.

M. **Seniority** – the amount of CTA service time credited to an employee in a full time permanent position. Seniority will cease to accumulate for employees who resign, are discharged, retire or who are laid off more than 12 calendar months. Seniority may be adjusted in accordance with applicable CTA Ordinances and policies or by Settlement Agreement, Court Order or Arbitration Award.

## III. POLICY

### A. Filling Vacancies

- Administration of all personnel actions such as new hires, rehires, transfers, transitions, recalls, reinstatements, special assignment/seasonal hires, promotions and demotions (hereafter "Personnel Action") shall be governed by this Policy.
- All standards and procedures for such Personnel Actions shall be established by Human Resources. If any provision of this policy conflicts with a term or condition of a collective bargaining agreement, the collective bargaining agreement will govern.
- The Office of the General Counsel and the Office of the Inspector General may be exempt from certain policies contained herein to the extent hiring policies and procedures are set by the General Counsel or Inspector General.
- Except for the foregoing, no personnel action shall be implemented by a Department that conflicts with the provisions of AP 151, unless approved by Human Resources.
- No one shall be considered for employment with CTA who has not submitted a completed application in accordance with the policies and procedures established by Human Resources.
- No applicant shall be hired for a position unless they have successfully completed all phases of the pre-hire process required for the position as outlined by Human Resources.

- Conditional offers of employment may be made by a Human Resources representative to a candidate who has not fully completed all phases of the pre-hire process for selected non-union positions if it is deemed by the Vice President of Human Resources to be in the best interest of the Authority.
- When requesting approval for any Personnel Action which requires filling a vacant position, trading a position or creating a new position, the department must process the action through Oracle Position Control to set up the position(s). If approved, then the department must initiate the move of the employee into the available position using Oracle Manager Self-Service. The department does not need to use Oracle Manager Self Service when Human Resources completes a Staffing Authorization, as set forth below.

**B. Establishing Job Classifications and Position Descriptions**

- Prior to the creation of new job classifications or filling of any vacancy, Human Resources shall determine the appropriate job classification and job title for that job classification.
- Human Resources shall be responsible for creating, revising and maintaining all formal position descriptions.
- Human Resources shall review and approve any change in the primary responsibilities or requirements set forth in the position description prior to implementation by a department.
- Departments are responsible for submitting any position description changes to Human Resources for approval during the Quarterly Audits or whenever the department recommends a change in the position description.

**C. Compensation and Benefits**

- Based on established position descriptions, Human Resources shall determine the appropriate salary band and compensation for all non-union positions in accordance with CTA's Salary Band Structure approved by the Transit Board.
- Compensation for union positions is determined by the applicable collective bargaining agreement.
- Human Resources is responsible for establishing, approving and/or administering all benefits offered to CTA employees, except for retirement benefits, which are established by statute and administered by the CTA Retirement Plans.

**D. Job Requirements and Job Standards**

- Human Resources shall be responsible for and shall work in conjunction with the hiring department to establish job requirements for all positions, such as education, licensing, certifications, fitness requirements and experience.

- Human Resources shall be responsible for establishing and modifying all recruiting, pre-hire and hiring standards and requirements for all non-union positions, all entry level union positions and all promotional union positions. These standards shall include but not be limited to all testing, interviewing, medical and drug/alcohol screening, all fitness for duty screening, etc.
- Job requirements and pre-hire standards may be reviewed and modified from time to time as required and if deemed by the Vice President of Human Resources to be in the best interest of the Authority.

