# Exhibit J

**U.S. Department of Transportation**

Office of the Secretary of Transportation

Departmental Office of Civil Rights
1200 New Jersey Avenue, S.E., W76-401
Washington, DC 20590

December 1, 2025

Ms. Nora Leerhsen
Acting President
Chicago Transit Authority
567 W. Lake Street
Chicago, IL 60661
nleerhsen@transitchicago.com

Re: Administrative Review of Red and Purple Modernization Program

Dear Ms. Leerhsen:

The U.S. Department of Transportation (DOT or Department) has completed its initial civil rights administrative review of the Chicago Transit Authority (CTA) Red and Purple Modernization Program (the RPM Program). This review is intended to ensure that disbursements of Federal funds for the RPM Program are consistent with the Equal Protection principles of the U.S. Constitution, Federal nondiscrimination requirements under civil rights law, including Title VI of the Civil Rights Act of 1964, and Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*.

Although CTA provided some materials in response to our letter of October 7, 2025, it did not provide information responsive to all the Department's requests. The Department, however, obtained supplemental information from publicly available sources, including CTA's website. Review of the materials revealed that CTA and its prime contractors appear to have considered race and sex as part of both the prime and subcontract bidding and contract awards for the RPM Program, including through CTA's Diversity Outreach Plan requirements. Further, CTA advised prospective prime contract bidders (1) that they could receive a "bonus" of "up to 25% of a bidder's base score" based on the contents of their Diversity Outreach Plan; (2) that a selected prime contractor "must implement the initiatives provided in its Diversity Outreach Plan to generate DBE participation to meet the [DBE] goal"; and (3) that a selected prime contractor's failure to implement the Diversity Outreach Plan "constitutes a breach of contract." CTA's guidance to prospective bidders also requires prime contractors to "commit to deposit a designated percentage of the cumulative amount of payments received under the Contract to one or more Minority Deposit Institutions and/or Community Banks." These requirements are plainly inconsistent with the Equal Protection principles of the U.S. Constitution.

We appreciate CTA's statement that it will continue to take all necessary steps to ensure compliance with the October 3, 2025 DBE Interim Final Rule (IFR), any subsequent final rule, and any future

guidance offered by DOT or the Federal Transit Administration (FTA). We are also aware that the RPM Program is substantially complete at this time and there is not likely to be a meaningful opportunity to recompete any wrap-up work related to the RPM Program.

However, before the Department resumes funding disbursements related to the RPM Program, we ask that CTA certify in writing to the Department within 30 days of receipt of this letter that (1) there is no outstanding work on the RPM Program for which new contracts will be let; (2) no DBE goals are currently being or will be enforced going forward in connection with the RPM Program; (3) CTA has ceased the solicitation, collection, or use of any Diversity Outreach Plans from bidders or contractors in connection with the RPM Program; and (4) CTA has rescinded or canceled any requirements it (or its prime contractors) placed on contractors or subcontractors mandating that dollars disbursed for the RPM Program be managed or utilized in a way that considers race, sex, ethnicity, or national origin, including any requirements to use Minority-Owned Deposit Institutions (MDIs) or Community Banks for the deposit of funds awarded under any DOT-assisted contract.

DOT intends to recommence reimbursements for the RPM Program upon certification by CTA that it will take the above actions to ensure Federal funds do not flow to uses that are inconsistent with Equal Protection principles. Specifically, DOT intends to resume funding disbursements for the RPM Program, provided CTA certifies in writing within 30 days of receipt of this letter that it accepts and will fulfill the conditions identified in this letter. Once the Department has reviewed CTA's certification, DOT will notify CTA whether any other deficiencies need to be addressed before DOT resumes disbursements for the RPM Program.

The Department is committed to ensuring that all DOT funds are administered consistent with Federal law and without unconstitutional considerations of race, sex, ethnicity, or national origin. The Department reserves the right to impose further conditions on FTA's resumption of funding to CTA should other concerns arise related to consideration of race, sex, ethnicity, or national origin in CTA projects that receive DOT funds.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Angela Williams
Acting Deputy Director
Departmental Office of Civil Rights