# Exhibit K

**U.S. Department of Transportation**

Office of the Secretary of Transportation

Departmental Office of Civil Rights
1200 New Jersey Avenue, S.E., W76-401
Washington, DC 20590

December 1, 2025

Ms. Nora Leerhsen
Acting President
Chicago Transit Authority
567 W. Lake Street
Chicago, IL 60661
nleerhsen@transitchicago.com

Re: Administrative Review of Red Line Extension Project

Dear Ms. Leerhsen:

The U.S. Department of Transportation (DOT or Department) has completed its initial civil rights administrative review of the Chicago Transit Authority (CTA) Red Line Extension Project (the Project). This review is intended to ensure that disbursements of Federal funds for the Project are consistent with the Equal Protection principles of the U.S. Constitution, Federal nondiscrimination requirements under civil rights law, including Title VI of the Civil Rights Act of 1964, and Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*.

Although CTA provided some materials in response to our letter of October 7, 2025, it did not provide information responsive to all the Department's requests. The Department, however, obtained supplemental information from publicly available sources, including CTA's website. Review of the materials revealed that CTA and its prime contractors appear to have considered race and sex as part of both the prime and subcontract bidding and contract awards for the Project, including through CTA's Diversity Outreach Plan requirements. Further, CTA advised prospective prime contract bidders (1) that they could receive a "bonus" of "up to 25% of a bidder's base score" based on the contents of their Diversity Outreach Plan; (2) that a selected prime contractor "must implement the initiatives provided in its Diversity Outreach Plan to generate DBE participation to meet the [DBE] goal"; and (3) that a selected prime contractor's failure to implement the Diversity Outreach Plan "constitutes a breach of contract." CTA's guidance also requires prime contractors to "commit to deposit a designated percentage of the cumulative amount of payments received under the Contract to one or more Minority Deposit Institutions and/or Community Banks." These requirements are plainly inconsistent with the Equal Protection principles of the U.S. Constitution.

We appreciate CTA's statement that it will continue to take all necessary steps to ensure compliance with the October 3, 2025 DBE Interim Final Rule (IFR), any subsequent final rule, and any future guidance offered by DOT or the Federal Transit Administration (FTA). However, before the Department resumes funding disbursements related to the Project, we ask that CTA certify in

writing to the Department within 30 days of receipt of this letter that it has taken or will take the following actions:

1. CTA shall immediately cease the solicitation, collection, or use of any Diversity Outreach Plans from bidders or contractors. As described by CTA, the Diversity Outreach Plans create selection criteria, including providing a bonus score based on the race or sex of subcontractors, for Federal contracting projects that are inconsistent with Equal Protection principles of the U.S. Constitution. The requirement that CTA cease use of Diversity Outreach Plans includes the immediate elimination of any requirements CTA has placed on its contractors or subcontractors that Federal dollars be managed or utilized in a way that considers race or sex, including requirements to use Minority-Owned Deposit Institutions (MDIs) or Community Banks for the deposit of funds awarded under any DOT-assisted contract.

2. CTA shall work in concert with other members of the Illinois Unified Certification Program (UCP) to develop a comprehensive timeline for completing the required DBE reevaluation process described in 49 CFR 26.111 and shall provide that timeline within 30 days of receipt of this letter to the Department. As memorialized in 49 CFR 26.111(c), the Department reserves the right to review for legal sufficiency the reevaluation process completed by the UCP. Please note, as provided in the IFR, that for purposes of projects receiving funding from DOT, all previous DBE certifications are no longer effective or recognized.

3. To the extent any previously certified DBE contractor that has performed or continues to perform work under a Project contract or subcontract fails to retain its DBE certification after the UCP completes the process described in 49 CFR 26.111, CTA shall take all necessary actions within 60 days of the completion of the reevaluation process to ensure that all such contracts and subcontracts for the Project come into compliance with 49 CFR part 26, as amended by the Department's DBE IFR. These actions shall include the termination and reletting of such contracts or subcontracts (if and to the extent they continue to be needed in carrying out the Project) in accordance with the process set forth in 49 CFR 26.53(f).

DOT intends to recommence reimbursements for the Project upon certification by CTA that it will take the above actions to ensure Federal funds do not flow to uses that are inconsistent with Equal Protection principles. Specifically, DOT intends to resume funding disbursements for the Project, provided CTA certifies in writing within 30 days of receipt of this letter that it accepts and will fulfill the conditions identified in this letter. Once the Department has reviewed CTA's certification and response and has determined that the DBE reevaluation timeline is sufficient, DOT will notify CTA whether any other deficiencies need to be addressed before DOT resumes disbursements for the Project. As a reminder, the DBE IFR prohibits recipients from setting DBE contract goals until the relevant UCP completes the reevaluation process described in 49 CFR 26.111.

The Department is committed to ensuring that all DOT funds are administered consistent with Federal law and without unconstitutional considerations of race, sex, ethnicity, or national origin. The Department reserves the right to impose further conditions on FTA's resumption of funding to

CTA should other concerns arise related to consideration of race, sex, ethnicity, or national origin in CTA projects that receive DOT funds.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Angela Williams
Acting Deputy Director
Departmental Office of Civil Rights