# Exhibit L

Nora Leerhsen
Acting President

Chicago Transit Authority

567 West Lake Street
Chicago, Illinois 60661-1465
transitchicago.com

December 10, 2025

Ms. Angela Williams
Acting Deputy Director, Departmental Office of Civil Rights
U.S. Department of Transportation
1200 New Jersey Ave, S.E., W76-401
Washington, D.C. 20590
Angela.williams@dot.gov

**Re: Administrative Review of Red Purple Modernization Program**

Dear Ms. Williams,

I am writing in response to your December 1, 2025, letter ("Letter") regarding the Administrative Review of the Chicago Transit Authority's (CTA) Red and Purple Modernization Program ("RPM"). CTA appreciates the opportunity to provide further information as part of this review.

As requested by the Letter, CTA certifies that there is no outstanding work on the RPM Program for which new contracts will be let and CTA accepts and will fulfill each of the conditions outlined in the Letter.

CTA is committed to ensuring that the disbursements of Federal funds for the RPM Program are consistent with the October 3, 2025, DBE Interim Final Rule ("IFR"), any subsequent final rule, and any future guidance issued by the U.S. Department of Transportation (DOT) or the Federal Transit Administration (FTA).

Please feel free to contact me directly with any additional concerns or questions.

Sincerely,

Nora Leerhsen
Acting President
Chicago Transit Authority

cc: Marcus J. Molinaro, Administrator, Federal Transit Administration