# Exhibit M

Nora Leerhsen
Acting President

Chicago Transit Authority

567 West Lake Street
Chicago, Illinois 60661-1465
transitchicago.com

December 10, 2025

Ms. Angela Williams
Acting Deputy Director, Departmental Office of Civil Rights
U.S. Department of Transportation
1200 New Jersey Ave, S.E., W76-401
Washington, D.C. 20590
Angela.williams@dot.gov

**Re: Administrative Review of Red Line Extension Project**

Dear Ms. Williams,

I am writing in response to your December 1, 2025, letter ("Letter") regarding the Administrative Review of the Chicago Transit Authority's (CTA) Red Line Extension ("RLE") Project. CTA appreciates the opportunity to provide further information as part of this review.

CTA certifies that it accepts and will fulfill the conditions identified in the Letter. As required by the Letter, CTA has attached a comprehensive timeline for completing the required DBE reevaluation process described in 49 C.F.R. § 26.111. (see Attachment 1).

CTA is committed to ensuring that the disbursements of Federal funds for the RLE Project are consistent with the October 3, 2025, DBE Interim Final Rule ("IFR"), any subsequent final rule, and any future guidance issued by the U.S. Department of Transportation (DOT) or the Federal Transit Administration (FTA).

Please feel free to contact me directly with any additional concerns or questions.

Sincerely,

Nora Leerhsen
Acting President
Chicago Transit Authority

cc: Marcus J. Molinaro, Administrator, Federal Transit Administration

# *Attachment 1*

Below, please find the comprehensive timeline to meet the reevaluation requirements of 49 C.F.R. § 26.111.

**I. 49 C.F.R. § 26.111(a)**
***Adoption, Coordination and Implementation of Revised Certification Procedures***

**October 2025**

1. **October 2025 – Review and Update Certification Procedures**
   - In coordination with ILUCP, CTA reviewed the October 3, 2025, IFR and began updating certification procedures.

2. **October 2025 – DBE Advisory Committee Engagement**
   - CTA briefed its Advisory Committee on IFR-driven changes, including guidance for distribution to member organizations.

3. **October 14, 2025 – Firm Identification and Notification**
   - All DBE firms certified as of October 3, 2025, were identified for notification.
   - ILUCP mass communication distributed to all certified DBEs explaining IFR requirements and anticipated reevaluation obligations.

4. **October 17, 2025 – First ILUCP DBE IFR Townhall Outreach Event**
   - ILUCP townhall event to explain IFR requirements and anticipated reevaluation obligations, held at Malcolm X College, Chicago, IL and open to all certified DBEs.

---

**II. 49 C.F.R. § 26.111(b)**
***Reevaluation Process and Assistance to Firms in Submitting Documentation Demonstrating DBE Eligibility***

**October – November 2025**

5. **Late October 2025 – Launch of CTA Virtual Firm Assistance Hours**
   - CTA began virtual office hours (M/W/F, 12 p.m.–2 p.m.) to assist firms with the opportunity to submit documentation demonstrating its DBE eligibility.
   - Outreach flyers disseminated to all CTA-certified vendors regarding virtual office hours.

6. **Early November 2025 – Launch of CTA In-Person Firm Assistance Hours**
   - CTA commenced in-person office hours to assist firms with the opportunity to submit documentation demonstrating its DBE eligibility.

7. **November 2025 – January 2026 – Continued Outreach to Certified Firms**
   - ILUCP partners continued outreach to all firms certified as of October 3, 2025, to provide the opportunity to submit documentation demonstrating DBE eligibility.

**III. 49 C.F.R. § 26.111(c)**
***Eligibility Review, Written Determinations, Notices, and Required Record-Keeping***

**November 2025 – Early 2026**

8. **Review of Required Documentation**
   Engage in systematic review of all updated materials submitted by firms, including:
   - Review of Personal Narratives, Personal Net Worth ("PNW") Statements, and IFR-required supporting documents.
   - Completeness checks consistent with IFR procedural requirements.
   - Initial screening reviews addressing ownership, control, PNW, business size, independence, and other required elements.
   - Evaluation of narrative credibility and operational explanations.
   - Requests for follow-up or clarifying documents, where needed.
   - Referral of cases for enhanced review or site visits when required by the IFR.

9. **Issuance of Written Determinations**
   For each firm reevaluated under the IFR, ILUCP plans to take the following actions:
   - Preparation of a written determination documenting eligibility under revised Part 26 criteria.
   - Issuance of recertification notices for firms meeting the updated eligibility standards.
   - Issuance of notices of intent to remove/decertify for firms not meeting updated standards, including required factual and regulatory justification and provide hearing opportunities consistent with updated Part 26 requirements.
   - Completion of final determinations, including notice of appeal rights to USDOT's Departmental Office of Civil Rights (DOCR) under § 26.89.
   - Updating of ILUCP database in accordance with IFR record-keeping and notification requirements.

CTA intends to finish the evaluation process as quickly as practicable and anticipates completion in early 2026. CTA will continue to adhere to the ILUCP's revised certification procedures set forth in 49 C.F.R. § 26.111.