**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

|  |  |
|---|---|
| CHICAGO TRANSIT AUTHORITY,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>TRANSPORTATION, et al.,<br><br>      Defendants. | Case No. 26-cv-3140 |

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65(a) and the Local Rules of the Northern District of Illinois, the Chicago Transit Authority ("CTA") hereby moves for a temporary restraining order against all Defendants regarding the Department of Transportation's Interim Final Rule ("IFR") as applied to CTA's existing grants. *See* 90 Fed. Reg. 47,969, 47,974.

CTA seeks an order (1) declaring that the IFR's retroactive application to CTA's existing grants is unlawful and unconstitutional; (2) vacating and setting aside the IFR as retroactively applied to CTA's existing grants; (3) postponing the effective date of the IFR's retroactive application to CTA's existing grants pending the conclusion of review procedures; (4) temporarily restraining Defendants, their agents, and anyone acting in concert or participation with Defendants from implementing, instituting, maintaining, or giving effect to the IFR as applied to CTA's existing grants, including by refusing to disburse funding under the CTA's Red Line Extension and Red and Purple Modernization grants; and (5) granting any other relief the Court deems equitable, just, and proper.

This Motion is based upon all files, records, and proceedings herein, including the

1

accompanying memorandum of law and supporting declarations of Andrianna D. Kastanek and Thomas McKone, filed contemporaneously with this motion, as well as any evidence that may be submitted at a hearing on the motion. As established in the accompanying brief: (1) CTA is likely to succeed on the merits of its claims; (2) CTA will suffer irreparable harm if Defendants are not restrained from implementing or giving effect to the IFR as applied to CTA's existing grants; (3) the balance of hardships favor an injunction; and (4) granting the temporary restraining order will further the public interest.

Plaintiff requests that this Court grant the requested relief by 10 a.m. Central Time on March 27, 2026. Absent relief from this Court by that time, CTA will have to begin demobilizing work and notifying employees and contractors that they will soon be out of work, causing a cascade of immediate and irreparable harms to both CTA and the broader public. CTA requests argument on this motion on March 24 or 25, 2026, or at another time convenient for the Court.

CTA requests that the Court require no security, because Defendants will suffer no injury from the issuance of a temporary restraining order.

Earlier today, March 20, 2026, the undersigned provided a copy of the file-stamped Complaint, as well as provided notice of the imminent filing of this motion, via email to the Civil Chief of the U.S. Attorney's Office for the Northern District of Illinois, as well as two Directors in the Department of Justice's Civil Division. Undersigned counsel will provide to those same individuals a copy of this motion as well.

Dated: March 20, 2026

Jeffrey C. Bora
CHICAGO TRANSIT AUTHORITY
567 W. Lake Street, 6th Floor
Chicago, Illinois 60661
Tel: (312) 681-3110
JBora@transitchicago.com

Respectfully submitted,

By: */s/ Andrianna D. Kastanek*
Andrianna D. Kastanek
Terri L. Mascherin
Jason M. Bradford
Simon A. de Carvalho
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
AKastanek@jenner.com
TMascherin@jenner.com
JBradford@jenner.com
SdeCarvalho@jenner.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I filed the foregoing using the CM/ECF system

for the U.S. District Court for the Northern District of Illinois. Additionally,

Dated: March 20, 2026                            */s/ Andrianna D. Kastanek*
                                                    Andrianna D. Kastanek