**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| CHICAGO TRANSIT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Case No. 1:26-cv-3140 |

**DECLARATION OF ANDRIANNA D. KASTANEK**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING**
**ORDER**

I, Andrianna D. Kastanek, declare as follows:

1.      I am a partner at the law firm of Jenner & Block LLP and represent the Chicago Transit Authority ("CTA" or "Plaintiff") in this matter.  I make this declaration in connection with Plaintiff's Motion for a Temporary Restraining Order.  I have personal knowledge of the contents of this declaration and could testify thereto.

2.      This declaration addresses and verifies exhibits submitted with Plaintiff's Complaint, ECF No. 1 ("Complaint").

3.      Attached to the Complaint as **Exhibit A** is a true and correct copy of the Letter from Federal Transit Administration ("FTA") Administrator Marcus J. Molinaro to CTA Acting President Nora Leerhsen, dated October 3, 2025, regarding the Red and Purple Modernization Program ("RPM Project").

4.      Attached to the Complaint as **Exhibit B** is a true and correct copy of the Letter from FTA Administrator Marcus J. Molinaro to CTA Acting President Nora Leerhsen, dated October 3, 2025, regarding the Red Line Extension Project ("RLE Project").

5. Attached to the Complaint as **Exhibit C** is a true and correct copy of the Full Funding Grant Agreement regarding the RPM Project, executed by the FTA and CTA on January 9, 2017.

6. Attached to the Complaint as **Exhibit D** is a true and correct copy of the Full Funding Grant Agreement regarding the RLE Project, executed by the FTA and CTA on January 10, 2025.

7. Attached to the Complaint as **Exhibit E** is a true and correct copy of the press release issued by the U.S. Department of Transportation titled, "U.S. Department of Transportation Statement on Review of Chicago's Discriminatory, Unconstitutional Processes," published on October 3, 2025. The press release is also available online at https://www.transportation.gov/briefing-room/us-department-transportation-statement-review-chicagos-discriminatory.

8. Attached to the Complaint as **Exhibit F** is a true and correct copy of the Letter from FTA Acting Deputy Director, Departmental Office of Civil Rights Angela Williams to CTA Acting President Nora Leerhsen, dated October 7, 2025, regarding Administrative Review of RLE.

9. Attached to the Complaint as **Exhibit G** is a true and correct copy of the Letter from FTA Acting Deputy Director, Departmental Office of Civil Rights Angela Williams to CTA Acting President Nora Leerhsen, dated October 7, 2025, regarding Administrative Review of RPM.

10. Attached to the Complaint as **Exhibit H** is a true and correct copy of the Letter from CTA Acting President Nora Leerhsen to FTA Acting Deputy Director, Departmental Office of Civil Rights Angela Williams, dated October 21, 2025, regarding Administrative Review of RPM, including exhibit attachments 1–4 and 6–7 to that Letter. Exhibit attachment 5 has been omitted from Exhibit H for file size and confidentiality reasons.

11.     Attached to the Complaint as **Exhibit I** is a true and correct copy of the Letter from CTA Acting President Nora Leerhsen to FTA Acting Deputy Director, Departmental Office of Civil Rights Angela Williams, dated October 21, 2025, regarding Administrative Review of RLE, including exhibit attachments 1–4 and 6–7 to that Letter. Exhibit attachment 5 has been omitted from Exhibit I for file size and confidentiality reasons.

12.     Attached to the Complaint as **Exhibit J** is a true and correct copy of the Letter from FTA Acting Deputy Director, Departmental Office of Civil Rights Angela Williams to CTA Acting President Nora Leerhsen, dated December 1, 2025, regarding Administrative Review of RPM.

13.     Attached to the Complaint as **Exhibit K** is a true and correct copy of the Letter from FTA Acting Deputy Director, Departmental Office of Civil Rights Angela Williams to CTA Acting President Nora Leerhsen, dated December 1, 2025, regarding Administrative Review of RLE.

14.     Attached to the Complaint as **Exhibit L** is a true and correct copy of the Letter from CTA Acting President Nora Leerhsen to FTA Acting Deputy Director, Departmental Office of Civil Rights Angela Williams, dated December 10, 2025, regarding Administrative Review of RPM.

15.     Attached to the Complaint as **Exhibit M** is a true and correct copy of the Letter from CTA Acting President Nora Leerhsen to FTA Acting Deputy Director, Departmental Office of Civil Rights Angela Williams, dated December 10, 2025, regarding Administrative Review of RLE, including all attachments to that Letter.

Executed this 20th day of March 2026, in Chicago, Illinois.

*/s/  Andrianna D. Kastanek*
Andrianna D. Kastanek