**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHICAGO TRANSIT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Case No. 26-cv-3140 |

**AGREED MOTION TO EXTEND
TEMPORARY RESTRAINING ORDER**

Plaintiff the Chicago Transit Authority ("CTA") hereby moves this Court to extend the

Order Granting Plaintiff's Motion for Temporary Restraining Order ("TRO"), Dkt. 29, entered in

the above-captioned case against Defendants until this Court issues its decision on CTA's

forthcoming motion for a preliminary injunction. Plaintiff further requests a hearing on CTA's

motion for a preliminary injunction at the Court's convenience. In support of this motion, Plaintiff

states as follows:

1.      On March 20, 2026, CTA filed a Complaint, Dkt. 1, and a Motion for a TRO, Dkt.

8, in the above-captioned case.

2.      On March 24, 2026, after a hearing, this Court entered a TRO against Defendants,

preliminarily finding that (1) the retroactive application of DOT's Interim Final Rule ("IFR"), *see*

90 Fed. Reg. 47,969, to CTA's existing grants is unlawful and unconstitutional; (2) the IFR is

vacated and set aside as retroactively applied to CTA's existing grants; and (3) the effective date

of the IFR's retroactive application to CTA's existing grants is postponed pending the conclusion

of review procedures. Dkt. 29.

3. The Court accordingly ordered that (1) FTA and DOT, their agents, and anyone acting in concert or participation with them, are temporarily restrained from applying the IFR to CTA's existing grants; and (2) FTA and DOT, their agents, and anyone acting in concert or participation with them, are temporarily restrained from implementing, instituting, maintaining, or giving effect to the IFR as applied to CTA's existing grants, including by refusing to disburse funding under CTA's Red Line Extension and Red and Purple Modernization grants.

4. The Court stayed its order until Friday, March 27, 2026, at 10 a.m. CST.

5. Pursuant to Federal Rule of Civil Procedure 65(b)(2), a TRO "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." The Rule further provides that the "reasons for an extension must be entered in the record." *Id.*

6. The TRO is currently set to expire on Friday, April 10, 2026.

7. The Parties respectfully move this Court to extend the TRO until such time as this Court issues its order on CTA's forthcoming motion for a preliminary injunction.

8. The Parties have agreed to the following deadlines for briefing CTA's forthcoming motion for a preliminary injunction and Defendant's forthcoming motion to dismiss:

> **April 17, 2026** – CTA's motion for a preliminary injunction
>
> **May 15, 2026** – Defendants' opposition to CTA's motion for a preliminary injunction and Defendants' motion to dismiss
>
> **June 5, 2026** – CTA's opposition to Defendants' motion to dismiss and CTA's reply in support of its motion for a preliminary injunction
>
> **June 19, 2026** – Defendants' reply in support of their motion to dismiss

9. There is good cause for this Court to extend the TRO, as an extension provides the certainty and predictability necessary for the Parties to orderly brief the issues in their forthcoming

motions for a preliminary injunction and for dismissal, and for the Court to consider and adjudicate those motions.

## **CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court extend the TRO until this Court issues its order on CTA's forthcoming motion for a preliminary injunction.

Dated: April 7, 2026

Andrew S. Boutros
United States Attorney

By: */s/ Patrick Johnson*
Jelena Kolic
Patrick Johnson
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-2055
(312) 353-5327
jelena.kolic@usdoj.gov
patrick.johnson2@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

By: */s/ Andrianna D. Kastanek*
Andrianna D. Kastanek
Terri L. Mascherin
Jason M. Bradford
Simon A. de Carvalho
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
AKastanek@jenner.com
TMascherin@jenner.com
JBradford@jenner.com
SdeCarvalho@jenner.com

Jeffrey C. Bora
CHICAGO TRANSIT AUTHORITY
567 W. Lake Street, 6th Floor
Chicago, Illinois 60661
Tel: (312) 681-3110
JBora@transitchicago.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2026, I filed the foregoing using the CM/ECF system for

the U.S. District Court for the Northern District of Illinois.


Dated: April 7, 2026                                       */s/ Andrianna D. Kastanek*
                                                                 Andrianna D. Kastanek