**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Chicago Transit Authority

Plaintiff,

v.

Case No.: 1:26−cv−03140
Honorable Thomas M. Durkin

United States Department of Transportation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 4/9/2026. Agreed motion to extend temporary restraining order [34] is granted. The TRO will remain in place until a ruling is made on the motion for preliminary injunction and motion to dismiss. CTA's motion for a preliminary injunction is due by 4/17/2026. Defendants' opposition to CTA's motion for a preliminary injunction and Defendants' motion to dismiss are due by 5/15/2026. CTA's opposition to Defendants' motion to dismiss and CTA's reply in support of its motion for a preliminary injunction are due by 6/5/2026. Defendants' reply in support of their motion to dismiss is due by 6/19/2026. The courtroom deputy will contact the parties to schedule a preliminary injunction hearing. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.