**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CHICAGO TRANSIT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants. | Case No. 1:26-cv-3140 |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a) and the Local Rules of the Northern District of Illinois, the Chicago Transit Authority ("CTA") hereby moves for a preliminary injunction against all Defendants regarding the Department of Transportation's Interim Final Rule ("IFR") as applied retroactively to CTA's existing grants. *See* Disadvantaged Business Enterprise Program and Disadvantaged Business Enterprise in Airport Concessions Program Implementation Modifications, 90 Fed. Reg. 47,969, 47,974 (Oct. 3, 2025).

CTA seeks an order (1) declaring that the IFR's retroactive application to CTA's existing grants is unlawful and unconstitutional; (2) vacating and setting aside the IFR as retroactively applied to CTA's existing grants; (3) postponing the effective date of the IFR's retroactive application to CTA's existing grants pending the conclusion of review procedures; (4) preliminarily enjoining Defendants, their agents, and anyone acting in concert or participation with Defendants from implementing, instituting, maintaining, or giving effect to the IFR as applied to CTA's existing grants, including by refusing to disburse funding under CTA's Red Line Extension Project and the Red and Purple Modernization Phase One Project grants; and

(5) granting any other relief that this Court deems equitable, just, and proper.

This Motion is based upon all files, records, and proceedings herein, including the accompanying memorandum of law; the supporting declarations of Andrianna D. Kastanek and Thomas McKone, filed alongside CTA's prior motion for a temporary restraining order, *see* ECF Nos. 7, 14; the supplemental declaration of Thomas McKone, filed contemporaneously with this Motion; as well as any evidence that may be submitted at a hearing on this Motion. As established in the memorandum of law filed with this Motion: (1) CTA is likely to succeed on the merits of its claims; (2) CTA will suffer irreparable harm if Defendants are not restrained from implementing or giving effect to the IFR as applied retroactively to CTA's existing grants; (3) the balance of hardships favors an injunction; and (4) granting a preliminary injunction will further the public interest.

CTA requests that the Court require no security, because Defendants will suffer no injury from the issuance of a preliminary injunction.

Dated: April 17, 2026

Respectfully submitted,

By: */s/ Andrianna D. Kastanek*
Andrianna D. Kastanek
Terri L. Mascherin
Jason M. Bradford
Simon A. de Carvalho
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
AKastanek@jenner.com
TMascherin@jenner.com
JBradford@jenner.com
SdeCarvalho@jenner.com

Jeffrey C. Bora
CHICAGO TRANSIT AUTHORITY
567 W. Lake Street, 6th Floor
Chicago, IL 60661
Tel: (312) 681-3110
JBora@transitchicago.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026, I filed the foregoing using the CM/ECF system for the U.S. District Court for the Northern District of Illinois.

Dated: April 17, 2026

*/s/ Andrianna D. Kastanek*
Andrianna D. Kastanek