**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO TRANSIT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants. | Case No. 1:26-cv-3140 |

**JOINT MOTION TO STAY RESOLUTION OF PENDING MOTIONS**
**DUE TO POTENTIAL SETTLEMENT**

Plaintiff Chicago Transit Authority ("CTA"), along with Defendant United States Department of Transportation (on behalf of itself, Federal Transit Administration, and United States of America) ("Defendants"), through undersigned counsel, hereby jointly move to stay resolution of the pending cross-motions for summary judgment pending further negotiations and a potential resolution of this matter through settlement, and in support thereof state as follows:

1. Currently pending before the Court are the parties' cross-motions for summary judgment, *see* ECF No. 59 (converting the parties' earlier-filed motions into cross-motions for summary judgment); *see also* ECF Nos. 40, 50, 54, 57.

2. This Court previously encouraged the parties to explore a settlement of this matter, and the parties engaged in good-faith negotiations that resulted in extensions of the then-governing briefing schedules. *See* ECF Nos. 42, 46. As of several months ago, it was unclear to CTA whether a mutually agreeable resolution of this matter would be possible, and thus CTA opposed further

extensions of the briefing deadlines and instead proposed that negotiations occur simultaneously. *See generally* ECF No. 45 at 1-2.

3. Although briefing on the parties' motions is now complete, the parties have continued to engage in settlement negotiations, and the parties now believe that there is a reasonable possibility that they will be able to reach a mutually agreeable resolution of this matter through a settlement.

4. Accordingly, to conserve both the parties' and the Court's resources, the parties jointly request that the Court stay resolution of the pending cross-motions for summary judgment, to allow for further settlement negotiations to occur and potentially avoid the need for judicial resolution of those motions.

5. To the extent a settlement is not reached beforehand, the parties propose filing a joint status report with the Court in 60 days—*i.e.*, on or before Monday, November 9, 2026—regarding the status of their negotiations and whether a further stay is appropriate.

6. The parties appreciate the Court's continued flexibility regarding the timing and resolution of this matter.

THEREFORE, the parties jointly and respectfully request that the Court stay resolution of the pending cross-motions for summary judgment pending further negotiations and a potential resolution of this matter through settlement.

Dated: September 9, 2026

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Jelena Kolic
JELENA KOLIC
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327
Jelena.Kolic@usdoj.gov

By: */s/ Andrianna D. Kastanek*
Andrianna D. Kastanek
Terri Mascherin
Jason M. Bradford
Simon A. de Carvalho
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
AKastanek@jenner.com
TMascherin@jenner.com
JBradford@jenner.com
SdeCarvalho@jenner.com

Jeffrey C. Bora
CHICAGO TRANSIT AUTHORITY
567 W. Lake Street, 6th Floor
Chicago, Illinois 60661
Tel: (312) 681-3110
JBora@transitchicago.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I filed the foregoing motion with the Clerk of Court for the U.S. District Court for the Northern District of Illinois using the Court's CM/ECF system.

/s/ Andrianna D. Kastanek
Andrianna D. Kastanek