**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chicago Transit Authority

Plaintiff,

v.

Case No.: 1:26−cv−03140
Honorable Thomas M. Durkin

United States Department of Transportation, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 11, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: Joint motion to stay [60] is granted. Ruling on the pending cross−motions for summary judgment is stayed to allow for further settlement negotiations to occur. A joint status report on settlement is due by 11/9/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.