**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICAGO TRANSIT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants. | Case No. 1:26-cv-3140 |

**JOINT STATUS REPORT REGARDING POTENTIAL SETTLEMENT**

Plaintiff Chicago Transit Authority ("CTA"), along with Defendant United States Department of Transportation (on behalf of itself, Federal Transit Administration, and United States of America) ("Defendants"), through undersigned counsel, hereby respectfully submits this Joint Status Report regarding the current status of settlement negotiations.

1. This Court previously stayed resolution of the parties' pending cross-motions for summary judgment to allow for settlement negotiations to occur. *See* Order of Sept. 11, 2026. The Court also directed the parties to file a joint status report on settlement by November 9, 2026. *Id.*

2. Since the parties' joint motion, they have continued to engage in good-faith negotiations regarding a potential settlement of this matter and believe they have made substantial progress towards reaching an agreed-upon resolution. The parties expect that, within the next 45 days, they will have clarity about a potential settlement of this matter and will obtain all necessary approvals for any final settlement.

3. Accordingly, to conserve both the parties' and the Court's resources and to allow time for these final negotiations and approval processes to unfold, the parties jointly request that

the Court continue to stay resolution of the pending cross-motions for summary judgment, and direct the parties to file another joint status report by December 29 to the extent that a settlement is not reached beforehand.

4. The parties appreciate the Court's continued flexibility regarding the timing and resolution of this matter.

THEREFORE, the parties jointly and respectfully request that the Court continue to stay resolution of the pending cross-motions for summary judgment and direct the parties to file another joint status report on December 29 to the extent the parties have not already resolved the matter through settlement.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Jelena Kolic
JELENA KOLIC
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327
jelena.kolic@usdoj.gov

Dated: November 9, 2026

*/s/ Andrianna D. Kastanek*
Andrianna D. Kastanek
Terri Mascherin
Jason M. Bradford
Simon A. de Carvalho
JENNER & BLOCK LLP
353 N Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
AKastanek@jenner.com
TMascherin@jenner.com
JBradford@jenner.com
SdeCarvalho@jenner.com

Jeffrey C. Bora
CHICAGO TRANSIT AUTHORITY
567 W. Lake Street, 6th Floor
Chicago, Illinois 60661
Tel: (312) 681-3110
JBora@transitchicago.com