**E. Job Posting Requirements**

Generally, all positions shall be posted internally and/or externally on CTA's website. Posting may not be required to fill a position under the following circumstances, if deemed by the Vice President of Human Resources to be in the best interest of the Authority:

- The position is being filled at the level of Salary Band I or above;
- The position is being filled with an internal applicant based on the recommendation of a department hiring manager that would result in a lateral transfer or promotion of an applicant who Human Resources has determined is qualified for the position and posting the position will not result in the recruitment of a better qualified candidate;
- The position is being filled pursuant to a written negotiated settlement agreement and the employee meets all requirements to be placed into the position;
- The position is being filled as a reinstatement pursuant to a Court Order, approved Leave of Absence, Return to Work Certification, Arbitration Award, Section 28 Hearing, or Transit Board Ordinance or is being filled as a recall of an employee back to their same position (same job schedule number) following a layoff pursuant to the Metropolitan Transportation Authority Act, and the individual meets the requirements to be placed into the position;
- The position is being filled by a full or part-time temporary employee who meets all pre-hire requirements to transition to a full-time or part-time permanent position with the Authority;
- A collective bargaining agreement between CTA and one of its unions describes another method for filling the position; or
- The Vice President of Human Resources deems posting the position is not necessary or in the best interest of the Authority based on surrounding facts and circumstances.

**F. Screening and Selection of Applicants at or Above the Salary Level of I**

- Any CTA Executive, including a department head, may explore career opportunities with and interview applicants for positions at or above the level of Band I outside of the procedures as described in this policy at any time under the following conditions:
- If selection consideration is for an existing or newly created CTA position, the Executive is responsible for obtaining budget approval to fill the position;
- If the position is newly created, the Executive must work with Human Resources to develop an accurate position description;
- If Human Resources is requested to recruit for the position, whether by posting or not, the Executive shall keep Human Resources informed of all applicants under consideration to ensure all meet the position requirements and the Executive has an opportunity to consider all qualified applicants recruited by Human Resources;
- Before an Executive can recommend a candidate for the position through promotion or outside hire, a Hire/Promotion Recommendation form must be submitted to Human Resources, the candidate must successfully meet all pre-hire or promotion requirements, and Human Resources shall determine the appropriate salary band and compensation for the position in accordance with CTA's Salary Band Structure.
- Although an Executive may make informal conditional offers of employment to recommended candidates, only Human Resources can make formal offers of employment.

**G. Offers Of Employment And Promotion With CTA**

- Human Resources shall make all formal offers of employment to candidates being considered for hire by the Authority. Offers of employment shall include offers of promotion.
- No Department may discuss an offer of employment with a candidate without the prior approval of Human Resources.
- Any offer of employment not made by an authorized employee of Human Resources is not binding on the Authority.
- All offers of employment, whether bona-fide or conditional, for non-union positions, must be reduced to writing.
- No offer of employment shall be considered accepted until the candidate signs and returns the offer letter.

- An offer of employment shall remain conditional until the applicant has successfully completed all phases of the hiring process.
- A conditional offer of employment may be revoked or rescinded by the Authority at any time where the candidate fails to meet all of the hiring requirements or the candidate does not complete all phases of the hiring process, or for any other reason that is determined by the Vice President of Human Resources to be in the best interests of the Authority.
- Falsification of information provided by any applicant/candidate during the hiring/promotion process may result in revocation of any conditional or bona-fide offers of hire or promotion.

## H. Referrals

- Human Resources shall establish the time period for which a position is open for recruitment.
- Any unsolicited resumes submitted to an employee of the Authority, including Human Resources' personnel, may or may not be processed by Human Resources for consideration in filling any open position depending on the level of recruiting efforts necessary to fill open positions.
- From time to time, Human Resources may solicit resumes from the public and/or from CTA employees in a recruitment effort. In those instances, Human Resources will make a specific request for such solicitation, such as, in a print or on-line advertisement, at a job fair or in a request directed to CTA employees. Even in these cases, an individual is not a bona-fide applicant unless the individual submits a completed application at the request of Human Resources.
- In circumstances in which Human Resources requests referrals of unsolicited resumes from CTA employees, all hiring guidelines as expressed in CTA's Code of Ethics shall apply. With respect to hiring, Section 2.14 states in relevant part:
    - (a) No officer or employee shall employ, advocate for employment, or supervise, in any CTA department in which said officer or employee serves or over which he/she exercises authority, supervision, or control, any person (i) who is a relative or said officer or employee, or (ii) in exchange for or in consideration of the employment of any of said officer's or employee's relatives by any other office or employee.
    - (c) No officer or employee shall use or permit the use of his position to assist any relative in securing employment

or contracts with persons over whom the employee or officer exercises contract management authority.

- Rather than making a referral of a relative to Human Resources, CTA employees are encouraged to have relatives themselves apply directly on line for open positions for which they may be qualified to be hired, or, if CTA employees, respond to internal postings for open positions for which they may be qualified to be promoted or submit a hard copy application directly to Human Resources.
- Any referrals, advocacy or inquiries regarding employment or promotions made in any manner by a CTA employee to any employee of Human Resources in violation of the Code of Ethics shall be immediately reported to the Office of the Inspector General.

## IV. PROCUDURES FOR FILLING VACANCIES

The sequence of the steps performed by Human Resources as outlined below may vary or occur simultaneously based on surrounding facts and circumstances unique to each individual recruitment and hiring. Further, the President of CTA may from time to time make personnel changes. In those instances in lieu of the following procedures, the Vice President of Human Resources will advise the President's Office on matters such as compensation, background reviews, proper position classifications and grade level as part of the implementation.

### A. Recruitment and Hiring Process for All Non-Union Posted Positions

| Responsibility | Action |
|---|---|
| **Initiating/Hiring Department** | Step 1. Approval to fill ANY vacancy, no matter the position or job title, may only be obtained once a Department has submitted a request through Oracle Position Control and received approval from the Budget Department, Human Resources, and the President's Office to fill the position. |
| **Human Resources Compensation and Classification** | Step 2. Human Resources Compensation and Classification Section, in consultation with the hiring department, determines if the position being requested to be filled is at the appropriate salary band and if the position description is accurate. |
| | Step 3. Once a position is approved, it is posted by the Compensation and |

Classification Section ("Compensation") (internally and/or externally, as determined by Compensation in consultation with the hiring department and Recruitment and Staffing). Hires may be made from a posting for six months after the date the posting expires. Thereafter, a position must be posted again. This six month period may be extended by the Vice President of Human Resources, if such extension is requested in writing by the hiring department and the Vice President of Human Resources determines that such an extension is in the best interests of the Authority.

**Human Resources Recruitment and Staffing**

Step 4. Recruiter is assigned to work on the open, approved vacancy. The Recruiter, in consultation with the hiring department, determines the recruitment efforts required.

Recruitment and Staffing may source externally and internally to identify potential applicants, and ascertain whether an individual appears to meet the minimum requirements for the position. Recruiter reviews potential applicants' information in date order of receipt of the information, until a sufficient number of minimally qualified potential applicants, as determined by the Recruiter in consultation with the hiring department, are identified to successfully recruit for the position.

Recruiter forwards information to the hiring department of those potential applicants who meet the minimum requirements.

**Hiring Department**

5. Hiring department reviews resumes and internal and/or on-line information forwarded by Recruiter, and determines those potential applicants who appear to best meet the qualifications and requirements for the position, and contacts Recruiter with this information.

**Human Resources Recruitment and Staffing**

Step 6. External applicants who are considered qualified for the position and therefore selected by the hiring department to continue in the process will complete all pre-hire paperwork, including an application (paper or internet-based) and background verification release form, if they have not already done

so. Recruiter reviews application with external applicants to ensure application is complete. Internal applicants will complete a background verification release form in accordance with AP 228, Background Check Policy.

Step 7. Recruiter contacts internal applicants' current Manager to complete a work record review form (CTA Form 704.14). Only internal applicants who meet the required work record standard for the position, as set by the hiring department, will continue in the process.

Step 8. Recruiter works with Selection Testing/Development to schedule selected applicants for any required testing for the position. Only applicants who meet the testing standards established by Human Resources will continue in the process.

**Hiring Department**

Step 9. The hiring department conducts interviews of those applicants (internal or external) who have successfully passed the previous steps in the process. The Recruiter shall assist the department in developing structured interview questions, and should be present during applicant interviews to answer applicant questions and ensure consistency in the hiring process. From the interviews, the hiring department, with assistance from the Recruiter, will determine which applicants are the most qualified for additional consideration.

**Hiring Department**

Step 10. The hiring department recommends most qualified candidate(s) for position. Hiring Manager completes a Hiring/Promotion Recommendation Form (CTA Form 8807) including obtaining the signature of hiring department Vice President or above, signifying their approval, on the form and returns the form to the assigned Recruiter.

**Human Resources Recruitment and Staffing**

Step 11. Recruiter checks references of recommended candidate(s).

Step 12. Recruiter ensures required background check is conducted on

recommended candidate(s), and reviews background check(s) to confirm, in consultation with CTA's Law Department as required, that recommended candidate(s) meet background requirements for the position.

Step 13. Recruiter prepares a Staffing Authorization form (CTA Form 8807, Personnel-Hire Promotion Recommendations), collects and presents all pertinent information regarding the proposed hire to the Recruitment and Staffing Manager for review.

Step 14. Once the Recruitment and Staffing Manager reviews the documentation and confirms that the documentation is in order, s/he signs the Staffing Authorization form and submits the information to Compensation for salary determination.

**Human Resources Compensation and Classification**

Step 15. Compensation section determines the salary for the recommended candidate, taking into account such factors as the salaries of current employees in comparable positions, and the recommended candidate's education and experience as it relates to the position for which s/he is applying. Compensation inserts the salary information on the Staffing Authorization form, signs it, and forwards the form and the accompanying documentation to the Human Resources Vice President.

**Human Resources Vice President**

Step 16. Human Resources Vice President or designee reviews the documentation, including the salary and hiring/promotion recommendation. If approved, the Vice President or designee signs the Staffing Authorization form and returns the documentation to the Recruiter.

**Human Resources Recruitment and Staffing**

Step 17. Recruiter ensures that all pre-hire requirements as listed above are successfully completed by the selected candidate (or receives approval from the Vice President of Human Resources to make the offer conditional on the successful completion of any pre-hire requirements, as permitted by law and as

the Vice President determines are in the best interests of the Authority).

Recruiter contacts the hiring department to inform them of the proposed salary and that s/he is ready to make a verbal offer to the selected candidate, conditional on the selected candidate meeting any medical or other outstanding pre-hire requirements of the position. With the approval of the hiring department, the Recruiter makes the verbal offer to the selected candidate and submits the offer in writing to the candidate.

Step 18. If the candidate accepts the position, the Recruiter ensures that the candidate successfully completes and/or meets any and all prehire requirements, including any medical requirements, prior to hire.

If the candidate does not successfully meet or complete any requirements of the pre-hire process after receiving a conditional offer, the Recruiter immediately informs the General Manager of Recruitment and Staffing and the hiring department so that the candidate's offer can be revoked or rescinded in writing.

**Human Resources and Hiring Department**

Step 19. If the selected candidate does not accept the offer or if the selected candidate fails to meet any requirements for the position or a conditional offer is revoked or rescinded for any other reason, the hiring department may request that the Recruiter make an offer to any other qualified candidate listed on the Hiring/Promotion Recommendation Form (CTA Form 8807). If there are no other qualified candidates, the recruitment cycle will restart.

Step 20. The Recruiter and Human Resources ensures that all remaining portions of the hiring process (new employee paperwork, new employee orientation, creating or updating a current employee's personnel file, creating or updating employee Oracle database information, issuing new or revised employee ID) are completed.

Step 21. Once a selected candidate accepts the offer, all pre-hire requirements are successfully completed and a hire date is confirmed, the Recruiter ensures that all unsuccessful applicants are notified.

**B. Promotion Process for Internal Applicants for Non-Posted Non-Union Positions**

| Responsibility | Action |
|---|---|
| **Hiring Department** | Step 1. For promotions of internal applicants to non-union positions in which the hiring department does not want to post the position, the hiring department must submit a memorandum to the Vice President of Human Resources that sets forth the justification for the creation and/or filling of a high level position, if applicable, describes why the department is recommending this individual for the promotion or transition, explains how the individual is qualified for the promotion or transition, and why the hiring department has determined that posting the position is not in the best interest of the Authority.<br>The hiring department shall attach to the memorandum a completed work/record review form and current resume for the employee. The memorandum must be prepared for and include the signature of the Vice President (or equivalent level) of the hiring department. |
| **Human Resources Vice President** | Step 2. The Vice President of Human Resources or designee shall determine if the individual meets the requirements for the position and whether such promotion or transition without posting the position is in the best interest of the Authority, and will either approve or disapprove the promotion or transition without posting the position. |
| **Hiring Department** | Step 3. If approved by the Vice President of Human Resources, the hiring department manager will be notified so the hiring department can submit a request to fill the position via promotion or transition through Oracle Position Control for approval by Budget, Human Resources, and the President's Office as |

set forth in Section III.A. (Step 1) above.

If the request is approved through Oracle Position Control, the hiring department shall prepare a Hire/Promotion Recommendation Form (CTA Form 8807) and submit it to Recruitment and Staffing.

Step 4. Follow Section III.A. Steps 13 through 21.

**C. Demotion Process for Employees for Non-Union Positions**

| Responsibility | Action |
|---|---|
| **Hiring Department** | Step 1. Approval to demote an employee, regardless of the position or job title, may only be obtained once a department has submitted a request through Oracle Position Control and received approval to fill the positions from the Budget Department, Human Resources, and the President's Office. |
| **Hiring Department** | Step 2. For intra-departmental demotions, the department effectuates the demotion through Oracle Manager Self-Service. For inter-departmental demotions, the department the employee is leaving must initiate the move through Oracle Manager Self-Service (the department to which the employee is going to can provide details of the new assignment). |
| | Step 3. Once the department initiates the change in Oracle Manager Self-Service, it will go through an electronic approval process. The transaction will be approved by the department head of the department that initiates the transaction, Human Resources – Compensation, Budget, and the Vice President of Human Resources. When the transaction reaches Human Resources – Compensation, the salary may be reduced as required for the salary to be in accordance with the new position. |
| | Step 4. The Manager of Compensation and Classification notifies the Manager of Recruitment and Staffing so that a letter can be prepared to formally notify the |

employee and department manager of the effective date of the demotion, any salary adjustment, new position classification, work location, etc.

**D. Rehire Process**

| Responsibility | Action |
|---|---|
| **Human Resources Recruitment and Staffing** | Step 1. Rehire Applicants: Former CTA employees (not including CTA retirees) who are seeking rehire with the Authority must submit a request for consideration for rehire to Human Resources (CTA Form 710.03). |
| | Step 2. Human Resources determines if the former employee is eligible for consideration for rehire and notifies the former employee. |
| | Step 3. If eligible, the former CTA employee will be considered for rehire along with all other external applicants via the Recruitment and Hiring Process as outlined herein. |

**E. Filling Any Vacancy via Transition From Full-Time Temporary or Part-Time Temporary Position to Full-Time Permanent Position or Vice-Versa**

| Responsibility | Action |
|---|---|
| **Hiring Department** | Step 1. Makes the request for an employee to be transitioned from either a part-time or full-time temporary position to a full-time permanent position or vice-versa, in the same job classification or a different job classification, through Oracle Position Control, for approval by the Budget Department, Human Resources, and the President's Office. (Oracle Position Control request is not required for mass transitions requested by Transit Operations. Mass transition requests may be submitted directly to the Manager of Recruitment & Staffing). Once approval is received, hiring department completes Employment Application - Transition (CTA Form 713.53) for each individual for which a transition is sought. |

**Human Resources/Hiring Department**

Step 2. Once an approved transition request is received, Human Resources will work with the hiring department to schedule transitioning employee(s) for the completion of all transition paperwork and all required pre-transition processes.

Step 3. The General Manager of Recruitment and Staffing will notify other departmental sections in Human Resources (Benefits, Technology, etc.) to ensure the dissemination of information that is needed for the transition.

**Hiring Department**

Step 4. Once the employee has successfully completed all applicable paperwork and pre-hire processes, the employee's department must initiate the employee's transition in Oracle Manager Self Service.

**F. Filling a Vacancy via Non-Posted Internal Transfer (Union)**

| Responsibility | Action |
|---|---|
| **Law Department** | Step 1. CTA, Union and employee enter into a written agreement for the non-posted transfer. The agreement is entered into by the employee, the union, authorized CTA Executive, and approved by CTA's Law Department, including the office of Employee Relations. Prior to entering into any settlement agreement that requires the filling of any vacancy, whether by hire, promotion or non-posted transfer, approval must be obtained by the Budget Office and Human Resources unless the transfer is into a Scheduled Transit Operations position. |

**G. Filling Any Vacancy via Recall**

| Responsibility | Action |
|---|---|
| **Human Resources** | Step 1. In the event of a layoff, Human Resources shall meet all legal requirements in filling subsequent vacancies via recall of affected employees. |

Human Resources will maintain a list of the affected employees. Employees' names shall be maintained on the list for a period of twelve (12) months from the date of the employee's separation due to layoff.

An employee's rights to recall shall extinguish twelve (12) months after the date of his/her layoff or an employee's reinstatement to another position within CTA, whichever comes first.

Recall rights only extend to the employee's same job classification (job schedule number) from which they were laid off. Names shall be placed on the recall list by job schedule number in seniority order.

Step 2. Prior to filling any vacancies, Human Resources shall review the Recall List. The former employee will be notified that he/she is eligible for recall. A former employee's failure to respond to the Recall Notice after a reasonable time established by Human Resources, or if a former employee declines consideration, shall extinguish that employee's recall rights.

Step 3. If the employee is interested in exercising recall rights, Human Resources will determine if the former employee is eligible for recall and will notify the former employee.

Step 4. If eligible, the former CTA employee will be considered for recall only if the former employee meets all hiring standards, including a background check, required for the position.

**H. Reinstatement From Leave of Absence**

| **Responsibility** | **Action** |
|---|---|
| **Human Resources** | Step 1. Except for approved leaves of absence of less than 90 calendar days (see |

below), all other reinstatements must be processed and approved by the Human Resources Department.

For approved leaves of absence of more than 90 days, if an employee presents him/herself to a Department for reinstatement, the Department is required to notify the Vice President of Human Resources and inform the employee to go to Human Resources for reinstatement.

**Department Manager**

Step 2. For employees returning from approved leaves of absence of less than 90 days, the department must submit a notification of the employee's return to service by entering the required information through Oracle Manager Self-Service, so that actual reinstatement can be implemented and the employee returned to the payroll.

**Human Resources**

Step 3. Only the Human Resources Department can reinstate an employee who has been on a leave of absence for 90 days or more, or who is seeking reinstatement for any reason other than a leave of absence for less than 90 days.

A department must direct all returning employees to Human Resources to undergo the reinstatement process. Upon successful completion of the reinstatement process, the employee will be given a reinstatement date and returned to their department.

**Department Manager**

Step 4. A department is responsible for notifying Human Resources any time an employee fails to return from an approved leave of absence within the time approved for the leave. The department should consider any absence beyond the time approved as an absence without leave or job abandonment.

Any requests to extend the leave of absence beyond the original date approved requires a new LOA request to be approved by the Vice President of Human Resources prior to the expiration of the original leave. In the case of extended Military Leave, the department need only forward the employee's military orders to Human Resources and the Payroll Department.

**I. All Other Reinstatements**

A. By Settlement Agreement, Court Order, Transit Board Ordinance, Labor Agreement, Arbitration Award, etc.

| Responsibility | Action |
|---|---|
| **Law Department/Employee Relations** | Step 1. Ensure that all steps in Section IV (F) above are followed, as applicable. Provide copy of Agreement, Award or Order to Budget Office, Payroll and Human Resources. |
| **Recruitment and Staffing**<br>**HR Technology**<br>**HR Benefits** | Step 2. Determine what, if any, reinstatement and hiring qualification process the employee is required to undergo prior to reinstatement. Contact the employee(s) to effectuate all necessary steps for reinstatement. |

B. From Layoff within 12 months

| | |
|---|---|
| **Recruitment and Staffing** | Step 1. Ensure that for employees laid off for more than 90 days, they undergo the reinstatement process in addition to the hiring process required for the position they are seeking to fill. |

**J. Special Programs/Seasonal Hiring (i.e. Internship, Fellowship, Apprenticeship, and KidStart)**

| Responsibility | Action |
|---|---|
| **Human Resources** | See individual program descriptions or contact Human Resources for more details regarding information on the selection process for these programs. |

**K. Request to fill a Vacancy: Union Positions ("Entry Level" as Defined in Definitions Section above)**

The sequence of the steps performed by Human Resources as outlined below may vary or occur simultaneously based on surrounding facts and circumstances unique to each individual recruitment and hiring.

| Responsibility | Action |
|---|---|
| **Initiating/Hiring Department** | Step 1. Approval to fill ANY vacancy, no matter the position or job title, may only be obtained once a department has submitted a request through Oracle Position Control and received approval to fill the positions from the Budget Department, Human Resources, and the President's Office to fill the position. (Oracle Position Control request is not required for mass transitions requested by Transit Operations. Mass transition requests may be submitted directly to the Manager of Recruitment & Staffing). |
| **Human Resources Compensation and Classification** | Step 2. The Human Resources Compensation and Classification section, in consultation as needed with the hiring department, Training and Instruction and Employee Relations, shall determine if the position being requested to fill is at the appropriate grade for the job classification and the position description is accurate. |
| | Step 3. Once a position is approved, the position is posted externally by the Compensation and Classification section. Hires may be made from a posting for six (6) months from the date the posting expires. Thereafter, a position must be posted again. This six month period may be extended by the Vice President of Human Resources, if such extension is requested in writing by the hiring department and the Vice President of Human Resources determines that such an extension is in the best interests of the Authority. |
| **Human Resources Recruitment and Staffing** | Step 4. Recruiter is assigned to work on the open, approved vacancy. Recruiter follows all recruiting and hiring process guidelines and restrictions, if any, under the applicable Collective Bargaining Agreement between CTA and the Union under which the vacancy falls ("the CBA"). |

Step 5. Recruitment and Staffing shall source externally to identify potential applicants and ascertain whether an individual appears to meet the minimum requirements for the position.

Recruiter reviews potential applicants' information in date order of receipt of information until a sufficient number of minimally qualified potential applicants are identified to successfully recruit for the position.

**Human Resources Recruitment and Staffing**

Step 6. Recruiter ensures all pre-hire requirements such as testing, interview and background check are successfully completed by the applicant. Recruiter collects and provides all pertinent information regarding applicant to Recruitment and Staffing Manager or designee for review.

Step 7. Once Recruitment and Staffing Manager or designee reviews documentation and confirms it is in order, s/he returns documentation to Recruiter, who makes verbal offer to applicant, contingent on applicant successfully passing medical and any other remaining pre-hire requirements for the position.

Step 8. If the selected candidate does not accept the offer, fails to meet any of the requirements for the position, or a conditional offer is revoked or rescinded for any other reason and the position remains available, Recruiter may make an offer to the next applicant qualified for the position. If there are no other qualified applicants for open position(s), the recruitment cycle will restart.

**L. Request to fill a Vacancy: Union Positions (Non-Entry Level, not "Family of Jobs" Positions)**

The hiring department and Employee Relations, assisted by Recruitment & Staffing, handles the internal recruiting and hiring process for "Family of Jobs" union positions, which are filled by CTA union members in specified other positions, who have achieved the appropriate training, test scores and/or experience to be considered for the available positions. The process for handling non-entry level union positions other than "family of jobs" positions is described below.

| Responsibility | Action |
|---|---|
| **Initiating/Hiring Department** | Step 1. Approval to fill ANY vacancy, no matter the position or job title, may only be obtained once a department has submitted a request through Oracle Position Control and received approval to fill the position from the Budget Department, Human Resources, and the President's Office. |
| **Human Resources Classification and Compensation** | Step 2. The Human Resources Compensation and Classification section, in consultation as needed with the hiring department, Training and Instruction and Employee Relations, shall determine if the position being requested to fill is at the appropriate job classification level and the position description is accurate. |
| | Step 3. Once position is approved, the position is posted internally, and sometimes externally, by Compensation and Classification. Hires may be made from a posting for six (6) months from the date the posting expires. Thereafter, a position must be posted again. This six month period may be extended by the Vice President of Human Resources, if such extension is requested in writing by the hiring Department and the Vice President of Human Resources determines that such an extension is in the best interests of the Authority. |
| **Human Resources Recruitment and Staffing** | Step 4. Internal applicants responding in writing to the posting are placed on a list in the following order for consideration: (1) All union members in the union under which the vacancy falls, in seniority order; (2) Employees in any other unions and nonunion employees, in seniority order. |
| | Step 5. Recruiter is assigned to work on the open, approved vacancy. Recruiter considers internal applicants in the order on the list as described in Step 4 above. |
| | If an internal applicant is selected, the applicant minimally qualified for the |

position, with the most seniority, considering members of the union under which the position falls before other internal applicants, is given an offer, conditioned on passing any pre-hire requirements for the position.

Step 6. If no minimally qualified applicants are identified from an internal posting, in accordance with the applicable CBA, the Recruiter, in consultation with the hiring Department and Classification and Compensation, determines the external recruitment efforts required, which at a minimum will include posting the position on-line.

Recruitment and Staffing shall source externally to identify potential applicants and ascertain whether an individual to meets the minimum requirements for the position.

Recruiter reviews potential external applicants' information in date order of application individual having expressed interest in the position in writing.

Step 7. Recruiter reviews potential applicants' information as indicated in Steps 5 and 6 above, until a sufficient number of minimally qualified potential applicants, as determined by the Recruiter in consultation with the hiring department, is identified to successfully recruit for the position.

Recruiting and hiring steps 6, 7, 8, 9, and 12 in III.A. above are followed, with the following caveat:

Step 8. Recruiter ensures all pre-hire requirements as listed above are successfully completed by the selected candidate(s).

Recruiter collects and provides all pertinent information regarding proposed hire to Recruitment and Staffing Manager or designee for review.

Step 9. Once Recruitment and Staffing Manager or designee reviews documentation and confirms it is in order, s/he returns documentation to Recruiter, who makes verbal offer to applicant, contingent on applicant successfully passing medical requirements for the position.

Step 10. If selected candidate does not accept the offer, fails to meet all the job requirements, or a conditional offer is revoked or rescinded for any other reason and the position remains available, Recruiter may make an offer to the next applicant qualified for the position. If there are no other applicants for open position(s), the recruitment cycle will restart.

Approved by:

[signature]

Executive Vice President
Operations Support

Date